**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
510.637.3530

November 21, 2007

CASE NUMBER:   **CV 02-03262 DLJ**
CASE TITLE:    **Shum-v- Intel Corporation**
DATE MANDATE FILED:   11/19/07

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the **Federal Circuit** has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

*Frances Stone*
by:  Frances Stone
Case Systems Administrator

Distribution:   CIVIL        -    Counsel of Record

CRIMINAL     -    Counsel of Record
                  U.S. Marshal (Copy of Mandate)
                  U.S. Probation Office

NDC App-16