AO 154 (10/03) Substitution of Attorney

**RECEIVED**
FEB - 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**FILED**
FEB 0 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## Northern District of California

FRANK SHUM

Plaintiff (s),

V.

INTEL CORPORATION

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C-02-3262-DLJ

Notice is hereby given that, subject to approval by the court, Frank Shum _____ substitutes
(Party (s) Name)

Paul F. Kirsch _____ , State Bar No. 127446 _____ as counsel of record in
(Name of New Attorney)

place of Gregory S. Cavallo and Jeffrey W. Shopoff of Shopoff & Cavallo LLP.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

- Firm Name: Townsend & Townsend & Crew
- Address: Two Embarcadero Center, 8th Floor, San Francisco, CA 94111
- Telephone: 415-576-0200    Facsimile 415-576-0300
- E-Mail (Optional): pkirsch@townsend.com

ORIGINAL

I consent to the above substitution.

Date: February 4, 2008 ~~January 31~~

Frank Shum

_(Signature of Party (s))_

I consent to being substituted.

Date: January 11, 2008

Gregory S. Cavallo and Jeffrey W. Shopoff

_(Signature of Former Attorney (s))_

I consent to the above substitution.

Date: February 5, 2008

Paul F. Kirsch

_(Signature of New Attorney)_

The substitution of attorney is hereby approved and so ORDERED.

Date: Feb 6, 2008

_Judge_

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

# CERTIFICATE OF SERVICE

I declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

I served the following document exactly entitled: **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| e. Robert (bob) wallach<br>Law Offices of e. Robert (bob) wallach<br>P.O. Box 2670<br>San Francisco, CA 94126-2670 | Alan L. Barry<br>Bell, Boyd & Lloyd<br>Three First National Plaza<br>Suite 3300<br>70 West Madison Street<br>Chicago, IL 60606 |
| Gregory S. Cavallo<br>Jeffrey W. Shopoff<br>James M. Robinson<br>Shopoff & Cavallo LLP<br>353 Sacramento Street, Suite 1040<br>San Francisco, CA 94111 | Stephen E. Taylor<br>Jessica L. Grant<br>Nicholas G. Campins<br>Stephen McG. Bundy<br>Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA 94111 |
| Ragesh K. Tangri<br>Steven Keeley Taylor<br>Quyen L. Ta<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA 94111 | Harris Zimmerman<br>Law Offices of Harris Zimmerman<br>1330 Broadway, Suite 710<br>Oakland, CA 94612 |

☐ [By First Class Mail] I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ [By Overnight Courier] I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ [By Hand] I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☒ [By Facsimile Transmission] I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ [By Electronic Transmission] I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF notification system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 5, 2008, at San Francisco, California.

_____
Esther Casillas

61275858 v1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

Frank T. Shum,

        Plaintiff,

v.

Intel Corporation, Jean-Marc Verdiell,
and LightLogic, Inc.,

        Defendant.
_____/

Case Number: CV02-03262 DLJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alan L. Barry
Bell, Boyd & Lloyd
Three First National Plaza
Suite 3300
70 West Madison Street
Chicago, Il 60606

e. robert (bob) wallach
Law Offices of e. robert (bob) wallach
P.O. Box 2670
155 Jackson Street, No.602
San Francisco, CA 94111

Gregory S. Cavallo
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111

Harris Zimmerman
Law Offices of Harris Zimmerman
1330 Broadway, Suite #710
Oakland, CA 94612

Jeffrey W. Shopoff
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111


James M. Robinson
Shopoff & Cavallo LLP
505 Sansome Street, Suite 1505
San Francisco, CA 94111


Quyen L. Ta
Steven Keeley Taylor
Keker & Van Nest
710 Sansome St.
San Francisco, CA 94111


Ragesh K. Tangri
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704


Stephen E. Taylor
Taylor & Company Law Offices, LLP.
One Ferry Building, Suite 355
San Francisco, CA 94111


Jan J. Klohonatz
Jessica L. Grant
Taylor & Company Law Offices, LLP.
One Ferry Building, Suite 355
San Francisco, CA 94111


Stephen McG. Bundy
Nicholas G. Campins
Taylor & Company Law Offices, LLP.
One Ferry Building, Suite 355
San Francisco, CA 94111

2

Paul F. Kirsch
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Flr.
San Francisco, CA 94111

Mark T. Jansen
Tali L. Alban
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Flr.
San Francisco, CA 94111

Dated: February 6, 2008

Richard W. Wieking, Clerk

By: Frances Stone, Deputy Clerk

3