```
            UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF CALIFORNIA
               CIVIL PRETRIAL MINUTES
          JUDGE  D. LOWELL JENSEN
```

**Date:2/6/08**

Frank T. Shum

      NO.C-02-3262-DLJ

    Plaintiff,

v.

   Intel Corporation, Jean-Marc Verdiell and LightLogic, Inc.

    Defendant.

**Clerk: Frances Stone**      **Court Reporter:** NONE-NOT REPORTED

**Appearances for Plaintiff:** Paul Kirsch
                               Mark Jansen
                               Harris Zimmerman

**Appearances for Defendant:** Stephen E. Taylor
                               Ragesh K. Tangri
                               Tanya Hunter (in house counsel for
                                          Intel Corp.)

**STATUS CONFERENCE-     HELD**

Case continued to: <u>3/7/08 at 1:30pm</u> for further Case Management Conference.

Notes: Counsel to meet and confer about Discovery schedule; discovery on one claim to be discussed.
Defts may file motions for summary judgment by end of February for hearing on a Friday afternoon.
Pla to submit order regarding money in fund being released to plaintiff. Further scheduling for Markman, motions, pretrial and trial dates at next conference.