TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896), Email: mtjansen@townsend.com
PAUL F. KIRSCH (State Bar No. 127446), Email: pkirsch@townsend.com
TALI L. ALBAN (State Bar No. 233694), Email: tlalban@townsend.com
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile: (415) 576-0300

Attorneys for Plaintiff
FRANK T. SHUM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>              Plaintiff,<br><br>        v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL, and LIGHTLOGIC, INC.,<br><br>              Defendants. | Case No.   C02-3262 DLJ (EMC)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT** |

1 **ORDER**

2   Plaintiff Frank T. Shum ("Shum") has moved the Court for an Order for the disbursement of

3 $154,400.30 deposited in the court's registry account by Shum, through his counsel, on October 5,

4 2006.  On August 24, 2007, the Court of Appeals for the Federal Circuit ruled in favor or Shum and

5 vacated this Court's determination on the Inventorship claim and its grant of summary judgment on the

6 remaining state law claims, and remanded the case to this Court for further proceedings.

7   Therefore, pursuant to 28 U.S.C. § 2042, Shum is entitled to an Order directing the

8 disbursement to Shum of his deposit of $154,400.30, plus any accrued interest.

9   Accordingly, IT IS ORDERED that Shum's Motion to Withdraw Funds from the Registry of

10 the Court is hereby GRANTED.

11   IT IS FURTHER ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $154,400.30

12 together with all interest earned on that sum from the date of deposit, be withdrawn from the Registry

13 of Court and immediately related to plaintiff Frank T. Shum..

14   IT IS SO ORDERED.

15

16

17 DATED:February 11, /2008   _____

18   Honorable D. Lowell Jensen
   United States District Court Judge

1 **CERTIFICATE OF SERVICE**

3   I declare I am employed in the City and County of San Francisco, California in the office of a member of the bar of this court at whose direction this service was made. I am over the age of eighteen and not a party to this action. My business address is Townsend and Townsend and Crew LLP, Two Embarcadero Center, Eighth Floor, San Francisco, California, 94111.

   I served the following document exactly entitled: **[PROPOSED] ORDER TO WITHDRAW FUNDS FROM THE REGISTRY OF THE COURT** on the interested parties in this action by placing a true and correct copy thereof, on the above date, enclosed in a sealed envelope, following the ordinary business practice of Townsend and Townsend and Crew LLP, as follows:

| | |
|---|---|
| e. Robert (bob) wallach<br>Law Offices of e. Robert (bob) wallach<br>P.O. Box 2670<br>San Francisco, CA  94126-2670<br>Fax: 415-989-3802<br>**Email:  erobertbob@sbcglobal.net** | Harris Zimmerman<br>Law Offices of Harris Zimmerman<br>1330 Broadway, Suite 710<br>Oakland, CA  94612<br>Fax: 510-465-2041<br>**Email:  harris@zimpatent.com** |
| Ragesh K. Tangri<br>Steven Keeley Taylor<br>Quyen L. Ta<br>Keker & Van Nest LLP<br>710 Sansome Street<br>San Francisco, CA  94111<br>Fax: 415-397-7188<br>**Email:  rtangri@kvn.com; qta@kvn.com** | Alan L. Barry<br>Bell, Boyd & Lloyd<br>Three First National Plaza<br>Suite 3300<br>70 West Madison Street<br>Chicago, IL  60606<br>Fax: 312-827-8000<br>**Email: abarry@bellboyd.com** |
| Stephen E. Taylor<br>Jessica L. Grant<br>Nicholas G. Campins<br>Stephen McG. Bundy<br>Taylor & Company Law Offices, LLP<br>One Ferry Building, Suite 355<br>San Francisco, CA  94111<br>Fax:  415-788-8208<br>**Email:  staylor@tcolaw.com; jgrant@tcolaw.com; ncampins@tcolaw.com; sbundy@tcolaw.com** | |

☒ **[By First Class Mail]** I am readily familiar with my employer's practice for collecting and processing documents for mailing with the United States Postal Service. On the date listed herein, following ordinary business practice, I served the within document(s) at my place of business, by placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, for collection and mailing with the United States Postal Service where it would be deposited with the United States Postal Service that same day in the ordinary course of business.

☐ **[By Overnight Courier]** I caused each envelope to be delivered by a commercial carrier service for overnight delivery to the offices of the addressee(s).

☐ **[By Hand]** I directed each envelope to the party(ies) so designated on the service list to be delivered by courier this date.

☐ **[By Facsimile Transmission]** I caused said document to be sent by facsimile transmission to the fax number indicated for the party(ies) listed above.

☒ **[By Electronic Transmission]** I caused said document to be sent by electronic transmission to the e-mail address indicated for the party(ies) listed above via the court's ECF

| | |
|---|---|
| 1 | notification system. |
| 2 |     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 11, 2008, at San Francisco, California. |

_____
Esther Casillas

6  61277296 v1