United States District Court
For the Northern District of California

```
Frank T. Shum,                )
                              )
              Plaintiff,      )
                              )
     v.                       )
                              )    No. C-02-03262-DLJ
Intel Corp., et al            )
                              )    ORDER
              Defendant.      )
_____)
```

Pursuant to the status conference held on March 14, 2008, the Court sets the following schedule for motions, discovery, and trial:

<u>UNJUST ENRICHMENT</u>

Fact Discovery cut-off date is July 28, 2008.

<u>SUMMARY JUDGMENT</u>

The Court has approved a 40 page limit on briefs.

Defendant's opening brief is due on April 4, 2008.

Plaintiff's opposition is due on May 23, 2008.

Defendant's reply is due on June 28, 2008.

Hearing is scheduled for July 25, 2008.

<u>CLAIM CONSTRUCTION</u>

Claims at issue are to be identified by April 18, 2008.

Terms at issue are to be identified by April 25, 2008.

Proposed constructions are to be filed by June 28, 2008.

Oppositions are to be filed by July 18, 2008. Parties are to meet and confer to identify contested issues.

Markman hearing is scheduled for August 8, 2008.

1  EXPERT DISCOVERY
2       Plaintiff designates experts by June 1, 2008.
3       Defendant designates experts by June 20, 2008.
4       Plaintiff files expert reports by August 1, 2008.
5       Defendant files expert reports by September 5, 2008.
6       Expert Discovery cut-off date is October 3, 2008.
7
8  PRE-TRIAL
9       Briefs on in limine motions, proposed instructions,
10      verdicts are due October 10, 2008.
11      Oppositions are due October 17, 2008.
12      Hearing on pre-trial issues on October 24, 2008
13
14 TRIAL
15      Trial is scheduled for November 3, 2008.
16
17      IT IS SO ORDERED
18
19 Dated:    March 14, 2008
20                                  _____
21                                        D. Lowell Jensen
22                                   United States District Judge