**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

```
Frank T. Shum,                  )
                                )
                Plaintiff,      )
                                )
            v.                  )
                                )    No. C-02-03262-DLJ
Intel Corp., et al             )
                                )    ORDER
                Defendant.      )
_____)
```

8    The Court modifies its scheduling order of March 14, 2008,

9    as follows:

10   SUMMARY JUDGMENT

11      Defendant's reply is due on June 27, 2008.

12

13   CLAIM CONSTRUCTION

14      Proposed constructions are to be filed by June 27, 2008.

15

16   EXPERT DISCOVERY

17      Plaintiff designates experts by May 30, 2008.

18

19      IT IS SO ORDERED

20

21   Dated:    April 3, 2008

22

23                                    D. Lowell Jensen

24                              United States District Judge

25

26

27

28