**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

```
Frank T. Shum                   )    Case No.C-02-3262-DLJ
     Plaintiff                  )
                                )    AMENDED
                                )    ORDER FOR PRETRIAL
                                )
  V                             )    PREPARATION
                                )
Intel Corporation, Jean-Marc    )
Verdiell, LightLogic, Inc.      )
                                )
_____)
```

Good cause appearing, IT IS HEREBY ORDERED, pursuant to FRCP 16(e):

**A. Trial Date.** Trial before the JURY will begin on 11/3/08 at 9:00AM in Courtroom 1. Estimated length of trial is 2 weeks.

**B. Discovery Cutoff.** All discovery, other than expert discovery, shall be completed by 7/28/08.

**1. Designation of and Discovery re: Experts.** Plaintiff shall designate any experts by** **5/30/2008;** Defendant designates by 6/20/08. Plaintiff files expert reports by 8/1/08; Defendant files expert reports by 9/5/08. All expert discovery shall be completed by 10/3/08.

**C. Pretrial Conference.** A pretrial conference will be held on 10/24/08 at 2:00PM in Courtroom 1. It shall be attended by counsel who will try the case. All counsel shall be fully prepared to discuss all aspects of the trial. Briefs on in limine motions, proposed instructions, verdicts are due 10/10/08. Oppositions due 10/17/08.

**D. CLAIM CONSTRUCTION**
Claims at issue are to be identified by 4/18/08. Terms at issue are to be identified by 4/25/08. Proposed constructions are to be filed by** **6/27/08.** Oppositions filed by 7/18/08. Parties are to meet and confer to identify contested issues. Claim Construction/Markman hearing is scheduled for 8/8/08 at 2:00PM.

**E. Summary Judgment Motions.**
Defendant's opening brief due 4/4/08. Plaintiff's opposition due 5/23/08.Defendant's reply ** **6/27/08**. Hearing on Summary Judgment motions 7/25/08 at 2:00PM.

**F. Pretrial Preparation.** Counsel shall meet and confer in good faith, in advance of complying with the following pretrial requirements, in order to clarify and narrow the issues for trial, arrive at stipulation of fact, simplify and shorten the presentation of proof at trial, and explore possible settlement.

**1.** The following matters are to be completed:
(see following pages)