1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  JAYESH HINES-SHAH (SBN 214256)
   NICHOLAS G. CAMPINS (SBN 238022)
3  STEPHEN McG. BUNDY (SBN 253017)
   TAYLOR & COMPANY LAW OFFICES, LLP
4  One Ferry Building, Suite 355
   San Francisco, California 94111
5  Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
6  E-mail: staylor@tcolaw.com
   E-mail: jgrant@tcolaw.com
7  E-mail: jhinesshah@tcolaw.com
   E-mail: ncampins@tcolaw.com
8  E-mail: sbundy@tcolaw.com

9  RAGESH K. TANGRI (SBN 159477)
   KEKER & VAN NEST LLP
10 710 Sansome Street
   San Francisco, California 94111
11 Telephone: (415) 391-5400
   Facsimile:  (415) 397-7188
12 E-mail:  rtangri@kvn.com

13 Attorneys for Defendants INTEL
   CORPORATION, LIGHTLOGIC, INC.
14 and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>    Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>Date:   July 25, 2008<br>Time:  2:00 p.m.<br>Place:  Courtroom 1, 4th Floor<br><br>Honorable D. Lowell Jensen |

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF MOTION AND MOTION OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC AND JEAN-MARC VERDIELL FOR SUMMARY JUDGMENT: CASE NO. C 02-03262 DLJ (EMC)

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 25, 2008 at 2:00 p.m. in Courtroom 1 of the above-entitled Court, located at 1301 Clay Street, Oakland, California 94612, before the Honorable D. Lowell Jensen, defendants Intel Corporation, LightLogic, Inc. and Jean-Marc Verdiell will move this Court for an Order granting summary judgment on the Unjust Enrichment cause of action in plaintiff Frank T. Shum's ("Shum") Second Amended Complaint and all of the causes of action in Shum's Fourth Amended Complaint.

This Motion is made upon the grounds that there is no genuine issue as to any material fact and Intel, LightLogic and Verdiell are entitled to summary judgment because (1) the Radiance Design, Inc. Plan of Liquidation entered into between Shum and Verdiell as of January 5, 1998 expressly governs Verdiell's conduct which is the subject of Shum's cause of action for Unjust Enrichment, and also defeats plaintiff's claims against LightLogic and Intel for Unjust Enrichment; (2) plaintiff is unable to prove with respect to his cause of action for Breach of Contract that he suffered any damages as a result of the alleged actions or inactions of Verdiell; (3) plaintiff is unable to prove with respect to his cause of actions for Fraud, Breach of Fiduciary Duty and Fraudulent Concealment that Verdiell owed him any fiduciary duty, or that any alleged misrepresentations by Verdiell or others are actionable, that plaintiff relied upon any alleged misrepresentations, that plaintiff suffered any damages as a result of the alleged actions or inactions of Verdiell, or that LightLogic and Intel are liable for any alleged damages; and (4) that plaintiff is unable to demonstrate by clear and convincing and properly corroborated evidence that that there is a genuine issue of material fact concerning his claims to be an inventor of any of the patents-in-suit.

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF MOTION AND MOTION OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC AND JEAN-MARC VERDIELL FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT:  CASE NO. C 02-03262 DLJ (EMC)

This Motion will be based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration of Stephen E. Taylor filed concurrently herewith, the pleadings, records and files in this action, and such other and further written and oral evidence as may be presented in connection with the hearing on this Motion.

Dated: April 4, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By: /s/ Stephen E. Taylor
Stephen E. Taylor

Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL

2.

TAYLOR & CO.
LAW OFFICES, LLP

NOTICE OF MOTION AND MOTION OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC AND JEAN-MARC VERDIELL FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT: CASE NO. C 02-03262 DLJ (EMC)