Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page1 of 10

STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
NICHOLAS G. CAMPINS (SBN 238022)
STEPHEN McG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: ncampins@tcolaw.com
E-mail: sbundy@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL

FILED
APR - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL**<br><br>Date: July 25, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 1, 4th Floor<br><br>Honorable D. Lowell Jensen |

**VOLUME 1 OF 2 – ATTACHING EXHIBIT NOS. 1 THROUGH 23**

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)

Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page2 of 10

I, STEPHEN E. TAYLOR, declare as follows:

1. I am an attorney with Taylor & Company Law Offices, LLP, counsel for defendants Intel Corporation ("Intel"), LightLogic, Inc. ("LightLogic") and Jean-Marc Verdiell ("Verdiell") (collectively referred to herein as "Defendants") in this action. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained in this declaration, I could and would competently testify thereto. This declaration is submitted in support of Defendants' Motion for Summary Judgment, which has been filed concurrently herewith.

2. All of the documents attached to this declaration have either been filed with the Court and/or served in this action, or have been produced by the parties or third parties in the course of discovery. Documents with control numbers utilizing the prefix "FS" have been produced by plaintiff Frank T. Shum ("Shum") in this litigation. Documents with control numbers utilizing the prefix "MV" have been produced by Verdiell in this litigation. Documents with control numbers utilizing the prefix "INT" have been produced by Intel in this litigation. Documents with control numbers utilizing the prefix "LU" have been produced by former defendant and now third party Lumen Intellectual Property Services, Inc. in this litigation.

3. Attached to this declaration as Exhibit 1 are true and correct copies of the Action By Unanimous Written Consent of the Board of Directors of Radiance Design, Inc., the Radiance Plan of Liquidation, and the Action By Written Consent of the Shareholders of Radiance Design, Inc. (Control Nos. MV0024380 - MV0024386), all dated as of January 5, 1998. These documents were marked as Trial Exhibit 3 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

4. Attached to this declaration as Exhibit 2 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing testimony given by plaintiff Shum at his deposition taken on November 12, 2003.

5. Attached to this declaration as Exhibit 3 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing testimony

1.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO. LAW OFFICES, LLP

Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page3 of 10

given by plaintiff Shum at his deposition taken on November 14, 2003.

6. Attached to this declaration as Exhibit 4 is a true and correct copy of the June 14, 2004 Stipulation and Order of Dismissal [Pursuant to F.R.C.P. 41] dismissing from this action, with prejudice, defendants Marek Albostza and Lumen Intellectual Property Services, Inc.

7. Attached to this declaration as Exhibit 5 is a true and correct copy of a September 8, 1997, memorandum addressed to Verdiell titled "Resolving Current Conflicts" (Control Nos. FS0456 - FS0458). This document was produced by plaintiff Shum in this action on August 5, 2003. In this memorandum, Shum tells Verdiell that he has lost trust in him, and that this loss of trust has probably been the key source of their difficulties. At his deposition on November 12, 2003, Shum testified that this September 8, 1998 memorandum (marked as Deposition Exhibit 31) is an accurate memorialization and the best record of his feelings regarding Verdiell as of this date. *See* Exhibit 2 to this declaration, at pp. 27:9-28:17.

8. Attached to this declaration as Exhibit 6 is a true and correct copy of United States Patent No. 5,977,567 titled "Optoelectronic Assembly and Method of Making the Same," dated November 2, 1999. This document was marked as Trial Exhibit 16 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

9. Attached to this declaration as Exhibit 7 is a true and correct copy of United States Patent No. 6,376,268 titled "Optoelectronic Assembly and Method of Making the Same," dated April 23, 2002. This document was marked as Trial Exhibit 19 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

10. Attached to this declaration as Exhibit 8 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by plaintiff Shum on January 10, 2005.

11. Attached to this declaration as Exhibit 9 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by plaintiff Shum on January 11, 2005.

12. Attached to this declaration as Exhibit 10 are true and correct copies of pages

2.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO. LAW OFFICES, LLP

excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by plaintiff Shum on January 12, 2005.

13. Attached to this declaration as Exhibit 11 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by third-party witness Les Duman (morning session) and plaintiff's expert witness Wayne Knox (afternoon session) on January 13, 2005.

14. Attached to this declaration as Exhibit 12 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by defendant Verdiell on January 18, 2005.

15. Attached to this declaration as Exhibit 13 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by defendant Verdiell (morning session) and third-party witness Marek Alboszta (afternoon session) on January 19, 2005.

16. Attached to this declaration as Exhibit 14 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing the sworn testimony given during the inventorship trial in this action by defendants' expert witness John Lawson Koch on January 20, 2005.

