EXHIBIT 14

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3    DEPARTMENT ONE              D. LOWELL JENSEN, JUDGE

4                               BENCH TRIAL PP. 1277-1506

5    FRANK T. SHUM,          ) C 02-03262 DLJ (EMC)

6             PLAINTIFF,     ) OAKLAND, CALIFORNIA

7    VS.                     ) WITNESS:  JOHN LAWSON KOCH

8    INTEL CORPORATION, JEAN-MARC )    JOHN GORMAN

9    VERDIELL AND LIGHTLOGIC, INC.,)    01/20/05

10            DEFENDANTS.    )

11   _____ )  THURSDAY, JANUARY 20, 2005

12   JEAN-MARC VERDIELL,     )  OAKLAND, CALIFORNIA

13            COUNTER-CLAIMANT,  )

14   VS.                     )

15   FRANK T. SHUM,          )

16            COUNTER-DEFENDANT. )

17   _____ )

18        REPORTER'S TRANSCRIPT OF PROCEEDINGS

19                  VOLUME 7

20   APPEARANCES:

21   FOR THE PLAINTIFF:

22   LAW OFFICES OF E. ROBERT (BOB) WALLACH, P.C.
     E. ROBERT (BOB) WALLACH, ESQUIRE
23   P.O. BOX 2670
     SAN FRANCISCO, CALIFORNIA  94126-2670
24   TEL (415) 989-6445
     FAX (415) 983-3802
25   SHOPOFF & CAVALLO LLP
     GREGORY S. CAVALLO, ESQ.

1   I N D E X

2   THURSDAY, JANUARY 20, 2005; DEPARTMENT ONE, D. LOWELL

3   JENSEN, JUDGE AFTERNOON SESSION VOLUME 7

4   WITNESSES            DIRECT   CROSS REDIRECT RECROSS JUDGE

5   FOR THE DEFENDANT:

6   THOMAS LAWSON KOCH  1280(T) 1427(B) 1499(T) 1501(B)

7                       1407 (RESUMED)

