$E_{X}HIBIT$ 17

F Shen

# INTEROFFICE
# MEMO



**SDL**

To: *Frank Shen*

From: Viola daSilva

Date: *10/7/94*

Subject: INVENTION DISCLOSURE # *510*   (ATTACHED)


Please complete and return this memo to me.  Thank you.

Is this invention disclosure
made under a contract?                    Yes / (No)

If yes, please provide the following details:

Contract No.     _____

Customer Name:   _____

Program Name:    _____


Signature of Inventor

EXHIBIT
**57**



FS 2296



Figure 1



Gravity

Figure 2

Inventor _____ Date _10/5/94_
Frank Shum

Read and Understood _____ Date _10/6/94_

Read and Understood _____ Date _____

FS 2297

*ID 510*

Title    : Method for Low Cost Passive Micro Lensing of Laser Diodes

Date    : October 1, 1994

The need for low cost micro lensed laser diode packages is clear. In many applications, the high divergence and anamorphic beam profile of laser diodes are unacceptable. Costly high NA bulk optics are usually required to correct these properties. Present micro lensing techniques require active alignment of the lens relative to the laser diode. The lens is then attached to the heatsink usually using a glue. The obvious disadvantage of this method is that it is labor intensive and not suited for low cost mass manufacturing. In addition, extra lengths of the micro lens are required to accommodate the glue joint. Lastly, the use of glue could present long term stability issues.

The proposed method is designed to eliminate all three of the above drawbacks. The basic concept is illustrated in Figure 1. The micro lens has a special cross section. This cross section contains the lens surfaces on both sides, and a hard stop which precision locates the lens relative to the front facet of the laser diode. This means a submicron focus alignment is achieved by merely pushing the lens against the facet. Such a lens profile can be formed using a fiber drawing technique. Unusual profiles, such as aspheric fiber lenses, are commercially available from Blue Sky Research. Such a drawing process has produced surface shapes that are accurate to better than $\lambda/10$. However, although the surface figure is accurate, the absolute scale of the shape may vary slightly. This is not an issue since the lens scales uniformly in all directions and results in the focal point always remaining at the front of the hard stop. The vertical alignment is accomplished using a standard thickness copper tungsten spacer.

Many techniques can be thought of to attach the lens into position. For example, the lens can be metallized on the bottom surface and soldered into place. Since only a tiny section of micro lens is required, the cost would be very low. This means it could be economical to attached the lens during the die bonding process. Another technique is to use gravity to gently pull the lens against the facet surface as shown in Figure 2.

I believe such a technique would be applicable across many product lines from bars that require a collimated output to single mode diodes that require a symmetrical point source. The only element that would change is the lens surfaces, the use of the hard stop remains constant.

Inventor _____     Date _10/5/94_
                    Frank Shum

Read and Understood _____     Date _10/6/94_

Read and Understood _____     Date _____

FS 2298



EXHIBIT 18

# aCADian Technologies
4159 B El Camino Way
Palo Alto, CA 94306
(415) 493 7294

Attn.: BAA-96-16
ARPA/ETO
3701 North Fairfax Drive
Arlington VA 22203-1714

aCADian is pleased to submit this pre-proposal entitled **Surface Mount Packaging Technology for optoelectronics.**

Best regards,

Marc Verdiell

TO:   ARPA/ETO, ATTN : BAA 96-16
      3701 North Fairfax Drive
      Arlington VA 22203-1714

# aCADian Technologies
**4159 B El Camino Way**
**Palo Alto, CA 94306**



EXHIBIT
33

PLAINTIFF'S
EXHIBIT /
VERDIELL
10-15-03



# PROPOSAL ABSTRACT

Submitted in response to          :          BAA 96-16

Technical area                    :          I C) Simplified Manufacturing Processes

Proposal Title                    :          **Surface Mount Packaging**
                                             **Technology for Optoelectronics**

Submitting Organizations          :          aCADian Technologies

Type of Business                  :          Other Small Business

Technical Point of contact        :                   Frank Shum
                                                      aCADian Technologies
                                                      4159 B El Camino Way
                                                      Palo Alto, CA 94306
                                                      Tel. / Fax : 415-493-7294

Administrative Point of Contact :            same as above.

## NOTICE OF RESTRICTION

This proposal includes data that shall not be disclosed, in whole or in part, for any purpose other than to evaluate this proposal or quotation. If, however a contract is awarded to this offeror or quoter as a result of, or in connection with, the submission of these data, the Government shall have the right to duplicate, use or disclose these data to the extent

provided in the resulting contract. This restriction does not limit the Government's right to use information contained in these data if they are obtained from another source without restriction. The data subject to this restriction are contained on all pages of this proposal.

FS 1437

## Surface Mount Packaging Technology for Optoelectronics

Prepared by Frank Shum,
aCADian Technologies,
4159B El Camino Way
Palo Alto, CA 94306

## SUMMARY OF PROPOSAL

### A. Innovative Claims

Communication devices, both for consumer and high-performance applications, are making increasing use of optoelectronic technology and fiber-optic transmitters. The superior bandwidth of single mode fiber optic transmission has made optoelectronics the technology of choice for fiber channel links, advanced telephony networks, and military high-bandwidth communication systems. New applications are rapidly emerging in analog RF links for the transport of very high-frequency radar, cellular phone antenna feeds, CATV and other microwave analog signals. Optoelectronics is also playing an increasingly dominant role in mass storage, sensing and printing devices. However, high performance optical packages, particularly those used in coupling laser diodes to single mode fibers, are incompatible with standard electronic components. These packages are an order of magnitude larger, costlier and more difficult to manufacture than electronic surface-mounted components. In addition, low cost optical packages are often cylindrical in geometry. Such package shapes are awkward to mount on a PC-board. Consequently, optoelectronics have not been harmoniously integrated on the same board with electronics. In this program, we propose to provide a solution to this long standing problem. We will develop an optoelectronic surface-mount package and associated manufacturing techniques with size and cost that is compatible with electronic surface mount technology. We propose to develop a package with the following characteristics:

1) Compatibility with surface mount technology, a footprint less than 4 mm x 4 mm and a height less than 2 mm

2) High-performance. Implementing the necessary optical corrections to achieve 80% coupling, and the necessary electrical connections to achieve microwave operation above 10 GHz.

3) Low part cost. High precision parts are obtained by machining large glass preforms and drawing them down into small fibers by a process analogous to optical fiber fabrication. Cost of such lenses is anticipated to be less than $1 each.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1438

4)  Low assembly cost. Components with flat surfaces and integrated spacer elements will drop into place and pressed against one another. The fiber positioning tolerance will be greatly reduced by the use of a novel Micro-Pivot technology.



Fig. 1: Single Mode Surface Mount Optoelectronic Package

The high cost and large size of optoelectronic packages stem from the necessity of incorporating beam shaping optics. Lenses, isolators, and beam splitters are necessary elements to achieve high performance optical coupling from a laser diode to a fiber. However, even the miniaturized versions of these components are large (a few mm), costly ($10-$100) and difficult to align. In our proposed technology, we will use micro cylindrical optical elements that are an order of magnitude smaller (a few 100 μm) and cheaper (<$1). Such reduction in cost and size is possible because we will be using a lens manufacturing technology that is similar to that used to fabricate optical fibers. By judicious implementation of multiple micro lens elements, both astigmatism and ellipticity of the laser diode will be corrected leading to very high coupling efficiencies. In addition, low assembly cost will be preserved. First of all, the micro cylindrical lenses will have two flat sides, which makes them easy to assemble on a flat package. An innovative passive registration design will allow the micro lens to drop on to the submount and self align to the other optics. Furthermore, an advanced Micro-Pivot design, also based on drawn glass parts, will relax fiber alignment tolerances by at least a factor of 10. These design techniques will greatly reduce the assembly cost of high performance single mode packages. Resistance to shock, vibration and temperature cycling will be inherent in the design as the optics are extremely small, low weight, and held in place with thin layer of hard solder. The envisioned package will be flat,

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-2-

FS 1439

as thin as 2 mm, surface mountable, with high coupling efficiencies, and capable of high-speed operation.

In summary, the proposed technology not only will have unparalleled advantages in cost, size and   power, but will be allow harmonious integration of optoelectronics with standard electronic and microwave PC-board assemblies.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1440

## B. Deliverables

We will develop the high precision optics and assembly techniques to fabricate the proposed single mode fiber coupled packages. Ten packages will be delivered. These packages will consist of long wavelength optical transceivers at 1.3 μm. They will transmit and receive data at modulation rates of 250 Mb/s. A view of the prototype package is shown in Fig. 1. A final report will also be delivered to ARPA describing the surface mount optoelectronic packaging technology developed under this program, as well as manufacturing procedures and its application to other packages such as high-power 980 nm pumps and high speed 10 Gb/s packages.

## C. Technical Approach

The sub micron tolerances necessary for single mode fiber positioning have always limited the manufacturability of optoelectronic packages. Similarly, the inherent high divergence, astigmatism, and ellipticity of laser diodes have been a challenge for achieving high coupling efficiencies to single mode fibers. Traditionally, high performance packages requires the use of precision aligned aspheric optical components. However, this approach necessitates precision manufacturing technology which is inherently expensive. Finally, package sizes and shapes developed to date are incompatible with PC-boards. We propose novel optoelectronic packaging that alleviates all the above mentioned limitations.

The first key technology is our novel approach to manufacturing low-cost, high-precision cylindrical aspheres. The fabrication process is depicted in Fig. 2. High precision micro lens surfaces are fabricated by first diamond machining a glass perform. The preform is then drawn into long fibers. The drawing process results in a uniform scale reduction. Thus, highly accurate features can be achieved. Any imperfections in the initial preform are also scaled down. Since many meters of fiber lenses can be drawn from one preform, and as the sizes of the individual micro lenses are less than 0.5 mm, the cost of each lens will be less than $1. This lens fabrication technology was originally developed at the Lawrence Livermore National Laboratory and is now commercially available from Blue Sky Research.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1441



Figure 2 : Micro Lens Fabrication Process

As shown in Fig. 3, two of those miniature cylindrical lenses will be used in a cross axis configuration. The first micro lens focuses the beam in the vertical axis while the second micro lens focuses the beam in the horizontal axis. Such a configuration gives the necessary degree of freedom to circularize and remove astigmatism from the laser diode.

The second key to the proposed package is ease of assembly and alignment. This will be achieved by two means: passive registration and Micro-Pivot technology.

One of the difficulties in optical packaging is the alignment and attachment of lenses. This requires precision alignment not only in the three displacement axes, but also in the three axes of rotation. Often, packages are constrained to a rotational symmetry when using conventional lenses. Fortunately, our micro lenses are compatible with a flat package geometry. They are miniature in size and have by construction a flat bottom. They can be simply dropped and dragged on a flat submount. We also propose to include an innovative precision spacer at the top of the micro lens for passive registration. As shown in Fig. 3, this "lip" will be pushed against the laser facet and allow the lens to self align relative to the laser submount. The lens is therefore automatically aligned in all displacement and rotation axes. This precision spacer is easy to fabricate: a spacer preform is placed on top of the lens preform and the two are drawn together. A very thin layer (a few µm) of hard solder will be used to attach the components. Using such technology, it is possible to locate the focal point to an absolute position with an error less than 10 µm.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1442



Figure 3 : Schematic of Crossed Micro Lenses using Passive Registration

The final alignment of the fiber will use yet another innovation. To achieve maximum coupling efficiency, sub micron tolerances are usually required for the alignment and attachment of the single mode fiber. Techniques that can achieve this feat are usually complex and expensive, with no assurance of high yields. Through a novel Micro-Pivot implementation, we will relax these process sensitivities by at least a factor of 10. Thus an easy alignment and a simple attachment procedure can be developed. The Micro-Pivot alignment geometry is shown in figure 4. The fiber is threaded through a glass block with a precision tapered hole less then 1 μm larger than the diameter of the fiber. This hole acts as a pivot point. The lever ratio is set by adjusting the distance from the fiber tip to the pivot, and from the pivot to where the fiber is held for positioning. The positional tolerances are relaxed by the lever arm ratio. Once the desired alignment is completed, the fiber is attached in close proximity to where the fiber was held. Any motions during the attachment process will be demagnified by the same lever arm effect.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal!"

