STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
NICHOLAS G. CAMPINS (SBN 238022)
STEPHEN McG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: ncampins@tcolaw.com
E-mail: sbundy@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile:  (415) 397-7188
E-mail:  rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

**FILED**

APR – 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>     Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>     Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL**<br><br>Date:    July 25, 2008<br>Time:   2:00 p.m.<br>Place:   Courtroom 1, 4th Floor<br><br>Honorable D. Lowell Jensen |

**VOLUME 2 OF 2 – ATTACHING EXHIBIT NOS. 24 THROUGH 45**

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO.  C 02-03262 DLJ (EMC)

I, STEPHEN E. TAYLOR, declare as follows:

1.      I am an attorney with Taylor & Company Law Offices, LLP, counsel for defendants Intel Corporation ("Intel"), LightLogic, Inc. ("LightLogic") and Jean-Marc Verdiell ("Verdiell") (collectively referred to herein as "Defendants") in this action. The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained in this declaration, I could and would competently testify thereto. This declaration is submitted in support of Defendants' Motion for Summary Judgment, which has been filed concurrently herewith.

2.      All of the documents attached to this declaration have either been filed with the Court and/or served in this action, or have been produced by the parties or third parties in the course of discovery. Documents with control numbers utilizing the prefix "FS" have been produced by plaintiff Frank T. Shum ("Shum") in this litigation. Documents with control numbers utilizing the prefix "MV" have been produced by Verdiell in this litigation. Documents with control numbers utilizing the prefix "INT" have been produced by Intel in this litigation. Documents with control numbers utilizing the prefix "LU" have been produced by former defendant and now third party Lumen Intellectual Property Services, Inc. in this litigation.

3.      Attached to this declaration as Exhibit 1 are true and correct copies of the Action By Unanimous Written Consent of the Board of Directors of Radiance Design, Inc., the Radiance Plan of Liquidation, and the Action By Written Consent of the Shareholders of Radiance Design, Inc. (Control Nos. MV0024380 - MV0024386), all dated as of January 5, 1998. These documents were marked as Trial Exhibit 3 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

4.      Attached to this declaration as Exhibit 2 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing testimony given by plaintiff Shum at his deposition taken on November 12, 2003.

5.      Attached to this declaration as Exhibit 3 are true and correct copies of pages excerpted from the reporter's transcript that was prepared in this action memorializing testimony

1.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO.  C 02-03262 DLJ (EMC)

1    given by plaintiff Shum at his deposition taken on November 14, 2003.

2        6.    Attached to this declaration as <u>Exhibit 4</u> is a true and correct copy of the June 14,
3    2004 Stipulation and Order of Dismissal [Pursuant to F.R.C.P. 41] dismissing from this action,
4    with prejudice, defendants Marek Albostza and Lumen Intellectual Property Services, Inc.

5        7.    Attached to this declaration as <u>Exhibit 5</u> is a true and correct copy of a September
6    8, 1997, memorandum addressed to Verdiell titled "Resolving Current Conflicts" (Control Nos.
7    FS0456 - FS0458). This document was produced by plaintiff Shum in this action on August 5,
8    2003. In this memorandum, Shum tells Verdiell that he has lost trust in him, and that this loss of
9    trust has probably been the key source of their difficulties. At his deposition on November 12,
10   2003, Shum testified that this September 8, 1998 memorandum (marked as Deposition Exhibit 31)
11   is an accurate memorialization and the best record of his feelings regarding Verdiell as of this
12   date. *See* <u>Exhibit 2</u> to this declaration, at pp. 27:9-28:17.

13       8.    Attached to this declaration as <u>Exhibit 6</u> is a true and correct copy of United States
14   Patent No. 5,977,567 titled "Optoelectronic Assembly and Method of Making the Same," dated
15   November 2, 1999. This document was marked as Trial Exhibit 16 during the inventorship bench
16   trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

17       9.    Attached to this declaration as <u>Exhibit 7</u> is a true and correct copy of United States
18   Patent No. 6,376,268 titled "Optoelectronic Assembly and Method of Making the Same," dated
19   April 23, 2002. This document was marked as Trial Exhibit 19 during the inventorship bench
20   trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

21       10.   Attached to this declaration as <u>Exhibit 8</u> are true and correct copies of pages
22   excerpted from the reporter's transcript that was prepared in this action memorializing the sworn
23   testimony given during the inventorship trial in this action by plaintiff Shum on January 10, 2005.

24       11.   Attached to this declaration as <u>Exhibit 9</u> are true and correct copies of pages
25   excerpted from the reporter's transcript that was prepared in this action memorializing the sworn
26   testimony given during the inventorship trial in this action by plaintiff Shum on January 11, 2005.

