BLUEBIRD (888) 477-0700
OFFICE SUPPLIES   www.bluebirdonline.com

EXHIBIT 24



EXHIBIT
281

EXHIBIT NO. 281
11-3-04
H. THUMAN, CSR

FS 2300

EXHIBIT 25

Seal

Ceramic
Substrate

Stamped
Lid

Plastic
Butterfly

Hermetically
Sealed Internal
Package

Glue

EXHIBIT
267

EXHIBIT NO. 267
11-3-04
H. THUMAN, CSR

FS 2506



FS 2299

BLUEBIRD (888) 477-0760
OFFICE SUPPLIES   www.bluebirdwhite.com

EXHIBIT 26

**Business Plan**

**Lasers for Fiber Optic Telecommunications**     *CO name*

**Version 1.00 D**

**Frank Shum**
**Luminence**
1531 Oriole Avenue
Sunnyvale, CA 94087

PH. (415) 552 4168
FAX (415) 237 0159
franks@netwiz.net

EXHIBIT
**700**

# TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. | EXECUTIVE SUMMARY | 1 |
| 2. | BACKGROUND | 2 |
| 3. | MODULE TECHNOLOGY | 4 |
| 4. | COMPETITIVE MARKETING STRATEGY | 10 |
| 5. | STRATEGIC PARTNERS | 14 |
| 6. | OPERATIONS PLAN | 15 |
| 7. | THE TEAM | 17 |
| 8. | FINANCIAL STATEMENTS SUMMARY | 18 |

FS 2579

# 1. EXECUTIVE SUMMARY

**Problem**

There is an insatiable need for bandwidth in telecommunications. The demand for bandwidth, or information carrying capacity, is driven predominantly by the explosion of the Internet. Internet data traffic is increasing at a rate of 30% per month.[1] This growth has placed an enormous strain on the existing information infrastructure. The long distance telecommunication infrastructure consists of optical fibers. Two key components in this optical fiber network is a laser transmitter module and a laser ~~amplifier~~ module. Total sales volume of these laser modules is approximately 125,000 units in 1997. However, the volume is expected to grow to over 6 million in five years. The present module technology evolved from low volume manufacturing processes. As a consequence, this technology is inherently costly and can not meet the future volume, price and performance requirements.

**Opportunity**

We are at a cross roads where current technology has been stretched to the breaking point. The market is demanding and is willing to accept new technologies that can meet its future needs. Luminence has such technology and will capitalize on the present inflection point by the introduction of a new generation of laser modules. These modules will provide a 58% cost reduction while simultaneously increasing performance by 15%.

Laser modules consists of a complex and unique interaction of optics, mechanics, and electronics. As a result of this multidisciplinary requirement, and the relatively small size of the present industry, skilled engineers who have the manufacturing knowledge are extremely rare. Even more scarce is the subset of these engineers who have the vision to built the next generation of these modules. The author, Frank Shum, and his team has unique knowledge and qualification in laser module design. Their unique knowledge allows them to use Luminence proprietary processes to combine a variety of mature but disparate technologies in optics, hybrid electronics and miniature mechanics to achieve the cost, performance and volume requirements.

**Goal**

Luminence will be a packaging house manufacturing the next generation of laser modules. We will sell 250,000 units, generating a revenue of $139 million in five years. Luminence is seeking a first round of financing of $2.5 million to set up the initial manufacturing facilities and for the first year of engineering development.

|                          | 1998    | 1999    | 2000    | 2001    | 2002     |
|--------------------------|---------|---------|---------|---------|----------|
| Luminence Sales (Units)  | 15      | 295     | 12,500  | 75,000  | 250,000  |
| Ave Sales Price          | $2,000  | $1,500  | $900    | $563    | $316     |
| Revenue ($Million)       | $0.03   | $0.44   | $13.7   | $59.3   | $139.1   |
| Market Share             | 0%      | 0%      | 1%      | 3%      | 4%       |
| Total Market ($Million)  | $513    | $782    | $1,218  | $1,933  | $3,124   |

Table 1. Sales Summary of Laser Pumps and Transmitters

1 "Data at warp Speeds", Page 7, San Francisco Chronicle, July 29, 1997

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2580

# 2.    BACKGROUND

**Overview**

Fiber optics is the technology that underpins today's long-distance data, voice and cable TV (CATV) communication networks. The booming Internet traffic has resulted in an almost unquenchable thirst for more bandwidth and fiber telecommunication equipment.    In the past two years, MCI has raised the bandwidth of its Internet backbone by a factor of eight.[2]

The performance of fiber optical equipment is mainly determined by the speed, frequency stability and power of their laser modules.    These components dictate the maximum data rate, transmission distance, and cost of a fiber transmission system.

Photonics is changing the rules of the telecommunication industry.  Before, the only recourse was to install more fibers, faster transmitters and electronic repeaters.  Using Wavelength Division Multiplexing (WDM) in conjunction with 980 nanometer (nm) laser amplifier technology, long distance companies and data carriers can now increase their capacity by using multiple transmitters per fiber and exchanging their electronic repeaters with optical amplifiers.

The saving over laying down more fibers is enormous.  This technology has allowed CIENA, the first start-up to introduce WDM equipment commercially, to go public in February 1997 at a record valuation of $3.4 billion after only three years of existence.  This revolution has opened two fast growing niche markets for high-performance fiber optic laser modules:

- WDM Laser Transmitters.
- 980 nm Pump Lasers. *Amplifier*



1. Voice, Data, or Video source creates a electrical signal on conventional copper wire.

2. **Laser Transmitter** converts the electrical signal into a light signal at a specific discrete wavelength carried on a optical fiber.

3. Wavelength Division Multiplexer combines light signals at different wavelengths into a single optical fiber

4. Optical Amplifier Uses a **Pump Laser** to reenergize light signal without the need for Electronic Amplification.

5. Optical add-drop multiplexer reroutes signals from one fiber to another.

6. Wavelength Division Demultiplexer splits signals into separate wavelengths and relays them to the receiving end.

Figure 1: Schematic of a Fiber Optic Communication Link

2 "The Law of the Photon", p66, Forbes, October, 1997

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

2

**Market[3]**

Two main segments of the laser module market are the 980 nm laser pump and WDM laser transmitter. Total unit volume today is 125,000 growing at 75% for the pump and 150% for transmitter. In next five years, the unit volume will explode to over 6 million units. The strong unit volume growth is contingent on continuing price decreases on the order of 25% to 30% per year. The existing manufacturing technology for 125,000 units is based on labor intensive, high cost components. This technology can not be scaled to the future volume requirements nor can this technology meet the future price demand. Even with the steep price erosions, in five years the dollar volume of the laser pump market in five years is anticipated to reach $780 million while the transmitter market will reach $2.3 Billion.



Figure 2: Total Laser Pump and Transmitter Market in Units



Figure 3: Total Laser Transmitter and Pump Market in Dollars

|  | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|---|
| **OC48 Laser Transmitters** | | | | | | |
| Units | 50,000 | 125,000 | 312,500 | 781,250 | 1,953,125 | 4,882,813 |
| Sales Price | $2,857 | $2,000 | $1,400 | $980 | $686 | $480 |
| $ Million | $143 | $250 | $437 | $766 | $1,340 | $2,345 |
| **980 nm Laser Pumps** | | | | | | |
| Units | 75,000 | 131,250 | 229,688 | 401,953 | 703,418 | 1,230,981 |
| Sales Price | $2,667 | $2,000 | $1,500 | $1,125 | $844 | $633 |
| $ Million | $200 | $263 | $345 | $452 | $594 | $779 |

Table 2: Market Detail

[3] Market Values based on private discussions with CIENA, Uniphase and analysis of SDL financial data.

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

3

# 3.    MODULE TECHNOLOGY

**Requirements**

A laser module is a marriage of optics, mechanics and electronics. The function of the module is to convert an electrical signal into an optical signal coupled into a optical fiber. The ingredients for a laser module are:

- A Laser Diode.
- Lens and Optical Fiber.
- Thermal Control.
- Electrical Connections.
- High Reliability.



Figure 4: A Laser Module

**Today**

The combination of such competing requirements has resulted in hybrid designs using manufacturing techniques similar to those developed for the military. These manufacturing techniques are inherently labor intensive, use high cost materials and can not be scaled to future volume requirement.



Figure 5: Complex Conventional Construction of a Laser Module

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2583

| Coupling Scheme | Coupling Efficiency | Alignment Tolerance | Cost | Comment |
|---|---|---|---|---|
| Discrete Optics (SDL) | < 65% | +/- 0.5 um | $45 | Highest Cost Large Size |
| Fiber Lens (Lasertron) | < 65% | +/- 0.2 um | $35 | High Cost, Difficult to Automate |
| Micro Lenses (Proposed) | > 75% | +/- 0.5 um | $22 | Highest Coupling Efficiency Lowest Cost Easiest to Automate |

Table 3: Performance Comparison of the Competition

Luminence will use micro lens technology that can increase the efficiency to at least 75%. Micro lens technology will boast the output power level into a regime where there are no competitors. This is an excellent beach head position from which later cost reduction efforts will allow us to tackle the more price sensitive lower power market. Micro lenses has the additional advantages of being most compatible for wafer scale automation as well as providing the maximum tolerances for fiber alignment. It also offers the advantage of being the lowest cost solution compared to the competition.

The use of micro lenses for high coupling efficiency has been demonstrated by Frank Shum at SDL for the 980 nm MOPA product.[4] This product was intended for a low volume research market. Commercial high volume deployment will require processes to align and attach the micro lens that is compatible with telecommunication reliability standards. Luminence is developing such proprietary processes.



Figure 7: Micro Lens Implementation for the 980 nm MOPA Product[5]

---

[4] "1.2W Single-Mode Fiber Coupled MOPA at 980nm", F. Shum etal, Post Deadline Paper, OFC 1995
[5] Cover of Laser Focus World, April 1995

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

6

FS 2584

**Micro Pivot**

Methods to align optical fibers to laser diodes are a key enabling technology for optoelectronics. The difficulty, especially for single mode fibers, is a need for an attachment process with sub-micron level stability in three axes. Beyond the initial attachment processes, the sub-micron precision must be maintained over harsh environmental conditions lasting up to 20 years of operation. Typical attachment materials such as glue or solder suffer from shrinkage during the cure or solidification process or change dimension over time due to stress relaxation. This can produce unacceptable shifts in fiber position. Even methods such as welding require meticulous symmetric mechanical designs to reduce post weld shifts.

One novel configuration for over coming the effect of movement in the attachment process is a lever arm pivot combination as shown in figure 8. The attachment point is at the back of the level arm so that shrinkage motions are de-magnified by ratio of A/B. For example, if the ratio of A/B is 0.1, then the alignment tolerances are relaxed by a factor of 10. An additional advantage of this implementation is that coarse positioning stages will suffice in positioning the optical fiber. In this arrangement shown in figure 8, a pivot is required along with a stiff lever to hold the fiber. Typically the pivot can be formed from some ball socket combination and the lever is made of a ceramic ferrule. The disadvantage of this implementation is the relative large size, the number of precision components and the need for assembly of these components.



Figure 8: Conventional Pivot Lever Arm Arrangement

Luminence has a proprietary implementation of the lever arm concept using inexpensive miniature single part mechanical part. This design over comes the short coming of the conventional pivot while retaining the advantage of the de-magnified motion.

**Wafer Process**

The implementation of the wafer processing represents a departure from conventional module designs. Wafer scale processing requires that all the substrates are held together for as many of the processing steps as possible before they are finally separated. For example, in figure 9, a blank ceramic wafer is first patterned so that many hundreds of individual substrates are fabricated on the surface. The wafer is left in one piece while components such as diodes, electronics, optic, and wire bonds are attached using conventional pick and place equipment or bonders. Since the substrates are held in a wafer format, only one processes step is required for loading, heating, etc. The precision array format ensures that the component location can be indexed to a reference location on the wafer. Indexing allows the machines to automatically jump to the next bonding location without any further tedious manual alignment. Only in the last step is the wafer separated into the individual substrates.

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.



Figure 9: Wafer Scale Processing Concept

In contrast, conventional module manufacturing involve separating the substrate before any components are placed on to the substrate. This means parts must be individually fixtured, heated, tested etc. Beyond being a labor intensive processes, the conventional manufacturing requires expensive fixturing and ill suited for scaling to high volume automated processes.

Even without automation, wafer scale processing can produce significant cost savings. Figure 10 compares the time savings between conventional manufacturing technique to the wafer scale processing for bonding 100 laser diodes. Using conservative time estimates, the analysis shows that wafer scale processing will increase productivity by at least a factor of three.



Figure 10: Comparison of Manual Manufacturing Processes

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

8

FS 2586

**Double Seal**

The laser diode must be hermetically sealed in an inert atmosphere for maximum reliability. The sealing process is accomplished by welding a metal lid on to the Butterfly enclosure. The butterfly package is the external gold platted enclosure as shown in figures 4 and 5. The Butterfly package represents a impediment to future high volume low cost production. It is made of expensive exotic materials such as Copper Tungsten that is required to match thermal expansion of the internal components. Costly glass electrical feed thrus are needed to form a hermetic seal. This methods of construction set a lower limit on the cost of approximately $50. Secondary, the package is only available from very few vendors, requires long lead times and high tooling costs. Lastly, the Butterfly is an awkward geometry for placement on a PC board. It is not compatible with standard electronic assembly techniques. Although this not an issues in the low volumes of today, in the future where the volumes will exceed millions of units, there will be demand for a package style that is compatible to standard electronic surface mount techniques.

Luminence has overcome the limitations of the traditional Butterfly by using a double seal design. First a low cost stamped lid will seal directly to the substrate as shown in figure 11. Second, a compliant material such as glue will be used to attach the substrate into a plastic enclosure. The compliant material will be take up any stresses as the result of thermal expansion mismatch. Finally another seal will be formed by attaching a plastic lid to the enclosure. The plastic enclosure will be a low cost component and is available in high volume quantities since it will be made by injection molding around a metal lead frame. This injection molding process is commonly used in the electronics industry. The use of the plastic and glue materials is unacceptable in conventional module designs because of out gassing and sealing concerns. However, it is possible to use these materials in this Luminance's design since the laser diode has already been sealed by the stamped metal lid. The external plastic enclosure will initially serve to resemble a traditional butterfly package for backward compatibility, but could be formed in any shape depending on the application. Further more it is possible to surface mount the substrate directly on a PC Board without the plastic enclosure.



Figure 11: Double Seal Concept

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2587

## 4.   COMPETITIVE MARKETING STRATEGY

**Strategy**

The cost and performance dynamics point to the following competitive strategy:
- Years 1 to 2 : Compete on Performance.
- Years 3 to 5 : Compete on Cost.

**Customers**

The existing end market for the laser Modules consists of manufacturers of telecommunication equipment such as Tellabs, CIENA, Lucent Technologies, Pirelli, Alcatel, IBM, Litton, OTL, as well as emerging sub-modules equipment makers such UTP, Harmonics Lightwave, DiTech, Texscan, Scientific Atlanta. In general, the key customers are large system companies, but a growing number of smaller companies will likely emerge.

**Products**

The fastest product to bring to the market is the laser pump module. This technology is the simplest to develop, and can take advantage of the high-power dissipation capabilities and the high coupling efficiency. A pump module product will be available in 18 months. WDM transmitter technology will build on the pump package by adding high-speed and isolation capabilities. A WDM transmitter product will be available in 24 months.

| Product | Market Size | Opportunity | Technological Challenge |
|---------|-------------|-------------|-------------------------|
| 980nm Amplifier | $200 Million (1997) 30% $Growth / Year 18 Months to Market | YR 1 : Higher Power YR 3 : Low cost | Reliability High-Efficiency |
| WDM Transmitter | $143 Million (1997) 75% $Growth / Year 24 Months to Market | YR 2 : Higher Power YR 3 : Lower cost | Reliability High-Efficiency High Speed Isolation |

Table 4: Product Summary.

**Competitors**

The competitors are:

| Product | Competitors |
|---------|-------------|
| 980 nm Pump | SDL Inc., Lasertron, Nortel, Lucent, NEC. |
| WDM Transmitter | Lasertron, Nortel, Lucent, Alcatel, Phillips, Hitiachi |

Table 5: List of Competitors

Although there are several major competitors for both the pump and transmitter market, they are all using similar module technology shown in figure 5. As a consequence, their cost structure and performance are comparable. The key is to first attack in niche markets where there is little competition. A comprehensive strategy can be formulated by a detail analysis of the market dynamics in terms of both cost and performance. As the cost structure of the pump and transmitter are similar, we will use the 980 nm Pump in following section for illustration.

**Cost Dynamics**

In 1997, the average cost of a 980 nm laser diode is $800. This accounts for 66% of the overall laser module cost. The remaining 33% is split evenly between parts and labor. The chip price is on a strong price decrease at a rate of 30% per year while parts and labor will only decrease at an estimated rate of 10% per year. In the next 1 to 2 years, laser diode cost will continue to

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2588

be a dominant factor in module pricing. In this time frame, efforts in labor and part cost reduction can only play a minor role in affecting the overall module price. Therefore, the effort in the initial two years should be to concentrate on performance and niche markets. However in 3 to 5 years, laser diode price will have decreased to a point where efforts towards labor and parts cost reduction can significantly affect the overall price.



Figure 12: Cost of a Standard 980nm Laser Module

| | Price Dec. | 1997 | 1998 | 1999 | 2000 | 2001 |
|---|---|---|---|---|---|---|
| Mechanics | 10% | $194 | $175 | $157 | $141 | $127 |
| Labor+OH | 10% | $198 | $178 | $160 | $144 | $130 |
| Laser Diode | 30% | $800 | $560 | $392 | $274 | $192 |
| Strategy | | Compete in Performance Increase Coupling Eff% Max. Power > Competition | | | Compete in Cost Part Cost Reduction Wafer Processing | |

Table 6: Detail Cost of a Standard 980nm Laser Module

**Cost Reduction**
Cost reduction will begin in the second year by first reducing part cost. In the later years 3 to 5, efforts will concentrate on reducing labor cost via the implementation of wafer scale processing and some automated processes. In the final iteration of the module, Gen. 2.2, we will have manufacturing cost advantage of 60% less than the competition.



