EXHIBIT 38

and Settings... ankWay Document...
tes Tools Help
Search Folders
ds\examined Records\CD 1 _ 2\Bad_Disc 1\Cad Files

| Name | Date Modified |
|---|---|
| backup.prt | 9/23/1997 3:59 PM |
| DW_AA.prt | 4/26/1997 11:25 AM |
| DW16_001.prt | 4/26/1997 11:25 AM |
| DW16_002.prt | 4/26/1997 11:55 AM |
| DW16_003.prt | 5/3/1997 8:39 PM |
| DW16_004.prt | 4/27/1997 5:26 PM |
| DW16_005.prt | 5/5/1997 11:28 PM |
| DW16_006.prt | 5/6/1997 9:33 PM |
| DW16_008.prt | 5/12/1997 12:29 PM |
| DW16_009.prt | 5/12/1997 11:24 PM |
| DW16_010.prt | 5/12/1997 11:58 PM |
| DW16_011.prt | 5/14/1997 11:50 PM |
| DW16_012.prt | 5/24/1997 11:01 PM |
| DW16_013.prt | 5/27/1997 12:27 AM |
| DW16_017.prt | 5/28/1997 12:30 AM |
| DW16_018.prt | 5/28/1997 1:10 AM |
| DW16_020.prt | 5/31/1997 5:44 PM |
| DW16_021.prt | 6/1/1997 7:38 PM |
| DW16_022.prt | 6/1/1997 8:10 PM |
| DW16_024.prt | 6/13/1997 4:57 PM |
| DW16_026.prt | 6/16/1997 3:53 PM |
| DW16_027.prt | 8/24/1997 8:02 PM |
| DW_AB.prt | 4/26/1997 11:55 AM |
| DW_AC.prt | 4/27/1997 5:26 PM |
| DW_AD.prt | 5/3/1997 8:39 PM |
| DW_AE.prt | 7/23/1997 9:28 PM |
| DW_AF.prt | 8/12/1997 1:29 PM |
| DW_AG.prt | 9/30/1997 9:26 PM |
| DW_AF.prt | 8/20/1997 8:04 PM |
| F_AA_000.prt | 9/3/1997 1:53 PM |
| F_AA_001.prt | 8/26/1997 4:41 PM |
| Fiber400.smx | 4/23/1997 9:22 PM |
| fix.prt | 7/24/1997 11:54 AM |
| fix_02 | 8/20/1997 10:04 AM |
| fix_03.prt | 8/20/1997 4:50 PM |
| fix_07.prt | 8/20/1997 5:31 PM |
| fix_09.prt | 8/20/1997 5:32 PM |
| fix_10.prt | 8/21/1997 1:57 PM |
| fix_11.prt | 8/21/1997 10:36 PM |
| fix_12.prt | 8/22/1997 12:54 AM |
| fix_13.prt | 8/22/1997 11:17 PM |
| fix_15.prt | 8/20/1997 11:54 AM |
| fix_fix_04.prt | 8/20/1997 12:13 PM |
| fix_fix_06.prt | |



EXHIBIT 734