EXHIBIT 39



EXHIBIT 235