Exhibit 40



EXHIBIT 736