EXHIBIT 41





EXHIBIT 719

















