EXHIBIT 42

Temp. Sensor

Photo Diode

Laser Diode

Electrical Connections

Optical Fiber

tabbies
EXHIBIT
656