17. Attached to this declaration as Exhibit 15 are true and correct copies of Verdiell's calendar pages for the period May 29-31, 1996, containing his conception drawings and notes for the DBC invention (Control Nos. MV0024721 - MV0024728). These documents were marked as Trial Exhibit 59 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

18. Attached to this declaration as Exhibit 16 is a true and correct copy of the aCADian Technologies Phase I Proposal titled, "Surface Mount Packaging Technology for Optoelectronics" (electronic version of draft dated June 3, 1996). This document was (a) produced by plaintiff

Shum in this action in electronic format on June 1, 2004, (b) marked as Trial Exhibit 1021 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

19. Attached to this declaration as Exhibit 17 is a true and correct copy of an SDL Invention Disclosure regarding "Method for Low Cost Passive Micro Lensing of Laser Diodes," dated October 7, 1994 (Control Nos. FS2296 - FS2298). This document was marked as Trial Exhibit 57 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

20. Attached to this declaration as Exhibit 18 is a true and correct copy of the aCADian Technologies Proposal to ARPA/ETO entitled "Surface Mount Packaging Technology for Optoelectronics" (Control Nos. FS1435 - FS1451). This document was marked as Trial Exhibit 33 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

21. Attached to this declaration as Exhibit 19 is a true and correct copy of Radiance Design, Inc.'s Small Business Innovation Research (SBIR) Program Proposal for "Low Cost, Flexible Packaging of Photonic and Electronic Devices," dated July 2, 1996 (Control Nos. FS 0993 - FS 1012). This document was marked as Trial Exhibit 50-O(1) during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

22. Attached to this declaration as Exhibit 20 is a true and correct copy of a draft of the aCADian Technologies Phase I Proposal titled, "Surface Mount Packaging Technology for Optoelectronics," dated June 17, 1996. This document was (a) produced by plaintiff Shum in this action in electronic format on June 1, 2004, (b) marked as Trial Exhibit 1022 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

23. Attached to this declaration as Exhibit 21 is a true and correct copy of United States Patent No. 6,252,726 titled "Dual-Enclosure Optoelectronic Packages," dated June 26, 2001. This document marked as Trial Exhibit 27 during the inventorship bench trial, and jointly proffered to

Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page6 of 10

the Court as evidence by the parties on March 7, 2005.

24. Attached to this declaration as Exhibit 22 is a true and correct copy of a facsimile message from Verdiell to Bruno Acklin, dated September 20, 1997 (Control Nos. MV0001200 – MV0001204). This document was marked as Trial Exhibit 612 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

25. Attached to this declaration as Exhibit 23 are true and correct copies of handwritten notes and invention drawings made and signed by Verdiell, dated "1/10/97" (Control Nos. MV0001212 – MV0001216). These documents were marked as Trial Exhibit 892 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

26. Attached to this declaration as Exhibit 24 is a true and correct copy of a Radiance Design, Inc. pricing chart, dated September 29, 1997 (Control No. FS2300). This document was marked as Trial Exhibit 281 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

27. Attached to this declaration as Exhibit 25 are true and correct copies of two dual enclosure illustrations, dated December 19, 1997 (Control Nos. FS2506; FS2299). These documents were marked as Trial Exhibit 267 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

28. Attached to this declaration as Exhibit 26 is a true and correct copy of a Luminance Business Plan, Version 1.00D, dated December 19977 (Control Nos. FS2578 – FS2598). This document was marked as Trial Exhibit 700 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

29. Attached to this declaration as Exhibit 27 is a true and correct copy of a draft of a Radiance Design, Inc. proposal from the files of Lumen Intellectual Properties, Inc. with handwritten notes (Control Nos. LU000038 – LU000047). This document was (a) produced by former defendant and now third-party witness Lumen Intellectual Property Services, Inc. in this action on January 29, 2004, (b) marked as Trial Exhibit 562 during the inventorship bench trial,

5.

TAYLOR & CO. LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)

Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page7 of 10

and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

30. Attached to this declaration as Exhibit 28 is a true and correct copy of United States Patent No. 6,207,950 titled "Optical Electronic Assembly Having a Flexure for Maintaining Alignment Between Optical Elements," dated March 27, 2001. This document was marked as Trial Exhibit 22 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

31. Attached to this declaration as Exhibit 29 is a true and correct copy of United States Patent No. 6,227,724, titled "Method for Constructing an Optoelectronic Assembly," dated May 8, 2001. This document was marked as Trial Exhibit 51 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