8   JOHN GORMAN         1384(T  1390(W) 1403(T)

9            E X H I B I T S

10                   IDENTIFICATION  EVIDENCE   VOLUME

11  FOR THE DEFENDANT

12  739-B GREEN NOTEBOOK      1406                    7

13  MISSING PAGES

14  817                      1312                     7

15  817-A                    1312                     7

16  817-B                    1313                     7

17  817-C                    1314                     7

18  1048   BIPOD             1295                     7

19  BUY OUT AGREEMENT    ,    1397

20

21

22  P.M. SESSION 1384

23

24

25

1   CALENDAR ENTRIES THAT HAD BEEN SUBMITTED BY DR. VERDIELL AS

2   CONCEPTION EVIDENCE.  AND I BELIEVE THEY WERE TAKEN WHILE HE

3   WAS ATTENDING A CONFERENCE IN THE MAY TIME FRAME.

4        Q    AND COULD WE HAVE EXHIBIT 59, PLEASE?

5             DO YOU RECOGNIZE THESE?

6        A.   YES, I DO.

7        Q    AND WHAT DO YOU RECOGNIZE THESE AS?

8        A    THE CALENDAR ENTRIES THAT I WAS REFERRING TO.  I

9   BELIEVE ON PRIOR PAGES THERE'S OTHER REFERENCES TO THINGS

10  THAT DR. VERDIELL WAS WITNESSING AT THIS CONFERENCE.  MANY

11  OF THEM HAD TO DO WITH -- WITH THE PACKAGING TECHNOLOGIES.

12  I RECALL A REFERENCE TO A -- TO SEMENTI T-WORK WHICH IS VERY

13  SIMILAR TO THE MATERIAL THAT I ALREADY DISCUSSED AS PRIOR

14  ART.  BUT IN PARTICULAR THIS WAS WHAT I FOUND TO BE VERY

15  SIGNIFICANT.

16       Q    AND DID YOU DO ANYTHING TO CONFIRM WHEN THESE

17  NOTES WERE MADE RELATIVE TO THE ACADIAN PROPOSAL AND THE

18  ARMY PROPOSAL THAT YOU TESTIFIED?

19       A    YES.  AS I SAID, THE ACADIAN PROPOSAL WAS IN

20  APRIL.  I DON'T RECALL THE EXACT CONFERENCE DATES OF THIS

21  BUT IT IS SOMETIME IN MID MAY, I BELIEVE.  MAYBE THE END OF

22  MAY.  UM, AND THE DATES OF THAT WERE READILY AVAILABLE TO

23  THE COURT BECAUSE IT IS A DOCUMENTED CONFERENCE AND THERE'S

24  PROBABLY ALSO DATES ON THESE PAGES.

25       Q    CAN WE GO TO THE PAGE OF THE CALENDAR FOR MAY 31.

1   DID YOU ALSO REVIEW THIS PAGE OF MR. VERDIELL'S CALENDAR?

2        A    YES, I DID.  AND I FOUND IT SIMILARLY REVEALING OF

3   SOME OF THE THINGS THAT DR. VERDIELL WAS THINKING ABOUT AND

4   CONCEIVING AT THE TIME.

5        Q    IN WHAT WAY DID EITHER THE NOTES IN THIS CALENDAR

6   OR THE DRAWING FACTOR INTO YOUR ANALYSIS REGARDING THE

7   CONCEPTION ISSUES IN THIS CASE?

8        A    I'D LIKE TO GO BACK TO THE PRIOR ONE IF WE COULD.

9        Q    OKAY.  TO THE NOTES.  FEEL FREE WITH HIS HONOR'S

10  PERMISSION TO STEP TO THE SCREEN IF IT'S EASIER FOR YOU TO

11  EXPLAIN THAT ONE.

12       A    NO, I THINK WE CAN DO IT FROM HERE.  IT'S CLEAR

13  HE'S IN THE EXHIBIT LOOKING AT PACKAGING AND HE'S COME

14  ACROSS AN OUTFIT CALLED BRUSH WELLMAN.  AND SOME OF THE TEXT

15  IS A LITTLE BIT HARD TO READ PERHAPS BUT IT'S TALKING ABOUT

16  WITH THE INDIVIDUAL THAT HE MET WITH AN AUTOMATIVE

17  BACKGROUND.  AND THAT, IN PARTICULAR, THE CAPABILITY THAT

18  THIS COMPANY HAD, REFERRING TO THICK COPPER BRAZED ALUMINA,

19  DIRECT BOND COPPER PRODUCTS.  SO HE WAS TAKING NOTE OF THIS.

20  HE'S TALKING, IN PARTICULAR HE IS TAKING CAREFUL ATTENTION

21  TO HOW IT'S BONDED TO THE SUBSTRATE.  IT SAYS BRAZED WITH

22  THE COPPER SLIVER, COPPER SILVER, I GUESS.  AND IT TALKS

23  ABOUT HOW THE BONDING TAKES PLACE, SHEET OF COPPER OXIDIZED

24  CHEMICALLY.  HEAT UP IN CONTACT WITH ALUMINA, ETC.  SO

25  THERE'S A LOT OF INTEREST AND ATTENTION TO THE INTEGRITY AND

1    NATURE OF THE BOND BETWEEN THE COPPER AND THE INSULATING

2    SUBSTRATE.  IT SAYS THE COPPER OXIDE FORMS A EUTECTIC.

3            AND THEN HE STARTS REFERRING TO SOME OF THE

4    THERMAL CHARACTERISTICS.  AND IT SAYS TO DO THERMAL VIAS

5    THROUGH THE INSULATOR.  AND I GUESS THIS IS WITH REGARD TO

6    IMPROVING THE HEAT CONDUCTIVITY PROPERTIES OF AN INSULATING

7    SUBSTRATE.  AND IT SAYS THAT COULD ACT LIKE A PISTON.  AND I

8    PRESUMED THAT IS MEANING IF I HAVE A VIA FILLED WITH THE

9    METAL AND I PUT A DEVICE ON TOP OF IT, IT SAYS "CAN ACT LIKE

10   A PISTON, DON'T PUT UNDER DIE".  THAT WOULD BE A BAD THING

11   TO DO BECAUSE THE METAL MIGHT EXPAND AND PUSH UP ON THE DIE.

12   BUT HE'S TALKING ABOUT THE USE OF BERYLLIUM OXIDE, WHICH IS

13   A WELL KNOWN, UNFORTUNATELY, HIGHLY TOXIC MATERIAL.  BUT IT

14   IS A VERY GOOD SUBSTRATE FROM THE POINT OF VIEW THERMAL

15   CONDUCTIVITY AND THERMAL EXPANSION.  SO HE'S THINKING A LOT

16   OF WHAT A SUBSTRATE IS AND WHAT THE THERMAL PROPERTIES WOULD

17   BE.  IF WE NOW GO TO THE NEXT PAGE.

18       Q    OKAY.

19       A    AND I BELIEVE THIS IS ONE DAY LATER.  SO HE'S

20   STILL INTRIGUED BY THIS APPARENTLY.  AND HE'S BEEN THINKING

21   ABOUT IT SOME.  AND IF WE LOOK AT THE VERY TOP OF THE

22   PICTURE, IT SHOWS TO ME MANY, MANY OR ALL THE ATTRIBUTES

23   THAT ARE DISCUSSED IN TERMS OF THIS DBC PATENT.  IT'S

24   SHOWING A LAYER OF COPPER THAT'S QUITE THICK BY SOME

25   STANDARDS, THIN BY OTHERS, 250 MICRONS.  SO THAT IS NOT

1   NECESSARILY CONVENTIONAL THICKNESS.  IT SHOWS A DIE SITTING

2   ON TOP OF IT.  IT SHOWS A -- AN OPTICAL ELEMENT SITTING IN

3   FRONT OF THAT ON THE SUBSTRATE UNDERNEATH IT.  SO, UM, THE

4   THICKNESSES ARE CHOSEN.  A LOT OF, AS I SAID EARLIER,

5   AWARENESS OF THE THERMAL PROPERTIES AND THE NATURE OF THE

6   BOND.  AND TO ME, THIS IS THE FIRST TIME I'VE SEEN IN ANY OF