-6-

FS 1443



$$\text{Lever Ratio} = \frac{L2}{L1}$$

Figure 4 : Micro-Pivot Lever

The micro-pivot block fabrication is derived from current single mode fiber connector fabrication technology. Using techniques similar to the lens fabrication, a preform with a square cross section and a hole in its center is drawn into long fibers. The taper is formed by chemically etching the edges of the hole once the fiber is diced into individual blocks. As unconventional as it may seem, this procedure of making tapers and precision holes is commercially used today for the volume production of low cost borosilicate single mode connector ferrules.

The small size of the package is compatible with the short connections necessary for microwave electrical feed throughs. High-frequency impedance matching resistor and biasing tee can be included in the package. One could also add a high-speed GaAs driver in the package next to the laser diode.

The package will be hermetically encapsulated by a lid under appropriate gasses to ensure reliability of the diode facet.

The proposed optoelectronic package is small, with high performance both optically and electrically. Numerous variations on the proposed base theme can be accommodated. For example, the package can be connectorized by threading a miniature ferrule (such as an MU-connector) to the end of the fiber pigtail and polishing the fiber flush to the ferrule. A transceiver can be built by including a micro beam splitter and redirecting the incoming light to a detector, as shown in Fig. 1. This beamsplitter can be dielectrically coated to act as a wavelength filter. This will add WDM (Wavelength Division Multiplex) capabilities.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1444

In conclusion, the packaging technology combines the advantage of high-speed electronics and high-performance fiber optics in a novel surface mountable, low cost, versatile, easy to manufacture precision assembly.

## D. Business Plan

aCADian Technologies was founded with the charter of bringing to the market advanced optoelectronics fabrication technology. aCADian is already involved in the development of CAD software for the design and simulation of optoelectronic devices. Our main business goal is to enter the optoelectronic packaging business by commercializing the surface mountable optoelectronic package proposed under this program. The necessary ingredients for a successful market introduction are the availability of sufficient private funding, the support of a major laser diode manufacturer, and a careful product introduction strategy. aCADian business strategy addresses all of these issues.

First of all, it is important to recognize up front that penetrating the large and reliability conscious optical telecommunication market will require enough time to gather reliability information and manufacturing statistics. However, the proposed crossed-lens technology provides a cheap method to circularize and correct astigmatism in laser diodes. This is essential for a number of consumer and industrial applications products, such as high-quality pointers, printer heads, and CD heads. These applications are not as reliability sensitive as the telecom market, and rely on a simpler non-fiberized package. Our product introduction plan is to first manufacture a low divergence circularized diode product to be introduced 6 months after the end of this program. This will allow time to optimize the reliability of telecommunication versions of the package and to gather statistical manufacturing information. During this time, prototypes will be delivered to the industry. The introduction of the high-reliability telecommunication package will follow in a second phase 12 months after the end of the program.

Support from a diode laser manufacturer is another necessity, both for the supply of the laser die and for the credibility of our packaging technology on the market. aCADian will engage in the formation of strategic alliances with laser diode manufacturers. aCADian personnel are experienced and well known in the laser diode field, and have strong ties with laser manufacturers. Discussions are already taking place with such organizations.

Finally, private investor funding will support the transition to manufacturing. Apart from the financial backing forged through strategic alliances, aCADian will seek Venture Capital funding. It is worth mentioning that aCADian is purposely located at the heart of Silicon Valley, where aggressive VC capital funding as well as an active entrepreneurship spirit prevail.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1445

### E. Comparison with related research

Frank Shum and Dr. Jean-Marc Verdiell have been involved in numerous optoelectronic packaging projects using a wide variety of forefront optical designs, materials and assembly processes.

Frank Shum has been involved in the design of high-brightness packages for high-power laser diodes. These modules incorporate micro lenses and arrays of optical fibers, and have extremely stringent thermal and reliability requirements. They have resulted in the highest-brightness laser diode packages now on the market. More recently, F. Shum was the lead engineer in the team that demonstrated the first semiconductor laser package that was able to deliver 1.2 W of power at 980 nm in a single mode fiber [1]. This package incorporates sophisticated micro-optics to reshape the very astigmatic and elliptical output of a MOPA (Master Oscillator Power Amplifier) semiconductor chip. This package was commercially introduced at OFC'96. It has a factor of 5 higher power than any other known single-mode pigtailed diode laser.

Dr. Verdiell has developed a number of packaging technologies for telecommunication laser diodes. He has demonstrated a record low 0.98 dB coupling loss into single mode fibers from a high-power 980 nm pump [2]. His research work on Silicon Bench has led to the recent demonstration of passively aligned laser arrays with record efficiency (32%) and power (70 mW) coupled in Silica on Silicon waveguides [3]. He has also experience in the design of high-speed RF optoelectronic packages and has developed among others a package for a 5 GHz, 1W diffraction limited source, the highest combined frequency modulation and diffraction limited output power semiconductor laser ever packaged. This particular design included high-speed transmission lines, p-down bonding and on-submount RF impedance matching circuitry [4]. He has also developed butterfly packages for 2.5 Gb/s transmitters and semiconductor optical amplifiers [5].

Through these various high-performance packages, our team has repeatedly pushed the limits of current optoelectronics packaging technology. We have come to understand and realize the limits of conventional approaches. In particular, current passive alignment techniques leads to reduced performance and limited functionality. Also, current micro-optics packaging is expensive to manufacture and results in packages much larger than most standard electronic parts. Our approach is the result of this accumulated packaging experience. It will shrink the size of the elements by a factor of 10 or more, without sacrificing optical performance, while offering improved manufacturability and greatly reduced costs. We believe the proposed packaging is the key to the future penetration and acceptance of high-performance electro-optical components into the mainstream of electronic systems.

<u>References</u>

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1446

[1]   F. Shum, R. Parke, G. Harnagel, R. Lang, and D. F. Welch, "1.2 W single-mode fiber coupled MOPA at 980 nM," post-deadline paper presented at OFC '95, San Diego, CA

[2]   M. Ziari, J.-M. Verdiell, and D. F. Welch, "Low-Loss Coupling of 980 nm GaAs Laser to Cleaved Single-Mode Fiber," presented at LEOS '95, San Francisco, CA, 1995.

[3]   J.-M. Verdiell, M. Ziari, and D. F. Welch, "Passively aligned laser array to silica on silicon waveguides with 36% coupling efficiency and 30 mW cw coupled power", to be presented at CLEO '96, paper CThK26, June 2-7, Anaheim, California.

[4]   J.-M. Verdiell, J. S. Osinsky, D. F. Welch, and D. R. Scifres, "Semiconductor MOPA with monolithically integrated 5 GHz electro-absorption modulator," *Electron. Lett.*, vol. 31, pp. 1187-1189, 1995.

[5]   J.-M. Verdiell, "High-Performance 1.3 µm Lasers for Analog and Digital Applications," presented at LEOS '95, San Francisco, CA, 1995.

## F. Team Members

**FRANK SHUM** - Senior Optical Engineer, aCADian Technologies.

Frank Shum will be the principal investigator of this program.

### Education
M.S. Optics                              Institute of Optics, University of Rochester, 1991
B.S. Electrical Engineering    GMI Engineering and Management Institute, 1989

### Areas of Expertise
* Lens Design & Analysis
* Opto-Mechanical Designer
* Design for Manufacturability
* Thermal and Tolerance Analysis

### Background
From 1992 to 1996, Frank Shum worked as an optical mechanical engineer at SDL Inc. At SDL he developed silica on silicon optical technology for fiber alignment. He has contributed several ideas for low cost optical mechanical alignment techniques. He is experienced in the design of micro lenses for high performance applications. Using such technology, he set a record for the power coupled into a single mode fiber. Later, he successfully managed a program to launch this micro lens package as a commercial product.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1447

Upon graduating from the Institute of Optics, he spent one year at GCA Tropel in the optical modeling of lithography systems. There he developed finite element models to study lens heating effects. During his master's program, he spent 1 year at 3M Optical Recording to develop a high performance optical disk recorders.

Frank Shum is currently working as an independent consultant. He has 2 patents pending in the field of semiconductor packaging and 1 awarded patent in antenna design. He is a member of SPIE and OSA.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-11-

FS 1448

## JEAN-MARC VERDIELL - President, aCADian

Education
Diplôme d'Ingénieur   Ecole Polytechnique, France, 1986
Ph.D   Electrical Engineering, University of Paris, France, 1990

Areas of Expertise
* Semiconductor Lasers
* Photonic Integrated Circuits
* Specialized Software for Optoelectronics
* Device Modeling

Background
From 1987 to 1989, Jean-Marc Verdiell worked at Thomson-CSF Central Research Laboratories on phase-locking of high-power semiconductor laser arrays. He made contributions in the modeling of gain-guided arrays and injection locking, and experimentally demonstrated record-high diffraction limited output using coherent beam combining and non-linear 2-wave mixing in photorefractive crystals.

Upon receiving his Ph.D, he spent a year at the Optoelectronics Laboratory at University of Maryland. He worked on GaAlAs laser fabrication, demonstrating 1.5-W CW lasers and low-threshold single-mode index-guided lasers. He also developed ultra-low reflectivity multilayer coatings for semiconductor lasers using in-situ ellipsometry monitoring techniques.

From 1991 to 1993, Dr. Verdiell was with AT&T Bell Laboratories in the Optoelectronics Research Department headed by T.L. Koch, where he worked on the design, fabrication, testing and modeling of InP-based Photonic Integrated Circuits (PICs) for high-speed fiber-optic telecommunications. He conducted experimental and theoretical work on linewidth and alpha factor properties of widely tunable DBR lasers. He demonstrated several new WDM components, including polarization insensitive WDM filters, integrated aspheric lenses and integrated preamplifier/demultiplexer/receiver PICs for narrow WDM. He also pioneered phase-mask grating printing technology that led to the demonstration of an 8-wavelength WDM transmitter chip.