27       12.   Attached to this declaration as <u>Exhibit 10</u> are true and correct copies of pages

28

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

1    excerpted from the reporter's transcript that was prepared in this action memorializing the sworn

2    testimony given during the inventorship trial in this action by plaintiff Shum on January 12, 2005.

3       13.    Attached to this declaration as <u>Exhibit 11</u> are true and correct copies of pages

4    excerpted from the reporter's transcript that was prepared in this action memorializing the sworn

5    testimony given during the inventorship trial in this action by third-party witness Les Duman

6    (morning session) and plaintiff's expert witness Wayne Knox (afternoon session) on January 13,

7    2005.

8       14.    Attached to this declaration as <u>Exhibit 12</u> are true and correct copies of pages

9    excerpted from the reporter's transcript that was prepared in this action memorializing the sworn

10   testimony given during the inventorship trial in this action by defendant Verdiell on January 18,

11   2005.

12      15.    Attached to this declaration as <u>Exhibit 13</u> are true and correct copies of pages

13   excerpted from the reporter's transcript that was prepared in this action memorializing the sworn

14   testimony given during the inventorship trial in this action by defendant Verdiell (morning

15   session) and third-party witness Marek Alboszta (afternoon session) on January 19, 2005.

16      16.    Attached to this declaration as <u>Exhibit 14</u> are true and correct copies of pages

17   excerpted from the reporter's transcript that was prepared in this action memorializing the sworn

18   testimony given during the inventorship trial in this action by defendants' expert witness John

19   Lawson Koch on January 20, 2005.

20      17.    Attached to this declaration as <u>Exhibit 15</u> are true and correct copies of Verdiell's

21   calendar pages for the period May 29-31, 1996, containing his conception drawings and notes for

22   the DBC invention (Control Nos. MV0024721 - MV0024728).  These documents were marked as

23   Trial Exhibit 59 during the inventorship bench trial, and jointly proffered to the Court as evidence

24   by the parties on March 7, 2005.

25      18.    Attached to this declaration as <u>Exhibit 16</u> is a true and correct copy of the aCADian

26   Technologies Phase I Proposal titled, "Surface Mount Packaging Technology for Optoelectronics"

27   (electronic version of draft dated June 3, 1996).  This document was (a) produced by plaintiff

28

3.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO.  C 02-03262 DLJ (EMC)

1   Shum in this action in electronic format on June 1, 2004, (b) marked as Trial Exhibit 1021 during

2   the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on

3   March 7, 2005.

4        19.    Attached to this declaration as <u>Exhibit 17</u> is a true and correct copy of an SDL

5   Invention Disclosure regarding "Method for Low Cost Passive Micro Lensing of Laser Diodes,"

6   dated October 7, 1994 (Control Nos. FS2296 - FS2298).  This document was marked as Trial

7   Exhibit 57 during the inventorship bench trial, and jointly proffered to the Court as evidence by

8   the parties on March 7, 2005.

9        20.    Attached to this declaration as <u>Exhibit 18</u> is a true and correct copy of the aCADian

10  Technologies Proposal to ARPA/ETO entitled "Surface Mount Packaging Technology for

11  Optoelectronics" (Control Nos. FS1435 - FS1451).  This document was marked as Trial Exhibit

12  33 during the inventorship bench trial, and jointly proffered to the Court as evidence by the parties

13  on March 7, 2005.

14       21.    Attached to this declaration as <u>Exhibit 19</u> is a true and correct copy of Radiance

15  Design, Inc.'s Small Business Innovation Research (SBIR) Program Proposal for "Low Cost,

16  Flexible Packaging of Photonic and Electronic Devices," dated July 2, 1996 (Control Nos.

17  FS 0993 - FS 1012).  This document was marked as Trial Exhibit 50-O(1) during the inventorship

18  bench trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

19       22.    Attached to this declaration as <u>Exhibit 20</u> is a true and correct copy of a draft of the

20  aCADian Technologies Phase I Proposal titled, "Surface Mount Packaging Technology for

21  Optoelectronics," dated June 17, 1996.  This document was (a) produced by plaintiff Shum in this

22  action in electronic format on June 1, 2004, (b) marked as Trial Exhibit 1022 during the

23  inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March

24  7, 2005.

25       23.    Attached to this declaration as <u>Exhibit 21</u> is a true and correct copy of United States

26  Patent No. 6,252,726 titled "Dual-Enclosure Optoelectronic Packages," dated June 26, 2001.  This

27  document marked as Trial Exhibit 27 during the inventorship bench trial, and jointly proffered to

28

4.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

1  the Court as evidence by the parties on March 7, 2005.