Figure 13: Cost of Various Packaging Designs (No Chip)

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.
11

FS 2589

| PKG Type | SDL | Lasertron | Gen 1.0 | Gen 2.0 | Gen. 2.1 | Gen 2.2 |
|---|---|---|---|---|---|---|
| Description | TO Can\ Butterfly\ Discrete Lens | Butterfly\ Fiber Lens\ Welding | Butterfly\ Micro-Lens | Double Seal & Plastic Butterfly | Wafer Scale Processing Semi-Automation | Automation |
| Mechanics Labor+OH | $194 $198 | $130 $198 | $132 $198 | $82 $198 | $82 $100 | $82 $50 |
| Year | N/A | N/A | 1 | 2-3 | 2-3 | 4-5 |
| Strategy | N/A | N/A | Performance | Part Cost Reduction | Labor Cost Reduction | Labor Cost Reduction |

Table 7: Detail Cost Break Out of Various Package Designs

The purpose of the Gen. 1.0 design is to rapidly introduce a high efficiency product to market with the minimum risk using the micro lens technology. The goal of Gen. 1.0 is to compete on performance and have a comparable cost structure to Lasertron. Gen 2.0 design will serve to reduce part cost by replacing the costly butterfly enclosure with a plastic injection molded part enabling a $50 cost saving. The use of a plastic enclosure is possible because of a double seal design. Gen 2.1 begins the process of introducing wafer scale processing to save on labor costs with full scale automation occurring in Gen 2.2.

**Pump Strategy**  The key is to penetrate the market in segments where there is a significant technological advantage then migrate to compete into the mainstream. The strategy for the laser pump is simple, squeeze from above and below. The pump market is segregated by power level. These can be generalized into three segments as shown in table 8. The current market is restricted to a power range of approximately 90 mw to 140 mw. Higher than 140 mW is difficult to achieve as this either requires coupling efficiency above 65% or scarce state of the art expensive laser diodes.

Below 90 mw, there is no real market because the cost of the lasers modules is too high. The cost of a laser diode scales approximately with power, therefore, in this lower power segment, the laser diode is substantially cheaper than in the in the standard 90-140mW market. The labor in parts and labor becoming the dominant factor for module pricing. The cost of parts and labor is constant and does not scale with power and sets a lower limit on module price. Although the part and labor cost structure can be justified in the 90-140 mW market segment when the laser diode price is high, it can no longer be justified in the lower power market where the laser diode price is substantially cheaper. The market demands that the laser module sales price must scale directly with output power. In the present cost structure, it does not.

Taking advantage of the micro lens technology, Luminence will first launch an attack in the high power segment above 140 mW. The micro lens technology can readily achieve this power level as the coupling efficiency is >75%. Second attack the lower power market using the low cost manufacturing techniques. Once a foot hold is established in the two segments, squeeze into the center.

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2590

| Market Segment | 50mW to 80mW | 90mW to 140mW | 150mW to 180mW |
|---|---|---|---|
| Cost | $1K to $1.6K | $1.8K to $2.8K | $3.0K to $3.6K |
| Current Technology | Too costly for a Market to Exist | Current Market | Coupling < 65% Unable to achieve these Power Levels |
| Proposed Technology | 2. Year 2-3<br>Low Cost manufacturing. | 3. Years 3-5<br>Squeeze into this segment | 1. Years 1-2<br>Coupling >75% Able to Obtain these Power Levels |

Table 8: Laser Pump Segmentation

| | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Unit Sales | 15 | 295 | 10,000 | 50,000 | 125,000 |
| Sales Price | $2,000 | $1,500 | $1,125 | $844 | $633 |
| Revenues ($Mil) | $0.03 | $0.44 | $11 | $42 | $79 |
| Total Market ($Mil) | $263 | $345 | $452 | $594 | $779 |
| Market Share | 0.0% | 0.1% | 2.5% | 7.1% | 10.2% |

Table 9: 980 nm Market and Sales Detail

**WDM Strategy**

Again, the key is to penetrate the market in a segment where there is a significant technological advantage. This WDM market can be segregated by the length of transmission over the optical fiber. The strategy here is to squeeze out from the center. For medium distance range of 50 km to 150 km, a preamplifier is required immediately following the transmitter in order to boost the signal. Using the high coupling efficiency technology, we can increase output power to 10 mW without the need for a pre-amplifier. This will provide a significant cost advantage. From the center, squeeze out into the short and long distance arenas.

| Market Segment | Local Metropolitan | Medium Distance | Long Distance |
|---|---|---|---|
| Distance | 10 km to 50km | 50km to 150km | 150kM to 600 km |
| Power | <1 mW | 10 mW | 10mW + EDFAs |
| Current Technology | Direct Modulation | Direct Modulation with preamplifier | External Modulation with preamplifier and reamplification |
| Proposed Technology | Years 3-5.<br>Squeeze into this segment | Years 2-3.<br>Increased Coupling Efficiency will eliminate need for preamplifier. | Years 3-5.<br>Squeeze into This segment. |

Table 10: WDM Market Segmentation.

| | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| Unit Sales | - | - | 2,500 | 25,000 | 125,000 |
| Sales Price | $2,000 | $1,400 | $980 | $686 | $480 |
| Revenues ($Mil) | | | $2 | $17 | $60 |
| Total Market ($Mil) | $250 | $438 | $766 | $1,340 | $2,345 |
| Market Share | - | - | 0.3% | 1.3% | 2.6% |

Table 11: WDM transmitter Market and Sales Detail

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

13

FS 2591

# 5.    STRATEGIC PARTNERS

**Purpose**

Strategic partnerships will be formed to ensure the following:

- Exclusive rights to key technologies.
- A Guaranteed Laser Chip Supplier.
- An Established Distribution Chain.

**Micro Lens**

There is only one company that manufactures micro lenses for single mode laser diode application. They have key patents enabling them to maintain exclusivity in the design and manufacturing of micro lenses. This company is applying their technology for DVD pickup heads and is actively seeking manufacturing technologies for laser diode packaging. We intends to provide them with manufacturing technology in exchange for rights to their technology for telecommunications.

**Processes**

One of the key assembly processes is the laser welder used to attach the optical fiber to sub-micron precision. We will seek to obtain exclusive rights over to the laser welder from one of the key manufacturers of this equipment in exchange for a guarantee purchase of several units over a period of time.

A second key process is the attachment technology for the micro optics. We will develop proprietary technologies for this purpose or to acquire exclusive rights to this technology if necessary.

**Chip Supplier**

Uniphase and SDL are the only two significant 980 nm chip suppliers. Both companies are actively seeking packaging technologies to enable them to compete with the future performance, volume and cost demands. Both companies also have the capability to produce WDM laser transmitter chips. We will become a packaging house for one of these two companies to ensure a guaranteed supply of laser chips. In addition, these companies will provide an established distribution channel.   *use both*

# 6.  OPERATIONS PLAN

**Milestones**

The first two years will be devoted towards product development and qualification. We intend to have the production capacity 1000/month by the end of second year. In this initial development stage, a facilities of 4,000ft² is sufficient. Laminar flow hoods will be installed around key pieces of equipment to provide local clean environments. This will avoid the need to setup a clean room facility. The location will be in Silicon Valley. The key milestones are:

| Month | Milestone |
|-------|-----------|
| 6 | • Demonstrate >75% Coupling Efficiency. |
| 9 | • 980 nm Laser Module Passed Mechanical Qualifications.<br>• Start 7000 Hour Burnin. |
| 18 | • 980 nm Pump Product Fully Qualified. |
| 24 | • $0.5 Million in Revenue.<br>• >1000/Month Production Capacity.<br>• Start WDM Product Qualification. |

Table 12: Two Year Milestone

**Staffing**

A total staff of nine is budgeted for the first year. Frank Shum will have the positions of VP of Engineering and will serve as the interim President. A VP of manufacturing will be recruited immediately within the first six months. A full time President will recruited in the second half of the first year. A VP of Market and CFO will be recruited in the second year to complete the management team. A staff of 28 people is budgeted for the second year. The second year staff will concentrate on processes control, ramping up production and form the foundation of a manufacturing infrastructure.

| | | 1998 | | | | 1999 | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Q1 | Q2 | Q3 | Q4 | Q1 | Q2 | Q3 | Q4 |
| Engineering | VP | 0.5 | 0.5 | 0.5 | 1 | 1 | 1 | 1 | 1 |
| | Sen. Eng. | | | | | 1 | 1 | 1 | 1 |
| | Engineer | | 1 | 3 | 3 | 3 | 5 | 7 | 7 |
| | Technician | | | 1 | 1 | 2 | 2 | 2 | 2 |
| | Total | 0.5 | 1.5 | 4.5 | 5 | 7 | 9 | 11 | 11 |
| Manufacturing | VP | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Supervisor/Eng. | | | | | 1 | 1 | 3 | 3 |
| | Operators | | | | | 1 | 2 | 3 | 3 |
| | Shipping & Receiving | | | | | | | 1 | 1 |
| | Managers/Sen. Eng | | | | | 1 | 2 | 2 | 2 |
| | Purchasing | | | | | | 1 | 1 | 1 |
| | Total | 1 | 1 | 1 | 1 | 4 | 7 | 11 | 11 |
| Marketing | VP | | | | | 1 | 1 | 1 | 1 |
| | Senior Sales | | | | | | | 1 | 1 |
| | Total | | | | | 1 | 1 | 2 | 2 |
| Administration | President | 0.5 | 0.5 | 0.5 | 1 | 1 | 1 | 1 | 1 |
| | VP Finance | | | | | | | 1 | 1 |
| | Accountants | | | 0.5 | 0.5 | 1 | 1 | 1 | 1 |
| | Administrative Asst. | | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| | Total | 0.5 | 1.5 | 2 | 2.5 | 3 | 3 | 4 | 4 |
| Total Staff | | 2 | 4 | 7.5 | 8.5 | 15 | 20 | 28 | 28 |

* Fractional Numbers indicate Part Time Position or single Persons Fulfilling multiple roles.

Table 13: Two Year Staffing Plan

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2593

**Equipment**

Immediate access to three key pieces of capital equipment will be essential. Without access, efforts towards package development would be delayed because of the long lead time required to purchase these items. Fortunately, Frank Shum has personal contacts to several companies that will let him use these pieces equipment for the initial prototyping stage. Longer term, these pieces of equipment must be acquired in house.

| Description | Lead Time | Cost |
|---|---|---|
| Wire Bonder | 12 Weeks | $20K |
| Laser Die Bonder | 24 Weeks | $100K |
| Laser Welder | 12 Weeks | $30K |



Table 14: Key Capital Equipment in the First Year.

**5 Year**

Facilities expansion along with increase in staffing will track production capacity requirements. Production capacity will increase by a factor of thirty from the second year capacity of 10,000 to 300,000 in the fifth year.

|  | 1998 | 1999 | 2000 | 2001 | 2002 |
|---|---|---|---|---|---|
| **Staffing** | | | | | |
| Engineering | 5 | 11 | 19 | 33 | 50 |
| Manufacturing | 1 | 11 | 12 | 30 | 91 |
| Marketing & Sales | | 2 | 4 | 7 | 11 |
| Admin | 2.5 | 4 | 7 | 10 | 13 |
| Total | 8.5 | 28 | 42 | 80 | 165 |
| Facilities (SQ FT) | 4,000 | 10,000 | 30,000 | 30,000 | 70,000 |
| Maximum Production Capacity | 1,000 | 10,000 | 50,000 | 150,000 | 300,000 |

Table 15: 5 Year Operations Summary.

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2594

# 7.      THE TEAM

**Frank Shum**

Frank Shum has 10 years of experience in an engineering and manufacturing environment with 7 seven years specifically in the design and engineering of optical systems.  His first three years was spent at General Motors where he was a part of a rotational internship program.  He graduated General Motors Institute with Bachelors in Electrical Engineering and completed a thesis regarding automotive antenna .  The thesis was recognized as outstanding and a patent was issued based on its research.

After leaving General Motors, he obtained his Masters in Optical Engineering from University of Rochester.  He then spent the next seven 7 years at 3M Optical Recording, GCA Tropel, SDL and KLA Instruments.  At 3M Optical Recording, he was solely responsible for the development of an optical recorder for multi-wavelength magneto optical recording.  At GCA Tropel, Frank made significant contributions in understanding thermal lensing effects for the next generation of deep ultraviolet lithography lenses.   At SDL, Frank Shum worked for four years in manufacturing and engineering, developing advanced optoelectronic packages. He introduced several record breaking products on the market, and 3 of them won awards in trade publications as best products of the year[6]. He directed the development and manufacturing of the highest power single mode fiber coupled package, and obtained over 75% coupling with 1.2 W of power in the fiber.  He left in SDL in June 96 to become an optical mechanical consultant with KLA Instruments. At KLA, he was the auto focus expert and redesigned many of the optical mechanical system for ease of manufacturing. In March of 1997, Frank founded Radiance Design Inc. with a partner to develop telecommunications modules.   In December 1997, Frank formed Luminence to pursue this business opportunity on his own.  Frank has four patents pending in the area of optoelectronic packaging design.



[6] The Photonics Circle of Excellence Award for the SDL-3490-P5, 1993
Laser Focus World, Commercial Technology Achievement Award Winner for the SDL-8630 laser, 1994
Laser and Optronics Technology Award, SDL 5762, 1995

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2595

# 8.      FINANCIAL STATEMENTS SUMMARY

See attached detail financial statements for a more comprehensive analysis.

Income Statement

| | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 |
|---|---|---|---|---|---|
| **Revenue** | | | | | |
|   980 nm | 30,000 | 442,500 | 11,250,000 | 42,187,500 | 79,101,563 |
|   WDM Transmitter | - | - | 2,450,000 | 17,150,000 | 60,025,000 |
| **Total Revenue** | 30,000 | 442,500 | 13,700,000 | 59,337,500 | 139,126,563 |
| | | | | | |
| Cost of Goods Sold | 212,592 | 1,451,893 | 7,036,296 | 23,654,331 | 51,742,601 |
| **Gross Margin** | (182,592) | (1,009,393) | 6,663,704 | 35,683,169 | 87,383,962 |
|   % of Revenue | | | 49% | 60% | 63% |
| | | | | | |
| Operating Expenses | | | | | |
|   Product Development | 885,399 | 2,121,233 | 3,512,546 | 7,750,143 | 14,144,915 |
|   % of Revenue | | | 26% | 13% | 10% |
|   Marketing/Sales | 750 | 314,304 | 974,560 | 2,580,282 | 5,144,872 |
|   % of Revenue | | | 7% | 4% | 4% |
|   Administration | 375,688 | 747,863 | 1,441,245 | 2,422,464 | 4,311,248 |
|   % of Revenue | | | 11% | 4% | 3% |
| **Total Operating Expenses** | 1,261,837 | 3,183,400 | 5,928,351 | 12,752,889 | 23,601,034 |
| | | | | | |
| **Income Before Int & Taxes** | (1,444,429) | (4,192,793) | 735,354 | 22,930,281 | 63,782,928 |
| | | | | | |
|   Interest Exp | - | - | - | - | - |
|   Interest Rev | - | - | - | - | - |
| **Income Before Taxes** | (1,444,429) | (4,192,793) | 735,354 | 22,930,281 | 63,782,928 |
|   Tax Exp | - | - | - | 7,211,365 | 25,513,171 |
| | | | | | |
| **Net Income** | (1,444,429) | (4,192,793) | 735,354 | 15,718,916 | 38,269,757 |
|   % of Revenue | | | 5% | 26% | 28% |

Table 16: Income Summary in $

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2596

Cash Flow

| | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 |
|---|---|---|---|---|---|
| BEGINNING CASH | - | 505,246 | 1,674,880 | 2,900,882 | 9,473,039 |
| **Sources of Cash** | | | | | |
| Net Income | (1,444,429) | (4,192,793) | 735,354 | 15,718,916 | 38,269,757 |
| Add Depr/Amort | 99,316 | 416,008 | 696,641 | 1,631,582 | 2,982,225 |
| Equity Investment | 2,500,000 | 7,500,000 | 3,000,000 | - | - |
| **Plus Changes In:** | | | | | |
| Accounts Payable | 32,138 | 464,481 | 70,548 | 1,535,371 | 2,359,826 |
| Salaries Payable | - | - | - | - | - |
| Income Taxes Payable | - | - | - | 1,802,841 | 4,575,452 |
| Long Term Debt | - | - | - | - | - |
| Total Sources of Cash | 1,187,026 | 4,187,696 | 4,502,542 | 20,688,710 | 48,187,259 |
| **Uses of Cash** | | | | | |
| **Less Changes In:** | | | | | |
| Net Accounts Rec | 19,900 | 129,350 | 2,122,667 | 7,568,219 | 13,231,686 |
| Inventory | 12,910 | 816,712 | 497,773 | 1,915,409 | 4,026,219 |
| Gross Fixed Assets | 648,970 | 2,072,000 | 656,100 | 4,632,925 | 6,681,397 |
| Total Uses | 681,780 | 3,018,062 | 3,276,540 | 14,116,552 | 23,939,302 |
| CHANGES IN CASH | 505,246 | 1,169,634 | 1,226,002 | 6,572,158 | 24,247,957 |
| ENDING CASH | 505,246 | 1,674,880 | 2,900,882 | 9,473,039 | 33,720,997 |

Table 17: Cash Flow Summary in $

THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2597

Balance Sheet

| | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash | 505,246 | 1,674,880 | 2,900,882 | 9,473,039 | 33,720,997 |
| Net Accounts Rec | 19,900 | 149,250 | 2,271,917 | 9,840,135 | 23,071,822 |
| Inventory | 12,910 | 829,622 | 1,327,396 | 3,242,804 | 7,269,023 |
| Total Current Assets | 538,056 | 2,653,752 | 6,500,194 | 22,555,979 | 64,061,842 |
| | | | | | |
| Gross Fixed Assets | 648,970 | 2,720,970 | 3,377,070 | 8,009,995 | 14,691,392 |
| Less Accum Depreciation | 99,316 | 515,324 | 1,211,965 | 2,843,547 | 5,825,772 |
| Net Fixed Assets | 549,654 | 2,205,646 | 2,165,105 | 5,166,448 | 8,865,619 |
| | | | | | |
| **TOTAL ASSETS** | 1,087,710 | 4,859,398 | 8,665,299 | 27,722,427 | 72,927,461 |
| | | | | | |
| **LIABILITIES** | | | | | |
| **Short Term Liabilities** | | | | | |
| Accounts Payable | 32,138 | 496,620 | 567,167 | 2,102,538 | 4,462,364 |
| Salaries Payable | - | - | - | - | - |
| Income Taxes Payable | - | - | - | 1,802,841 | 6,378,293 |
| Total Short Term Liabilities | 32,138 | 496,620 | 567,167 | 3,905,379 | 10,840,657 |
| | | | | | |
| **Long Term Liabilities** | | | | | |
| Long Term Debt | - | - | - | - | - |
| Total Long Term Liabilities | - | - | - | - | - |
| | | | | | |
| **TOTAL LIABILITIES** | 32,138 | 496,620 | 567,167 | 3,905,379 | 10,840,657 |
| | | | | | |
| **Equity** | | | | | |
| Common Stock | | - | - | - | - |
| Preferred Stock | 2,500,000 | 10,000,000 | 13,000,000 | 13,000,000 | 13,000,000 |
| Retained Earnings | (1,444,429) | (5,637,222) | (4,901,868) | 10,817,047 | 49,086,804 |
| Total Equity | 1,055,571 | 4,362,778 | 8,098,132 | 23,817,047 | 62,086,804 |
| | | | | | |
| **LIABILITIES & EQUITY** | 1,087,710 | 4,859,398 | 8,665,299 | 27,722,427 | 72,927,461 |

Table 18: Balance Sheet Summary in $



THIS PAGE CONTAINS LUMINENCE CONFIDENTIAL INFORMATION.