32. Attached to this declaration as Exhibit 30 is a true and correct copy of United States Patent No. 6,586,726, titled "Optical Electronic Assembly Having a Flexure for Maintaining Alignment Between Optical Elements," dated July 1, 2003. This document was marked as Trial Exhibit 52 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

33. Attached to this declaration as Exhibit 31 is a true and correct copy of United States Patent No. 6,585,427 titled "Flexure Coupled to a Substrate for Maintaining the Optical Fibers in Alignment," dated July 1, 2003. This document was marked as Trial Exhibit 29 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

34. Attached to this declaration as Exhibit 32 is a true and correct copy of a calendar page containing handwritten invention drawings by Jean-Marc Verdiell, dated April 1, 1997. (Control No. MV0001198). This document was marked as Trial Exhibit 236 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

35. Attached to this declaration as Exhibit 33 is a true and correct copy of a single page Record of Invention signed by both Verdiell and Shum on April 17, 1997 (Control No. FS0174).

6.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO. LAW OFFICES, LLP

Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page8 of 10

This document was marked as Trial Exhibit 4-A during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

36. Attached to this declaration as Exhibit 34 is a true and correct copy of a single page Record of Invention signed by both Verdiell and Shum on April 17, 1997 (Control No. MV0001205). This document was marked as Trial Exhibit 4-B during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

37. Attached to this declaration as Exhibit 35 is a true and correct copy of a photograph of a metal part described as the "spider" part that was shown to both Verdiell and Shum by third-party witness Les Duman in May 1997. This part was produced by defendants for inspection by Shum and his counsel, Gregory S. Cavallo, on December 23, 2004, (b) marked as Trial Exhibit 1008-F during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

38. Attached to this declaration as Exhibit 36 is a true and correct copy of printouts of drawings from the electronic file titled, "Dil16_013.prt" from plaintiff Shum's hard drive. These electronic files were (a) produced by plaintiff Shum in this action in electronic form on June 1, 2004, (b) marked as Trial Exhibit 900 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

39. Attached to this declaration as Exhibit 37 is a true and correct copy of Radiance Design, Inc. schematics (Control Nos. FS0018 – FS0117). These documents were marked as Trial Exhibit 716 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

40. Attached to this declaration as Exhibit 38 is a true and correct copy of a CADkey view of a flexure design, dated May 12, 1997. This document was (a) produced by plaintiff Shum in this action in electronic form on June 1, 2004, (b) marked as Trial Exhibit 734 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

41. Attached to this declaration as Exhibit 39 is a true and correct copy of a CADkey

7.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO. LAW OFFICES, LLP

Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page9 of 10

illustration from DIL 16_009.prt., dated May 12, 1997. This document was (a) produced by plaintiff Shum in this action in electronic form on June 1, 2004, (b) marked as Trial Exhibit 735 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

42. Attached to this declaration as Exhibit 40 is a true and correct copy of a CADkey illustration from DIL 16_011.prt, "Flexed Sideview," dated May 14, 1997. This document was (a) produced by plaintiff Shum in this action in electronic form on June 1, 2004, (b) marked as Trial Exhibit 736 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

43. Attached to this declaration as Exhibit 41 is a true and correct copy of photographs of tangible evidence produced by Frank Shum (including Radiance Design, Inc. prototypes). These documents were marked as Trial Exhibit 719 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

44. Attached to this declaration as Exhibit 42 is a true and correct copy of a photograph of a flexure prototype, dated December 1997 (Control No. FS0233). This document was (a) originally produced by plaintiff Shum in this action on August 5, 2003, (b) marked as Trial Exhibit 656 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

45. Attached to this declaration as Exhibit 43 is a true and correct copy of Unitek Miyachi Corporations seminar materials for a program titled "Precision Metals Joining Seminar for Medical Device Manufacturers," dated April 1, 1997 (Control No. FS7879 attaching 53 additional unnumbered pages). This document was marked as Trial Exhibit 558 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

46. Attached to this declaration as Exhibit 44 is a true and correct copy of two Radiance Design, Inc. Records of Invention signed on March 17, 1997 by Shum and Verdiell (Control Nos. FS0001 – FS0012). This document was marked as Trial Exhibit 50 during the

8.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)


Case4:02-cv-03262-DLJ Document535 Filed04/04/08 Page10 of 10

inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

47. Attached to this declaration as Exhibit 45 is a true and correct copy of Shum's notebook (pages 1-38), with entries dated April 4 through May 24, 1997 (Control Nos. FS0135 – FS0172). This document was marked as Trial Exhibit 50-D during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 4th day of April, 2008, in San Francisco, California.

STEPHEN E. TAYLOR

9.

TAYLOR & CO. LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL: CASE NO. C 02-03262 DLJ (EMC)