7   THE CONCEPTION EVIDENCE THE INTRODUCTION OF THIS DIRECT

8   BONDED COPPER FROM EITHER OF THE PARTIES.

9       Q    IS THERE ANYTHING ELSE THAT YOU RECALL CONSIDERING

10  IN REACHING YOUR OPINIONS IN THIS CASE REGARDING

11  INVENTORSHIP OF THE DBC PATENTS?

12      A    UM, AGAIN, THE TIMING OF THIS.  SO THIS IS

13  SOMETHING THAT OCCURS AT THE END OF MAY.  AND WE HAVE THE

14  ACADIAN PROPOSAL THAT DOES NOT CONTAIN ANY REFERENCE TO

15  THIS.  AND THEN THE JULY MATERIAL THAT WAS BROUGHT FORTH BY

16  DOCTOR -- OR BY MR. SHUM, IS WRITHE WITH A LOT OF MENTION OF

17  DIRECT BONDED COPPER AND SOME OF THE PROPERTIES THAT IT

18  WOULD HAVE ATTRIBUTES THICKNESSES AND THE FUNCTIONS THAT IT

19  WOULD PERFORM.  AND ,TO ME, I FOUND IT KIND OF TELLING THAT,

20  UM, PRIOR TO THIS DATE, THERE'S NO MENTION OF ANY OF THESE

21  PROPERTIES.  AND THEN IN JULY, FOLLOWING THIS MEETING, THE

22  DR. VERDIELL FIRST MENTIONED TO ANYONE THIS NOTION OF THE

23  USE OF DIRECT BONDED COPPER.  THAT FINDS ITS WAY INTO THE

24  PROPOSAL.  SO I ENDED UP CONSIDERING THAT TO BE VERY

25  IMPORTANT.

1    THAT A REAL INVENTIVE CONTRIBUTION HERE, I THINK I TESTIFIED

2    THAT I DIDN'T BELIEVE IT WAS.  BECAUSE I THINK VIAS ARE

3    FAIRLY COMMON.

4        Q    AND IF IT'S NOT INVENTIVE CONTRIBUTION, AGAIN,

5    YOUR METHODOLOGY TO MAKE NO EFFORT TO DETERMINE WHETHER

6    ANYBODY CONTRIBUTED TO THIS LANGUAGE; RIGHT?

7        A    TO THE LANGUAGE, UM, I DIDN'T SPEND A LOT OF TIME

8    THINKING ABOUT IT, NO.  THAT'S TRUE.

9        Q    NOW, THAT FIRST ELEMENT OF CLAIM ONE THAT IS '6726

10   PATENT CALLS FOR FIRST ELECTRICALLY CONDUCTIVE PATTERNS ON A

11   FIRST SIDE OF THE SUBSTRATE, RIGHT?

12       A    YES.

13       Q    THAT IS NOT IN EXHIBIT 4-A, IS IT?

14       A    NO.

15       Q    ALSO CALLS FOR SECOND ELECTRICALLY CONDUCTIVE

16   PATTERNS ON A SECOND SIDE OF THE SUBSTRATE.  THAT'S NOT IN

17   FIGURE FOUR?

18       A    ACTUALLY NO.  IF I LOOK AT THAT DRAWING, UM,

19   THERE'S LEADS THAT GO TO THE UNDERSIDE OF THE SUBSTRATE.

20   AND IF YOU CAN SEE THEM THERE, THEY'RE IDENTIFIED, AS IT

21   SAYS, LEADS AT THE BOTTOM.  THAT'S LEADS ARE GOING TO THE

22   BOTTOM.  I DON'T KNOW HOW THE ELECTRICAL CONTACT GETS UP TO

23   THE DEVICES UNLESS IT GOES THROUGH THE SUBSTRATE SO I DON'T

24   SEE IT EXPLICITLY SPELLED OUT IN THAT PICTURE BUT I DON'T

25   KNOW.  HOW IT OCCURS WITHOUT VIAS.  SO AGAIN I WOULD CITE

1   IT.  PERHAPS SOMETHING LIKE THAT ISN'T SPELLED OUT BECAUSE

2   IT'S KIND OF NUMB.  PEOPLE DO THINGS LIKE THAT.  HOW ELSE

3   CAN THE CURRENT GET FROM THE LEADS TO THE DEVICES?

4       Q    WELL, YOU SAW MR. SHUM'S CAD DRAWINGS OF HIS

5   ELECTRICALLY CONDUCTIVE PATTERNS ON ONE SIDE AND THE OTHER

6   SIDE OF THE SUBSTRATE, RIGHT?

7       A    YES.

8       Q    EXHIBIT 4-A HAS NOTHING LIKE THAT DETAIL, DOES IT?

9       A    IT DOESN'T HAVE A DETAIL IMPLEMENTATION.  BUT,

10  AGAIN, I DON'T KNOW HOW -- HOW I GET ELECTRICITY FROM ONE

11  THING TO THE OTHER UNLESS I'M GOING THROUGH THE SUBSTRATE.

12      Q    SO YOU'RE JUST GUESSING FIGURE 4-A HAS GOT THAT

13  SUBJECT MATTER?

14      A    I'M NOT GUESSING.  I DON'T KNOW HOW YOU SHOULD DO

15  IT, FRANKLY, UNLESS THERE IS SOME SECRET WAY FOR ELECTRICITY

16  TO HARK ACROSS THERE AND POWER THE DEVICE, I THINK IT'S KIND

17  OF IMPLICIT IN THAT DRAWING.

18      Q    HERMETIC VIAS, THERE AREN'T ANY IN EXHIBIT 4-A, IS

19  THERE?

20      A    IT DOESN'T SPECIFY IN HERE HERMETIC.

21      Q    OKAY, I'M PUTTING THE REPRESENTATIVE CLAIM FROM

22  THE '427 PATENT UP ON THE BOARD.  I THINK I'VE HEARD YOU

23  TESTIFY, PROFESSOR KOCH, THAT CERTAINLY THE INDEPENDENT

24  CLAIMS ONE AND TWENTY HAVE VERY GENERAL LANGUAGE IN THEM.

25      A    THAT'S CORRECT.

1   COURT REPORTER'S CERTIFICATE

2          I, STARR A. WILSON, CSR NO. 2462, UNITED STATES

3   DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, DO HEREBY

4   CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM THE

5   RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

6          I CERTIFY THAT THE TRANSCRIPT FEES AND FORMAT

7   COMPLY WITH THOSE PRESCRIBED BY THE COURT AND JUDICIAL

8   CONFERENCE OF THE UNITED STATES.

9

10   _____

11   STARR A. WILSON, CSR NO. 2462

12

13

14

15

16

17

18

19

20

21

22

23

24

25

$E_{XHIBIT}$ 15



EXHIBIT
**59**
CONFIDENTIAL
MV 0034731

#5 Solder - New solder alloy:
  × 97 Sn 3 Cu   227°C   0.01 creep.

  This is used by automobile
  looks like a good alternative to
  AuSn - very low creep

  ⭑ AT&T use formic acid vapor
  (sourcy H₂ bubbler) for fluxless soldering


Phone messages
  From Gary Whittacker  Kaiser Group
    WDM 1550 nm - related
  Shan-Kai - give Anis on report (upper Mgmt)
    214 918 7586

Session 6  Optical Parallel Connects
#1  NTC
    8 channel 1 Gb/s/channel
    VLSI monolithic circuit in 1 out,
    no external components.
    Dynamic range 70 dB
    Fantastic Eye diagram
    All package in a thin package 72 cc !! look like
  a product  Very impressive. But is the Technology
    cost effective yet?
#2  Ericsson - No results
#3  Alcatel
    Very interesting application to switching.
    Current boards are 32 × 32 at
    155 Mb/s, used in practice as
    16 × 16 at 600 Mb/s on card edge
    ⭑ ptt wants to go to 128 × 128, now
    connections at edge of the board
    which are ∥ optical