Dr. Verdiell joined SDL in 1993 were he led a research team involved in designing advanced photonic integrated circuits for telecommunications. He demonstrated the first 5 GHz, 1W diffraction limited source for space communication, as well as polarization independent semiconductor amplifiers. His research on new packaging techniques resulted in the development of 1 dB fiber coupling loss packages, passive alignment of arrays to Silica on Silicon optical benches, as well as two-side access, high-speed optical amplifier butterfly packages. In 1995, he founded aCADian for the purpose of developing commercially advanced photonic design tools and packages. Dr. Verdiell has published over 30 papers has

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1449

4 patents awarded and pending in the field of semiconductor diode lasers. He is a member of the IEEE and OSA.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1450

## G. Cost Schedule

The table below summarizes the proposed task, cost and schedule of the program.

| Task | Duration | Cost |
|------|----------|------|
| 1. Optical Design | 3 mo. | $75k |
| 2. Micro Lens and Pivot Fabrication | 6 mo. | $275k |
| 3. Prototype package assembly | 5 mo. | $150k |
| **Total Year 1 = $500k** | | |
| 4. Silicon platform | 4 mo. | $100k |
| 5. Assembly Process | 6 mo. | $200k |
| 6. Packaging Station | 6 mo. | $200k |
| 7. Deliverables and Reliability | 3 mo. | $100k |
| **Total Year 2 = $600k** | | |
| **Total Program = $1.1M** | | |

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

FS 1451

EXHIBIT 19

# SMALL BUSINESS INNOVATION RESEARCH (SBIR) PROGRAM
## PROPOSAL COVER SHEET

U.S. DEPARTMENT OF DEFENSE

*Failure to fill in all appropriate spaces may cause your proposal to be disqualified*

TOPIC NUMBER: ___A96-152___

PROPOSAL TITLE: ___Low Cost, Flexible Packaging of Photonic and___

___Electronic Devices___

FIRM NAME: ___Radiance Design___

MAIL ADDRESS: ___1531 Oriole Avenue___

CITY: ___Sunnyvale___ STATE: __CA__ ZIP: __94087__

PROPOSED COST: ___$ 100,000___ PHASE I OR II: __I__ PROPOSED DURATION: __6__
PROPOSAL                    IN MONTHS

## BUSINESS CERTIFICATION:

| | YES | NO |
|---|---|---|
| ▶ Are you a small business as described in paragraph 2.2? | ☒ | ☐ |
| ▶ Are you a minority or small disadvantaged business as defined in paragraph 2.3? (Collected for statistical purposes only) | ☒ | ☐ |
| ▶ Are you a woman-owned small business as described in paragraph 2.4? (Collected for statistical purposes only) | ☐ | ☒ |
| ▶ Have you submitted proposals or received awards containing a significant amount of essentially equivalent work under other DoD or federal program solicitations? If yes, list the name(s) of the agency or DoD component, submission date, and Topic Number in the spaces below. | ☐ | ☒ |

▶ Number of employees including all affiliates (average for preceding 12 months): ___2___

## PROJECT MANAGER/PRINCIPAL INVESTIGATOR

NAME: ___Frank Shum___

TITLE: ___Chief Engineer___

TELEPHONE: ___(415) 552-4168___

## CORPORATE OFFICIAL (BUSINESS)

NAME: ___Michael H. Pelham___

TITLE: ___VP Marketing___

TELEPHONE: ___(415) 552-4168___

For any purpose other than to evaluate the proposal, this data except Appendix A and B shall not be disclosed outside the Government and shall not be duplicated, used or disclosed in whole or in part, provided that if a contract is awarded to this proposer as a result of or in connection with the submission of this data, the Government shall have the right to duplicate, use or disclose the data to the extent provided in the funding agreement. This restriction does not limit the Government's right to use information contained in the data if it is obtained from another source without restriction. The data subject to this restriction is contained on the pages of the proposal listed on the line below.

PROPRIETARY INFORMATION: All information contained from page 3 to 20

___Frank Shum___ ___7/2/96___  ___Michael Pelham___ ___7/2/96___
SIGNATURE OF PRINCIPAL INVESTIGATOR   DATE    SIGNATURE OF CORPORATE BUSINESS OFFICIAL   DATE

EXHIBIT
50-0 (1)

**U.S. DEPARTMENT OF DEFENSE**

# SMALL BUSINESS INNOVATION RESEARCH (SBIR) PROGRAM

## PROPOSAL COVER SHEET

Failure to fill in all appropriate
spaces may cause your proposal to be disqualified

TOPIC NUMBER: _____A96-152_____

PROPOSAL TITLE: _____Low Cost, Flexible Packaging of Photonic and_____

_____Electronic Devices_____

FIRM NAME: _____Radiance Design_____

PHASE I or II PROPOSAL: ___I___

---

**Technical Abstract** (Limit your abstract to 200 words with no classified or proprietary information/data.)

Opto-Electronic Integrated Circuits (OEICs) and Millimeter-Wave Integrated Circuits (MMICs) are a new breed of complementary components since together, they can handle the fiber optic and electronic functions of ultra high-speed digital and analog communication. Their simultaneous packaging however presents serious challenges: the package must provide high thermal conductivity, high speed electrical connections, thermal expansion coefficients matched with GaAs, submicron alignment of optical components, and hermeticity.

Radiance proposes to develop such a package, and even add low cost and design flexibility to the challenge. This will be possible by the use of a novel low cost composite substrate that offers the seemingly incompatible but desired properties of high thermal conductivity, high speed, low thermal expansion, and precision geometries. This, combined with an innovative implementation of low cost and high precision micro optics will allow the package to house MMICs and OEICs without compromising performance. Further more, the package will rely on photolithographic fabrication techniques that offers a high level of flexibility and accuracy with low design costs. Finally, it will be fully compatible with conventional surface mount hybrid microwave mounting technology.

---

**Anticipated Benefits/Potential Commercial Applications of the Research or Development.**

The proposed package will allow harmonious integration of OEICs with MMICs, resulting in added functionality and performance together with savings in cost and size. Target applications are high speed digital fiber optics telecommunications, CATV, computer networks, remote microwave antenna feed for radars and cellular phone systems, and any system requiring ultra high-speed data collection, transmission, and/or signal processing.

**List a maximum of 8 Key Words that describe the Project.**

| | |
|---|---|
| Microwave | Optical Packaging |
| OEIC | Microwave Packaging |
| Micro Optics | Passive Alignment |

**SBIR Phase I Proposal for:**
Low-cost, Flexible Packaging of Photonic and Electronic Devices
Prepared by: Frank T. Shum
Radiance Design, 1531 Oriole Ave., Sunnyvale, CA 94087
In response to: A96-152

## TABLE OF CONTENTS

1. IDENTIFICATION AND SIGNIFICANCE OF THE OPPORTUNITY .......................................... 4

2. TECHNICAL OVERVIEW ................................................................................................... 6

3. PHASE I TECHNICAL OBJECTIVES ................................................................................. 11

4. PHASE I WORK PLAN ..................................................................................................... 13

5. RELATED WORK .............................................................................................................. 14

6. RELATIONSHIP WITH FUTURE RESEARCH AND DEVELOPMENT .................................. 14

7. POTENTIAL POST APPLICATIONS .................................................................................. 14

8. KEY PERSONNEL ............................................................................................................ 17

9. FACILITIES AND EQUIPMENT ........................................................................................ 19

10. CONSULTANTS .............................................................................................................. 19

11. CURRENT SUPPORT OF SIMILAR PROPOSALS ........................................................... 19

12. REFERENCES ................................................................................................................ 18

13. COST PROPOSAL .......................................................................................................... 20

FS 0995

## 1. IDENTIFICATION AND SIGNIFICANCE OF THE OPPORTUNITY

Millimeter microwave integrated circuits (MMICs) and opto-electronic integrated circuits are complementary technologies that are the key to future advanced communication systems. The superior bandwidth of single mode optical fibers and diode lasers have made opto-electronics the technology of choice for many modern analog and digital communication. The development of OEICs will allow all optical signal processing such as optical switching, wavelength multiplexing or heterodyning at speeds in excess of 10 Gb/s and up to several 100 of GHz. These high speed optical circuits naturally interface to their electronic counterparts, which multiplex, drive and amplify all signals fed to and detected from OEICs.

Although these two types of devices have similar thermal, electrical and mechanical packaging requirements, OEICs have the additional need to accommodate precision aligned optics. This has resulted in OEIC packages that are an order of magnitude larger, costlier and more difficult to manufacture than electronic packages. Consequently, OEICs have not been harmoniously integrated in the same package with MMICs. In this program, we propose to provide a solution to this long standing problem.

One of the reasons for this incompatibility is the lack of low cost substrates that have satisfies the requirements of high thermal conductivity, matched coefficient of thermal expansion (CTE) to GaAs, compatibility with high speed transmission lines, and precision surfaces for optical registration and die bonding. Even candidate substrates such as silicon, have a thermal conductivity only one third of copper, and is a lossy dielectric for high speed transmission lines. Radiance proposes to use a composite material, consisting of a thin copper sheet brazed to ceramic, with thermal, mechanical, and microwave properties superior to silicon, at a cost of less than $1.5 per inch square.[1] This type of substrate is already commonly available for automotive ignition modules where the issues of cost, reliability, high thermal and electrical loading are paramount. Since ceramics such as BeO and alumina are low loss dielectrics, they are ideally suited as microwave electronic substrates.

Another reason for the high cost and large size of present day opto-electronic packages stems from the necessity of incorporating beam shaping optics. Lenses, isolators, and beam splitters are necessary elements to achieve high performance optical coupling from an OEIC to a fiber. However, even the miniaturized versions of these optical components are large (a few mm), costly ($10-$100) and difficult to align. In our proposed technology, we will use micro cylindrical optical elements that are an order of magnitude smaller (a few 100 μm) and cheaper (<$1). Such reduction in cost and size is possible because we will be using a lens manufacturing technology that is similar to that used to fabricate optical fibers. By judicious implementation of multiple micro lens elements, fiber modes can be matched to OEIC modes leading to very high coupling efficiencies.

In addition, low assembly cost will be preserved. The micro cylindrical lenses will have two flat sides, which makes them easy to assemble on a flat substrate. An innovative passive registration design will allow the micro lens to drop on to the sub-mount and self align to the other components. Multimode fibers can be passively aligned, while single mode fibers will be actively aligned with a minimum amount of automation due to the well-known positioning of the optics.

---

[1] Pricing from BrushWellman Engineered Material, Newburyport, Massachusetts.



Figure. 1: OEIC Package

Figure 1 illustrates how the copper/ceramic substrate and the precision micro aspheres can be combined to allow the smooth integration, on a single platform, both MMICs and OEICs.   This unique hybrid package is surface mountable on standard electronic PC boards where electrical connections can be made to other MMICs and microwave components as well as optical connections to other hybrid packages.

Resistance to shock, vibration and temperature cycling is inherent to the small size and low weight.  The envisioned package will be flat, surface mountable, with high coupling efficiencies, and capable of microwave operation.  In summary, the technology will allow packages to be developed with the following characteristics:

1) **High electrical performance.**   Implementing on the copper/ceramic substrate, the necessary electrical connections and transmission lines to achieve millimeter microwave operation.

2) **High optical performance.**   Implementing the necessary optical corrections to achieve 80% coupling efficiency.

3) **Higher thermal performance.**   The low cost ceramic/copper substrate provides a net thermal conductivity superior to silicon or copper tungsten (CuW), at the same time it's in plane net coefficient of thermal expansion (CTE) will be matched to GaAs.

4) **Flexibility.**  As the substrate is patterned by lithography, it can easily accommodate a wide variety of OEIC and MMIC integration geometries.

5) **Low cost substrates.**  Precision substrates are fabricated using standard processes used in the automotive industry and is available for less than $1.5 per in$^2$.

6) **Low cost optics.**  High NA optical components are obtained by machining large glass preforms and drawing them down into small fibers by a process analogous to optical fiber fabrication.  Cost of such lenses is anticipated to be less than $1 each.

7) **Simple optical alignments.**  Optical components with flat surfaces and integrated spacer elements will drop into place and register against one another.   Package geometries are similar to electronic ICs and can take advantage of this industry's already well established automation tools.

8) **Compatibility with microwave surface mount hybrid technology.**  Typical footprints less than 5 mm x 5 mm with standard electronic MMIC lead connections.