2      24.    Attached to this declaration as <u>Exhibit 22</u> is a true and correct copy of a facsimile

3  message from Verdiell to Bruno Acklin, dated September 20, 1997 (Control Nos. MV0001200 –

4  MV0001204).  This document was marked as Trial Exhibit 612 during the inventorship bench

5  trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

6      25.    Attached to this declaration as <u>Exhibit 23</u> are true and correct copies of handwritten

7  notes and invention drawings made and signed by Verdiell, dated "1/10/97" (Control Nos.

8  MV0001212 – MV0001216).  These documents were marked as Trial Exhibit 892 during the

9  inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7,

10  2005.

11     26.    Attached to this declaration as <u>Exhibit 24</u> is a true and correct copy of a Radiance

12  Design, Inc. pricing chart, dated September 29, 1997 (Control No. FS2300).  This document was

13  marked as Trial Exhibit 281 during the inventorship bench trial, and jointly proffered to the Court

14  as evidence by the parties on March 7, 2005.

15     27.    Attached to this declaration as <u>Exhibit 25</u> are true and correct copies of two dual

16  enclosure illustrations, dated December 19, 1997 (Control Nos. FS2506; FS2299).  These

17  documents were marked as Trial Exhibit 267 during the inventorship bench trial, and jointly

18  proffered to the Court as evidence by the parties on March 7, 2005.

19     28.    Attached to this declaration as <u>Exhibit 26</u> is a true and correct copy of a Luminance

20  Business Plan, Version 1.00D, dated December 19977 (Control Nos. FS2578 – FS2598).  This

21  document was marked as Trial Exhibit 700 during the inventorship bench trial, and jointly

22  proffered to the Court as evidence by the parties on March 7, 2005.

23     29.    Attached to this declaration as <u>Exhibit 27</u> is a true and correct copy of a draft of a

24  Radiance Design, Inc. proposal from the files of Lumen Intellectual Properties, Inc. with

25  handwritten notes (Control Nos. LU000038 – LU000047).  This document was (a) produced by

26  former defendant and now third-party witness Lumen Intellectual Property Services, Inc. in this

27  action on January 29, 2004, (b) marked as Trial Exhibit 562 during the inventorship bench trial,

28

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

1 | and (c) jointly proffered to the Court as evidence by the parties on March 7, 2005.

2 |      30.    Attached to this declaration as <u>Exhibit 28</u> is a true and correct copy of United States
3 | Patent No. 6,207,950 titled "Optical Electronic Assembly Having a Flexure for Maintaining
4 | Alignment Between Optical Elements," dated March 27, 2001.  This document was marked as
5 | Trial Exhibit 22 during the inventorship bench trial, and jointly proffered to the Court as evidence
6 | by the parties on March 7, 2005.

7 |      31.    Attached to this declaration as <u>Exhibit 29</u> is a true and correct copy of United States
8 | Patent No. 6,227,724, titled "Method for Constructing an Optoelectronic Assembly," dated May 8,
9 | 2001.  This document was marked as Trial Exhibit 51 during the inventorship bench trial, and
10 | jointly proffered to the Court as evidence by the parties on March 7, 2005.

11 |      32.    Attached to this declaration as <u>Exhibit 30</u> is a true and correct copy of United States
12 | Patent No. 6,586,726, titled "Optical Electronic Assembly Having a Flexure for Maintaining
13 | Alignment Between Optical Elements," dated July 1, 2003.  This document was marked as Trial
14 | Exhibit 52 during the inventorship bench trial, and jointly proffered to the Court as evidence by
15 | the parties on March 7, 2005.

16 |      33.    Attached to this declaration as <u>Exhibit 31</u> is a true and correct copy of United States
17 | Patent No. 6,585,427 titled "Flexure Coupled to a Substrate for Maintaining the Optical Fibers in
18 | Alignment," dated July 1, 2003.  This document was marked as Trial Exhibit 29 during the
19 | inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7,
20 | 2005.

21 |      34.    Attached to this declaration as <u>Exhibit 32</u> is a true and correct copy of a calendar
22 | page containing handwritten invention drawings by Jean-Marc Verdiell, dated April 1, 1997.
23 | (Control No. MV0001198).  This document was marked as Trial Exhibit 236 during the
24 | inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7,
25 | 2005.

26 |      35.    Attached to this declaration as <u>Exhibit 33</u> is a true and correct copy of a single page
27 | Record of Invention signed by both Verdiell and Shum on April 17, 1997 (Control No. FS0174).

28 |

6.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO.  C 02-03262 DLJ (EMC)

1    This document was marked as Trial Exhibit 4-A during the inventorship bench trial, and jointly

2    proffered to the Court as evidence by the parties on March 7, 2005.

3        36.    Attached to this declaration as <u>Exhibit 34</u> is a true and correct copy of a single page

4    Record of Invention signed by both Verdiell and Shum on April 17, 1997 (Control No.

5    MV0001205).  This document was marked as Trial Exhibit 4-B during the inventorship bench

6    trial, and jointly proffered to the Court as evidence by the parties on March 7, 2005.