FS 2598

BLUEBIRD (888) 477-0700
OFFICE SUPPLIES   www.bluebirdonline.com

EXHIBIT 27

_(handwritten margin notes: "low cost", "Passive alignment", "Adaptable", "Heat sinking", "electrical connection...", "good fiber coupling", "pick and place", "Automated manufacturing")_

## I.    SUMMARY

Optoelectronic packages are one of the most demanding in the electronic packaging industry. They require one or more of the following attributes: submicron optical alignment, high-speed electrical operation, excellent heat dissipation, and high-reliability reliability. This has resulted in optoelectronic packages that are an order of magnitude larger, costlier and more difficult to manufacture than electronic packages, particularly for fiber coupled devices. In addition, the new generation of optoelectronic devices such as WDM components, integrated switches, high-speed and low cost data link sources, high-power lasers for printing and data storage, will require even more capabilities from the packaging. However, these technologies will not succeed in the marketplace if the cost of the packages remains as high as it is now.

We propose a novel, ~~flexible~~ _Adaptable_ packaging technology that addresses current and future optoelectronic packaging concerns. Its technology is based on original composite materials derived from the automotive industry, as well as ingenious micro-optics implementations. Unlike most of today's 3 dimensional structures, the package is mostly planar and compatible with pick and place automated fabrication. The cost and number of its parts are greatly reduced, yet it does not suffer from any of the shortcomings of other low-cost packages: it is compatible with high-speed, high-power dissipation, very high fiber coupling efficiency and reliability of an hermetic enclosure. The resulting packages including leads and connections are considerably smaller in footprint than current packages. Finally, it uses photolithographic fabrication methods and is therefore highly flexible and easily modified to accommodate many packaging needs.

At this point, this should sound to you like an improbable holy grail of packaging, very much akin to claims usually associated with silicon microbench technology. Yet our proposed technology does not rely on silicon at all. In fact, if cost and manufacturability of the materials were not a concern, one would probably want a package enclosure made of ceramic for durability and high-speed characteristics, with the optoelectronic chip soldered onto highly thermally conductive metal like copper but with the thermal expansion of GaAs, and have all package materials micro-machined by high-precision photolithography. This is exactly what we propose to do: we _will_ use ceramic and copper, but not in their usual way.

Radiance proposes to use ceramic and copper in the form of a composite material, such that the copper will inherit the low CTE of ceramic and also become micro-machinable. Such a composite will consist of a thin copper sheet brazed to ceramic. The brazing technique yields a copper thickness which is 100 times thicker than with conventional thin film deposition techniques, yet is thin enough to be patterned by micro lithography. The most appealing aspect is that this composite is already commonly available for automotive ignition modules where the issues of cost and reliability are paramount. A completely finished micro-machined substrate costs less than $1.5 per inch square (as quoted by Brush-Wellman, Aug. 1996).

The other key technology of our packaging is the micro-optics implementation. Lenses, isolators, filters, and beam splitters are necessary elements to achieve high performance optical coupling from an optoelectronic to a fiber, as well as to add functionality to the package. However, even the miniaturized versions of these optical components are large (a few mm), costly ($10-$100) and difficult to align. In our proposed technology, we will use micro cylindrical optical elements that are an order of magnitude smaller (a few 100 μm) and cheaper (<$1). Such reduction in cost and size is possible because we will be using a lens manufacturing technology that is similar to that used to fabricate optical fibers.

Using these technologies results in a package concept that is presented in Fig. 1. The overall size is very small, a few millimeters on the side. The brazed copper plate is photolithographically patterned to produce the high-speed lines, the heatsink on which the semiconductor laser diode is soldered, and the mechanical stops against which the microlenses are pushed. Note that the micro-optics all have a flat side so they can be picked an placed easily. The outside of the package is ceramic, so that no extraneous enclosure is required: the substrate is the package wall (the hermetic cover is omitted for

EXHIBIT
562

LU 000038



clarity in the picture). The flexibility of the package is symbolically represented by the two side access and the driver IC represented on this particular implementation. As we will see later, many variants, including array coupling, integrated coolers, and connectorized output are also possible.



Figure. 1: Flexible Optoelectronic Package

In summary, the technology will allow packages to be developed with the following characteristics:

1) **Low cost substrates and components.** Composite ceramic/copper substrates are fabricated using standard processes used in the automotive industry and is available for less than $1.5 per in$^2$. High NA optical components are obtained by machining large glass preforms and drawing them down into small units by a process analogous to optical fiber fabrication. Number of parts is reduced, the substrate is the package wall, the lead frame is directly brazed on the sides of the package.

2) **High performance.** High-NA, aspheric, anamorphic optics can achieve 80% coupling efficiency. Low-loss high-speed transmission lines are implemented directly on the ceramic. The thick copper sheet provides very good thermal conductivity and can handle high-power laser diodes, yet it's CTE is constrained by the underlying ceramic to match that of semiconductor laser diodes.

3) **Flexibility.** As the substrate is patterned by lithography, it can easily accommodate a wide variety of present and future optoelectronic chips.

4) **Manufacturability.** The package is almost planar, and therefore compatible with automated, pick and place assembly.

5) **Miniaturization.** Packages are much smaller than current implementation, with typical footprint of a few mm square. They can be mounted on boards like other surface mount components.

I.    TECHNICAL RATIONALE

Fabrication of High Performance Low Cost Substrates

One of the most important technology is the proposed substrate material that will have the thermal conductivity of copper, thermal expansion of GaAs, and will serve as a low loss dielectric substrate for microwave electronics. This substrate will greatly simplify package designs as it will allow for single layer implementation of all necessary components including laser die, micro optics, optical fiber, electrical leads, and a hermetic lid. The substrate material will be composed of a copper sheet

LU 000039

bonded to a ceramic substrate. The layer of copper is much thicker (about 250 μm) than thin film layers that are usually evaporated or plated on the ceramic layer. It can therefore be used as a thermal heat spreader, as well as a mechanical step for optical registration. The copper layer is still thin enough that the ceramic material completely constrains its in plane expansion resulting in a heat spreader layer with the thermal conductivity of copper but with a CTB of the ceramic. By using BeO as the ceramic, the substrate will have a CTB that closely matches GaAs. This process has was originally developed by General — *(patent #?* Electric and is currently used in automotive industry for ignition modules.

The process, as shown in Figure 2, involves first oxidizing one surface of the copper layer and then pressing it against the ceramic substrate. The two are heated in an oven at 1100°C where the ceramic forms an eutectic alloy with the copper oxide. The ceramic can be either BeO or alumina. The copper layer is patterned with photo resist and selective areas are chemically etched away to form pedestals for contacts, lines for coplanar waveguides, and edges for bonding the optoelectronic chip. High precision geometries are possible, since the pattern is defined by optical lithography. The ceramic substrate is laser cut into individual components. The laser can also be used to cut holes in the ceramic for feed-thrus. Lead frames and side walls are subsequently added by brazing onto the copper.

Unlike silicon, both alumina and BeO are low loss dielectric materials, they are excellent substrates for microwave electronic components. In fact such substrates are already being used for high frequency circuits boards in the cellular phone industry.



Figure 2: Substrate Fabrication Process

## Fabrication of Low Cost Micro Optics for Passive Alignment

Another key technology is our novel approach to manufacturing low cost, high NA cylindrical aspheres. The fabrication process is depicted in Figure 3. High precision micro lens surfaces are

LU 000040

fabricated by first diamond machining a glass perform. The preform is then drawn into long fibers. The drawing process results in a uniform scale reduction. Thus, highly accurate features can be achieved. Any imperfections in the initial preform are also scaled down. Current low volume pricing (<10 units) are on the order of $300 per 150 mm length, this translates to approximately $1 for a lens 0.5 mm in length. In higher volumes, cost each lens could obviously be much less than $1.[1] This lens fabrication technology was originally developed at the Lawrence Livermore National Laboratory and is now commercially available from Blue Sky Research. Similar micro lenses have also become available recently from a German startup called Lissotschenko Mikrooptik GmbH (LIMO).



Drawing         Dicing

Lens Fiber Preform

Figure 3: Micro Lens Fabrication Process

**Optical Alignment**

One of the difficulties in optical packaging is the alignment and attachment of lenses. This requires precision alignment not only in the three displacement axes, but also in the three axes of rotation. Often, packages are constrained to a rotational symmetry when using conventional lenses. Fortunately, our micro lenses are compatible with a flat package geometry. They are miniature in size and have by construction a flat bottom. They can be simply dropped and dragged on a flat sub-mount. We also propose to include an innovative precision spacer at the top of the micro lens for passive registration. As shown in Figure 4, this "lip" will be pushed against the laser facet and allow the lens to self align relative to the laser sub-mount. The lens is therefore automatically aligned in all displacement and rotation axes. This precision spacer is easy to fabricate: a spacer preform is placed on top of the lens preform and the two are drawn together. A very thin layer (a few µm) of hard solder will be used to attach the components.

*※ Spacer on micro lens — dependent claim?*

---

[1] Pricing from Blue Sky Research, Santa Cruz, California.

**LU 000041**



Figure 4: Passive Registration of Crossed Micro Lenses

Two of these miniature cylindrical lenses can be used in a cross axis configuration for beam correction. The first cylindrical lens provides beam correction the fast axis while the second lens provides beam correction in the slow axis. The lens train can be designed such that the beam profiles in the fast and slow axes are equalized. By doing so, the beam is circularized and astigmatism is removed. Such microlenses have demonstrated peak to valley wavefront qualities better than $\lambda/10$, and have allowed single mode fiber coupling efficiencies in excess of 80% [1]. Lens designs can be tailored for focusing, collimation, or matching asymmetric modes of one OEIC to another.

### Hermeticity and Sealing

A ring frame can be brazed directly on to the copper layer, onto which a lid can then be welded to hermetically seal the package. This offers the additional advantage that the substrate itself serves as part of the enclosure thereby reducing cost and size. The fiber will be fed through small holes in the ring frame and hermetically sealed with solder. The walls can also be used to provide compartments for microwave shielding of individual OEICs and ICs. For example in Figure 5, two compartments have been defined, as would be required in a transceiver module to isolate the sensitive receiver from interference emanating from the stronger transmitter signal. Small tunnels under the wall or a multilevel substrate allow electrical signals to run beneath the ring frame. The presence of the larger and thick copper ground plane will also help reduce microwave crosstalk.



Figure 5: Transceiver/Receiver Package

### Pick and Place Assembly

The flat geometry of these devices will allow for ease of handling and therefore automation in assembly. For example, these flat packages can be strung into a ribbon, as shown in Figure 5, where they can be then unrolled on the production line. This format will allow Radiance to take advantage of standard electronic industry assembly processes.



Figure 6: Automated Assembly

## I.   APPLICATION TO OPTOELECTRONIC PACKAGE CONCEPTS

### A low-cost fiber coupled high-power laser for printing

In its simplest implementation, a package with just one cylindrical lens is enough to couple efficiently the light of a broad area laser used in printing applications to a multimode fiber. Due to the copper plane, the package will be able to dissipate several Watt of power as is required in the new generation of pre-press and thermal phototypesetters. These printers need a package price of less than $50, which has not been possible up to now, but can be achieved with our packaging technique.

### A Low-Cost, High Performance TO-can Package

Packages such as TO-46 and TO-56 "cans" are the most common diode packaging in very low-cost applications such as CD and CD-ROM diode lasers and lasers used for datacom applications such as fiber channel transmitters. However these packages are very limited in their ability to dissipate power and to operate above 500 MHz. Moreover they cannot contain optics. Thus this form of very-low cost packaging can only be applied in very limited applications. However, using our technique, we could manufacture a TO-can like package with none of the above limitations. As seen in the figure below, the package consists of our ceramic substrate on which the diode and optical elements are mounted. There is a fold mirror that redirects the beam upward 90 degrees through the TO-can window. The folding mirror can be fabricated using the same processes as the micro lens. The resulting package could be made to fit the outside dimensions of a TO can, or could even be made much smaller. It will however provide much improved thermal arrangement, can handle much higher speeds, has beam shaping optics, and is easy to fabricate.

LU 000043



Figure 7: Replacement for TO-can

## A Low-Cost, Integral Fiber Ferrule Package

A fiber pigtailed version of the package can even be implemented as shown in Figure 8. The optics is reconfigured to produce a focused spot with an NA to match the fiber. Both multimode and single mode devices and fibers can be accommodated. In either cases, the coupling of the alignment of the fiber is accomplished by sliding the miniature ferrule/lid assembly across the substrate surface. The relatively few number of components and ease of assembly will provide a low cost, ultra compact connectorized fiber package.



Figure 8: Connectorized hybrid Package

## An Integrated Cooler Package for Telecom

Most telecom grade devices need a Peltier cooler for temperature stabilization. Figure 9 shows an ultra compact implementation of a thermoelectric cooler where the top substrate now forms the top of the cooler as well as a platform for the optics and electronics. The brazing of a cooler in a high speed package is a very costly operation, which we propose to completely eliminate in the following implementation, where the bottom substrate of the TE cooler now serves as part of the enclosure where the lid is brazed. This innovative implementation eliminates a great the number of parts and assembly steps without any sacrifice in performance. It results in a package that is considerably smaller than the standard butterfly implementation.

LU 000044



Figure 9: Compact Implementation of TE Cooler

### An Array Package for OEICs.

The next generation of OEICs, such as WDM array, parallel transmitters or switches will require coupling to a parallel array of fibers. There are no good solutions yet for the array packaging of single mode devices, primarily because it is impossible to fabricate and align array of lenses with the required single mode precision. However, the array lensing is an obvious extension of our packaging technique. By using a micro lens array for the slow axis, multiple beam outputs can be accommodated. Such a lens array can be fabricated by simply drawing down a stack of lens preforms. The proposed package will therefore accommodate almost any complex OEIC packaging need.



Figure 10: Array Packaging

LU 000045

## I.   KEY PERSONNEL

FRANK SHUM - Chief Engineer, Radiance Design.
Frank Shum will be the principal investigator of this program.

### Education
M.S. Optics                     Institute of Optics, University of Rochester, 1991
B.S. Electrical Engineering     GMI Engineering and Management Institute, 1989

### Areas of Expertise
* Lens Design & Analysis
* Opto-Mechanical Designer
* Thermal and Tolerance Analysis

### Background
From 1992 to 1996, Frank Shum worked as an optical mechanical engineer at SDL Inc. At SDL, he developed, using silica on silicon technology, a high-brightness package for a high-power laser diode array. These modules incorporate micro lenses and arrays of optical fibers, and have extremely stringent thermal and reliability requirements. They have resulted in the highest-brightness laser diode packages now on the market. Two other innovative products followed including a high power tunable laser and a collimated 1 watt single mode device. Both packages required high quality optics and mechanics to achieve a stable diffraction limited collimated beam. A patent was applied for the feedback mechanics used to increase the manufacturing tolerances for the tunable laser [2]. All three of these commercial products have won awards for innovation. More recently, F. Shum was the lead engineer in the team that demonstrated the first semiconductor laser package that was able to deliver 1.2 W of power at 980 nm into a single mode fiber [1]. This package incorporates sophisticated micro optics to reshape the very astigmatic and elliptical output of a MOPA (Master Oscillator Power Amplifier) semiconductor chip. This package was commercially introduced at OFC'96. It has a factor of 5 higher power than any other known single-mode pigtailed diode laser. Several novel innovations allowed this package to achieve >80% coupling efficiencies, while at the same time greatly enhancing manufacturability, as the alignment tolerances were increased by a factor of 10. A patent is pending based on these ideas [3].

Upon graduating from the Institute of Optics, he spent one year at GCA Tropel in the optical modeling of lithography systems. There he developed finite element models to understand lens heating effects for a SemiTech project. During his master's program, he spent 1 year at 3M Optical Recording to develop a high performance optical disk recorder. Frank Shum did his undergraduate work at GMI Engineering Institute. During this phase of his education, he spent 3 years working in the research, engineering and manufacturing divisions of General Motors. Through this experience, his is familiar with the culture and discipline necessary for a mass manufacturing environment. His bachelor's thesis on thin film RF antenna design was recognized as outstanding [4], and a patent was awarded based on its research [5].

Frank is a member of SPIE and OSA.

## I.   REFERENCES

[1]   F. Shum, R. Parke, G. Harnagel, R. Lang, and D. F. Welch, "1.2 W single-mode fiber coupled MOPA at 980 nm," post-deadline paper presented at OFC '95, San Diego,

[2]   F. Shum, D Mehuys, "Light-Emitting Optical Device with External Retro-Reflector," Patent Pending.

[3]   F. Shum, "Low Stress Heatsink and Optical System," Patent Pending.

LU 000046

[4]   F. Shum, "An Analysis of Film Slot and Ribbon Antennas," GMI Engineering and Management Thesis, May 13, 1989.

[5]   L. Nagy, F. Shum, J Funke, "Transparent Film Antenna for a Vehicle Window," US Patent #5083135, Nov. 1990.