#4  OETC (Bell labs, IBM, CNL, Honeywell)
    3" MOVPE VCSEL wafer yield '99 8% !!!
    38 wafer array yield - 96% !!
    at least for 1 wafer.
    Application is within an ATM switch once again

Session 6                    Date / 05 / 29

Paper # 5  Mariposa VCSEL / Optabus

Design "CONSIDERABLY" simpler than OETc
(one chip inside package).  Very thin
module looks manufacturable at low
cost.  Mounted on pin grid array
like microprocessors

★ VERY NICE AND SIMPLE MULTIMODE ARRAY PCKGE
Molded polymer optical front-end package
package — connector, is surface mountable.

waveguide

VCSEL
or PIN
array

Surface mount package

This is how they        Clear plastic
make waveguide.         (clad)

fill middle
with core plastic
material when
curing, then
clear plastic. (clad)

Pretty dirty waveguide, but works.
VCSELs
Nominal Ith = 2mA,  850 nm
R = 120Ω !!
Use GaAs MV's (underneath
Run multichannel in first version (CMOS IC's)
(Grow on 3" wafers  99% yield "on spec"
(not "lasing").

→ shallow implant device because    PROTON IMPLANT
Deep  —  deeper die  ⟹ can impact
                              RELIABILITY !!
Did ESD 100 V device
                    300 V area
→ They did it right & they'll probably have
   VCSEL & package with cost close to LED's

CONFIDENTIAL

MV 0024723

**Date** / /

#6   Jitney Optical bus - Supported by NIST/ATP
         IBM 3M,

         Need 10/Gb/s, <$7 meter of cable
         500 MH/line   20 line.
         Use CMOS
         No functional link yet!
         They get all parts off the shelf, rebat, etc.
         → I don't think they have any chance against
         Motorola/NTT that do it all.
         Turn their VCSEL light 90° with mirror! !
         Why the hell not use edge emitting !??

#7   POLG   didn't even mention SDL in the
         members of the consortium !!

CONFIDENTIAL

MV 0024724

Date  /05 /30

Nortel, NRC & CRC are trying to
push a WDM product out. It's
an 8-λ array. Array + driver HBT
are made by Nortel — CRC does
packaging. This is gov't funded.

Phone calls:
  Karen Liu - 514 784 7378
  Meeting on Friday → need schedule
  Ray Zanoni - Marc la Lilede  x 4784
    Barbara - 4269

IDEAS    Structural Dynamics

  ↳ produit generique
    Master Modeler
    Finite Element Modeler  } $50,000
    + 13% an
    Runs Unix, IDEAS under NT

Exhibition Packaging
  Brush Wellman  Make parts in the M
  Dave DeWire.   508 462 9361.
  Automotive Background.
  Thick copper brazed on alumina
  Do too
  Direct bond copper products
  Adding side wall - $10-15
  Brazed with Cu-silver
  Do laser cutting of ceramics
  (slots)
  Do pre-scribe strips
Sheet  Copper → oxidize chemically
  Heat up in contact with alumina
  or other O bearing ceramic at 1065°.
  CuO forms eutectic.
  Then etch
  Do thermal vias through (copper)
  Cu et like piston don't put under die
  Or use BeO. $15-52
  Al₂O₃  $15 sq in. dbl

CONFIDENTIAL

MV 0024725



Date /

Do binged heatsinks like SDL's
in volume production.

Being    will sell    Mac Hercules
Design    Tray Million    NJ    201 381 20 84
Manage    Re' Haby    717 730 6709
                FAX 4741

CONFIDENTIAL

MV 0024726

Date ___ / 05 / 1

#2  Plastic packaging  NTT.
use  spot size converters.
300 μm  taper (600 μm total)
overall spot size.

| | $\phi_h$ | S | 7 |
| | $n_i$ | 0.35 | 0.28 |
| | $\theta$ | 30° | 10° |

Put epoxy right on the diode.
Coupling loss " 10 - 15 dB "
with coupling on $SiO_2$ on $Si^1$ loss 3dB
(with spot side converted diode).

Epoxy or Silicone survive very well
70°c  12000 hours.

High Humidity / temp  storage

Silicone → dies.
Epoxy → dies, but slower

#3  Completely molded package  AT&T.

lead frame based
Transmolding process requires post
molding alignment→ didn't quite work

CONFIDENTIAL

MV 0024727



CONFIDENTIAL

MV 0024728

EXHIBIT 16

# Phase I Proposal

| | | |
|---|---|---|
| Topic # | : | A96-152 |
| Topic | : | Low Cost Photonic/Electronic Device Integration and Packaging. |
| **Proposal Title** | : | **Surface Mount Packaging Technology for Optoelectronics** |
| Submitting Organization | : | aCADian Technologies<br>4159 B El Camino Way<br>Palo Alto, CA 94306<br>Tel. / Fax : 415-493-7294 |
| Principal Investigator | : | Frank Shum<br>Senior Optical Engineer |
| Amount Requested | : | $100,000   6 Months |
| Key Words | : | laser diode, silicon optical bench, low cost, packaging, fiber coupled laser, micro optics, hybrid |

*(Check this format against Appendix A)*

## NOTICE OF RESTRICTION

This proposal includes data that shall not be disclosed, in whole or in part, for any purpose other than to evaluate this proposal or quotation. If, however a contract is awarded to this offeror or quoter as a result of, or in connection with, the submission of these data, the Government shall have the right to duplicate, use or disclose these data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in these data if they are obtained from another source without restriction. The data subject to this restriction are contained on all pages of this proposal.

EXHIBIT
1021

## Surface Mount Packaging Technology for Optoelectronics
### Phase I Proposal (A96-152)

Prepared by Frank Shum,
aCADian Technologies,
4159B El Camino Way
Palo Alto, CA 94306

## PROJECT SUMMARY

High perfomance optoelectronics packages require state of the art packaging technology including, high speed electionics, high fiber output power, to be assembled in a small package that offers high reliability. With present packaging methods, only high cost packages can meet all these parameters. aCADian Technologies proposes to build a hybrid package using a silica on silicon substrate on which high speed driver electonics will be mounted along with the laser diode. Innovative implementation of micro optics will allow the package to achieve high coupling efficiencies with inherently low cost components. The implementation of such technologies will allow for a compact package with a foot proint less than 4mm x 4mm. the package will be surface mountable and compatible with millimeter-mirocwave electronic driver components. Long term high volume manufactubility, cost and reliability will be the most impostant issues dealt with form the start of the design process. The result will be a high performance low cost hybrid package.