FS 0997

## 2. TECHNICAL OVERVIEW

Radiance proposes a new approach to packaging design where formerly conflicting engineering requirements can be easily obtained at a low cost. First, we propose to use a copper/ceramic substrate, which possesses the properties of high thermal conductivity, matching CTE to GaAs, high electrical conductivity, high frequency performance, and precision micro optics for optical alignment. Second, we will fabricate precision micro optics that will allow for passive alignment, are smaller than 1 mm³, can perform high efficiency mode matching, and are compatible with the flat substrate. Both the substrate and microlens technologies are well established in their respective industries but have never applied in this application. Radiance will combine them in the appropriate configuration so they will simultaneously satisfy all OEIC and MMIC requirements.

### Fabrication of High Performance Low Cost Substrates

One of the most important technology is the proposed substrate material that will have the thermal conductivity of copper, thermal expansion of GaAs, and will serve as a low loss dielectric substrate for microwave electronics. This substrate will greatly simplify package designs as it will allow for single layer implementation of all necessary components including laser die, micro optics, optical fiber, electrical leads, and a hermetic lid. The substrate material will be composed of a copper sheet bonded to a ceramic substrate. The layer of copper is much thicker (about 250 μm) than thin film layers that are usually evaporated or plated on the ceramic layer. It can therefore be used as a thermal heat spreader, as well as a mechanical stop for optical registration. The copper layer is still thin enough that the ceramic material completely constrains its in plane expansion resulting in a heat spreader layer with the thermal conductivity of copper but with a CTE of the ceramic. By using BeO as the ceramic, the substrate will have a CTE that closely matches GaAs. This is important for stress free bonding of large area MMICs and OEICs. This process has was originally developed by General Electric and is currently used in automotive industry for ignition modules. Typically high volume pricing for this substrate is on the order of $1.5 per in².

The process, as shown in Figure 2, involves first oxidizing one surface of the copper layer and then pressing it against the ceramic substrate. The two are heated in an oven at 1100°C where the ceramic forms an eutectic alloy with the copper oxide. The ceramic can be either BeO or alumina. The copper layer is patterned with photo resist and selective areas are chemically etched away to form pedestals for contacts, lines for coplanar waveguides, and edges for OEIC bonding. High precision geometries are possible, since the pattern is defined by optical lithography. The ceramic substrate is laser cut into individual components. The laser can also be used to cut holes into the ceramic for feed-thrus. Lead frames and side walls are subsequently added by brazing onto the copper.

Unlike silicon, both alumina and BeO are low loss dielectric materials, they are excellent substrates for microwave electronic components. In fact such substrates are already being used for high frequency circuits boards in the cellular phone industry.

FS 0998



Figure 2: Substrate Fabrication Process

## Fabrication of Low Cost Micro Optics for Passive Alignment

Another key technology is our novel approach to manufacturing low cost, high NA cylindrical aspheres. The fabrication process is depicted in Figure 3. High precision micro lens surfaces are fabricated by first diamond machining a glass perform. The preform is then drawn into long fibers. The drawing process results in a uniform scale reduction. Thus, highly accurate features can be achieved. Any imperfections in the initial preform are also scaled down. Current low volume pricing (<10 units) are on the order of $300 per 150 mm length, this translates to approximately $1 for a lens 0.5 mm in length. In higher volumes, cost each lens could obviously be much less than $1.[2] This lens fabrication technology was originally developed at the Lawrence Livermore National Laboratory and is now commercially available from Blue Sky Research. Similar micro lenses have also become available recently from a German startup called Lissotschenko Mikrooptik GmbH (LIMO).

---

[2] Pricing from Blue Sky Research, Santa Cruz, California.

FS 0999



Figure 3: Micro Lens Fabrication Process

One of the difficulties in optical packaging is the alignment and attachment of lenses. This requires precision alignment not only in the three displacement axes, but also in the three axes of rotation. Often, packages are constrained to a rotational symmetry when using conventional lenses. Fortunately, our micro lenses are compatible with a flat package geometry. They are miniature in size and have by construction a flat bottom. They can be simply dropped and dragged on a flat sub-mount. We also propose to include an innovative precision spacer at the top of the micro lens for passive registration. As shown in Figure 4, this "lip" will be pushed against the laser facet and allow the lens to self align relative to the laser sub-mount. The lens is therefore automatically aligned in all displacement and rotation axes. This precision spacer is easy to fabricate: a spacer preform is placed on top of the lens preform and the two are drawn together. A very thin layer (a few μm) of hard solder will be used to attach the components.



Figure 4: Passive Registration of Crossed Micro Lenses

Two of these miniature cylindrical lenses will be used in a cross axis configuration for beam correction. The first cylindrical lens provides beam correction the fast axis while the second lens provides beam correction in the slow axis. The lens train can be designed such that the beam profiles in the fast and slow axes are equalized. By doing so, the beam is circularized and astigmatism is removed. Such

-8-

FS 1000

microlenses have demonstrated peak to valley wavefront qualities better than λ/10, and have allowed single mode fiber coupling efficiencies in excess of 80% [1]. Lens designs can be tailored for focusing, collimation, or matching asymmetric modes of one OEIC to another.

### Sealing and Shielding

A ring frame can be brazed directly on to the copper layer, onto which a lid can then be welded to hermetically seal the package. This offers the additional advantage that the substrate itself serves as part of the enclosure thereby reducing cost and size. The fiber will be fed through small holes in the ring frame and hermetically sealed with solder. The walls can also be used to provide compartments for microwave shielding of individual OEICs and MMICs. For example in Figure 5, two compartments have been defined, as would be required in a transceiver module to isolate the sensitive receiver from interference emanating from the stronger transmitter signal. Small tunnels under the wall or a multilevel substrate will allow electrical signals to run beneath the ring frame. The presence of the larger and thick copper ground plane will also help reduce microwave crosstalk.



Figure 5: Transceiver/Receiver Package

### Flexibility for complex OEICs.

More complex OEICs, such as diode amplifiers, switches, and modulator arrays, will require coupling to a parallel array of fibers. These devices are easily integrated on to the copper/ceramic composite substrate with the micro optics. The ceramic constrains the thermal expansion of the copper to provide a net CTE that closely matches that of GaAs. This allows stress free bonding of these large area devices. By using a micro lens array for the slow axis, multiple beam outputs can be accommodated. Such a lens array can be fabricated by simply drawing down a stack of lens preforms. The copper acts as excellent heat spreader for heat sinking of even high power OEICs.



Figure 5: OEIC Array

FS 1001

## Easy of Automation

The flat geometry of these devices will allow for ease of handling and therefore automation in assembly. For example, these flat packages can be strung into a ribbon, as shown in Figure 5, where they can be then unrolled on the production line. This format will allow Radiance to take advantage of standard electronic industry assembly processes.



Figure 6: Automated Assembly

## Summary

In Summary, the combination of an advanced substrate and micro-optics technology will be the base of a very flexible, high performance, yet low cost opto-electronic package. The low cost is possible because the high volume manufacturing techniques for the substrate and micro-lens have already developed for other applications. However, those two key elements have never been designed with appropriate tolerances and necessary assembly techniques to make an optical package. It is the purpose of this proposal to establish the mechanical, electrical, and optical requirements, and to work with the key vendors to refine their processes to meet the specifications as outlines in the next section.

FS 1002

## 3. PHASE I TECHNICAL OBJECTIVES

Phase I will seeks to design and assemble a prototype package based on the substrate and the micro optics technologies. For this demonstrator, Radiance will design and assemble a generic package that will couple a diode laser to a single mode fiber. The development of this package will help address the following key issues.

### Substrate Design

The copper/ceramic substrate has never been designed with the precision surfaces and edges necessary for the alignment of opto-electronics components such the microlens and laser die. This design will have to accommodate the specific design rules of the etching process, including provisions for undercut, minimum feature size, spacing, etc..., as well as the necessary precision alignment requirements of optics and the manufacturability of the package.

Another important issue of the substrate design will be the tolerancing of the copper thickness. The current substrate fabrication process developed for electronic PC boards have a tolerance of $\pm 12um$. Higher precision is necessary for passive alignment in order to reduce pointing errors and aberrations. This can be accomplished by tighter control of the initial thickness of the copper layer before bonding, or lapping the copper after bonding.

Finally, the edge quality of the copper is of utmost importance for the bonding of junction-down semiconductor lasers. Chemical etching of the copper can produce rounding of the edge and non-vertical side walls. Radiance will work with the substrate vendor, BrushWellman, to characterize the edge quality with different etching methods and then develop a process that produces the least rounding and straightest side walls.

### Optical Design

Radiance will carry out the optical design of the micro lens elements to minimize aberrations and provide large alignment tolerances, and to include the positioning "lips" for passive alignment. The beam shaping of high NA beams using micro cylindrical aspheres can produce corner aberrations known as "bow tie." In addition, to enable maximum manufacturing tolerances, small misalignments of the micro lens should not produce coma or astigmatism. Classical lens design optimization methods are prone to becoming trapped in local minima that far away from the global best design, as consequence, these designs typically have poor optical performance. We will apply a global optimization design technique similar to that employed in [1], to find solutions that can eliminate "bow tie" aberrations while simultaneously maximizing alignment tolerances.

Although the micro lens fabrication process is well established for single mode applications, the combination of a lens and a precision lip, for passive registration, has not yet been fabricated in a fiber drawing process. We will work closely with the vendor(s) to ensure that our design fits within the fabrication rules of the aspheric optics. We will order a set of prototype lenses from our design.

FS 1003

## Assembly and test

We will carry out the assembly of a prototype to validate the mechanical soundness and characterize the optical quality of the optical arrangement of the package. In this prototype phase, we will bond the laser diode using solder preforms (Phase II will use evaporated or plated solder) and use epoxy to affix the lenses (the Phase II package will use solder). We will measure the beam quality using interferometric techniques ("Wavelyzer"), and demonstrate coupling into an optical fiber package. The first objective of Phase I is to go through the details of the design of such a substrate, which will involve CAD work at Radiance and close interaction with the substrate vendor.

FS 1004

# 4. PHASE I WORK PLAN

The goal is to produce a pigtailed single mode laser package that will be a vehicle to demonstrate the substrate and micro lens technology. The plan is split into three main tasks consisting of design \ procurement, assembly \ testing, and writing of the final report.

## Task 1: Design and Procurement of Mechanics and Optics

Radiance will design and model the copper/ceramic substrate. The layout, lead frame and etching masks will be designed along with the calculation of the necessary tolerances. The copper/ceramic substrate will be procured and characterized. Radiance will carryout the optical design for the aspheric micro lens to reduce bow tie aberrations while maintaining a wide of field of view. The lenses will be procured and characterized.

## Task 2: Assembly and Testing

The package will be assembled and tested. Processes to solder the laser diode, position and attach the micro lenses will be explored. For the prototype, the laser will be mounted using lead/tin solder and the lenses will be glued. The output beam quality will be characterized by directly measuring the wavefront quality and indirectly by determining the coupling efficiency into a single mode fiber.

## Task 3: Final Report

After the system characterization, a final report will be prepared with the results of the Phase 1 investigation and a plan for the complete development of the surface mount package for Phase 2.