7        37.    Attached to this declaration as <u>Exhibit 35</u> is a true and correct copy of a photograph

8    of a metal part described as the "spider" part that was shown to both Verdiell and Shum by third-

9    party witness Les Duman in May 1997.  This part was produced by defendants for inspection by

10   Shum and his counsel, Gregory S. Cavallo, on December 23, 2004, (b) marked as Trial Exhibit

11   1008-F during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by

12   the parties on March 7, 2005.

13       38.    Attached to this declaration as <u>Exhibit 36</u> is a true and correct copy of printouts of

14   drawings from the electronic file titled, "Dil16_013.prt" from plaintiff Shum's hard drive.  These

15   electronic files were (a) produced by plaintiff Shum in this action in electronic form on June 1,

16   2004, (b) marked as Trial Exhibit 900 during the inventorship bench trial, and (c) jointly proffered

17   to the Court as evidence by the parties on March 7, 2005.

18       39.    Attached to this declaration as <u>Exhibit 37</u> is a true and correct copy of Radiance

19   Design, Inc. schematics (Control Nos. FS0018 – FS0117).  These documents were marked as Trial

20   Exhibit 716 during the inventorship bench trial, and jointly proffered to the Court as evidence by

21   the parties on March 7, 2005.

22       40.    Attached to this declaration as <u>Exhibit 38</u> is a true and correct copy of a CADkey

23   view of a flexure design, dated May 12, 1997.  This document was (a) produced by plaintiff Shum

24   in this action in electronic form on June 1, 2004, (b) marked as Trial Exhibit 734 during the

25   inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties on March

26   7, 2005.

27       41.    Attached to this declaration as <u>Exhibit 39</u> is a true and correct copy of a CADkey

28

7.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

1 illustration from DIL 16_009.prt., dated May 12, 1997.  This document was (a) produced by
2 plaintiff Shum in this action in electronic form on June 1, 2004, (b) marked as Trial Exhibit 735
3 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence by the parties
4 on March 7, 2005.

5     42.    Attached to this declaration as <u>Exhibit 40</u> is a true and correct copy of a CADkey
6 illustration from DIL 16_011.prt, "Flexed Sideview," dated May 14, 1997.  This document was (a)
7 produced by plaintiff Shum in this action in electronic form on June 1, 2004, (b) marked as Trial
8 Exhibit 736 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence
9 by the parties on March 7, 2005.

10     43.    Attached to this declaration as <u>Exhibit 41</u> is a true and correct copy of photographs
11 of tangible evidence produced by Frank Shum (including Radiance Design, Inc. prototypes).
12 These documents were marked as Trial Exhibit 719 during the inventorship bench trial, and jointly
13 proffered to the Court as evidence by the parties on March 7, 2005.

14     44.    Attached to this declaration as <u>Exhibit 42</u> is a true and correct copy of a photograph
15 of a flexure prototype, dated December 1997 (Control No. FS0233).  This document was (a)
16 originally produced by plaintiff Shum in this action on August 5, 2003, (b) marked as Trial
17 Exhibit 656 during the inventorship bench trial, and (c) jointly proffered to the Court as evidence
18 by the parties on March 7, 2005.

19     45.    Attached to this declaration as <u>Exhibit 43</u> is a true and correct copy of Unitek
20 Miyachi Corporations seminar materials for a program titled "Precision Metals Joining Seminar
21 for Medical Device Manufacturers," dated April 1, 1997 (Control No. FS7879 attaching 53
22 additional unnumbered pages).  This document was marked as Trial Exhibit 558 during the
23 inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7,
24 2005.

25     46.    Attached to this declaration as <u>Exhibit 44</u> is a true and correct copy of two
26 Radiance Design, Inc. Records of Invention signed on March 17, 1997 by Shum and Verdiell
27 (Control Nos. FS0001 – FS0012).  This document was marked as Trial Exhibit 50 during the

28

8.

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY
DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC. AND JEAN-MARC VERDIELL:
CASE NO.  C 02-03262 DLJ (EMC)

1 | inventorship bench trial, and jointly proffered to the Court as evidence by the parties on March 7,

2 | 2005.

3 | 47. Attached to this declaration as <u>Exhibit 45</u> is a true and correct copy of Shum's

4 | notebook (pages 1-38), with entries dated April 4 through May 24, 1997 (Control Nos. FS0135 –

5 | FS0172). This document was marked as Trial Exhibit 50-D during the inventorship bench trial,

6 | and jointly proffered to the Court as evidence by the parties on March 7, 2005.

7 | I declare under penalty of perjury, under the laws of the United States of America, that the

8 | foregoing is true and correct. Executed this 4th day of April, 2008, in San Francisco, California.

STEPHEN E. TAYLOR

9.