LU 000047

EXHIBIT 28

US006207950B1

## (12) United States Patent
Verdiell

(10) Patent No.: **US 6,207,950 B1**
(45) Date of Patent: **Mar. 27, 2001**

(54) **OPTICAL ELECTRONIC ASSEMBLY HAVING A FLEXURE FOR MAINTAINING ALIGNMENT BETWEEN OPTICAL ELEMENTS**

(75) Inventor: **Jean-Marc Verdiell**, Palo Alto, CA (US)

(73) Assignee: **Lightlogic, Inc.**, Santa Clara, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/229,395**

(22) Filed: **Jan. 11, 1999**

(51) Int. Cl.[7] ............... G02B 6/36; H01L 23/02
(52) U.S. Cl. ............... 250/239; 385/94; 257/678
(58) Field of Search ............... 250/239, 216, 250/227.11, 227.24, 227.28, 551; 385/88, 90, 91, 92, 93, 94, 137; 257/433, 678, 703, 704

(56) **References Cited**

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,908,184 | 9/1975 | Asazawa . |
| 4,114,177 | 9/1978 | King . |
| 4,119,363 | 10/1978 | Camlibel et al. . |
| 4,233,619 | 11/1980 | Webb et al. . |
| 4,357,072 | 11/1982 | Goodfellow et al. . |

| | | | |
|---|---|---|---|
| 4,893,901 | 1/1990 | Taumberger . | |
| 4,896,936 | 1/1990 | Stanley . | |
| 4,926,545 | 5/1990 | Pimpinella et al. . | |
| 5,119,448 | 6/1992 | Schaefer et al. . | |
| 5,123,074 | 6/1992 | Yokota et al. . | |
| 5,132,532 | * 7/1992 | Watanabe ............... | 250/239 |
| 5,163,108 | 11/1992 | Armiento et al. . | |
| 5,195,155 | 3/1993 | Shimaoka et al. . | |
| 5,553,180 | * 9/1996 | Belenkiy et al. ............... | 385/59 |
| 5,569,958 | * 10/1996 | Bloom ............... | 257/698 |
| 5,570,444 | 10/1996 | Janssen et al. . | |
| 5,610,395 | . 3/1997 | Nishiyama . | |
| 5,619,609 | 4/1997 | Pan et al. . | |
| 5,641,984 | 6/1997 | Aftergut . | |
| 5,833,202 | 11/1998 | Wolfgang ............... | 248/466 |

* cited by examiner

*Primary Examiner*—John R. Lee
*Assistant Examiner*—Kevin Pyo
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A package for optical components and a method for making the package are disclosed. The package comprises a quasi-planar substrate having a positioning floor, a platform and an optional ring frame of precisely determined height. Optical components picked and placed on a substrate floor, a raised platform and frame. A flexure assembly allows fine positioning of components requiring critical optical alignment.

**29 Claims, 7 Drawing Sheets**







FIG. 1

Case4:02-cv-03262-DLJ   Document536-1   Filed04/04/08   Page42 of 82



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3A

FIG. 3B

FIG. 3C



FIG. 4A



FIG. 4B



FIG. 4C

Case4:02-cv-03262-DLJ   Document536-1   Filed04/04/08   Page45 of 82



FIG. 5A

FIG. 5B



FIG. 6

Case4:02-cv-03262-DLJ   Document536-1   Filed04/04/08   Page47 of 82



**FIG. 7**

US 6,207,950 B1

1

# OPTICAL ELECTRONIC ASSEMBLY HAVING A FLEXURE FOR MAINTAINING ALIGNMENT BETWEEN OPTICAL ELEMENTS

## FIELD OF THE INVENTION

The present invention relates generally to optoelectronic assemblies having optical components and methods for making the same; more particularly, the present invention relates to an assembly having optical components mounted on a quasi-planar substrate and a flexure and methods for making the same.

## BACKGROUND OF THE INVENTION

Sealed packages are necessary to contain, protect, couple to optical fibers and electrically connect optoelectronic components. Optoelectronics packaging is one of the most difficult and costly operations in optoelectronics manufacturing. Optoelectronic packages provide submicron alignment between optical elements, high-speed electrical connections, excellent heat dissipation, and high-reliability. Providing such features has resulted in optoelectronic packages that are an order of magnitude larger, costlier and difficult to manufacture than electronic packages, particularly for fiber coupled devices. In addition, current designs of optoelectronic packages and associated fabrication processes are ill adapted for automation because today's high-performance butterfly packages are characterized by a large multiplicity of mechanical parts (submounts, brackets, ferrules . . .), three-dimensional (3D) alignment requirements, and poor mechanical accessibility.

U.S. Pat. No. 4,953,006 by Kovatz discloses a package for an edge-coupled optoelectronic device. The package includes a cover with a window, so that optoelectronic device, such as, for example, a laser, may be coupled to external optics, such as a lens or an optical fiber. Although this package provides hermeticity and high-speed electrical connections, it does not provide for a way to mount and align collimation or coupling optics nor optical fibers.

U.S. Pat. No. 5,005,178 by Khitmans and Tjassens and U.S. Pat. No. 5,227,646 by Shigeno also disclose packages for optical and optoelectronic components. Khitmans et al. discuss a package for a laser diode coupled to an optical fiber. The package includes a conducting rod so that the laser may be used at high speed. Shigeno describes a heat sink for cooling an enclosed laser diode, where the laser diode is preferably coupled to an optical fiber. However, in both of the above patents, it is difficult to align the laser diode with the optical fiber when constructing the package. Both designs use numerous parts in complex 3D arrangements and are unsuitable for automated assembly. U.S. Pat. No. 5,628,196 by Farmer discloses a package including a heat sink for a semiconductor laser, but provides no efficient means for coupling the laser to other optics.

Embodiments of the present invention overcome the limitations in the prior art.

## SUMMARY OF THE INVENTION

An optoelectronic package is described. In one embodiment, the optoelectronic package includes a substrate having a floor, a first optical element coupled to the substrate, a second optical element, and a flexure coupled to the second optical element and the substrate to optically align the second optical with the first optical element.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be understood more fully from the detailed description given below and from the accompanying drawings of various embodiments of the invention, which, however, should not be taken to limit the invention to the specific embodiments, but are for explanation and understanding only.

FIG. 1 shows one embodiment of an optoelectronic package assembly.

FIG. 2A shows a side sectional view of the frame assembly of FIG. 1 before planarization.

FIG. 2B shows the frame assembly of FIG. 2A after planarization of the frame and a raised platform.

FIG. 2C shows how two optical components are positioned by pick and place automation onto the planarized substrate.

FIG. 2D shows the resulting optical alignment of the element in the vertical plane.

FIG. 3A shows a perspective view of the assembly before alignment of the flexure with a removable positioning tool.

FIG. 3B shows a side view of the assembly before alignment of the flexure.

FIG. 3C shows a top view of the assembly before alignment of the flexure.

FIG. 4A shows a perspective view of the assembly with the flexure being aligned using the removable positioning tool.

FIG. 4B shows a side view of the assembly after alignment and final attach of the flexure legs.

FIG. 4C shows a top view of the assembly after alignment and attach of the flexure legs.

FIG. 5A illustrates one embodiment of a 4 legged flexure.

FIG. 5B shows the fine alignment step using the back legs of a 4 legged flexure.

FIG. 6 shows an alternate embodiment with a spring leaf attachment of the optical element, additional electronics and sensors, and top facing peripheral contacts.

FIG. 7 shows a side sectional view of a third embodiment of the package for optical components.

## DETAILED DESCRIPTION OF THE PRESENT INVENTION

An optoelectronic assembly is described. In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the present invention can be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid obscuring the present invention.

### Overview

A package for optoelectronic components and a method for making the package are disclosed. In one embodiment, the package comprises a substrate having a positioning floor which provides a mounting surface and the package bottom wall. In one embodiment, the substrate and its positioning floor are substantially planar. In one embodiment, one or more raised platforms are also provided on the mounting surface. The raised platforms may be submounts made of a high thermal conductivity material, such as, for example, copper tungsten, Aluminum Nitride, Berillyum Oxide, and Boron Nitride, attached to the floor of the substrate. The raised platforms may be attached, for example, by soldering or brazing, or may even be part of the substrate material itself.

US 6,207,950 B1

3

In one embodiment, edge emitting, side mounted, or waveguide devices, such as, for example, diode lasers, modulators, detectors, are mounted on the raised platforms. Micro-optical elements such as, for example, micro-lenses, filters, splitters, isolators, are mounted directly on the package floor.

In one embodiment, the height of the platform and the height of the optical elements are chosen such that the edge emitting devices and the optical elements are automatically vertically aligned, i.e. their optical axis lies in the same common plane parallel to the package floor. The raised platform for the edge emitting devices may serve up to three purposes at a time: (i) providing the height adjustment that brings the edge-emitting device into the optical plane, (ii) serving as a heat spreader for the active device, and (iii) providing electrical contact(s) to the active device.

In one embodiment, the height of the platforms and frame is kept at a small fraction, e.g., less than a tenth, of the length of the substrate, so that the assembly is essentially two dimensional and can be manufactured using pick and place automation. For example, to realize an industry standard Butterfly package following an embodiment described above, the substrate outside dimensions are close to 20 mm long by 12 mm wide, while the height of the frame and platforms is 0.25 mm. This represents only about 1/60 of the length of the package. This is in stark contrast with conventional Butterfly packages whose walls height is typically on the order of 10 mm. The quasi-planarity of the substrate, frame and platform assembly enables placement of the optoelectronic elements by a high-precision pick and place machine equipped with two-dimensional (2D) machine vision. State of the art, commercially available machines can achieve pick and place precision of less than one micron. An example of such a machine is the model FC 250 flip chip bonder by Karl Suss Technique, Saint-Jeoire, France. Using such automated pick and place assembly, the optical relationship between the optoelectronic elements can be established in the lateral and transverse dimensions within a few microns of precision.

The height alignment between components is automatically set by the height of the raised platform. Using precise control of the submount material or a polishing technique, one can achieve a platform height control to within a micron or less. Because the package is quasi-planar, mechanical stability is mainly determined by the stability of the substrate. By using a very low expansion materials for the substrate like Alumina ceramic, one obtains a package with much better mechanical stability than conventional three dimensional approaches.

Note that although embodiments of optoelectronic packages are described herein having one or more optical elements on platforms, it is well within the teaching of the present invention to position such elements on the package floor while having other optical elements of the package mounted below the top surface of the package floor.

In high performance opto-electronic packages, critical optical elements require more precise placement than can be obtained with the combination of platform height control and two-dimensional pick and place. This is the case of single mode fibers, which have to be aligned within less than a micron precision to achieve high optical coupling efficiency. In one embodiment, such components are mounted using a miniature flexure which allows for a small amount of vertical adjustment. In one embodiment, the flexure is made of thin spring steel that has been etched or stamped, then bent in a press. The flexure may comprise of two or

4

more legs which rest on the substrate or on each side of the frame. In one embodiment, the legs are joined by a bridge that supports or clamps the optical element. Two sections of material with spring property join the legs to the bridge.

The flexure may be designed so that in its natural (non-flexed) state, the optical axis of the optical component attached to the bridge rests slightly above the optical plane of the package. Final adjustment of the height is obtained by applying pressure to the flexure, therefore lowering the bridge height. Dragging the flexure in the plane parallel to the plane of the substrate may be preferred to correct the lateral position. When adequate alignment is reached, the legs are permanently attached to the frame or substrate. The attachment may be by, for example, laser welding, soldering or adhesive bonding. In another refinement of the flexure design, the flexure has more than two legs. The first pair of legs is attached to the frame after coarse optical alignment. The flexure is then finely realigned, using the residual flexibility left after the two first legs are attached. When the optimum position is reached, the remaining legs are attached.

Another key property of one embodiment of an optoelectronic package described below is hermeticity. In standard designs, this is achieved by adding walls around the package in which holes have been drilled to allow the passage of electrical connections, optical windows and optical fibers, which need to be properly sealed after they are installed. The optical package is then constructed inside the confines of such walls, and a sealing lid is added to seal up the package as the last manufacturing step. Drilling the walls and sealing all electrical and optical feedthroughs going through such holes adds cost and complexity to the packages. For example, a commercial Butterfly box with high-speed electrical ceramic feedthroughs and a Kovar tube feedthrough for an optical fiber costs in excess of $200 before any optical components are added. Embodiments of the optoelectronic package described herein provide a much simpler and cost effective solution for hermeticity, without the need for added walls. In one embodiment, hermeticity is obtained by using a top-hat cap whose rim is sealed to the outer portion of a ring frame. A shallow groove may be provided in the ring frame to allow for the sealed passage of an optical fiber from the inside to the outside of the hermetic enclosure. Sealed electrical connections with the exterior of the enclosure are provided by filled vias through the bottom of the substrate.

In yet another embodiment, distribution of electrical signals to pins outside of the package and electrical and optoelectronic components inside the hermetic enclosure is facilitated by a set of electrical connections printed directly on the top and bottom of the substrate as a set of patterns. The top and bottom electrically conductive patterns are electrically connected by the hermetic filled vias. Hence distributing the signals to pins at the periphery of the package, or to a ball grid array or similar structure, underneath the package can be accomplished without any additional wiring nor expensive through-wall hermetic feedthroughs. This configuration is very advantageous for high-speed operation: vias are very short since they only need to go through the thickness of the substrate material, which in one embodiment is on the order of 250 μm. In addition, all extraneous wiring is virtually eliminated. This greatly reduces the amount of parasitic capacitance and inductance that would otherwise limit the high-speed operation of the package.

The quasi-planar substrate with raised platforms, in conjunction with the flexure, simultaneously provides a high-precision optical alignment bench, heatsinking for active

US 6,207,950 B1

5                                                                      6

optoelectronic components, sealed electrical feedthroughs, a high-speed wiring board, and an hermetically sealable enclosure.

Thus, at least one embodiment of the present invention provides a package for optical components such that the components are easily and precisely aligned within a package. Such a package may be manufactured inexpensively and in an automatable method.

In some embodiments of the optical package of the present invention may be advantageous in that it may be mass-produced at a low cost while maintaining a precision alignment of the optical components within the package, along with the hermeticity, high mechanical stability, good heat sinking, and high-speed electrical operation of the package.

FIG. 1 shows one embodiment of an optoelectronic assembly, package 10, with frame 32 and flexure 24. Assembly comprises a substrate 12 with a positioning floor 14. In one embodiment, positioning floor 14 is substantially planar, and substrate 12 comprises an electrically isolating material with a low coefficient of thermal expansion, such as alumina or beryllium oxide. In one embodiment, raised platform 20 is created by a submount attached to positioning floor 14.

Optical elements, or components, are mounted on positioning floor 14 and platform 20. In one embodiment, a lens 16 is mounted on substrate 12, and an edge emitting optoelectronic element 18, such as, for example, a laser diode, is mounted on platform 20. Other optical components may be used.

An optical element 22 is attached to on flexure 24, by, for example, soldering, brazing or welding. In one embodiment, flexure 24 comprises two legs 26 and 27, a bridge 30, and two spring regions 28 and 29 at the junction of legs 26 and 27 and bridge 36. In one embodiment, element 22 is a single mode optical fiber, but it may be any element that requires optical alignment with other optical elements.

A frame 32 may be attached to substrate 12. The ends of legs 26 and 27 are attached to frame 32. Flexure 24 and attachment method 5 will be discussed in more detail below. In one embodiment, frame 32 has a protruding arm 34 having a groove 36. Groove 36 permits the hermetic passage of the fiber 22 to the outside of the package.

A cap 38 is attached to frame 32, creating an airtight seal. By enclosing and hermetically sealing positioning floor 14, the optical components within are kept in a controlled gaseous, liquid or vacuum environment that protects them and prevents degradation in their performance and/or lifetime. In one embodiment, cap 38 has a top hat shape and an peripheral tip 40 that can be hermetically sealed to the outside portion of frame 32 and on top of grove 36 and fiber 22. The hermetic seal may be created by a process such as seam welding, soldering or adhesive bonding.

Thickness of frame 32, platform 20, optical element 16 and 18 are kept small compared to length or width of substrate 12, so that the assembly is essentially planar and compatible with pick and place automated assembly using two-dimensional machine vision. Thickness of frame 32 and platform 20 are preferably less than 1/10 of the length of substrate 12, and thickness of optical element 16 is preferably less than 1/5 of that length. In one embodiment, thickness of frame 30 and platform 20 is 0.250 millimeters, height of lens 16 is 0.5 millimeter, and length of substrate 12 is about 10 millimeters.

In one embodiment, wire bond 42 connects active optical element 18 to electrically conductive pattern 44 which is on the top side of positioning floor 14. Filled conductive via 46 hermetically connects pattern 44 to electrically conductive pattern 48 on the bottom side of positioning floor 14. Pins 50 on the bottom side of positioning floor 14 are also provided for connections to electronic component inside the package through other vias 46. The combination of patterns 48 and 44 and filled via 46 provide an efficient and low-parasitic mechanism for hermetically distributing electrical signals from optoelectronic elements inside the hermetic enclosure to pins 50 at the periphery of package 10. Alternatively, signals can be distributed to ball grid array underneath the package for surface mounting.

In one embodiment, package 10 is realized without frame 32, and the material of substrate 12 allows cap 38 and flexure 24 to be attached directly onto substrate 12. In this case, the ability to form groove 36 may be lost, but can be replaced by the addition of a feedthrough tube or a window on cap 38.

In an alternative embodiment, flexure 26 is attached directly to floor 14, while cap 38 is attached to frame 32. In another alternative embodiment, frame 32 and platform 20 are metallic inserts of an entirely planar substrate. In yet another embodiment, two concentric frames are used, where an outer one on attaching cap 38 and an inner one for attaching flexure 24.

An axis A bisects package 10, as shown in FIG. 1. FIG. 2A is a cross-sectional view of assembly 10, taken along axis A. Since vertical alignment of the optical parts mounted on platform 20 and the positioning floor 14 is solely controlled by the height of substrate 12, it is critical to precisely adjust this height. Typically, for aligning a laser diode to a microlens, a precision of better than 5 μm is required. In one embodiment, such precision may be attained by polishing platform 20 and frame 24 until frame 24 and platform 20, including the optical element mounted thereon, is reduced to the correct height.

FIG. 2A shows substrate 12 with frame 24 and platform 20 before polishing step. The height of platform 20 and frame 24 above substrate 12 is slightly more than that of the optical axis of optical element 16 shown for reference. FIG. 2B shows frame 24 and platform 20, including optical element 15, after precision polishing, so that frame 32 and platform 20 have a predetermined height h above floor 14 which matches the optical axis of optical element 16, once again shown for reference. FIG. 2C shows optical elements being picked and placed on platform 20 and floor 14.