The proposed packaging technology is a fundamental shift from current optoelectronic manufacturing techniques. It will not only will have unparalleled advantages in cost, size and power, but will be allow harmonious integration of optoelectronics with standard electronic and microwave PC-board assemblies. This technology will spur the wide spread implementation of low cost fiber optics communication networks such as, HDTV, CATV, computer networks, and the data super high way.

*(Check this format against Appendix B)*

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

# IDENTIFICATION AND SIGNIFICANCE OF THE OPPORTUNITY

**Executive Summary**

Communication devices, both for consumer and high-performance applications, are making increasing use of optoelectronic technology and fiber-optic transmitters. The superior bandwidth of single mode fiber optic transmission has made optoelectronics the technology of choice for fiber channel links, advanced telephony networks, and military high-bandwidth communication systems. New applications are rapidly emerging in analog RF links for the transport of very high-frequency radar, cellular phone antenna feeds, CATV and other microwave analog signals. Optoelectronics is also playing an increasingly dominant role in mass storage, sensing and printing devices. However, high performance optical packages, particularly those used in coupling laser diodes to single mode fibers, are incompatible with standard electronic components. These packages are an order of magnitude larger, costlier and more difficult to manufacture than electronic surface-mounted components. In addition, low cost optical packages are often cylindrical in geometry. Such package shapes are awkward to mount on a PC-board. Consequently, optoelectronics have not been harmoniously integrated on the same board with electronics. In this program, we propose to provide a solution to this long standing problem. We will develop an optoelectronic surface-mount package and associated manufacturing techniques with size and cost that is compatible with high speed electronic surface mount technology.

The high cost and large size of present day optoelectronic packages stem from the necessity of incorporating beam shaping optics. Lenses, isolators, and beam splitters are necessary elements to achieve high performance optical coupling from a laser diode to a fiber. However, even the miniaturized versions of these components are large (a few mm), costly ($10-$100) and difficult to align. In our proposed technology, we will use micro cylindrical optical elements that are an order of magnitude smaller (a few 100 µm) and cheaper (<$1). Such reduction in cost and size is possible because we will be using a lens manufacturing technology that is similar to that used to fabricate optical fibers. By judicious implementation of multiple micro lens elements, both astigmatism and ellipticity of the laser diode will be corrected leading to very high coupling efficiencies. In addition, low assembly cost will be preserved. First of all, the micro cylindrical lenses will have two flat sides, which makes them easy to assemble on a flat package. An innovative passive registration design will allow the micro lens to drop on to the submount and self align to the other optics. Furthermore, an advanced Micro-Pivot design, also based on drawn glass parts, will relax fiber alignment tolerances by at least a factor of 10. These design techniques will greatly reduce the assembly cost of high performance single mode packages. Resistance to shock, vibration and temperature cycling will be inherent in the design as the optics are extremely small, low weight, and held in place with thin layer of hard solder. The envisioned package

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

will be flat, as thin as 2 mm, surface mountable, with high coupling efficiencies, and capable of high-speed operation.

The technology will allow packages to be developed with the follwoing characteristics :

1) Compatibility with surface mount technology, a footprint less than 4 mm x 4 mm and a height less than 2 mm.
2) High optical performance.  Implementing the necessary optical corrections to achieve 80% coupling efficiency.
3) High electrical performace.  Implmenting the necessary electrical connections and internal transmission lines to achieve microwave operation above 10 GHz.
4) Low part cost.  High precision parts are obtained by machining large glass preforms and drawing them down into small fibers by a process analogous to optical fiber fabrication. Cost of such lenses is anticipated to be less than $1 each.
5) Low assembly cost.  Components with flat surfaces and integrated spacer elements will drop into place and pressed against one another.  The fiber positioning tolerance will be greatly reduced by the use of a novel Micro-Pivot technology.



Fig. 1: Single Mode Surface Mount Optoelectronic Package
*(Add microwave driver components and transmission lines on silica)*

## Idendification of Problem

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

The sub micron tolerances necessary for single mode fiber positioning have always limited the manufacturability of optoelectronic packages. Similarly, the inherent high divergence, astigmatism, and ellipticity of laser diodes have been a challenge for achieving high coupling efficiencies to single mode fibers. Traditionally, high performance packages requires the use of precision aligned aspheric optical components. However, this approach necessitates precision manufacturing technology which is inherently expensive. Finally, package sizes and shapes developed to date are incompatible with PC-boards. We propose novel optoelectronic packaging that alleviates all the above mentioned limitations.

## Fabrication of Low Cost Micro Optics

The first key technology is our novel approach to manufacturing low-cost, high-precision cylindrical aspheres. The fabrication process is depicted in Fig. 2. High precision micro lens surfaces are fabricated by first diamond machining a glass perform. The preform is then drawn into long fibers. The drawing process results in a uniform scale reduction. Thus, highly accurate features can be achieved. Any imperfections in the initial preform are also scaled down. Since many meters of fiber lenses can be drawn from one preform, and as the sizes of the individual micro lenses are less than 0.5 mm, the cost of each lens will be less than $1. This lens fabrication technology was originally developed at the Lawrence Livermore National Laboratory and is now commercially available from Blue Sky Research.



Figure 2 : Micro Lens Fabrication Process

As shown in Fig. 3, two of those miniature cylindrical lenses will be used in a cross axis configuration. The first micro lens focuses the beam in the vertical axis while the second micro lens focuses the beam in the horizontal axis. Such a configuration gives the necessary degree of freedom to circularize and remove astigmatism from the laser diode.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

The second key to the proposed package is ease of assembly and alignment. This will be achieved by two means: passive registration and Micro-Pivot technology.