## Task Schedule

| Task | Month | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 1. Design and Procurement | ███ | ███ | ███ | | | |
| 2. Assembly and Testing | | | ███ | ███ | ███ | |
| 5. Final Report | | | | | | ███ |

## Milestones

| | |
|---|---|
| Month 2: | Design of substrate & micro lenses. |
| Month 3: | Procure substrates and micro lenses |
| Month 4: | Develop assembly processes. |
| Month 5: | Fabricate prototype packages. |
| Month 6: | Package characterization and writing final report. |

FS 1005

## 5. RELATED WORK

Radiance is a recent startup, so there is no presented related research being carried out. However, the principal investigator has in the past been involved in the engineering of many forefront opto-electronic packages, three of which have won awards for excellence and innovation. The first was a 1W single mode laser diode that won the Technology Achievement award from Laser and Optronics Magazine in 1992, the second was a high brightness fiber coupled array that won the Photonics Circle of Excellence Award in 1993. The third was the packaging of a high power tunable laser that again won the Photonics Circle of Excellence award in 1994. During 1995 and 1996, he headed a team that developed and commercialized the highest power fiber coupled single mode package. These projects are described in more detail in the personnel section of this proposal. Through these various high-performance packages, the principle investigator has repeatedly pushed the limits of current opto-electronics packaging technology. He has come to understand and realize the limits of conventional approaches. In particular, current passive alignment techniques leads to reduced performance and limited functionality. Also, current micro optic packaging is expensive to manufacture and still results in packages much larger than most standard electronic parts. The ideas in this proposal is the result of this accumulated packaging experience. It will shrink the size of the elements by a factor of 10 or more, without sacrificing optical performance, while offering improved manufacturability and greatly reduced costs. The proposed packaging is the key to the future penetration and acceptance of high-performance electro-optical components into the mainstream of electronic systems.

## 6. RELATIONSHIP WITH FUTURE RESEARCH AND DEVELOPMENT

The successful completion of Phase I will demonstrate that by proper design and assembly, the copper ceramic substrate and the passive aligned micro optics can be used to fabricate a prototype opto-electronic package. This will provide a solid foundation for the commencement of Phase 2. Phase 2 will build on Phase 1 by the integration of MMICs, optical interconnects, high speed electrical contacts, and technology to hermetically seal the package. This proposal is founded on fundamental concepts of manufacturability and cost, without sacrificing optical or microwave performance. It can be applied to many applications as detailed in next section.

## 7. POTENTIAL POST APPLICATIONS

### Direct applications

The proposed technology will obviously apply to high performance opto-electronic packages, and in general advanced communication appliances that rely on high-speed signal processing. These include:

- High-speed digital telecommunications
- Parallel data communications for computer interconnects
- Low-noise analog links for CATV
- Microwave optical feeds for radar and cellular phone antennas

This packaging technology will also enable the commercialization of the newly developed integrated optical switches.

FS 1006

## Spin-offs

This versatile packaging technology can also advantageously replace at lower cost and higher performance such common packages as the ubiquitous TO-Cans. An inherent advantage is the flat geometry of the substrate and optics that allow for ease of automation.

Packages such as TO-46 and TO-56 "cans" represent a significant segment of the opto-electronics market for edge emitting diodes. However these packages are awkward adaptations of electronic cans and are limited to operation to below 1 GHz, have poor thermal characteristics, and cannot contain low-cost optics. Figure 7 shows how a replacement TO package can be implemented using our technology. The package enclosure consists of two pieces, the copper/ceramic substrate forming the base and a second element forming the lid. There is a fold mirror that redirects the beam upward 90 degrees through a window. The fold mirror can be fabricated using the same processes as the micro lens. Electrical leads are attached at the side so they do not interfere with heat sinking through base. The resulting package will fit the outside dimensions of a TO can, or could even be made much smaller. It will however provide much improved thermal arrangement, is easier to fabricate, and can handle much higher speeds.



Figure 7: Replacement for TO-can

A fiber pigtailed version of the package can even be implemented as shown in Figure 8. The optics is reconfigured to produce a focused spot with an NA to match the fiber. Both multimode and single mode devices and fibers can be accommodated. In either cases, the coupling of the alignment of the fiber is accomplished by sliding the miniature ferrule/lid assembly across the substrate surface. The relatively few number of components and ease of assembly will provide a low cost, ultra compact connectorized fiber package.



Figure 8: Connectorized hybrid Package

FS 1007

## Commercialization Strategy

Radiance intends to commercially develop the proposed high-speed OEIC/MMIC packaging technology described in this proposal, which have important applications in the high-end markets. However, we emphasize that the package geometry is inherently suited for automation and should in the long term have cost advantage in lower end, very high volume applications such as the TO can replacement as proposed in figure 7 and figure 8. These packages will be targeted in applications such as diode packages for HeNe replacements, printer heads, target designators, fiber channel data transmitters, etc. This strategy will enable Radiance to develop a path from a high-performance professional market to consumer products with large commercial potential.

FS 1008

## 8.  KEY PERSONNEL

**FRANK SHUM** - Chief Engineer, Radiance Design.
Frank Shum will be the principal investigator of this program.

### Education
| | |
|---|---|
| M.S. Optics | Institute of Optics, University of Rochester, 1991 |
| B.S. Electrical Engineering | GMI Engineering and Management Institute, 1989 |

### Areas of Expertise
- Lens Design & Analysis
- Opto-Mechanical Designer
- Thermal and Tolerance Analysis

### Background
From 1992 to 1996, Frank Shum worked as an optical mechanical engineer at SDL Inc.  At SDL, he developed, using silica on silicon technology, a high-brightness package for a high-power laser diode array. These modules incorporate micro lenses and arrays of optical fibers, and have extremely stringent thermal and reliability requirements. They have resulted in the highest-brightness laser diode packages now on the market.  Two other innovative products followed including a high power tunable laser and a collimated 1 watt single mode device.  Both packages required high quality optics and mechanics to achieve a stable diffraction limited collimated beam.  A patent was applied for the feedback mechanics used to increase the manufacturing tolerances for the tunable laser [2].  All three of these commercial products have won awards for innovation.  More recently, F. Shum was the lead engineer in the team that demonstrated the first semiconductor laser package that was able to deliver 1.2 W of power at 980 nm into a single mode fiber [1].  This package incorporates sophisticated micro optics to reshape the very astigmatic and elliptical output of a MOPA (Master Oscillator Power Amplifier) semiconductor chip. This package was commercially introduced at OFC'96.  It has a factor of 5 higher power than any other known single-mode pigtailed diode laser.  Several novel innovations allowed this package to achieve >80% coupling efficiencies, while at the same time greatly enhancing  manufacturability, as the alignment tolerances were increased by a factor of 10.  A patent is pending based on these ideas [3].

Upon graduating from the Institute of Optics, he spent one year at GCA Tropel in the optical modeling of lithography systems.  There he developed finite element models to understand lens heating effects for a SemiTech project.  During his master's program, he spent 1 year at 3M Optical Recording to develop a high performance optical disk recorder.  Frank Shum did his undergraduate work at GMI Engineering Institute.  During this phase of his education, he spent 3 years working in the research, engineering and manufacturing divisions of General Motors.  Through this experience, his is familiar with the culture and discipline necessary for a mass manufacturing environment.  His bachelor's thesis on thin film RF antenna design was recognized as outstanding [4], and a patent was awarded based on its research [5].

Frank is a member of SPIE and OSA.

FS 1009

# 9. REFERENCES

[1]   F. Shum, R. Parke, G. Harnagel, R. Lang, and D. F. Welch, "1.2 W single-mode fiber coupled MOPA at 980 nm," post-deadline paper presented at OFC '95, San Diego,

[2]   F. Shum, D Mehuys, "Light-Emitting Optical Device with External Retro-Reflector," Patent Pending.

[3]   F. Shum, "Low Stress Heatsink and Optical System," Patent Pending.

[4]   F. Shum, "An Analysis of Film Slot and Ribbon Antennas," GMI Engineering and Management Thesis, May 13, 1989.

[5]   L. Nagy, F. Shum, J Funke, "Transparent Film Antenna for a Vehicle Window," US Patent 5135, Nov. 1990.

FS 1010

## 10. FACILITIES AND EQUIPMENT

A moderate amount of optical equipment will be needed for the research as reflect in the material section the costing. Radiance is in possession of all design tools such as mechanical CAD software, optical modeling software, and mask layout software.

## 11. CONSULTANTS

No consultants will be needed for phase I.

## 12. CURRENT SUPPORT OF SIMILAR PROPOSALS

None

FS 1011

## 13. COST PROPOSAL

| | | |
|---|---|---|
| Firm | : | Radiance Design |
| Home Address | : | 1531 Oriole Ave., Sunnyvale, CA 94087 |
| Location of Work | : | Same as above. |
| Title | : | Low Cost, Flexible, Packaging of Photonic and Electronic Devices |
| Topic | : | A96-152 |
| Total Amount | : | $100,000 |

**Direct Labor**

| Category | Hours | Rate | Cost |
|---|---|---|---|
| Mike Pelham | 70 | 57.69 | $4,038 |
| Frank Shum | 560 | 40.18 | $22,501 |
| Clerical Support | 60 | 14.43 | $866 |

OVERHEAD RATE  88% of Total Direct Labor

(1) TOTAL DIRECT LABOR:      $27,405
(2) OVERHEAD COST:      $24,138

**Other Direct Costs:**

| Category: Standard Commercial Items | Cost |
|---|---|
| Microscope (1 ) | $2,500 |
| Resistive Heater(1 ) | $1,000 |
| Translation Stages (2 ) | $600 |
| Machine Shop (100 hrs) | $5,000 |
| Power Supply (1) | $800 |
| Detector (1) | $800 |
| Substrates (1 lot) | $3,000 |
| Micro Lenses (1 lot) | $5,000 |
| Laser Chips (20) | $1,000 |

(1)+(2)+(3)=(4)
G&A RATE  28% of Subtotal
(4)+(5)=(6)
PROFIT at 8%

(6)+(7)=(8)

| | |
|---|---|
| (3) TOTAL OTHER DIRECT COSTS: | $21,050 |
| (4) SUBTOTAL: | $72,593 |
| (5) G&A COSTS: | $20,000 |
| (6) SUBTOTAL | $92,593 |
| (7) PROFIT | $7,407 |
| (8) AMOUNT REQUESTED: | $100,000 |

This proposal is submitted in response to DoD SBIR Program Solicitation 96.2 and reflects our best estimates as of this date:

Signature: *Michael Pelham*      Date: 7/2/96

Michael H. Pelham, VP Marketing

Has any executive agency of the United States Government performed any review of your accounts ? **No**
Will you require the use of government property? **No**
Require government contract financing? **Yes-- partial payment schedule**
Type of contract proposed: **Firm fixed price.**

-20-

FS 1012

EXHIBIT 20

# Phase I Proposal

| | | |
|---|---|---|
| Topic # | : | A96-152 |
| Topic | : | Low Cost Photonic/Electronic Device Integration and Packaging. |
| **Proposal Title** | : | **Surface Mount Packaging Technology for Optoelectronics** |
| Submitting Organization | : | aCADian Technologies<br>4159 B El Camino Way<br>Palo Alto, CA 94306<br>Tel. / Fax : 415-493-7294 |
| Principal Investigator | : | Frank Shum<br>Senior Optical Engineer |
| Amount Requested | : | $100,000   6 Months |
| Key Words | : | laser diode, silicon optical bench, low cost, packaging, fiber coupled laser, micro optics, hybrid |

*(Check this format against Appendix A)*

## NOTICE OF RESTRICTION

This proposal includes data that shall not be disclosed, in whole or in part, for any purpose other than to evaluate this proposal or quotation. If, however a contract is awarded to this offeror or quoter as a result of, or in connection with, the submission of these data, the Government shall have the right to duplicate, use or disclose these data to the extent provided in the resulting contract. This restriction does not limit the Government's right to use information contained in these data if they are obtained from another source without restriction. The data subject to this restriction are contained on all pages of this proposal.