In one embodiment, element 18 is a laser diode, whose emitted light is collected and focused by element 16, which is a lens, into the core of optical element 22, which is an optical fiber. The alignment of laser, lens, and fiber is simplified by the planarization of frame 12 and platform 20, as shown in FIG. 2D. Optical plane P is a distance from floor 16. The lens has an optical OA a distance from the bottom surface of the lens. Platform 20 has height b, and therefore a top surface of platform 20 lies in optical plane P. Thus light emitted from laser is substantially centered on optical plane P, and the light from the laser that strikes the lens is centered on optical axis OA, as shown in FIG. 2D.

In addition to the polishing technique, alternative techniques to achieve platform height control may be used, including, but not limited to, electro-plating a slightly under-height platform to increase its thickness, precision chemical etching of a slightly over-height platform, or precision diamond machining of the platform.

FIGS. 4A, 4B, 4C, 5A and 5B describe a flexure alignment device and alignment method. In one embodiment, flexure 24 comprises a bridge 30 and two legs 26 and 27. Two spring regions 28 and 29 connect legs 26 and 27 to

7

bridge 30. The extremities of legs 26 and 27 rest on frame 32. In an alternative design, the extremities of the legs rest directly onto substrate 12. Bridge 30 holds an optical element 22. In one embodiment, the optical element 22 comprises an optical fiber. In one embodiment, flexure 24 is preferably made from a flat stamped or etched piece of spring steel. Spring regions 28 and 29 can be created by chemically removing half of the metal thickness. Flexure 24, which is substantially flat, is then subsequently formed in a press to shape legs 26 and 27 and spring regions 28 and 29, then annealed at high temperature to confer spring properties to the material. In one embodiment, flexure 24 is about 170 microns thick, and spring regions 28 and 29 are approximately 85 microns thick. It will be clear from the following how legs 26 and 27, bridge 30 and spring regions 28 and 29 are designed to allow for precise three-dimensional alignment of optical element 22.

The process begins by first attaching optical element 22 to bridge 30 of flexure 24 by a process such as, for instance, soldering or adhesive bonding. Flexure 24 and its attached optical element are then picked and dropped in rough alignment on optical assembly 10 as shown in FIG. 4A. At this point, flexure 24 simply rests on frame 32 (or on substrate 12, in a ring-less embodiment), with no further attachment method. At least one first optical element 16 is already attached to optical assembly 10 and defines an optical axis OA, with respect to which optical element 22 and its optical axis BC will be aligned using flexure 24. In one embodiment, a laser diode 18 and a lens 16 are mounted on the optical assembly before flexure 24 is aligned. In one embodiment, flexure 24 is designed such that optical axis BC is higher than optical axis OA, as shown in the side view of assembly 10 on FIG. 3B. In one embodiment, BC is about 100 to 200microns higher than OA when no pressure is applied on flexure 24. The top view of the assembly in FIG. 3C shows that the axis OA and BC may also be offset from each other in the horizontal plane alignment of flexure 24.

Removable alignment tool 52 is used to apply pressure to the top of bridge 30. Tool 52 also features pins 55 and 54 with conical ends 56 and 57 which fit into matching gripping holes 58 and 59 on bridge 30. It should be clear that the shape of the alignment tool in FIG. 4A and 5B is just given as an example. Other tools that provide the ability to temporarily clamp onto the flexure and apply pressure on bridge 30 can be designed by one skilled in the art. For example, matching sets of grooves in the flexure and tool can replace the pin and hole interlocking design. A vacuum tool can also be used.

During the fine alignment step, tool 52 is lowered onto bridge 30. Conical tips 56 and 57 are tightly fitted in holes 58 and 59. The tool applies pressure on bridge 30, causing spring regions 28 and 29 to bend under the pressure. This, in turn, causes legs 26 and 27 to spread apart and axis BC to lower into alignment to axis OA, as shown on FIG. 4B. Tool 52 is also moved in a plane parallel to the plane of mounting floor 14, dragging flexure 24 and legs 26 along with it until horizontal and longitudinal alignment of axis OA and BC is obtained, as can be seen in the top view of FIG. 4C. In one embodiment, alignment is monitored by measuring coupled power at the output of the fiber while laser 18 is powered up and flexure 24 undergoes fine alignment. Once desired alignment is obtained, the leg extremities are attached to the ring frame 32 or substrate 12. One attachment process is laser microwelding through laser beam 62, which creates welding spots 60 and 61. Welding spots permanently attach metallic legs 26 to metallic ring frame 32. Other attachment processes may also be used, such as UV curable

8

adhesives or soldering. After final attachment of the legs is complete, tool 52 is raised from the assembly, leaving the aligned assembly shown in FIG. 4B and 4C.

Most attachment processes induce minute, undesirable shift or drift during the attachment operation. In the case of adhesives, shift is typically caused by the shrinkage of the adhesive; in the case of soldering, shift is caused by the change of solder volume during the solidification phase and by the expansion and contraction of parts during the temperature cycle; in laser welding, a post-weld shift is usually observed.

FIG. 5A shows one flexure embodiment that reduces, or even minimizes, the effect of such shifts and allows greater alignment precision and reproducibility. Flexure 70 of FIG. 5A comprises two pairs of legs, a front pair of legs 26 and 27 and a rear pair of legs 74 and 75. The front pair of legs is located close to optical element 16 as shown in FIG. 6B, and is aligned using tool 52 and gripping holes 58 and 59 and following the previously described method. Front legs 26 and 27 are permanently attached to frame 32 as previously described, using for example laser welding spots 60 and 61. Post-attachment shift is corrected in a second alignment step by using tool 52 and rear gripping holes 76 and 77 located in proximity of the rear pair of legs 74 and 75. The residual flexibility of flexure 70 allows a small positioning correction of tip 80 of optical element 22 by moving rear of flexure 70 with tool 52. After second alignment, rear legs are attached to frame 32 by laser welding spots 78 and 79. Alignment tool 52 is then lifted from assembly.

Although the detailed description contains many specifics for the purposes of illustration, anyone of ordinary skill in the art will appreciate that many variations and alterations to the following details are within the scope of the invention. FIG. 6 shows variations and further improvements of the package embodiment. In this embodiment, optical element 16 is pressed against positioning floor 14 by spring leaf 81 to maintain its position. Spring leaf 81 is attached to frame 32 by laser welding for example. The mounting of spring leaf 81 has the advantage of not necessitating an adhesive or solder layer between optical element 16 and floor 14.

The package embodiment of FIG. 6 comprises an optical element 82, such as a photodiode, which is directly mounted on the floor and whose optical axis is not in the plane of other optical components 16 and 18. Photodiode 82 can be used as a back facet power monitor.

The package embodiment of FIG. 6 further comprises an electronic component 84, such as an impedance matching resistor, mounted onto floor 14 and electrically connected to wire bond 42 and conductive pattern 44. Anyone of ordinary skill in the art will appreciate that any other electronic element such as, for example, thermistors, chokes, integrated circuits can be mounted and connected in a similar way inside the optoelectronic package.

The package of FIG. 6 also contains peripheral contact pads 88 on the top surface of substrate 12. Contact pads 88 are connected to inside electrical elements 84 through via 86, bottom conductive pattern 48, filled via 46 and top conductive pattern 44.

FIG. 7 shows another embodiment of the optical package. In this embodiment, fiber 92 comprises a distributed Bragg reflection (DBR) grating 90 held in place by flexure 94. Laser 93 emits light into fiber 92. In one embodiment, laser 93 has an antireflection coated or angled front facet to prevent reflection of the light by the facet into the laser waveguide. Grating 90 strongly reflects a predetermined wavelength back into laser 93. A well-known adhesive or

9

bonding technique may be used to mount the elements and/or the raised platforms supporting such elements. A laser system is thereby created, having a laser cavity that comprises grating 90 as well as the cavity of laser 93. The laser system of FIG. 7 has a resonant wavelength equal to the predetermined wavelength that corresponds to grating 90. The advantage of this embodiment is the superior mechanical stability of the fiber position with respect to the laser facet, which prevents the occurrence of mode hops, and lowers assembly cost.

Whereas many alterations and modifications of the present invention will no doubt become apparent to a person of ordinary skill in the art after having read the foregoing description, it is to be understood that any particular embodiment shown and described by way of illustration is in no way intended to be considered limiting. Therefore, references to details of various embodiments are not intended to limit the scope of the claims which in themselves recite only those features regarded as essential to the invention.

I claim:

1. An optoelectronic package comprising:

a substrate having a floor;

a first optical element coupled to the substrate;

a second optical element;

a flexure coupled to the second optical element and the substrate to maintain the second optical element in optical alignment with the first optical element, wherein the flexure comprises:

at least two legs;

a bridge;

a pair of spring regions coupling the bridge to the at least two legs.

2. The optoelectronic package defined in claim 1 wherein the substrate has at least one raised platform, and the first optical element is mounted to one raised platform on the substrate.

3. The optoelectronic package defined in claim 1 further comprising a cap coupled to the substrate causing creation of a seal around the first optical element and the flexure.

4. The optoelectronic package defined in claim 3 wherein the cap comprises a seam welded cap.

5. The optoelectronic package defined in claim 3 wherein the cap comprises a soldered cap.

6. The optoelectronic package defined in claim 3 wherein the cap comprises an adhesive cap.

7. The optoelectronic package defined in claim 3 wherein the seal comprises a hermetic seal.

8. The optoelectronic package defined in claim 3 further comprising a frame attached to the substrate and the cap causing creation of the seal.

9. The optoelectronic package defined in claim 1 wherein the first optical element comprises an edge emitting optoelectronic element, and the second optical element comprises an optical fiber.

10. The optoelectronic package defined in claim 9 further comprising a lens mounted on a portion of the floor separate from the raised platform and in optical alignment with and between the optical fiber and the edge emitting optoelectronic element.

11. The optoelectronic package defined in claim 1 wherein the floor is substantially planar.

10

12. The optoelectronic package defined in claim 1 wherein the substrate comprises an electrically isolating material.

13. The optoelectronic package defined in claim 12 wherein the electrically isolating material comprises ceramic.

14. The optoelectronic package defined in claim 1 wherein the substrate comprises alumina.

15. The optoelectronic package defined in claim 1 wherein the substrate comprises beryllium oxide.

16. The optoelectronic package defined in claim 1 wherein the first optical element comprises an edge-coupled optoelectronic element.

17. The optoelectronic package defined in claim 16 wherein the edge coupled optoelectronic element comprises an edge-emitting optoelectronic element.

18. The optoelectronic package defined in claim 16 wherein the edge emitting optoelectronic element comprises a laser diode.

19. The optoelectronic package defined in claim 1 wherein the second optical element comprises a lens.

20. The optoelectronic package defined in claim 1 wherein the second optical element comprises a single mode optical fiber.

21. The optoelectronic package defined in claim 1 further comprising a frame attached to the substrate, wherein legs of the flexure are attached to the frame.

22. The optoelectronic package defined in claim 1 further comprising a protruding arm attached to the substrate.

23. The optoelectronic package defined in claim 1 wherein the protruding arm comprises a groove to permit hermetic passage of a third optical element to a location external to the package.

24. The optoelectronic package defined in claim 1 further comprising a first electrically conductive pattern.

25. The optoelectronic package defined in claim 24 wherein at least one of the first, or second optical elements is electrically connected to the first electrically conductive pattern.

26. The optoelectronic package defined in claim 24 wherein at least one of the first, or second optical elements is wire bonded to the first electrically conductive pattern.

27. The optoelectronic package defined in claim 24 further comprising a second electrically conductive pattern coupled to the first electrically conductive pattern by one or more hermetic vias.

28. The optoelectronic package defined in claim 27 further comprising at least one contact coupled to the second electrically conductive pattern to enable electrically connection into the package.

29. The optoelectronic package defined in claim 1 wherein the flexure comprises:

a first pair of legs;

a second pair of legs;

a bridge coupling the first and second pair of legs;

a pair of spring regions coupling the bridge to the first and second pair of legs.

* * * * *

EXHIBIT 29

(12) **United States Patent**
Verdiell

(10) Patent No.: **US 6,227,724 B1**
(45) Date of Patent: **May 8, 2001**

(54) METHOD FOR CONSTRUCTING AN OPTOELECTRONIC ASSEMBLY

(75) Inventor: Jean-Marc Verdiell, Palo Alto, CA (US)

(73) Assignee: Lightlogic, Inc., Santa Clara, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 09/229,489

(22) Filed: Jan. 11, 1999

(51) Int. Cl.[7] .......................................... G02B 6/42
(52) U.S. Cl. .................... 385/91; 385/90; 385/93; 385/94
(58) Field of Search ........................... 385/88–94

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,908,184 | 9/1975 | Asazawa . |
| 4,114,177 | 9/1978 | King . |
| 4,119,363 | 10/1978 | Camilbel et al. . |
| 4,233,619 | 11/1980 | Webb et al. . |
| 4,357,072 | 11/1982 | Goodfellow et al. . |
| 4,773,727 * | 9/1988 | Le Pivert et al. ............... 385/134 |
| 4,896,936 * | 1/1990 | Stanley ...................... 385/14 |

| | | |
|---|---|---|
| 4,926,545 | 5/1990 | Pimpinella et al. . |
| 5,119,448 | 6/1992 | Schaefer et al. . |
| 5,125,074 | 6/1992 | Yakota et al. . |
| 5,132,532 | 7/1992 | Watanabe . |
| 5,163,108 | 11/1992 | Armiento et al. . |
| 5,195,155 * | 3/1993 | Shimaoka et al. ............ 385/90 |
| 5,553,180 | 9/1996 | Belenkiy et al. . |
| 5,569,958 | 10/1996 | Bloom . |
| 5,570,444 * | 10/1996 | Janssen et al. ............... 385/90 |
| 5,641,984 | 6/1997 | Aftergut . |
| 5,673,348 * | 9/1997 | Ziegler et al. ............... 385/90 |
| 5,833,202 | 11/1998 | Wolfgang ................... 248/466 |

* cited by examiner

*Primary Examiner*—Rodney Bovernick
*Assistant Examiner*—Michael .. Stahl
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A package for optical components and a method for making the package are disclosed. The package comprises a quasi-planar substrate having a positioning floor, a platform and an optional ring frame of precisely determined height. Optical components are picked and placed on a substrate floor, a raised platform and frame. A flexure assembly allows fine positioning of components requiring critical optical alignment.

22 Claims, 7 Drawing Sheets



EXHIBIT
**51**

Case4:02-cv-03262-DLJ    Document536-1    Filed04/04/08    Page55 of 82



**FIG. 1**

Case4:02-cv-03262-DLJ   Document536-1   Filed04/04/08   Page56 of 82



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3A



FIG. 3B

FIG. 3C



**FIG. 4A**



**FIG. 4B**



**FIG. 4C**



**FIG. 5A**



**FIG. 5B**

Case4:02-cv-02262-DLJ   Document536-1   Filed04/04/08   Page60 of 82



FIG. 6



**FIG. 7**

US 6,227,724 B1

1

# METHOD FOR CONSTRUCTING AN OPTOELECTRONIC ASSEMBLY

## FIELD OF THE INVENTION

The present invention relates generally to optoelectronic assemblies having optical components and methods for making the same; more particularly, the present invention relates to an assembly having optical components mounted on a quasi-planar substrate and a flexure and methods for making the same.

## BACKGROUND OF THE INVENTION

Sealed packages are necessary to contain, protect, couple to optical fibers and electrically connect optoelectronic components. Optoelectronics packaging is one of the most difficult and costly operations in optoelectronics manufacturing. Optoelectronic packages provide submicron alignment between optical elements, high-speed electrical connections, excellent heat dissipation, and high-reliability. Providing such features has resulted in optoelectronic packages that are an order of magnitude larger, costlier and difficult to manufacture than electronic packages, particularly for fiber coupled devices. In addition, current designs of optoelectronic packages and associated fabrication processes are ill adapted for automation because today's high-performance butterfly packages are characterized by a large multiplicity of mechanical parts (submounts, brackets, ferrules . . .), three-dimensional (3D) alignment requirements, and poor mechanical accessibility.

U.S. Pat. No. 4,953,006 by Kovatz discloses a package for an edge-coupled optoelectronic device. The package includes a cover with a window, so that optoelectronic device, such as, for example, a laser, may be coupled to external optics, such as a lens or an optical fiber. Although this package provides hermeticity and high-speed electrical connections, it does not provide for a way to mount and align collimation or coupling optics nor optical fibers.

U.S. Pat. No. 5,005,178 by Kluitmans and Tjassens also discuss a package for optical and optoelectronic packages for optical and optoelectronic components. Khuimans et al. discuss a package for a laser diode coupled to an optical fiber. The package includes a conducting rod so that the laser may be used at high speed. Shigeno describes a heat sink for cooling an enclosed laser diode, where the laser diode is preferably coupled to an optical fiber. However, in both of the above patents, it is difficult to align the laser diode with the optical fiber when constructing the package. Both designs use numerous parts in complex 3D arrangements and are unsuitable for automated assembly. U.S. Pat. No. 5,628,196 by Farmer discloses a package including a heat sink for a semiconductor laser, but provides no efficient means for coupling the laser to other optics.

Embodiments of the present invention overcome the limitations in the prior art.

## SUMMARY OF THE INVENTION

A method for producing an optoelectronic package is described. In one embodiment, the method comprises providing a substrate having a first optical element attached thereto. The method also includes applying pressure to a flexure so that an optical axis of an optical fiber is in optical alignment with the optical element. The flexure is then coupled with the optical fiber to the substrate by attaching legs of the flexure to the substrate.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be understood more fully from the detailed description given below and from the accom-

2

panying drawings of various embodiments of the invention, which, however, should not be taken to limit the invention to the specific embodiments, but are for explanation and understanding only.

FIG. 1 shows one embodiment of an optoelectronic package assembly.

FIG. 2A shows a side sectional view of the frame assembly of FIG. 1 before planarization.

FIG. 2B shows the frame assembly of FIG. 2A after planarization of the frame and a raised platform.

FIG. 2C shows how two optical components are positioned by pick and place automation onto the planarized substrate.

FIG. 2D shows the resulting optical alignment of the element in the vertical plane.

FIG. 3A shows a perspective view of the assembly before alignment of the flexure with a removable positioning tool.

FIG. 3B shows a side view of the assembly before alignment of the flexure.