## Passive Alignement

One of the difficulties in optical packaging is the alignment and attachment of lenses. This requires precision alignment not only in the three displacement axes, but also in the three axes of rotation. Often, packages are constrained to a rotational symmetry when using conventional lenses. Fortunately, our micro lenses are compatible with a flat package geometry. They are miniature in size and have by construction a flat bottom. They can be simply dropped and dragged on a flat submount. We also propose to include an innovative precision spacer at the top of the micro lens for passive registration. As shown in Fig. 3, this "lip" will be pushed against the laser facet and allow the lens to self align relative to the laser submount. The lens is therefore automatically aligned in all displacement and rotation axes. This precision spacer is easy to fabricate: a spacer preform is placed on top of the lens preform and the two are drawn together. A very thin layer (a few μm) of hard solder will be used to attach the components. Using such technology, it is possible to locate the focal point to an absolute position with an error less than 10 μm.



Figure 3 : Schematic of Crossed Micro Lenses using Passive Registration

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## Reducing Fiber Alignment Tolerances

The final alignment of the fiber will use yet another innovation. To achieve maximum coupling efficiency, sub micron tolerances are usually required for the alignment and attachment of the single mode fiber. Techniques that can achieve this feat are usually complex and expensive, with no assurance of high yields. Through a novel Micro-Pivot implementation, we will relax these process sensitivities by at least a factor of 10. Thus an easy alignment and a simple attachment procedure can be developed. The Micro-Pivot alignment geometry is shown in figure 4. The fiber is threaded through a glass block with a precision tapered hole less then 1 μm larger than the diameter of the fiber. This hole acts as a pivot point. The lever ratio is set by adjusting the distance from the fiber tip to the pivot, and from the pivot to where the fiber is held for positioning. The positional tolerances are relaxed by the lever arm ratio. Once the desired alignment is completed, the fiber is attached in close proximity to where the fiber was held. Any motions during the attachment process will be demagnified by the same lever arm effect.



Lever Ratio = $\dfrac{L2}{L1}$

Figure 4 : Micro-Pivot Lever

The micro-pivot block fabrication is derived from current single mode fiber connector fabrication technology. Using techniques similar to the lens fabrication, a preform with a square cross section and a hole in its center is drawn into long fibers. The taper is formed by chemically etching the edges of the hole once the fiber is diced into individual blocks. As unconventional as it may seem, this procedure of making tapers and precision holes is commercially used today for the volume production of low cost borosilicate single mode connector ferrules.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## High Speed Connections and Transmission Lines

The small size of the package is compatible with the short connections necessary for microwave electrical feed throughs. High-frequency impedance matching resistor and a high-speed GaAs driver is located in the package next to the laser diode. Transmission are formed by selective metalization of the top surface of the silica.

Figure ? : Transmission lines formed on top surface of Silica

*(Marc, can you elabrate more here )*

## Variations and Optical Interconnections

The proposed optoelectronic package is small, with high performance both optically and electrically. Numerous variations on the proposed base theme can be accommodated. For example, the package can be connectorized by threading a miniature ferrule (such as an MU-connector) to the end of the fiber pigtail and polishing the fiber flush to the ferrule. A transceiver can be built by including a micro beam splitter and redirecting the incoming light to a detector, as shown in Fig. 1. This beamsplitter can be dielectrically coated to act as a wavelength filter. This will add WDM (Wavelength Division Multiplex) capabilities.

## Significance of Opportunity

There is no existing production high performance package that can meet any of the following requiremnts :

1) Low Cost < $100 (components & assembly exculding diode)
2) Compact in size < 4mmx4mm
3) Compatible with electronic surface mount technolgy

Since our package will meet all the above market reqirements, we believe this technology will revolutionize the optoelectonics industry and finally allow wide spread implemtation with the worry of cost, large package sizes and special mnount geometies.

In conclusion, the packaging technology combines the advantage of high-speed electronics and high-performance fiber optics in a novel surface mountable, low cost, versatile, easy to manufacture precision assembly.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## PHASE I TECHNICAL OBJECTIVES

The objectives of Phase I are to demonstrate the feasibility of the proposed hybrid packaging technology.   For this purpose we will assemble on a simple platform the key components consisting of a laser diode, micro optics, and a single mode optical fiber.  The phase one work will seek to demonstrate the following key technical areas.

1) Fabrication of a optical bench with stops and rails for component placement.
2) Fabrication of a micro lens with a precsion spacer to allow for passive alignment.
3) Demonstration of the passive alignment  of micro lenses.
4) Reduce fiber alignment sensitivity using Micro Pivot Technology.

## PHASE I WORK PLAN

aCADian technologies proposes to demonstrate a single mode fiber coupled package using passviely aligned micro optics on a compact optical bench.   aCADian will procure and characterize the optical benches and  the micro lenses.  aCadian will deliver to the funding agency the documentation of the results for Phase I and a plan for further development in Phase II.

Phase I will be divided into Five main tasks as follows :

### Task 1 : Optical bench Fabrication
The compact optical bench will consists of silica on silicon technology.   The silica will be etched to provide precsion stops and alignment rails.  Selective metallization of the silica surface will provide contacts and transmission lines on the optical bench surface.  The the fabrication of the optical bench will be contracted to PIRI. *(Marc, can you eleborate more here, perhaps your copper on BeO substrate ?? )*

### Task 2 : Microlens design and fabrication
The micolens is designed to symmetrize the diode and remove astigmatism.  In addiation, the lens should be designed to allow maximum postional tolerancing.  This will maximize the manufacturability of the final package.  Slight misaligments should not introduce abberations that would adversely affect coupling efficiency.  Using gobal optimization techniques, computer simulation will help determine the optimal lens with maximized misaligment tolerances. aCADian personnel has extensive experience in this area and will supply the lens design.  The fabrication of the lens itself will be contacted to an outside company such as Blue Sky Research.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

**Task 3 : Micro Pivot Procurement.**
???

**Task 4 : System integration and characterization.**
The laser diode will be solder on to the optical bench. For prototype purposes, the micro lenses will be glued down. The output from the passively aligned micro lenses will be characterized for astimatism and ellipticity. Using the Micro pivot technology, a single mode fiber will be aligned and fixed into postion. Alignment sensistivity and maximum coupling efficiencies will be characterized

**Task 5 : Final Report**
After the system characterization, a final report will be prepared with the results of Phase 1 investigation and a plan for the complete development of the surface mount package for Phase 2. This final report constitute the only devliverable for the development effort from Phase 1.