**EXHIBIT**

**1022**

## Surface Mount Packaging Technology for Optoelectronics
## Phase I Proposal (A96-152)

Prepared by Frank Shum,
aCADian Technologies,
4159B El Camino Way
Palo Alto, CA 94306

## PROJECT SUMMARY

High performance optoelectronics packages require state of the art technology including, high speed electronics, high fiber output power, to be assembled in a package that offers high reliability. With present packaging methods, only high cost packages can meet these parameters. In future, to decrease cost and package size, there will be a increasing demand to integrate optoelectronic packages on to PC boards. Current high performance packages can not met this requirement. aCADian Technologies proposes a novel packaging scheme, where the issues of low cost, high performance, and PC board compatibility, are addressed together. Unlike most present proposals that have promised to do this, aCADian will produce a design that is based on robust and well established manufacturing technologies. Strict submicron process controls will not be necessary. The design will allow for >75% coupling efficiency with fiber alignment tolerances of greater than +/- 10 uM.

The first innovation will be mounting the laser diode and micro optics on a novel copper/ceramic composite substrate. The ceramic material will standard microwave industry substrate and will allow harmonious integration of high speed transmission lines and interconnects. A high speed GaAs driver chip will be bonded on the same substrate next to the laser diode. Innovative implementation of micro optics will allow the package to achieve high coupling efficiencies with inherently low cost components. The need for strict sub micron alignment tolerances will be over overcomed with innovative optical mechanical design. By doing so, the cost of alignment will be significantly reduced without sacrificing performance. The implementation of such technologies will allow for a compact package with a foot print less than 5 mm x 10 mm. The package will be surface mountable and can operate at millimeter microwave frequencies. Finally, the optical interconnect with be implemented in a compact format, allowing for easy access, without increasing the foot print area.

Long term high volume manufacturablilty, cost and reliability will be the most important issues dealt with form the start of the design process. The result will be a revolutionary high performance low cost hybrid package.

*(Check this format against Appendix B)*

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

# IDENTIFICATION AND SIGNIFICANCE OF THE OPPORTUNITY

## Executive Summary

Communication devices, both for consumer and high-performance applications, are making increasing use of optoelectronic technology and fiber-optic transmitters. The superior bandwidth of single mode fiber optic transmission has made optoelectronics the technology of choice for fiber channel links, advanced telephony networks, and military high-bandwidth communication systems. New applications are rapidly emerging in analog RF links for the transport of very high-frequency radar, cellular phone antenna feeds, CATV and other microwave analog signals. Optoelectronics is also playing an increasingly dominant role in mass storage, sensing and printing devices. However, high performance optical packages, particularly those used in coupling laser diodes to single mode fibers, are incompatible with standard electronic components. These packages are an order of magnitude larger, costlier and more difficult to manufacture than electronic surface-mounted components. In addition, low cost optical packages are often cylindrical in geometry. Such package shapes are awkward to mount on a PC-board. Consequently, optoelectronics have not been harmoniously integrated on the same board with electronics. In this program, we propose to provide a solution to this long standing problem. We will develop an optoelectronic surface-mount package and associated manufacturing techniques with size and cost that is compatible with high speed electronic surface mount technology.

The high cost and large size of present day optoelectronic packages stem from the necessity of incorporating high NA beam shaping optics. High NA (>0.4) lenses have steep surface curvatures that require more precise process and material control. The cost of a lenses roughly scale exponentially with NA. Even the miniaturized versions of these lens are costly ($10-$100) and difficult to align. In our proposed technology, we will use micro cylindrical optical elements to collimate the diode. They are an order of magnitude smaller (a few 100 $\mu$m) and cheaper (<$1). Such reduction in cost and size is possible because we will be using a lens manufacturing technology that is similar to that used to fabricate optical fibers. By judicious implementation of multiple micro lens elements, both astigmatism and ellipticity of the laser diode will be corrected leading to very high coupling efficiencies. In addition, low assembly cost will be preserved. First of all, the micro cylindrical lenses will have two flat sides, which makes them easy to assemble on a flat package.

Fiber alignment has been a major challendge in optoelectronics, traditionally requiring sub micron mechanical tolarences. This has necessiated the need for high cost precsion mechnical alignments. Coupling stations used to accomplish this task are often complex, inflexible and expensive. aCADian will solve this problem by the use of a optical lever arm by the addition of a weak steering lens. The optical lever ratio will be set to 20:1. This means a 20 uM shift of the steering lens will only shift the focus spot at the fiber by 1 um. The steering lens will have a very low NA (<0.01), thus it will significantly easier to mold

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

than even cheap CD lenses.   The additional cost to the system is minimal, but the impact is significant as the mechnical alignment tolerances will be increased by a factor of 20. Micron level alignment shifts during attachment process, such as welding, will no longer be an issue.   This will allow for far greater process latitudes, greater flexibility in package geometries, and inexpensive coupling stations.

Another problem associated with present day packaging is the lack of suitable low cost substates that have satisfies the requiements of high thermal conductivity, matched thermal expansion to GaAs, compatibility with high speed transmission lines, and precision sufaces for registration and die bonding.   Even substrates such as silicon will cost on the order of >\$15 per in$^2$, is a poor thermal conductor compared to copper and BeO and is a losy dielectric for high speed transmission lines. aCADian proposes to uses a composite material, consisting of copper bonded to ceramic, that is far superior to silicon, at a cost of less than \$1.5 per in$^2$. This type of substrate is commonly avaliable for automotive ignition modules where the issues of cost, reliability, high thermal and electical loading is paramont.   Since ceramics such as BeO is a low loss dielectics, this substate is ideally suited for high speed transmission lines.

Typically, in most present day packages, the optical and electrical interconnects takes up the majority of space leading to an unweldy package that is incompatble with PC board geometries.   In this proposal, we take a new approach where both types of interconnects are cleverly intergrated to leave a compact package that is surface mountable.   The use of the composite copper/cermaic will allow for integration of leads and feedthrus typically used in the IC industry.   The optical interconnect will be a MU connector consisting of a 1.25 mm ferrule that is mounted right angle relative to the substrate.   Such a novel right angle implementation will allow for easy access to the connector, reduces overall foot print and simplfy the substrate design.

Resistance to shock, vibration and temperature cycling will be inherent in the design as the optics are extremely small, low weight, and held in place with thin layer of hard solder.   The envisioned package will be flat, surface mountable, with high coupling efficiencies, and capable of high-speed operation.

The technology will allow packages to be developed with the following characteristics :

1) **Compatibility with surface mount technology**. A footprint less than 10 mm x 5 mm.
2) **High optical performance**.  Implementing the necessary optical corrections to achieve 80% coupling efficiency.
3) **High electrical performace**.  Implmenting on the copper/ceramic substrate, the necessary electrical connections and transmission lines to achieve millimeter microwave operation.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

4) **Low cost optics.** High NA optical components are obtained by machining large glass preforms and drawing them down into small fibers by a process analogous to optical fiber fabrication. Cost of such lenses is anticipated to be less than $1 each. Low NA lenses will be simple to manufacture using traditional molding techniques and will result in cost of less than $2.

5) **Low Cost Substates.** Precision susbstates are fabriacted using standard processes used in the automotive industry and is avaliable for less than $1.5 per in$^2$.

5) **Low assembly cost.** Components with flat surfaces and integrated spacer elements will drop into place and register against one another. The fiber positioning tolerance will be reduced by a factor of 20 with the use of a steering lens.

6) **Low design costs and flexibility.** The technology will easily accomodate other diode geometries such as broad area devices, arrays etc. Since the assembly process does not require high precsion and expensive machining. The non reoccuring engineering costs are expected to be low with short lead times.

The proposed packaging technology is a fundamental shift from current optoelectronic manufacturing techniques. It will not only will have unparalleled advantages in cost, size and power, but will be allow harmonious integration of optoelectronics with standard electronic and microwave PC-board assemblies. This technology will spur the wide spread implementation of low cost fiber optics communication networks such as, HDTV, CATV, computer networks, and the data super high way.



Fig. 1: Single Mode Surface Mount Optoelectronic Package
*(Add microwave driver components and transmission lines on silica)*

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-4-

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-5-

**Idendification of Problem**

The sub micron tolerances necessary for single mode fiber positioning have always limited the manufacturability of optoelectronic packages. Similarly, the inherent high divergence, astigmatism, and ellipticity of laser diodes have been a challenge for achieving high coupling efficiencies to single mode fibers. Traditionally, high performance packages requires the use of precision aligned aspheric optical components. However, this approach necessitates precision manufacturing technology which is inherently expensive. Finally, package sizes and shapes developed to date are incompatible with PC-boards. We propose novel optoelectronic packaging that alleviates all the above mentioned limitations. aCADian will provide a package solution that will satifactory address each of the following key problems to buidling a high performance low cost package.

High Performance packages Characteristics :

      1) High Coupling Efficiencies       - Astimatism/Ellipticity Free Beam
                                                - Precsion optics aligment

      2) High Thermal Disipation       - High thermal conductivity substrates

      3) Microwave Operation       - Low loss dielectric substrates
                                              - High speed interconnects & transmission lines

      4) Surface Mount Compatility       - Compact size
                                              - Lead  frame type connections
                                            - Compact optical Interconnect

Low Cost Packages Characteristics :

      1) Low component costs       - Low cost optics
                                              - Low cost substrates

      2) Low Assembly costs       - Compatilibity with automation
                                              - Passive lens alignment
                                            - Reduced fiber aligment tolerances

      3) Low NRE costs       - Flexible package geometry
                  - Does not require expensive retooling

**Fabrication of Low Cost Micro Optics for Beam Correction**

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

The first key technology is our novel approach to manufacturing low cost, high NA cylindrical aspheres. The fabrication process is depicted in Fig. 2. High precision micro lens surfaces are fabricated by first diamond machining a glass perform. The preform is then drawn into long fibers. The drawing process results in a uniform scale reduction. Thus, highly accurate features can be achieved. Any imperfections in the initial preform are also scaled down. Since many meters of fiber lenses can be drawn from one preform, and as the sizes of the individual micro lenses are less than 0.5 mm, the cost of each lens will be less than $1. This lens fabrication technology was originally developed at the Lawrence Livermore National Laboratory and is now commercially available from Blue Sky Research.



Figure 2 : Micro Lens Fabrication Process

As shown in Fig. 3, two of those miniature cylindrical lenses will be used in a cross axis configuration for beam correction. The first cylindrical lens collimates the beam in the fast axis with the second lens collimates the beam in the slow axis. The spacing between the lenses are such that the beam profiles in the fast and slow axes are equalized. Thus using these two lenses, the beam is circularized and astigmatism is removed. Such configurations have demonstrated peak to valley wavefront qualities better than λ/10. The combination of aberration and ellipiticity free beam should easily allow for maximum coupling efficiencies greater than 80%.