FIG. 3C shows a top view of the assembly before alignment of the flexure.

FIG. 4A shows a perspective view of the assembly with the flexure being aligned using the removable positioning tool.

FIG. 4B shows a side view of the assembly after alignment and final attach of the flexure legs.

FIG. 4C shows a top view of the assembly after alignment and attach of the flexure legs.

FIG. 5A illustrates one embodiment of a 4 legged flexure.

FIG. 5B shows the fine alignment step using the back legs of a 4 legged flexure.

FIG. 6 shows an alternate embodiment with a spring leaf attachment of the optical element, additional electronics and sensors, and top facing peripheral contacts.

FIG. 7 shows a side sectional view of a third embodiment of the package for optical components.

## DETAILED DESCRIPTION OF THE PRESENT INVENTION

A method of making an optoelectronic assembly is described. In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the present invention can be practiced without these specific details. In other instances, well-known structures and devices are shown in blo'k diagram form in order to avoid obscuring the present invention.

### Overview

A package for optoelectronic components and a method for making the package are disclosed. In one embodiment, the package comprises a substrate having a positioning floor which provides a mounting surface and the package bottom wall. In one embodiment, the substrate and its positioning floor are substantially planar. In one embodiment, one or more raised platforms are also provided on the mounting surface. The raised platforms may be submounts made of a high thermal conductivity material, such as, for example, copper tungsten, Aluminum Nitride, Beryllium Oxide, and Boron Nitride, attached to the floor of the substrate. The raised platforms may be attached, for example, by soldering or brazing, or may even be part of the substrate material itself.

US 6,227,724 B1

3

In one embodiment, edge emitting, side mounted, or waveguide devices, such as, for example, diode lasers, modulators, detectors, are mounted on the raised platforms. Micro-optical elements such as, for example, micro-lenses, filters, splitters, isolators, are mounted directly on the package floor.

In one embodiment, the height of the platform and the height of the optical elements are chosen such that the edge emitting devices and the optical elements are automatically vertically aligned, i.e. their optical axis lies in the same common plane parallel to the package floor. The raised platform for the edge emitting devices may serve up to three purposes at a time: (i) providing the height adjustment that brings the edge-emitting device into the optical plane, (ii) serving as a heat spreader for the active device, and (iii) providing electrical contact(s) to the active device.

In one embodiment, the height of the platforms and frame is kept at a small fraction, e.g., less than a tenth, of the length of the substrate, so that the assembly is essentially two dimensional and can be manufactured using pick and place automation. For example, to realize an industry standard Butterfly package following an embodiment described above, the substrate outside dimensions are close to 20 mm long by 12 mm wide, while the height of the frame and platforms is 0.25 mm. This represents only about 1/40 of the length of the package. This is in stark contrast with conventional Butterfly packages whose walls height is typically on the order of 10 mm. The quasi-planarity of the substrate, frame and platform assembly enables placement of the optoelectronic elements by a high-precision pick and place machine equipped with two-dimensional (2D) machine vision. State of the art, commercially available machines can achieve pick and place precision of less than one micron. An example of such a machine is the model FC 250 flip chip bonder by Karl Suss Technique, Saint-Jeoire, France. Using such automated pick and place assembly, the optical relationship between the optoelectronic elements can be established in the lateral and transverse dimensions within a few microns of precision.

The height alignment between components is automatically set by the height of the raised platform. Using precise control of the submount material or a polishing technique, one can achieve a platform height control to within a micron or less. Because the package is quasi-planar, mechanical stability is mainly determined by the stability of the substrate. By using very low thermal expansion materials for the substrate like Alumina ceramic, one obtains a package with much better mechanical stability than conventional three dimensional approaches.

Note that although embodiments of optoelectronic packages are described herein having one or more optical elements on platforms, it is well within the teaching of the present invention to position such elements on the package floor while having other optical elements of the package mounted below the top surface of the package floor.

In high performance optoelectronic packages, critical optical elements require more precise placement than can be obtained with the combination of platform height control and two-dimensional pick and place. This is the case of single mode fibers, which have to be aligned within less than a micron precision to achieve high optical coupling efficiency. In one embodiment, such components are mounted using a miniature flexure which allows for a small amount of vertical adjustment. In one embodiment, the flexure is made of thin spring steel that has been etched or stamped, then bent in a press. The flexure may comprise two or more

4

legs which rest on the substrate or on each side of the frame. In one embodiment, the legs are joined by a bridge that supports or clamps the optical element Two sections of material with spring property join the legs to the bridge.

The flexure may be designed so that in its natural (non-flexed) state, the optical axis of the optical component attached to the bridge rests slightly above the optical plane of the package. Final adjustment of the height is obtained by applying pressure to the flexure, therefore lowering the bridge height. Dragging the flexure in the plane parallel to the plane of the substrate may be preferred to correct the lateral position. When adequate alignment is reached, the legs are permanently attached to the frame or substrate. The attachment may be by, for example, laser welding, soldering or adhesive bonding. In another refinement of the flexure design, the flexure has more than two legs. The first pair of legs is attached to the frame before optical alignment. The flexure is then finely realigned, using the residual flexibility left after the two first legs are attached. When the optimum position is reached, the remaining legs are attached.

Another key property of one embodiment of an optoelectronic package described below is hermeticity. In standard designs, this is achieved by adding walls around the package in which holes have been drilled to allow the passage of electrical connections, optical windows and optical fibers, which need to be properly sealed after they are installed. The optical package is then constructed inside. the confines of such walls, and a sealing lid is added to seal up the package as the last manufacturing step. Drilling the walls and sealing all electrical and optical feedthroughs going through such holes adds cost and complexity to the packages. For example, a commercial Butterfly box with high-speed electrical ceramic feedthroughs and a Kovar tube feedthrough for an optical fiber costs in excess of $200 before any optical components are added. Embodiments of the optoelectronic package described herein provide a much simpler and cost effective solution for hermeticity, without the need for added walls. In one embodiment, hermeticity is obtained by using a top-hat cap whose rim is sealed to the outer portion of a ring frame. A shallow groove may be provided in the ring frame to allow for the sealed passage of an optical fiber from the inside to the outside of the hermetic enclosure. Sealed electrical connections with the exterior of the enclosure are provided by filled vias through the bottom of the substrate.

In yet another embodiment, distribution of electrical signals to pins outside of the package and electrical and optoelectronic components inside the hermetic enclosure is facilitated by a set of electrical connections printed directly on the top and bottom of the substrate as a set of patterns. The top and bottom electrically conductive patterns are electrically connected by the hermetic filled vias. Hence distributing the signals to pins at the periphery of the package, or to a ball grid array or similar structure, underneath the package can be accomplished without any additional wiring nor expensive through-wall hermetic feedthroughs. This configuration is very advantageous for high-speed operation; vias are very short since they only need to go through the thickness of the substrate material, which in one embodiment is on the order of 250 µm. In addition, all extraneous wiring is virtually eliminated. This greatly reduces the amount of parasitic capacitance and inductance that would otherwise limit the high-speed operation of the package.

The quasi-planar substrate with raised platforms, in conjunction with the flexure, simultaneously provides a high-precision optical alignment bench, heatsinking for active

| 5 | 6 |
|---|---|

optoelectronic components, sealed electrical feedthroughs, a high-speed wiring board, and an hermetically sealable enclosure.

Thus, at least one embodiment of the present invention provides a package for optical components such that the components are easily and precisely aligned within a package. Such a package may be manufactured inexpensively and in an automatable method.

In some embodiments the optical package of the present invention may be advantageous in that it may be mass-produced at a low cost while maintaining a precision alignment of the optical components within the package, along with the hermeticity, high mechanical stability, good heat sinking, and high-speed electrical operation of the package.

FIG. 1 shows one embodiment of an optoelectronic assembly, package 10, with frame 32 and flexure 24. Assembly comprises a substrate 12 with a positioning floor 14. In one embodiment, positioning floor 14 is substantially planar, and substrate 12 comprises an electrically isolating material with a low coefficient of thermal expansion, such as alumina or beryllium oxide. In one embodiment, raised platform 20 is created by a submount attached to positioning floor 14.

Optical elements, or components, are mounted on positioning floor 14 and platform 20. In one embodiment, a lens 16 is mounted on substrate 12, and an edge emitting optoelectronic element 18, such as, for example, a laser diode, is mounted on platform 20. Other optical components may be used.

An optical element 22 is attached to flexure 24, by, for example, soldering, brazing or welding. In one embodiment, flexure 24 comprises two legs 26 and 27, a bridge 30, and two spring regions 28 and 29 at the junction of legs 26 and 27 and bridge 30. In one embodiment, element 22 is a single mode optical fiber, but it may be any element that requires optical alignment with other optical elements.

A frame 32 may be attached to substrate 12. The ends of legs 26 and 27 are attached to frame 32. Flexure 24 and attachment methods will be discussed in more detail below. In one embodiment, frame 32 has a protruding arm 34 having a groove 36. Groove 36 permits the hermetic passage of the fiber 22 to the outside of the package.

A cap 38 is attached to frame 32, creating an airtight seal. By enclosing and hermetically sealing positioning floor 14, the optical components within are kept in a controlled gaseous, liquid or vacuum environment that protects them and prevents degradation in their performance and/or lifetime. In one embodiment, cap 38 has a top hat shape and an peripheral lip 40 that can be hermetically sealed to the outside portion of frame 32 and on top of groove 36 and fiber 22. The hermetic seal may be created by a process such as seam welding, soldering or adhesive bonding.

Thickness of frame 32, platform 20, optical element 16 and 18 are kept small compared to length or width of substrate 12, so that the assembly is essentially planar and compatible with pick and place automated assembly using two-dimensional machine vision. Thickness of frame 32 and platform 20 are preferably less than $\frac{1}{10}$ of the length of substrate 12, and thickness of optical element 16 is preferably less than $\frac{1}{3}$ of that length. In one embodiment, thickness of frame 30 and platform 20 is 0.250 millimeters, height of lens 16 is 0.5 millimeter, and length of substrate 12 is about 10 millimeters.

In one embodiment, wire bond 42 connects active optical element 18 to electrically conductive pattern 44 which is on the top side of positioning floor 14. Filled conductive via 46 hermetically connects pattern 44 to electrically conductive

pattern 48 on the bottom side of positioning floor 14. Pins 50 on the bottom side of positioning floor 14 are also provided for connections to electronic component inside the package through other vias (not shown). The combination of patterns 48 and 44 and filled via 46 provide an efficient and low-parasitic mechanism for hermetically distributing electrical signals from optoelectronic elements inside the hermetic enclosure to pins 50 at the periphery of package 10. Alternatively, signals can be distributed to ball grid array underneath the package for surface mounting.

In one embodiment, package 10 is realized without frame 32, and the material of substrate 12 allows cap 38 and flexure 24 to be attached directly onto substrate 12. In this case, the ability to form groove 36 may be lost, but can be replaced by the addition of a feedthrough tube or a window on cap 38.

In an alternative embodiment, flexure 24 is attached directly to floor 14, while cap 38 is attached to frame 32. In another alternative embodiment, frame 32 and platform 20 are metallic inserts of an entirely planar substrate. In yet another embodiment, two concentric frames are used, an outer one on attaching cap 38 and an inner one for attaching flexure 24.

An axis A bisects package 10, as shown in FIG. 1. FIG. 2A is a cross-sectional view of assembly 10, taken along axis A. Since vertical alignment of optical parts mounted on platform 20 and the positioning floor 14 is solely controlled by the height of platform 20, it is critical to precisely adjust this height. Typically, for aligning a laser diode to a microlens, a precision of better than 5 $\mu$m is required. In one embodiment, such precision may be attained by polishing platform 20 and frame 32 until frame 32 and platform 20, including the optical element mounted thereon, is reduced to the correct height.

FIG. 2A shows substrate 12 with frame 32 and platform 20 before polishing step. The height of platform 20 and frame 32 above substrate 12 is slightly more than that of the optical axis of optical element 16 shown for reference. FIG. 2B shows frame 32 and platform 20, including optical element 16, after precision polishing, so that frame 32 and platform 20 have a predetermined height h above floor 14 which matches the optical axis of optical element 16, once again shown for reference. FIG. 2C shows optical elements being picked and placed on platform 20 and floor 14.

In one embodiment, element 18 is a laser diode, whose emitted light is collected and focused by element 16, which is a lens, into the core of optical element 22, which is an optical fiber. The alignment of laser, lens, and fiber is simplified by the planarization of frame 12 and platform 20, as shown in FIG. 2D. Optical plane P is a distance h from floor 14. The lens has an optical axis OA a distance a from the bottom surface of the lens. Platform 20 has height h, and therefore a top surface of platform 20 lies in optical plane P. Thus light emitted from laser is substantially centered on optical plane P, and the light from the laser that strikes the lens is centered on optical axis OA, as shown in FIG. 2D.

In addition to the polishing technique, alternative techniques to achieve platform height control may be used, including, but not limited to, electroplating a slightly under-height platform to increase its thickness, precision chemical etching of a slightly over-height platform, or precision diamond machining of the platform.

FIGS. 4A, 4B, 4C, 5A and 5B describe a flexure alignment device and alignment method. In one embodiment, flexure 24 comprises a bridge 30 and two legs 26 and 27. Two spring regions 28 and 29 connect legs 26 and 27 to bridge 30. The extremities of legs 26 and 27 rest on frame

US 6,227,724 B1

7

32. In an alternative design, the extremities of the legs rest directly onto substrate 12. Bridge 30 holds an optical element 22. In one embodiment, the optical element 22 comprises an optical fiber. In one embodiment, flexure 24 is preferably made from a flat stamped or etched piece of spring steel. Spring regions 28 and 29 can be created by chemically removing half of the metal thickness. Flexure 24, which is substantially flat, is then subsequently formed in a press to shape legs 26 and 27 and spring regions 28 and 29, then annealed at high temperature to confer spring properties to the material. In one embodiment, flexure 24 is about 170 microns thick, and spring regions 28 and 29 are approximately 85 microns thick. It will be clear from the following how legs 26 and 27, bridge 30 and spring regions 28 and 29 are designed to allow for precise three-dimensional alignment of optical element 22.

The process begins by first attaching optical element 22 to bridge 30 of flexure 24 by a process such as, for instance, soldering or adhesive bonding. Flexure 24 and its attached optical element are then picked and dropped in rough alignment on optical assembly 10 as shown in FIG. 4A. At this point, flexure 24 simply rests on frame 32 (or on substrate 12, in a ring-less embodiment), with no further attachment method. At least one first optical element 16 is already attached to optical assembly 10 and defines an optical axis OA, with respect to which optical element 22 and its optical axis BC will be aligned using flexure 24. In one embodiment, a laser diode 18 and a lens 16 are attached on the optical assembly before flexure 24 is aligned. In one embodiment, flexure 24 is designed such that optical axis BC is higher than optical axis OA, as shown in the side view of assembly 16 on FIG. 3B. In one embodiment, BC is about 100 to 200 microns higher than OA when no pressure is applied on flexure 24. The top view of the assembly in FIG. 3C shows that the axis OA and BC may also be offset from each other in the horizontal plane alignment of flexure 24.

Removable alignment tool 52 is used to apply pressure to the top of bridge 30. Tool 52 also features pins 55 and 54 with conical ends 56 and 57 which fit into matching gripping holes 58 and 59 on bridge 30. It should be clear that the shape of the alignment tool in FIG. 4A and 5B is just given as an example. Other tools that provide the ability to temporarily clamp onto the flexure and apply pressure on bridge 30 can be designed by one skilled in the art. For example, matching sets of grooves in the flexure and tool can replace the pin and hole interlocking design. A vacuum tool can also be used.

During the fine alignment step, tool 52 is lowered onto bridge 30. Conical tips 56 and 57 are tightly fitted into holes 58 and 59. The tool applies pressure on bridge 30, causing spring regions 28 and 29 to bend under the pressure. This, in turn, causes legs 26 and 27 to spread apart and axis BC to lower into alignment with axis OA, as shown on FIG. 4B. Tool 52 is also moved in a plane parallel to the plane of mounting floor 14, dragging flexure 24 and legs 26 along with it until horizontal and longitudinal alignment of axis OA and BC is obtained, as can be seen in the top view of FIG. 4C. In one embodiment, alignment is monitored by measuring coupled power at the output of the fiber while laser 18 is powered up and flexure 24 undergoes fine alignment. Once desired alignment is obtained, the leg extremities are attached to the ring frame 32 or substrate 12. One attachment process is laser microwelding through laser beam 62, which creates welding spots 60 and 61. Welding spots permanently attach metallic legs 26 and 27 to metallic ring frame 32. Other attachment processes may also be used, such as UV curable adhesives or laser soldering. After final

8

attachment of the legs is complete, tool 52 is raised from the assembly, leaving the aligned assembly shown in FIG. 4B and 4C.

Most attachment processes induce minute, undesirable shift or drift during the attachment operation. In the case of adhesives, shift is typically caused by the shrinkage of the adhesive; in the case of soldering, shift is caused by the change of solder volume during the solidification phase and by the expansion and contraction of parts during the temperature cycle; in laser welding, a post-weld shift is usually observed.

FIG. 5A shows one flexure embodiment that reduces, or even minimizes, the effect of such shifts and allows greater alignment precision and reproducibility. Flexure 70 of FIG. 5A comprises two pairs of legs, a front pair of legs 26 and 27 and a rear pair of legs 74 and 75. The front pair of legs is located close to optical element 16 as shown in FIG. 5B, and is aligned using tool 53 and gripping holes 58 and 59 and following the previously described method. Front legs 26 and 27 are permanently attached to frame 32 as previously described, using for example laser welding spots 60 and 61. Post-attachment shift is corrected in a second alignment step by using tool 52 and rear grip, ing holes 76 and 77 located in proximity of the rear pair of legs 74 and 75. The residual flexibility of flexure 70 allows a small positioning correction of tip 80 of optical element 22 by moving rear of flexure 70 with tool 52. After second alignment, rear legs are attached to frame 32 by laser welding spots 78 and 79. Alignment tool 52 is then lifted from assembly.

Although the detailed description contains many specifics for the purposes of illustration, anyone of ordinary skill in the art will appreciate that many variations and alterations to the following details are within the scope of the invention. FIG. 6 shows variations and further improvements of the package embodiment. In this embodiment, optical element 16 is pressed against optoelement 16 by spring leaf 81 to maintain its position. Spring leaf 81 is attached to frame 32 by laser welding for example. The mounting of spring leaf 81 has the advantage of not necessitating an adhesive or solder layer between optical element 16 and floor 14.