**Task Schedule**

| Task | Month | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 1. Optical Bench Fabrication | ███ | ███ | ███ | | | |
| 2. Micro lens Design and Fabrication | ███ | ███ | ███ | | | |
| 3. Micro Pivot Procurement | | ███ | ███ | | | |
| 4. System Integration and Characteriztion | | | | ███ | ███ | |
| 5. Final Report | | | | | | ███ |

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## RELATED WORK

Frank Shum and Dr. Jean-Marc Verdiell have been involved in numerous optoelectronic packaging projects using a wide variety of forefront optical designs, materials and assembly processes.

Frank Shum has been involved in the design of high-brightness packages for high-power laser diodes. These modules incorporate micro lenses and arrays of optical fibers, and have extremely stringent thermal and reliability requirements. They have resulted in the highest-brightness laser diode packages now on the market. More recently, F. Shum was the lead engineer in the team that demonstrated the first semiconductor laser package that was able to deliver 1.2 W of power at 980 nm in a single mode fiber [1]. This package incorporates sophisticated micro-optics to reshape the very astigmatic and elliptical output of a MOPA (Master Oscillator Power Amplifier) semiconductor chip. This package was commercially introduced at OFC'96. It has a factor of 5 higher power than any other known single-mode pigtailed diode laser.

Dr. Verdiell has developed a number of packaging technologies for telecommunication laser diodes. He has demonstrated a record low 0.98 dB coupling loss into single mode fibers from a high-power 980 nm pump [2]. His research work on Silicon Bench has led to the recent demonstration of passively aligned laser arrays with record efficiency (32%) and power (70 mW) coupled in Silica on Silicon waveguides [3]. He has also experience in the design of high-speed RF optoelectronic packages and has developed among others a package for a 5 GHz, 1W diffraction limited source, the highest combined frequency modulation diffraction limited output power semiconductor laser ever packaged. This particular design included high-speed transmission lines, p-down bonding and on-submount RF impedance matching circuitry [4]. He has also developed butterfly packages for 2.5 Gb/s transmitters and semiconductor optical amplifiers [5].

Through these various high-performance packages, our team has repeatedly pushed the limits of current optoelectronics packaging technology. We have come to understand and realize the limits of conventional approaches. In particular, current passive alignment techniques leads to reduced performance and limited functionality. Also, current micro-optics packaging is expensive to manufacture and still results in packages much larger than most standard electronic parts. Our approach is the result of this accumulated packaging experience. It will shrink the size of the elements by a factor of 10 or more, without sacrificing optical performance, while offering improved manufacturability and greatly reduced costs. We believe the proposed packaging is the key to the future penetration and acceptance of high-performance electro-optical components into the mainstream of electronic systems.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## References

[1]   F. Shum, R. Parke, G. Harnagel, R. Lang, and D. F. Welch, "1.2 W single-mode fiber coupled MOPA at 980 nM," post-deadline paper presented at OFC '95, San Diego, CA

[2]   M. Ziari, J.-M. Verdiell, and D. F. Welch, "Low-Loss Coupling of 980 nm GaAs Laser to Cleaved Single-Mode Fiber," presented at LEOS '95, San Francisco, CA, 1995.

[3]   J.-M. Verdiell, M. Ziari,  and D. F. Welch, "Passively aligned laser array to silica on silicon waveguides with 36% coupling efficiency and 30 mW cw coupled power", to be presented at CLEO '96, paper CThK26, June 2-7, Anaheim , California.

[4]   J.-M. Verdiell, J. S. Osinsky, D. F. Welch, and D. R. Scifres, "Semiconductor MOPA with monolithically integrated 5 GHz electro-absorption  modulator," *Electron. Lett.*, vol. 31, pp. 1187-1189, 1995.

[5]   J.-M. Verdiell, "High-Performance 1.3 μm Lasers for Analog and Digital Applications," presented at LEOS '95, San Francisco, CA, 1995.

## RELATIONSHIP WITH FUTURE RESEARCH AND DEVELOPMENT

The sucessful completion of phase I will demonstate the key technologies of passive alignment, optical bench technology, and the micro pivot technology.   This will provide a solid foundation for the commcement of phase 2.   Phase 2 will build on phase 1 by incorperating the intergration of the high speed driver electronics, optical interconnect and the high speed electrical contacts, and hermatically sealing the package. We envsion phase 2 will provide a number of finished packages ready for reliability testing.

This proposal is founded on fundemental concepts of manufacturbility and cost.  We have approached the project from a total quality stand point where concepts in research and development are evaluated against the ability to finally build the product in manufactuing. aCADian's goal  is lurch a commerial product based on this in the next two years.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal".

-11-

## POTENTIAL POST APPLICATIONS

aCADian Technologies was founded with the charter of bringing to the market advanced optoelectronics fabrication technology. aCADian is already involved in the development of CAD software for the design and simulation of optoelectronic devices. Our main business goal is to enter the optoelectronic packaging business by commercializing the surface mountable optoelectronic package proposed under this program. The necessary ingredients for a successful market introduction are the availability of sufficient private funding, the support of a major laser diode manufacturer, and a careful product introduction strategy. aCADian business strategy addresses all of these issues.

First of all, it is important to recognize up front that penetrating the large and reliability conscious optical telecommunication market will require enough time to gather reliability information and manufacturing statistics. However, the proposed crossed-lens technology provides a cheap method to circularize and correct astigmatism in laser diodes. This is essential for a number of consumer and industrial applications products, such as high-quality pointers, printer heads, and CD heads. These applications are not as reliability sensitive as the telecom market, and rely on a simpler non-fiberized package. Our product introduction plan is to first manufacture a low divergence circularized diode product to be introduced 6 months after the end of this program. This will allow time to optimize the reliability of telecommunication versions of the package and to gather statistical manufacturing information. During this time, prototypes will be delivered to the industry. The introduction of the high-reliability telecommunication package will follow in a second phase 12 months after the end of the program.