## Passive Alignement of Micro Optics

One of the difficulties in optical packaging is the alignment and attachment of lenses. This requires precision alignment not only in the three displacement axes, but also in the three axes of rotation. Often, packages are constrained to a rotational symmetry when using conventional lenses. Fortunately, our micro lenses are compatible with a flat package geometry. They are miniature in size and have by construction a flat bottom. They can be simply dropped and dragged on a flat submount. We also propose to include an innovative precision spacer at the top of the micro lens for passive registration. As shown in Fig. 3, this "lip" will be pushed against the laser facet and allow the lens to self align relative to the laser

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

submount. The lens is therefore automatically aligned in all displacement and rotation axes. This precision spacer is easy to fabricate: a spacer preform is placed on top of the lens preform and the two are drawn together. A very thin layer (a few μm) of hard solder will be used to attach the components.



Figure 3 : Schematic of Crossed Micro Lenses using Passive Registration
*Change Drawings to show collimation*

## High Speed Low Cost Precision Substrates

The substrate material will be composed of a 250uM copper layer bonded to a ceramic substrate. The process involves first oxidizing one surface of 250uM thick copper plate. This oxidized surface is then pressed against the ceramic substrate and together the two are heated in a oven. The oxide layer and the ceramic forms eutectic alloy at ****°C, thus bonding the copper layer to the ceramic substrate. The ceramic can be either BeO or alumina. The copper layer is patterned with photoresist and selective areas are etched away to form pedestals for constacts, lines for electrical signals, and precision edges for diode bonding. The ceramic substrate is laser cut into individual componets. The laser can also be used to cut holes into the ceramic. This process is routinely used in the automotive industry to produce low cost PC boards for automotive ignition modules. These substates are

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

submount. The lens is therefore automatically aligned in all displacement and rotation axes. This precision spacer is easy to fabricate: a spacer preform is placed on top of the lens preform and the two are drawn together. A very thin layer (a few μm) of hard solder will be used to attach the components.



Figure 3 : Schematic of Crossed Micro Lenses using Passive Registration
*Change Drawings to show collimation*

## High Speed Low Cost Precision Substrates

The substrate material will be composed of a 250uM copper layer bonded to a ceramic substrate. The process involves first oxidizing one surface of 250uM thick copper plate. This oxidized surface is then pressed against the ceramic substrate and together the two are heated in a oven. The oxide layer and the ceramic forms eutectic alloy at ****°C, thus bonding the copper layer to the ceramic substrate. The ceramic can be either BeO or alumina. The copper layer is patterned with photoresist and selective areas are etched away to form pedestals for constacts, lines for electrical signals, and precision edges for diode bonding. The ceramic substrate is laser cut into individual componets. The laser can also be used to cut holes into the ceramic. This process is routinely used in the automotive industry to produce low cost PC boards for automotive ignition modules. These substates are

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

engineered for high thermal conductivity, high current carrying capacity with the reliability to withstand the evniroment of an engine compartment. Current cost of such a process is less than $1.5 per in$^2$ on BeO. The bonding of the copper to the ceramic constrians the thermal expansion of the copper. The geometry of the copper and ceramic can be taylored so the net expansion of the compostite material matches that of GaAs. This will allow stress free bonding of large area devices such diode arrays, broad area devices etc.

*Picture of Processes*

This substrates offers significant advantages over traditional subtrates such a silicon or CuW. Copper and BeO provides better thermal conductivity at a lower cost than that of silicon or CuW. The thick copper layer serves a dual purpose, its acts as a heat spreader under the diode and the thickness of the copper acts a precsion step, a necessary component for passive alignment. The fuction of the precision step is discussed in the previous section and shown in figure 3. The thick copper layer also provides a robust contact area on to which leads and ring frames can be attached.

Unlike silicon, both alumina and BeO acts as excellent low loss dielectric for high speed transmission lines. These transmission lines can be formed into the copper at the time it is pattern and etched. High speed electrical connection can be made into two ways. The first is a matched lead lines at the package edge as shown in figure ** or a connector feedthru the ceramic as shown in figure **. Both possbilitlies will eliminate the need for costly and bulky SMA connectors.

** lead Frame high speed          ** High speed Feedthrus

The need for a high speed GaAs driver can be accomodated by bond the driver chip on the cermaic next to the laser die.

## Compact Optical Interconnect and Reducing Fiber Alignment Tolerances

The final alignment of the fiber will use yet another innovation. To achieve maximum coupling efficiency, sub micron tolerances are required for the alignment and attachment of the single mode fiber. Techniques that can achieve this feat are usually complex and expensive, with no assurance of high yields. Much research has been devoted to silicon technology and passive alignment schemes, but all such processes seem to require extreme process control that is not practical for a manufacturing enviroment in the near future. Overall, aCADian believes high coupling effciencies can only be achieved with some degree of active alignment. At the same time, careful optical design will increase the alignment

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-9-

tolerance by more than a factor of 20 with no sacrifice in performance. This increase in alignment tolerance will decrease assembly and component costs.

The proposed lens train is shown in figure **. There are two main assemblies. The first assembly consists of a diode and a crossed microlens assembly that emits a collimated beam. The second assembly consists lens that focuses the collimated beam into a single mode fiber at the center of a ceramic ferrule. As the beam is collimated between the two assemblies, the distance between them is unimportant. Displacments perpendicular to the optical axis will only affect the position where the beam is entering the focusing lens but will have no effect on focal positon at the fiber. As long as the axis of the two assembly remain parrallel, misalignments of serveral microns will not significantly affect coupling effieicienies. This collimation and focusing scheme achieves displacement insensistivity.

Picture of Collimated Collimated Beam Asm with mislaimgents.

Although the design descibled thus far will allow for relatively larges positional errors. Angular errors between the two assemblies become important. To correct for angular error without the need to introduce tilt adjustments to either assemblies, we introduce a weak optical element that acts as a steering lens. The weak optical element will be designed to allow for a factor of 20 optical level ratio where the translation of the steering lens by 1 uM will only cause a postional shift of 1/20 uM at the focal plane of the fiber. The weak steering lens does not affect the alignment tolerance of the ferrule focusing lens assembly, thus displacmetn insesitivity is perserved. The exact spacing of the steering lens in the system is not critical.

Picture of tilted assemblies. / Picture of steering lens.

For implmentation of the optical lens train, the system consists of three main assemblies. The first consists of the diode, cross-axis lens and fold mirror with a kovar ring frame. The fold mirror consists of a micro prism that causes the optical axis to takes a 90° bend after the collimating lens. Such micro prisms can be fabriated using the same inexpensive process as the micro lens.

*Picture of Kovar Ring Frame and diode and prism*

The second assembly consists of the focusing lens and a minature 1.25 mm diameter ferrule. The focusing lens has stops that aligns the ferrule surface to the focal plane of the lens. Since the focusing lens has a low NA lens (0.1) the cost of the lens is expected to be $5. The lens and the ferrule are pressed fitted together into a kovar plate. The precise alignment of the ferrule and the focusing lens is not critical as long as their relative positions

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

remains fixed. Any misaligments in this assembly can be compensated with the steeeirng lens. The single mode fiber is polished at both ends flush to the ferrule surface. Such implmentation of the optical fiber allow for easy handling with no lose and delicate fiber ends to contend with.

*Picture of Ferrule with lens*

The third assembly consists of the steering lens sealed to into a flat flat kovar plate. The weak steering lens has NA of -0.01 and can be cheaply molded for less than $1 each. The steering lens and kovar plate assembly acts also as a lid and is sandwiched between the diode ring frame and the ferrule assembly.

*Picture of Steering lens and Lid*

While the diode and the furrule assembiles are held rigidly in place, the steering lens is postioned to maximize coupling efficieny. Once the aligment is completed, the kovar lid assembly is welded to the ring frame via the application of a electrical pulse. The ferrule assembly is similarly attached. Shifts during the welding process will have minimal effects on coupling efficiencies as the optical system can allow for large postional errors for both the steering lens and the ferrule.

*Picture of three assemblies/picture of alignment*

**Numerous other configurations**
- **Flying optcial head**
- **High quality pointer ( Free space communications**
- **Bar Collimators**
]  **-Transciver / reciever**
- **superior to even simple TO cans**
- **lead frame automation schemes**

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## Variations and Optical Interconnections

The proposed optoelectronic package is small, with high performance both optically and electrically. Numerous variations on the proposed base theme can be accommodated. For example, the package can be connectorized by threading a miniature ferrule (such as an MU-connector) to the end of the fiber pigtail and polishing the fiber flush to the ferrule. A transceiver can be built by including a micro beam splitter and redirecting the incoming light to a detector, as shown in Fig. 1. This beamsplitter can be dielectrically coated to act as a wavelength filter. This will add WDM (Wavelength Division Multiplex) capabilities.

## Significance of Opportunity

There is no existing production high performance package that can meet any of the following requiremnts :

1) Low Cost < $100 (components & assembly exculding diode)
2) Compact in size < 4mmx4mm
3) Compatible with electronic surface mount technolgy

Since our package will meet all the above market reqirements, we believe this technology will revolutionize the optoelectonics industry and finally allow wide spread implemtation with the worry of cost, large package sizes and special mnount geometies.

In conclusion, the packaging technology combines the advantage of high-speed electronics and high-performance fiber optics in a novel surface mountable, low cost, versatile, easy to manufacture precision assembly.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-12-

## PHASE I TECHNICAL OBJECTIVES

The objectives of Phase I are to demonstrate the feasibility of the proposed hybrid packaging technology.   For this purpose we will assemble on a simple platform the key components consisting of a laser diode, micro optics, and a single mode optical fiber.  The phase one work will seek to demonstrate the following key technical areas.

1) Fabrication of a optical bench with stops and rails for component placement.
2) Fabrication of a micro lens with a precsion spacer to allow for passive alignment.
3) Demonstration of the passive alignment  of micro lenses.
4) Reduce fiber alignment sensitivity using Micro Pivot Technology.

## PHASE I WORK PLAN

aCADian technologies proposes to demonstrate a single mode fiber coupled package using passsviely aligned micro optics on a compact optical bench.    aCADian will procure and characterize the optical benches and  the micro lenses.  aCadian will deliver to the funding agency the documentation of the results for Phase I and a plan for further development in Phase II.

Phase I will be divided into Five main tasks as follows :

### Task 1 : Optical bench Fabrication
The compact optical bench will consists of silica on silicon technology.  The silica will be etched to provide precsion stops and alignment rails.  Selective metallization of the silica surface will provide contacts and transmission lines on the optical bench surface.  The the fabrication of the optical bench will be contracted to PIRI. (*Marc, can you eleborate more here, perhaps your copper on BeO substrate ?? )*

### Task 2 : Microlens design and fabrication
The micolens is designed to symmetrize the diode and remove astigmatism.  In addiation, the lens should be designed to allow maximum postional tolerancing.  This will maximize the manufacturability of the final package.  Slight misaligments should not introduce abberations that would adversely affect coupling efficiency.  Using gobal optimization techniques, computer simulation will help determine the optimal lens with maximized misaligment tolerances.  aCADian personnel has extensive experience in this area and will supply the lens design.  The fabriaction of the lens itself will be contacted to an outside company such as Blue Sky Research.

### Task 3 : Micro Pivot Procurement.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

???

## Task 4 : System integration and characterization.

The laser diode will be solder on to the optical bench. For prototype purposes, the micro lenses will be glued down. The output from the passively aligned micro lenses will be characterized for astimatism and ellipticity. Using the Micro pivot technology, a single mode fiber will be aligned and fixed into postion. Alignment sensitivity and maximum coupling efficiencies will be characterized

## Task 5 : Final Report

After the system characterization, a final report will be prepared with the results of Phase 1 investigation and a plan for the complete development of the surface mount package for Phase 2. This final report constitute the only devliverable for the development effort from Phase 1.