The package embodiment of FIG. 6 comprises an optical element 82, such as a photodiode, which is directly mounted on the floor and whose optical axis is not in the plane of other optical components 16 and 18. Photodiode 82 can be used as a back facet power monitor.

The package embodiment of FIG. 6 further comprises an electronic component 84, such as an impedance matching resistor, mounted onto floor 14 and electrically connected to wire bond 42 and conductive pattern 44. Anyone of ordinary skill in the art will appreciate that any other electronic element such as, for example, thermistors, chokes, integrated circuits can be mounts. and connected in a similar way inside the optoelectronic package.

The package of FIG. 6 also contains peripheral contact pads 88 on the top surface of substrate 12. Contact pads 88 are connected to inside electrical elements 84 through via 86, bottom conductive pattern 48, filled via 46 and top conductive pattern 44.

FIG. 7 shows another embodiment of the optical package. In this embodiment, fiber 92 comprises a distributed Bragg reflection (DBR) grating 90 held in place by flexure 94. Laser 93 emits light into fiber 92. In one embodiment, laser 93 has an antireflection coated or angled front facet to prevent reflection of the light by the facet into the laser waveguide. Grating 90 strongly reflects a predetermined wavelength back into laser 93. A well-known adhesive or

US 6,227,724 B1

9

bonding technique may be used to mount the elements and/or the raised platforms supporting such elements. A laser system is thereby created, having a laser cavity that comprises grating 90 as well as the cavity of laser 93. The laser system of FIG. 7 has a resonant wavelength equal to the predetermined wavelength that corresponds to grating 90. The advantage of this embodiment is the superior mechanical stability of the fiber position with respect to the laser facet, which prevents the occurrence of mode hops, and lowers assembly cost.

Whereas many alterations and modifications of the present invention will no doubt become apparent to a person of ordinary skill in the art after having read the foregoing description, it is to be understood that any particular embodiment shown and described by way of illustration is in no way intended to be considered limiting. Therefore, references to details of various embodiments are not intended to limit the scope of the claims which in themselves recite only those features regarded as essential to the invention.

I claim:

1. A process for manufacturing an optoelectronic package comprising:

providing a substrate having a first optical element attached thereto;

applying pressure to a flexure causing legs on the flexure to spread further apart so that an optical axis of an optical fiber is in optical alignment with the first optical element; and then

coupling the flexure and the optical fiber to the substrate by attaching legs of the flexure to the substrate.

2. The process defined in claim 1 further comprising attaching a frame to the substrate and attaching the flexure to the frame.

3. The process defined in claim 1 wherein providing the substrate comprises:

placing a platform on a substrate;

mounting the first optical element on the platform; and

mounting a second optical element directly on the substrate such that the first and second optical elements are in optical alignment.

4. The process defined in claim 3 further comprising:

polishing the platform to a predetermined height.

5. A process for manufacturing an optoelectronic package comprising:

providing a substrate having a first optical element attached thereto;

applying pressure to a flexure so that an optical axis of an optical fiber is in optical alignment with the first optical element; and

coupling the flexure and the optical fiber to the substrate by attaching legs of the flexure to the substrate wherein coupling the flexure comprises

coupling a first pair of legs of the flexure to the substrate;

obtaining the optical alignment; and

coupling a second pair of legs of the flexure to the substrate.

6. The process defined in claim 5 further comprising:

moving the flexure in a plane parallel to the platform.

7. A method for manufacturing and aligning an optical package comprising:

providing a substrate having a positioning floor with a first optical component attached thereto;

positioning a flexure with an attached second optical component, said flexure having at least two legs;

10

applying pressure on top of the flexure using a removable positioning tool to cause the at least two legs to spread further apart until the optical axes of the first and second optical elements are aligned in the vertical plane;

moving the flexure over the substrate using the positioning tool until the optical axes of the first and second optical elements are aligned in the horizontal plane;

coupling the legs of the flexure to the substrate.

8. The method defined in claim 7 wherein moving the flexure comprises dragging the flexure.

9. The method defined in claim 7 wherein the vertical plane is perpendicular to the substrate plane and the horizontal plane is parallel to the substrate plane.

10. A method for manufacturing and aligning an optical package comprising:

providing a substrate having a positioning floor with a first optical component attached thereto;

positioning a flexure with an attached second optical component, said flexure having at least two legs;

applying pressure on top of the flexure using a removable positioning tool to cause the at least two legs to spread further apart until the optical axes of the first and second optical elements are aligned in the vertical plane;

moving the flexure over the substrate using the positioning tool until the optical axes of the first and second optical elements are aligned in the horizontal plane;

coupling the legs of the flexure to the substrate, wherein coupling the legs of the flexure comprises attaching the legs of the flexure using laser welding.

11. A method for manufacturing and aligning an optical package comprising:

providing a substrate having a positioning floor with a first optical component attached thereto;

positioning a flexure with an attached second optical component, said flexure having at least two legs;

applying pressure on top of the flexure using a removable positioning tool to cause the at least two legs to spread further apart until the optical axes of the first and second optical elements are aligned in the vertical plane;

moving the flexure over the substrate using the positioning tool until the optical axes of the first and second optical elements are aligned in the horizontal plane;

coupling the legs of the flexure to the substrate, wherein coupling the legs of the flexure comprises attaching the legs of the flexure using laser soldering.

12. A method for manufacturing and aligning an optical package comprising:

providing a substrate having a positioning floor with a first optical component attached thereto;

positioning a flexure with an attached second optical component, said flexure having at least two legs;

applying pressure on top of the flexure using a removable positioning tool to cause the at least two legs to spread further apart until the optical axes of the first and second optical elements are aligned in the vertical plane;

moving the flexure over the substrate using the positioning tool until the optical axes of the first and second optical elements are aligned in the horizontal plane;

coupling the legs of the flexure to the substrate, wherein coupling the legs of the flexure comprises attaching the legs of the flexure using adhesive bonding.

11

13. The method of claim 7 further comprising:

bonding a ring frame to the substrate; and

attaching the legs of the flexure onto the frame.

14. The method of claim 7 further comprising manufacturing the flexure by:

etching or stamping a flat metal piece; and

forming the flat metal piece into the flexure using a press.

15. The method of claim 14 further comprising annealing the flexure at high temperature to confer spring properties.

16. The method of claim 14 further comprising manufacturing the flexure spring regions using a partial etch of the metal prior to forming the flexure in a press.

17. The method defined in claim 14 further comprising:

creating a platform on the substrate floor;

attaching a ring frame to the substrate floor;

planarizing a top surface of the ring frame and the platform to define an optical plane to a height h,

mounting an optical element on the platform whose optical plane is essentially coincident with the optical plane of the platform and an optical element on the substrate floor whose optical axis is at height h.

12

18. The method defined in claim 17 wherein h is less than ⅛ of a substrate length.

19. The method defined in claim 17 wherein planarizing the top surface comprises polishing the top surface.

20. The method defined in claim 17 further comprising:

forming a groove in the ring frame;

mounting a fiber in a groove in the ring frame; and

attaching a cap to the ring frame to create a hermetic seal.

21. The method defined in claim 7 further comprising positioning and aligning optical elements in a plane of the substrate by a pick and place machine having two dimensional machine vision.

22. The method defined in claim 7 wherein the flexure has more than two legs and coupling the legs of the flexure comprises:

coarsely aligning the flexure;

attaching a partial number of legs to a frame or substrate;

repeatedly finely realigning the flexure and attaching another partial number of legs

until all legs are attached.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,227,724 B1                                            Page 1 of 1
DATED        : May 8, 2001
INVENTOR(S)  : Verdiell

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 5,
Line 34, delete "30" and replace with -- 36 --.
Line 39, delete "methods" and replace with -- method 5 --.

Column 6,
Line 5, "48" and replace with -- 42 --.
Line 16, delete "24" and replace with -- 26 --.
Line 31, delete "32" (both occurrences) and replace with -- 24 --.
Lines 35, 37, and 39, delete "32" and replace with -- 24 --.
Line 51, delete "14" and replace with -- 16 --.
Line 51, after "distance" delete "h".

Column 7,
Line 65, delete "and 27".

Column 8,
Line 17, delete "5B" and replace with -- 6B --.
Line 47, delete "further".

Signed and Sealed this

Twelfth Day of March, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

Attesting Officer

BLUEBIRD (888) 477-0700
OFFICE SUPPLIES   www.bluebirdone.com

EXHIBIT 30

US006586726B2

(12) **United States Patent**
Verdiell

(10) Patent No.: **US 6,586,726 B2**
(45) Date of Patent: **Jul. 1, 2003**

(54) **OPTICAL ELECTRONIC ASSEMBLY HAVING A FLEXURE FOR MAINTAINING ALIGNMENT BETWEEN OPTICAL ELEMENTS**

(75) Inventor: **Jean-Marc Verdiell**, Palo Alto, CA (US)

(73) Assignee: **Intel Corporation**, Santa Clara, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/812,267**

(22) Filed: **Mar. 19, 2001**

(65) **Prior Publication Data**

US 2001/0017376 A1 Aug. 30, 2001

**Related U.S. Application Data**

(62) Division of application No. 09/229,395, filed on Jan. 11, 1999, now Pat. No. 6,207,950.

(51) Int. Cl.7 .............................. G02B 6/36; H01L 23/02
(52) U.S. Cl. ........................... 250/239; 385/92; 257/678
(58) Field of Search ................................. 250/239, 216, 250/227.11, 227.24, 227.28, 551; 385/88, 90, 91, 92, 93, 94, 137; 257/433, 678, 703, 704

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,123,074 A | * | 6/1992 | Yokota et al. ................. 385/95 |
| 5,132,532 A | * | 7/1992 | Watanabe ..................... 250/239 |
| 5,195,155 A | * | 3/1993 | Shimaoka et al. ........... 385/90 |
| 5,553,180 A | * | 9/1996 | Belenkiy et al. ............ 385/59 |
| 5,569,958 A | * | 10/1996 | Bloom .......................... 257/698 |
| 5,619,609 A | * | 4/1997 | Pan et al. .................... 385/136 |
| 6,252,726 B1 | * | 6/2001 | Verdiell ...................... 385/88 |

* cited by examiner

*Primary Examiner*—Kevin Pyo
(74) *Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

(57) **ABSTRACT**

A package for optical components and a method for making the package are disclosed. The package comprises a quasi-planar substrate having a positioning floor, a platform and an optional ring frame of precisely determined height. Optical components picked and placed on a substrate floor, a raised platform and frame. A flexure assembly allows fine positioning of components requiring critical optical alignment.

10 Claims, 7 Drawing Sheets





EXHIBIT
**52**



**FIG. 1**

**U.S. Patent**          Jul. 1, 2003          Sheet 2 of 7          US 6,586,726 B2



FIG. 2A



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3A

FIG. 3B

FIG. 3C



FIG. 4A



FIG. 4B



FIG. 4C



**FIG. 5A**



**FIG. 5B**



FIG. 6



**FIG. 7**

US 6,586,726 B2

**1**

# OPTICAL ELECTRONIC ASSEMBLY HAVING A FLEXURE FOR MAINTAINING ALIGNMENT BETWEEN OPTICAL ELEMENTS

This application is a Divisional of prior application Ser. No. 09/229,395, filed Jan. 11, 1999, now U.S. Pat. No. 6,207,950, entitled "An Optoelectronic Assembly".

## FIELD OF THE INVENTION

The present invention relates generally to optoelectronic assemblies having optical components and methods for making the same; more particularly, the present invention relates to an assembly having optical components mounted on a quasi-planar substrate and a flexure and methods for making the same.

## BACKGROUND OF THE INVENTION

Sealed packages are necessary to contain, protect, couple to optical fibers and electrically connect optoelectronic components. Optoelectronics packaging is one of the most difficult and costly operations in optoelectronics manufacturing. Optoelectronic packages provide submicron alignment between optical elements, high-speed electrical connections, excellent heat dissipation, and high-reliability. Providing such features has resulted in optoelectronic packages that are an order of magnitude larger, costlier and difficult to manufacture than electronic packages, particularly for fiber coupled devices. In addition, current designs of optoelectronic packages and associated fabrication processes are ill adapted for automation because today's high-performance butterfly packages are characterized by a large multiplicity of mechanical parts (submounts, brackets, ferrules . . . ), three-dimensional (3D) alignment requirements, and poor mechanical accessibility.

U.S. Pat. No. 4,953,006 by Kovatz discloses a package for an edge-coupled optoelectronic device. The package includes a cover with a window, so that optoelectronic device, such as, for example, a laser, may be coupled to external optics, such as a lens or an optical fiber. Although this package provides hermeticity and high-speed electrical connections, it does not provide for a way to mount and align collimation or coupling optics nor optical fibers.

U.S. Pat. No. 5,005,178 by Kluitmans and Tjassens and U.S. Pat. No. 5,227,646 by Shigeno also disclose packages for optical and optoelectronic components. Kluitmans et al. discuss a package for a laser diode coupled to an optical fiber. The package includes a conducting rod so that the laser may be used at high speed. Shigeno describes a heat sink for cooling an enclosed laser diode, where the laser diode is preferably coupled to an optical fiber. However, in both of the above patents, it is difficult to align the laser diode with the optical fiber when constructing the package. Both designs use numerous parts in complex 3D arrangements and are unsuitable for automated assembly. U.S. Pat. No. 5,628,196 by Farmer discloses a package including a heat sink for a semiconductor laser, but provides no efficient means for coupling the laser to other optics.

Embodiments of the present invention overcome the limitations in the prior art.

## SUMMARY OF THE INVENTION

An optoelectronic package is described. In one embodiment, the optoelectronic package includes a substrate having a floor, a first optical element coupled to the substrate, a second optical element, and a flexure coupled to the second optical element and the substrate to optically align the second optical with the first optical element.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be understood more fully from the detailed description given below and from the accompanying drawings of various embodiments of the invention, which, however, should not be taken to limit the invention to the specific embodiments, but are for explanation and understanding only.

FIG. 1 shows one embodiment of an optoelectronic package assembly.

FIG. 2A shows a side sectional view of the frame assembly of FIG. 1 before planarization.

FIG. 2B shows the frame assembly of FIG. 2A after planarization of the frame and a raised platform.

FIG. 2C shows how two optical components are positioned by pick and place automation onto the planarized substrate.

FIG. 2D shows the resulting optical alignment of the element in the vertical plane.

FIG. 3A shows a perspective view of the assembly before alignment of the flexure with a removable positioning tool.

FIG. 3B shows a side view of the assembly before alignment of the flexure.

FIG. 3C shows a top view of the assembly before alignment of the flexure.

FIG. 4A shows a perspective view of the assembly with the flexure being aligned using the removable positioning tool.

FIG. 4B shows a side view of the assembly after alignment and final attach of the flexure legs.

FIG. 4C shows a top view of the assembly after alignment and attach of the flexure legs.

FIG. 5A illustrates one embodiment of a 4 legged flexure.

FIG. 5B shows the fine alignment step using the back legs of a 4 legged flexure.

FIG. 6 shows an alternate embodiment with a spring leaf attachment of the optical element, additional electronics and sensors, and top facing peripheral contacts.

FIG. 7 shows a side sectional view of a third embodiment of the package for optical components.

## DETAILED DESCRIPTION OF THE PRESENT INVENTION

An optoelectronic assembly is described. In the following description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the present invention. It will be apparent, however, to one skilled in the art that the present invention can be practiced without these specific details. In other instances, well-known structures and devices are shown in block diagram form in order to avoid obscuring the present invention.

Overview

A package for optoelectronic components and a method for making the package are disclosed. In one embodiment, the package comprises a substrate having a positioning floor which provides a mounting surface and the package bottom wall. In one embodiment, the substrate and its positioning floor are substantially planar. In one embodiment, one or more raised platforms are also provided on the mounting

3

surface. The raised platforms may be submounts made of a high thermal conductivity material, such as, for example, copper tungsten, Aluminum Nitride, Berillyum Oxide, and Boron Nitride, attached to the floor of the substrate. The raised platforms may be attached, for example, by soldering or brazing, or may even be part of the substrate material itself.

In one embodiment, edge emitting, side mounted, or waveguide devices, such as, for example, diode lasers, modulators, detectors, are mounted on the raised platforms. Micro-optical elements such as, for example, micro-lenses, filters, splitters, isolators, are mounted directly on the package floor.

In one embodiment, the height of the platform and the height of the optical elements are chosen such that the edge emitting devices and the optical elements are automatically vertically aligned, i.e. their optical axis lies in the same common plane parallel to the package floor. The raised platform for the edge emitting devices may serve up to three purposes at a time: (i) providing the height adjustment that brings the edge-emitting device into the optical plane, (ii) serving as a heat spreader for the active device, and (iii) providing electrical contact(s) to the active device.

In one embodiment, the height of the platforms and frame is kept at a small fraction, e.g., less than a tenth, of the length of the substrate, so that the assembly is essentially two-dimensional and can be manufactured using pick and place automation. For example, to realize an industry standard Butterfly package following an embodiment described above, the substrate outside dimensions are close to 20 mm long by 12 mm wide, while the height of the frame and platforms is 0.25 mm. This represents only about $\frac{1}{40}$ of the length of the package. This is in stark contrast with conventional Butterfly packages whose walls height is typically on the order of 10 mm. The quasi-planarity of the substrate, frame and platform assembly enables placement of the optoelectronic elements by a high-precision pick and place machine equipped with two-dimensional (2D) machine vision. State of the art, commercially available machines can achieve pick and place precision of less than one micron. An example of such a machine is the model FC 250 flip chip bonder by Karl Suss Technique, Saint-Jeoire, France. Using such automated pick and place assembly, the optical relationship between the optoelectronic elements can be established in the lateral and transverse dimensions within a few microns of precision.

The height alignment between components is automatically set by the height of the raised platform. Using precise control of the submount material or a polishing technique, one can achieve a platform height control to within a micron or less. Because the package is quasi-planar, mechanical stability is mainly determined by the stability of the substrate. By using a very low expansion materials for the substrate like Alumina ceramic, one obtains a package with much better mechanical stability than conventional three dimensional approaches.

Note that although embodiments of optoelectronic packages are described herein having one or more optical elements on platforms, it is well within the teaching of the present invention to position such elements on the package floor while having other optical elements of the package mounted below the top surface of the package floor.