Support from a diode laser manufacturer is another necessity, both for the supply of the laser die and for the credibility of our packaging technology on the market. aCADian will engage in the formation of strategic alliances with laser diode manufacturers. aCADian personnel are experienced and well known in the laser diode field, and have strong ties with laser manufacturers. Discussions are already taking place with such organizations.

Finally, private investor funding will support the transition to manufacturing. Apart from the financial backing forged through strategic alliances, aCADian will seek Venture Capital funding. It is worth mentioning that aCADian is purposely located at the heart of Silicon Valley, where aggressive VC capital funding as well as an active entrepreneurship spirit prevail.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## KEY PERSONNEL

**FRANK SHUM** - Senior Optical Engineer, aCADian Technologies.

Frank Shum will be the principal investigator of this program.

Education
M.S. Optics                    Institute of Optics, University of Rochester, 1991
B.S. Electrical Engineering    GMI Engineering and Management Institute, 1989

Areas of Expertise
* Lens Design & Analysis
* Opto-Mechanical Designer
* Design for Manufacturability
* Thermal and Tolerance Analysis
* Manufacturing Engineer

Background
From 1992 to 1996, Frank Shum worked as an optical mechanical engineer at SDL Inc. At SDL he developed silica on silicon optical technology for fiber alignment. He has contributed several ideas for low cost optical mechanical alignment techniques. He is experienced in the design of micro lenses for high performance applications. Using such technology, he set a record for the power coupled into a single mode fiber. Later, he successfully managed a program to launch this micro lens package as a commercial product.

Upon graduating from the Institute of Optics, he spent one year at GCA Tropel in the optical modeling of lithography systems. There he developed finite element models to study lens heating effects. During his master's program, he spent 1 year at 3M Optical Recording to develop a high performance optical disk recorders.

Frank Shum did his undergraduate work at GMI Engineering Institute. During this co-operative phase of his education, he speed 3 years working in the engineering and manufacturing divsions of General Motors. Thru this experience, his is familiar with the needs of a mass manufacturing enviroment.

Frank Shum is currently working as an independent consultant. He has 2 patents pending in the field of semiconductor packaging and 1 awarded patent in antenna design. He is a member of SPIE and OSA.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

**JEAN-MARC VERDIELL** - President, aCADian .

Education
Diplôme d'Ingénieur  Ecole Polytechnique, France, 1986
Ph.D   Electrical Engineering, University of Paris, France, 1990

Areas of Expertise
* Semiconductor Lasers
* Photonic Integrated Circuits
* Specialized Software for Optoelectronics
* Device Modeling

Background
From 1987 to 1989, Jean-Marc Verdiell worked at Thomson-CSF Central Research Laboratories on phase-locking of high-power semiconductor laser arrays.   He made contributions in the modeling of gain-guided arrays and injection locking, and experimentally demonstrated record-high diffraction limited output using coherent beam combining and non-linear 2-wave mixing in photorefractive crystals.

Upon receiving his Ph.D, he spent a year at the Optoelectronics Laboratory at University of Maryland.  He worked on GaAlAs laser fabrication, demonstrating 1.5-W CW lasers and low-threshold single-mode index-guided lasers.  He also developed ultra-low reflectivity multilayer coatings for semiconductor lasers using in-situ ellipsometry monitoring techniques.

From 1991 to 1993, Dr. Verdiell  was with AT&T Bell Laboratories in the Optoelectronics Research Department headed by T.L. Koch, where he worked on the design, fabrication, testing and modeling of InP-based Photonic Integrated Circuits (PICs) for high-speed fiber-optic telecommunications.  He conducted experimental and theoretical work on linewidth and alpha factor properties of widely tunable DBR lasers.  He demonstrated several new WDM components, including polarization insensitive WDM filters,  integrated aspheric lenses and integrated preamplifier/demultiplexer/receiver PICs for narrow WDM.  He also pioneered phase-mask grating printing technology that led to the demonstration of an 8-wavelength WDM transmitter chip.

Dr. Verdiell joined SDL in  1993 were he led a research team involved in designing advanced photonic integrated circuits for telecommunications.  He demonstrated the first 5 GHz, 1W diffraction limited source for space communication; as well as polarization independent semiconductor amplifiers. His research on new packaging techniques resulted in the development of 1 dB fiber coupling loss packages, passive alignment of arrays to Silica

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-14-

on Silicon optical benches, as well as two-side access, high-speed optical amplifier butterfly packages.   In 1995, he founded aCADian for the purpose of developing commercially advanced photonic design tools and packages.  Dr. Verdiell has published over 30 papers has 4 patents awarded and pending in the field of semiconductor diode lasers.  He is a member of the IEEE and OSA.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## FACILITIES / EQUIPMENT

**Rent space,
contract out most fab**

## CONSULTANTS
No Consultants will be employed.

## CURRENT SUPPORT OF SIMILAR PROPOSALS
Software development ?
CAD technologies

## COST PROPOSAL

The table below summarizes the proposed task, cost and schedule of the program.

| | Labor Hours | | |
|---|---|---|---|
| | F.Shum | M.Verdiell | Material |
| 1 Design and Fabrication of Optical Bench | 80 | 60 | $10,000 |
| 2 Mico Lens Design and Fabication | 80 | 40 | $20,000 |
| 3 Mirco Pivot Design and Fabrication | 60 | 60 | $5,000 |
| 4 System Integration | 180 | 180 | $5,000 |
| 5 Finial Report | 40 | 40 | |
| 6 Facilites and Equipment Rental | 0 | 0 | $13,000 |
| Total labor @ $55/Hour | $45,100 | | |
| Total Material | | | $53,000 |
| Total Program Cost | | | $98,100 |

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"