## Task Schedule

| Task | Month | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 1. Optical Bench Fabrication | ███ | ███ | ███ | | | |
| 2. Micro lens Design and Fabrication | ███ | ███ | | | | |
| 3. Micro Pivot Procurement | | ███ | | | | |
| 4. System Integration and Characicztion | | | | ███ | ███ | |
| 5. Final Report | | | | | | ███ |

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## RELATED WORK

Frank Shum and Dr. Jean-Marc Verdiell have been involved in numerous optoelectronic packaging projects using a wide variety of forefront optical designs, materials and assembly processes.

Frank Shum has been involved in the design of high-brightness packages for high-power laser diodes. These modules incorporate micro lenses and arrays of optical fibers, and have extremely stringent thermal and reliability requirements. They have resulted in the highest-brightness laser diode packages now on the market. More recently, F. Shum was the lead engineer in the team that demonstrated the first semiconductor laser package that was able to deliver 1.2 W of power at 980 nm in a single mode fiber [1]. This package incorporates sophisticated micro-optics to reshape the very astigmatic and elliptical output of a MOPA (Master Oscillator Power Amplifier) semiconductor chip. This package was commercially introduced at OFC'96. It has a factor of 5 higher power than any other known single-mode pigtailed diode laser.

Dr. Verdiell has developed a number of packaging technologies for telecommunication laser diodes. He has demonstrated a record low 0.98 dB coupling loss into single mode fibers from a high-power 980 nm pump [2]. His research work on Silicon Bench has led to the recent demonstration of passively aligned laser arrays with record efficiency (32%) and power (70 mW) coupled in Silica on Silicon waveguides [3]. He has also experience in the design of high-speed RF optoelectronic packages and has developed among others a package for a 5 GHz, 1W diffraction limited source, the highest combined frequency modulation and diffraction limited output power semiconductor laser ever packaged. This particular design included high-speed transmission lines, p-down bonding and on-submount RF impedance matching circuitry [4]. He has also developed butterfly packages for 2.5 Gb/s transmitters and semiconductor optical amplifiers [5].

Through these various high-performance packages, our team has repeatedly pushed the limits of current optoelectronics packaging technology. We have come to understand and realize the limits of conventional approaches. In particular, current passive alignment techniques leads to reduced performance and limited functionality. Also, current micro-optics packaging is expensive to manufacture and still results in packages much larger than most standard electronic parts. Our approach is the result of this accumulated packaging experience. It will shrink the size of the elements by a factor of 10 or more, without sacrificing optical performance, while offering improved manufacturability and greatly reduced costs. We believe the proposed packaging is the key to the future penetration and acceptance of high-performance electro-optical components into the mainstream of electronic systems.

<u>References</u>

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

[1]    F. Shum, R. Parke, G. Harnagel, R. Lang, and D. F. Welch, "1.2 W single-mode fiber coupled MOPA at 980 nM," post-deadline paper presented at OFC '95, San Diego, CA

[2]    M. Ziari, J.-M. Verdiell, and D. F. Welch, "Low-Loss Coupling of 980 nm GaAs Laser to Cleaved Single-Mode Fiber," presented at LEOS '95, San Francisco, CA, 1995.

[3]    J.-M. Verdiell, M. Ziari, and D. F. Welch, "Passively aligned laser array to silica on silicon waveguides with 36% coupling efficiency and 30 mW cw coupled power", to be presented at CLEO '96, paper CThK26, June 2-7, Anaheim, California.

[4]    J.-M. Verdiell, J. S. Osinsky, D. F. Welch, and D. R. Scifres, "Semiconductor MOPA with monolithically integrated 5 GHz electro-absorption modulator," *Electron. Lett.*, vol. 31, pp. 1187-1189, 1995.

[5]    J.-M. Verdiell, "High-Performance 1.3 μm Lasers for Analog and Digital Applications," presented at LEOS '95, San Francisco, CA, 1995.

## RELATIONSHIP WITH FUTURE RESEARCH AND DEVELOPMENT

The successful completion of phase I will demonstate the key technologies of passive aligment, optical bench technology, and the micro pivot technology. This will provide a solid foundation for the commcement of phase 2. Phase 2 will build on phase 1 by incorperating the intergration of the high speed driver electronics, optical interconnect and the high speed electrical contacts, and hermatically sealing the package. We envsion phase 2 will provide a number of finished packages ready for reliability testing.

This proposal is founded on fundemental concepts of manufacturbility and cost. We have approached the project from a total quality stand point where concepts in research and development are evaluated against the ability to finally build the product in manufactuing. aCADian's goal is lurch a commerial product based on this in the next two years.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## POTENTIAL POST APPLICATIONS

aCADian Technologies was founded with the charter of bringing to the market advanced optoelectronics fabrication technology. aCADian is already involved in the development of CAD software for the design and simulation of optoelectronic devices. Our main business goal is to enter the optoelectronic packaging business by commercializing the surface mountable optoelectronic package proposed under this program. The necessary ingredients for a successful market introduction are the availability of sufficient private funding, the support of a major laser diode manufacturer, and a careful product introduction strategy. aCADian business strategy addresses all of these issues.

First of all, it is important to recognize up front that penetrating the large and reliability conscious optical telecommunication market will require enough time to gather reliability information and manufacturing statistics. However, the proposed crossed-lens technology provides a cheap method to circularize and correct astigmatism in laser diodes. This is essential for a number of consumer and industrial applications products, such as high-quality pointers, printer heads, and CD heads. These applications are not as reliability sensitive as the telecom market, and rely on a simpler non-fiberized package. Our product introduction plan is to first manufacture a low divergence circularized diode product to be introduced 6 months after the end of this program. This will allow time to optimize the reliability of telecommunication versions of the package and to gather statistical manufacturing information. During this time, prototypes will be delivered to the industry. The introduction of the high-reliability telecommunication package will follow in a second phase 12 months after the end of the program.

Support from a diode laser manufacturer is another necessity, both for the supply of the laser die and for the credibility of our packaging technology on the market. aCADian will engage in the formation of strategic alliances with laser diode manufacturers. aCADian personnel are experienced and well known in the laser diode field, and have strong ties with laser manufacturers. Discussions are already taking place with such organizations.

Finally, private investor funding will support the transition to manufacturing. Apart from the financial backing forged through strategic alliances, aCADian will seek Venture Capital funding. It is worth mentioning that aCADian is purposely located at the heart of Silicon Valley, where aggressive VC capital funding as well as an active entrepreneurship spirit prevail.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-17-

## KEY PERSONNEL

**FRANK SHUM** - Senior Optical Engineer, aCADian Technologies.

Frank Shum will be the principal investigator of this program.

Education
M.S. Optics              Institute of Optics, University of Rochester, 1991
B.S. Electrical Engineering   GMI Engineering and Management Institute, 1989

Areas of Expertise
* Lens Design & Analysis
* Opto-Mechanical Designer
* Design for Manufacturability
* Thermal and Tolerance Analysis
* Manufacturing Engineer

Background
From 1992 to 1996, Frank Shum worked as an optical mechanical engineer at SDL Inc. At SDL he developed silica on silicon optical technology for fiber alignment. He has contributed several ideas for low cost optical mechanical alignment techniques. He is experienced in the design of micro lenses for high performance applications. Using such technology, he set a record for the power coupled into a single mode fiber. Later, he successfully managed a program to launch this micro lens package as a commercial product.

Upon graduating from the Institute of Optics, he spent one year at GCA Tropel in the optical modeling of lithography systems. There he developed finite element models to study lens heating effects. During his master's program, he spent 1 year at 3M Optical Recording to develop a high performance optical disk recorders.

Frank Shum did his undergraduate work at GMI Engineering Institute. During this co-operative phase of his education, he speed 3 years working in the engineering and manufacturing divsions of General Motors. Thru this experience, his is familiar with the needs of a mass manufacturing enviroment.

Frank Shum is currently working as an independent consultant. He has 2 patents pending in the field of semiconductor packaging and 1 awarded patent in antenna design. He is a member of SPIE and OSA.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

**JEAN-MARC VERDIELL** - President, aCADian .

Education
Diplôme d'Ingénieur  Ecole Polytechnique, France, 1986
Ph.D   Electrical Engineering, University of Paris, France, 1990

Areas of Expertise
  * Semiconductor Lasers
  * Photonic Integrated Circuits
  * Specialized Software for Optoelectronics
  * Device Modeling

Background
     From 1987 to 1989, Jean-Marc Verdiell worked at Thomson-CSF Central Research Laboratories on phase-locking of high-power semiconductor laser arrays.  He made contributions in the modeling of gain-guided arrays and injection locking, and experimentally demonstrated record-high diffraction limited output using coherent beam combining and non-linear 2-wave mixing in photorefractive crystals.

     Upon receiving his Ph.D, he spent a year at the Optoelectronics Laboratory at University of Maryland.  He worked on GaAlAs laser fabrication, demonstrating 1.5-W CW lasers and low-threshold single-mode index-guided lasers.  He also developed ultra-low reflectivity multilayer coatings for semiconductor lasers using in-situ ellipsometry monitoring techniques.

     From 1991 to 1993, Dr. Verdiell  was with AT&T Bell Laboratories in the Optoelectronics Research Department headed by T.L. Koch, where he worked on the design, fabrication, testing and modeling of InP-based Photonic Integrated Circuits (PICs) for high-speed fiber-optic telecommunications.  He conducted experimental and theoretical work on linewidth and alpha factor properties of widely tunable DBR lasers. He demonstrated several new WDM components, including polarization insensitive WDM filters,  integrated aspheric lenses and integrated preamplifier/demultiplexer/receiver PICs for narrow WDM.  He also pioneered phase-mask grating printing technology that led to the demonstration of an 8-wavelength WDM transmitter chip.

     Dr. Verdiell joined SDL in  1993 were he led a research team involved in designing advanced photonic integrated circuits for telecommunications.  He demonstrated the first 5 GHz, 1W diffraction limited source for space communication, as well as polarization independent semiconductor amplifiers.  His research on new packaging techniques resulted in the development of 1 dB fiber coupling loss packages, passive alignment of arrays to Silica on Silicon optical benches, as well as two-side access, high-speed optical amplifier butterfly packages.   In 1995,  he founded aCADian for the purpose of developing

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

-19-

commercially advanced photonic design tools and packages. Dr. Verdiell has published over 30 papers has 4 patents awarded and pending in the field of semiconductor diode lasers. He is a member of the IEEE and OSA.

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"

## FACILITIES / EQUIPMENT

**Rent space,
contract out most fab**

## CONSULTANTS
No Consultants will be employed.

## CURRENT SUPPORT OF SIMILAR PROPOSALS
Software development ?
CAD technologies

## COST PROPOSAL

The table below summarizes the proposed task, cost and schedule of the program.

|  | Labor Hours | | |
|---|---|---|---|
|  | F.Shum | M.Verdiell | Material |
| 1 Design and Fabrication of Optical Bench | 80 | 60 | $10,000 |
| 2 Mico Lens Design and Fabication | 80 | 40 | $20,000 |
| 3 Mirco Pivot Design and Fabrication | 60 | 60 | $5,000 |
| 4 System Integration | 180 | 180 | $5,000 |
| 5 Finial Report | 40 | 40 |  |
| 6 Facilites and Equipment Rental | 0 | 0 | $13,000 |
| Total labor @ $55/Hour | $45,100 | | |
| Total Material |  | | $53,000 |
| **Total Program Cost** |  | | **$98,100** |

"Use or disclosure of the data on this page are subject to the restriction on the cover page of this proposal"