In high performance opto-electronic packages, critical optical elements require more precise placement than can be obtained with the combination of platform height control and two-dimensional pick and place. This is the case of single mode fibers, which have to be aligned within less than

4

a micron precision to achieve high optical coupling efficiency. In one embodiment, such components are mounted using a miniature flexure which allows for a small amount of vertical adjustment. In one embodiment, the flexure is made of thin spring steel that has been etched or stamped, then bent in a press. The flexure may comprise of two or more legs which rest on the substrate or on each side of the frame. In one embodiment, the legs are joined by a bridge that supports or clamps the optical element. Two sections of material with spring property join the legs to the bridge.

The flexure may be designed so that in its natural (non-flexed) state, the optical axis of the optical component attached to the bridge rests slightly above the optical plane of the package. Final adjustment of the height is obtained by applying pressure to the flexure, therefore lowering the bridge height. Dragging the flexure in the plane parallel to the plane of the substrate may be preferred to correct the lateral position. When adequate alignment is reached, the legs are permanently attached to the frame or substrate. The attachment may be by, for example, laser welding, soldering or adhesive bonding. In another refinement of the flexure design, the flexure has more than two legs. The first pair of legs is attached to the frame after coarse optical alignment. The flexure is then finely realigned, using the residual flexibility left after the two first legs are attached. When the optimum position is reached, the remaining legs are attached.

Another key property of one embodiment of an optoelectronic package described below is hermeticity. In standard designs, this is achieved by adding walls around the package in which holes have been drilled to allow the passage of electrical connections, optical windows and optical fibers, which need to be properly sealed after they are installed. The optical package is then constructed inside the confines of such walls, and a sealing lid is added to seal up the package as the last manufacturing step. Drilling the walls and sealing all electrical and optical feedthroughs going through such holes adds cost and complexity to the packages. For example, a commercial Butterfly box with high-speed electrical ceramic feedthroughs and a Kovar tube feedthrough for an optical fiber costs in excess of $200 before any optical components are added. Embodiments of the optoelectronic package described herein provide a much simpler and cost effective solution for hermeticity, without the need for added walls. In one embodiment, hermeticity is obtained by using a top-hat cap whose rim is sealed to the outer portion of a ring frame. A shallow groove may be provided in the ring frame to allow for the sealed passage of an optical fiber from the inside to the outside of the hermetic enclosure. Sealed electrical connections with the exterior of the enclosure are provided by filled vias through the bottom of the substrate.

In yet another embodiment, distribution of electrical signals to pins outside of the package and electrical and optoelectronic components inside the hermetic enclosure is facilitated by a set of electrical connections printed directly on the top and bottom of the substrate as a set of patterns. The top and bottom electrically conductive patterns are electrically connected by the hermetic filled vias. Hence distributing the signals to pins at the periphery of the package, or to a ball grid array or similar structure, underneath the package can be accomplished without any additional wiring nor expensive through-wall hermetic feedthroughs. This configuration is very advantageous for high-speed operation: vias are very short since they only need to go through the thickness of the substrate material, which in one embodiment is on the order of 250 $\mu$m. In addition, all extraneous wiring is virtually eliminated. This

5

greatly reduces the amount of parasitic capacitance and inductance that would otherwise limit the high-speed operation of the package.

The quasi-planar substrate with raised platforms, in conjunction with the flexure, simultaneously provides a high-precision optical alignment bench, heatsinking for active optoelectronic components, sealed electrical feedthroughs, a high-speed wiring board, and an hermetically sealable enclosure.

Thus, at least one embodiment of the present invention provides a package for optical components such that the components are easily and precisely aligned within a package. Such a package may be manufactured inexpensively and in an automatable method.

In some embodiments of the optical package of the present invention may be advantageous in that it may be mass-produced at a low cost while maintaining a precision alignment of the optical components within the package, along with the hermeticity, high mechanical stability, good heat sinking, and high-speed electrical operation of the package.

FIG. 1 shows one embodiment of an optoelectronic assembly, package 10, with frame 32 and flexure 24. Assembly comprises a substrate 12 with a positioning floor 14. In one embodiment, positioning floor 14 is substantially planar, and substrate 12 comprises an electrically isolating material with a low coefficient of thermal expansion, such as alumina or beryllium oxide. In one embodiment, raised platform 20 is created by a submount attached to positioning floor 14.

Optical elements, or components, are mounted on positioning floor 14 and platform 20. In one embodiment, a lens 16 is mounted on substrate 12, and an edge emitting optoelectronic element 18, such as, for example, a laser diode, is mounted on platform 20. Other optical components may be used.

An optical element 22 is attached to on flexure 24, by, for example, soldering, brazing or welding. In one embodiment, flexure 24 comprises two legs 26 and 27, a bridge 30, and two spring regions 28 and 29 at the junction of legs 26 and 27 and bridge 36. In one embodiment, element 22 is a single mode optical fiber, but it may be any element that requires optical alignment with other optical elements.

A frame 32 may be attached to substrate 12. The ends of legs 26 and 27 are attached to frame 32. Flexure 24 and attachment method 5 will be discussed in more detail below. In one embodiment, frame 32 has a protruding arm 34 having a groove 36. Groove 36 permits the hermetic passage of the fiber 22 to the outside of the package.

A cap 38 is attached to frame 32, creating an airtight seal. By enclosing and hermetically sealing positioning floor 14, the optical components within are kept in a controlled gaseous, liquid or vacuum environment that protects them and prevents degradation in their performance and/or lifetime. In one embodiment, cap 38 has a top hat shape and an peripheral lip 40 that can be hermetically sealed to the outside portion of frame 32 and on top of grove 36 and fiber 22. The hermetic seal may be created by a process such as seam welding, soldering or adhesive bonding.

Thickness of frame 32, platform 20, optical element 16 and 18 are kept small compared to length or width of substrate 12, so that the assembly is essentially planar and compatible with pick and place automated assembly using two-dimensional machine vision. Thickness of frame 32 and platform 20 are preferably less than 1/10 of the length of substrate 12, and thickness of optical element 16 is preferably less than 1/5 of that length. In one embodiment, thickness of frame 30 and platform 20 is 0.250 millimeters, height

6

of lens 16 is 0.5 millimeter, and length of substrate 12 is about 10 millimeters.

In one embodiment, wire bond 42 connects active optical element 18 to electrically conductive pattern 44 which is on the top side of positioning floor 14. Filled conductive via 46 hermetically connects pattern 44 to electrically conductive pattern 48 on the bottom side of positioning floor 14. Pins 50 on the bottom side of positioning floor 14 are also provided for connections to electronic component inside the package through other vias (not shown). The combination of patterns 48 and 44 and filled via 46 provide an efficient and low-parasitic mechanism for hermetically distributing electrical signals from optoelectronic elements inside the hermetic enclosure to pins 50 at the periphery of package 10. Alternatively, signals can be distributed to ball grid array underneath the package for surface mounting.

In one embodiment, package 10 is realized without frame 32, and the material of substrate 12 allows cap 38 and flexure 24 to be attached directly onto substrate 12. In this case, the ability to form groove 36 may be lost, but can be replaced by the addition of a feedthrough tube or a window on cap 38.

In an alternative embodiment, flexure 26 is attached directly to floor 14, while cap 38 is attached to frame 32. In another alternative embodiment, frame 32 and platform 20 are metallic inserts of an entirely planar substrate. In yet another embodiment, two concentric frames are used, where an outer one on attaching cap 38 and an inner one for attaching flexure 24.

An axis A bisects package 10, as shown in FIG. 1. FIG. 2A is a cross-sectional view of assembly 10, taken along axis A. Since vertical alignment of the optical parts mounted on platform 20 and the positioning floor 14 is solely controlled by the height of platform 20, it is critical to precisely adjust this height. Typically, for aligning a laser diode to a microlens, a precision of better than 5 μm is required. In one embodiment, such precision may be attained by polishing platform 20 and frame 24 until frame 24 and platform 20, including the optical element mounted thereon, is reduced to the correct height.

FIG. 2A shows substrate 12 with frame 24 and platform 20 before polishing step. The height of platform 20 and frame 24 above substrate 12 is slightly more than that of the optical axis of optical element 16 shown for reference. FIG. 2B shows frame 24 and platform 20, including optical element 16, after precision polishing, so that frame 32 and platform 20 have a predetermined height h above floor 14 which matches the optical axis of optical element 16, once again shown for reference. FIG. 2C shows optical elements being picked and placed on platform 20 and floor 14.

In one embodiment, element 18 is a laser diode, whose emitted light is collected and guided by element 16, which is a lens, into the core of optical element 22, which is an optical fiber. The alignment of laser, lens, and fiber is simplified by the planarization of frame 12 and platform 20, as shown in FIG. 2D. Optical plane P is a distance h from floor 16. The lens has an optical axis OA a distance from the bottom surface of the lens. Platform 20 has height h, and therefore a top surface of platform 20 lies in optical plane P. Thus light emitted from laser is substantially centered on optical plane P, and the light from the laser that strikes the lens is centered on optical axis OA, as shown in FIG. 2D.

In addition to the polishing technique, alternative techniques to achieve height control may be used, including, but not limited to, electroplating a slightly under-height platform to increase its thickness, precision chemical etching of a slightly over-height platform, or precision diamond machining of the platform.

7

FIGS. 4A, 4B, 4C, 5A and 5B describe a flexure alignment device and alignment method. In one embodiment, flexure 24 comprises a bridge 30 and two legs 26 and 27. Two spring regions 28 and 29 connect legs 26 and 27 to bridge 30. The extremities of legs 26 and 27 rest on frame 32. In an alternative design, the extremities of the legs rest directly onto substrate 12. Bridge 30 holds an optical element 22. In one embodiment, the optical element 22 comprises an optical fiber. In one embodiment, flexure 24 is preferably made from a flat stamped or etched piece of spring steel. Spring regions 28 and 29 can be created by chemically removing half of the metal thickness. Flexure 24, which is substantially flat, is then subsequently formed in a press to shape legs 26 and 27 and spring regions 28 and 29, then annealed at high temperature to confer spring properties to the material. In one embodiment, flexure 24 is about 170 microns thick, and spring regions 28 and 29 are approximately 85 microns thick. It will be clear from the following how legs 26 and 27, bridge 30 and spring regions 28 and 29 are designed to allow for precise three-dimensional alignment of optical element 22.

The process begins by first attaching optical element 22 to bridge 30 of flexure 24 by a process such as, for instance, soldering or adhesive bonding. Flexure 24 and its attached optical element are then picked and dropped in rough alignment on optical assembly 10 as shown in FIG. 4A. At this point, flexure 24 simply rests on frame 32 (or on substrate 12, in a ring-less embodiment), with no further attachment method. At least one first optical element 16 is already attached to optical assembly 10 and defines an optical axis OA, with respect to which optical element 22 and its optical axis BC will be aligned using flexure 24. In one embodiment, a laser diode 18 and a lens 16 are attached on the optical assembly before flexure 24 is aligned. In one embodiment, flexure 24 is designed such that optical axis BC is higher than optical axis OA, as shown in the side view of assembly 10 on FIG. 3B. In one embodiment, BC is about 100 to 200 microns higher than OA when no pressure is applied on flexure 24. The top view of the assembly in FIG. 3C shows that the axis OA and BC may also be offset from each other in the horizontal plane alignment of flexure 24.

Removable alignment tool 52 is used to apply pressure to the top of bridge 30. Tool 52 also features pins 55 and 54 with conical ends 56 and 57 which fit into matching gripping holes 58 and 59 on bridge 30. It should be clear that the shape of the alignment tool in FIGS. 4A and 5B is just given as an example. Other tools that provide the ability to temporarily clamp onto the flexure and apply pressure on bridge 30 can be designed by one skilled in the art. For example, matching sets of grooves in the flexure and tool can replace the pin and hole interlocking design. A vacuum tool can also be used.

During the fine alignment step, tool 52 is lowered onto bridge 30. Conical tips 56 and 57 are tightly fitted in holes 58 and 59. The tool applies pressure on bridge 30, causing spring regions 28 and 29 to bend under the pressure. This, in turn, causes legs 26 and 27 to spread apart and axis BC to lower into alignment to axis OA, as shown on FIG. 4B. Tool 52 is also moved in a plane parallel to the plane of mounting floor 14, dragging flexure 24 and legs 26 along with it until horizontal and longitudinal alignment of axis OA and BC is obtained, as can be see in the top view of FIG. 4C. In one embodiment, alignment is monitored by measuring coupled power at the output of the fiber while laser 18 is powered up and flexure 24 undergoes fine alignment. Once desired alignment is obtained, the leg extremities are attached to the ring frame 32 or substrate 12. One attachment

8

process is laser microwelding through laser beam 62, which creates welding spots 60 and 61. Welding spots permanently attach metallic legs 26 to metallic ring frame 32. Other attachment processes may also be used, such as UV curable adhesives or soldering. After final attachment of the legs is complete, tool 52 is raised from the assembly, leaving the aligned assembly shown in FIGS. 4B and 4C.

Most attachment processes induce minute, undesirable shift or drift during the attachment operation. In the case of adhesives, shift is typically caused by the shrinkage of the adhesive; in the case of soldering, shift is caused by the change of solder volume during the solidification phase and by the expansion and contraction of parts during the temperature cycle; in laser welding, a post-weld shift is usually observed.

FIG. 5A shows one flexure embodiment that reduces, or even minimizes, the effect of such shifts and allows greater alignment precision and reproducibility. Flexure 70 of FIG. 5A comprises two pairs of legs, a front pair of legs 26 and 27 and a rear pair of legs 74 and 75. The front pair of legs is located close to optical element 16 as shown in FIG. 6B, and is aligned using tool 52 and gripping holes 58 and 59 and following the previously described method. Front legs 26 and 27 are permanently attached to frame 32 as previously described, using for example laser welding spots 60 and 61. Post-attachment shift is corrected in a second alignment step by using tool 52 and rear gripping holes 76 and 77 located in proximity of the rear pair of legs 74 and 75. The residual flexibility of flexure 70 allows a small positioning correction of tip 80 of optical element 22 by moving rear of flexure 70 with tool 52. After second alignment, rear legs are attached to frame 32 by laser welding spots 78 and 79. Alignment tool 52 is then lifted from assembly.

Although the detailed description contains many specifics for the purposes of illustration, anyone of ordinary skill in the art will appreciate that many variations and alterations to the following details are within the scope of the invention. FIG. 6 shows variations and further improvements of the package embodiment. In this embodiment, optical element 16 is pressed against positioning floor 14 by spring leaf 81 to maintain its position. Spring leaf 81 is attached to frame 32 by laser welding for example. The mounting of spring leaf 81 has the advantage of not necessitating an adhesive or solder layer between optical element 16 and floor 14.

The package embodiment of FIG. 6 comprises an optical element 82, such as a photodiode, which is directly mounted on the floor 42 and whose optical axis is not in the plane of other optical components 16 and 18. Photodiode 82 can be used as a back facet power monitor.

The package embodiment of FIG. 6 further comprises an electronic component 84, such as an impedance matching resistor, mounted onto floor 14 and electrically connected to wire bond 42 and conductive pattern 44. Anyone of ordinary skill in the art will appreciate that any other electronic element such as, for example, thermistors, chokes, integrated circuits can be mounted and connected in a similar way inside the optoelectronic package.

The package of FIG. 6 also contains peripheral contact pads 88 on the top surface of substrate 12. Contact pads 88 are connected to inside electrical elements 84 through via 86, bottom conductive pattern 48, filled via 46 and top conductive pattern 44.

FIG. 7 shows another embodiment of the optical package. In this embodiment, fiber 92 comprises a distributed Bragg reflection (DBR) grating 90 held in place by flexure 94. Laser 93 emits light into fiber 92. In one embodiment, laser 93 has an antireflection coated or angled front facet to

US 6,586,726 B2

9

prevent reflection of the light by the facet into the laser waveguide. Grating 90 strongly reflects a predetermined wavelength back into laser 93. A well-known adhesive or bonding technique may be used to mount the elements and/or the raised platforms supporting such elements. A laser system is thereby created, having a laser cavity that comprises grating 90 as well as the cavity of laser 93. The laser system of FIG. 7 has a resonant wavelength equal to the predetermined wavelength that corresponds to grating 90. The advantage of this embodiment is the superior mechanical stability of the fiber position with respect to the laser facet, which prevents the occurrence of mode hops, and lowers assembly cost.

Whereas many alterations and modifications of the present invention will no doubt become apparent to a person of ordinary skill in the art after having read the foregoing description, it is to be understood that any particular embodiment shown and described by way of illustration is in no way intended to be considered limiting. Therefore, references to details of various embodiments are not intended to limit the scope of the claims which in themselves recite only those features regarded as essential to the invention.

I claim:

1. An optoelectronic package comprising:

a substrate having a first electrically conductive pattern on a first side and a second electrically conductive pattern on a second side, wherein the first and second electrically conductive patterns are coupled together by one or more hermetic vias;

a first optical element mounted on a raised platform on the substrate;

a second optical element coupled to the substrate and in optical alignment with the first optical element; and

a flexure coupled to the second optical element and the substrate to maintain the optical alignment, wherein the flexure comprises:

10

at least two legs;

a bridge; and

a pair of spring regions coupling the bridge to the at least two legs.

2. The optoelectronic package defined in claim 1 further comprising one or more contacts coupled to the one or more vias.

3. The optoelectronic package defined in claim 2 wherein the one or more contacts comprise one or more pins.

4. The optoelectronic package defined in claim 2 wherein one or more of the contacts comprise one or more ball grid array (BGA) contacts.

5. The optoelectronic package defined in claim 1 comprising a frame attached to the substrate, wherein legs of the flexure are attached to the frame.

6. The optoelectronic package defined in claim 1 further comprising a protruding arm attached to the substrate.

7. The optoelectronic package defined in claim 6 wherein the protruding arm comprises a groove to permit hermetic passage of a third optical element to a location external to the package.

8. The optoelectronic package defined in claim 1 wherein the at least two legs comprises:

a first pair of legs; and

a second pair of legs,

wherein the bridge is coupled to the first and second pair of legs and wherein the pair of spring regions couples the bridge to the first and second pair of legs.

9. The optoelectronic package defined in claim 1 further comprising a cap coupled to the substrate causing creation of a seal around the first optical element and the second optical element.

10. The optoelectronic package defined in claim 9 wherein the seal comprises a hermetic seal.

* * * * *