EXHIBIT 43

# Precision Metals Joining Seminar for Medical Device Manufacturers





FS 7879

Copyright© April 1997 Unitek Miyachi Corporation, All Rights Reserved

# Resistance Welding - Precision Metals Joining Seminar for Medical Device Manufacturers



Unitek Miyachi Corporation

# Bond Types – Solid State

Use for directly joining dissimilar materials with dissimilar grain structure, ie: moly to tungsten



- Molecular or diffusion bond
- Definite interface
- Absence of melting
- Minimum grain growth
- Short heating time (<10ms) at high weld energy
- Excellent shear and tensile strength
- Poor peel strength



*Unitek Miyachi Corporation*

*Precision Metals Joining and Welding Seminar*
*for*
*Medical Device Manufacturers*

## EVALUATION: Laser Welding Presentation

Please take a few minutes to complete this evaluation form. It will be used in improving future seminars. Thank you.

Please *circle one number for each item* that best describes your opinions of the course.
1 = Poor ( D )   3 = Average ( C )   5 = Excellent ( A )

The course:
1. Objectives were clearly stated          1   2   3   4   5
2. Was well organized                       1   2   3   4   5
3. Had right amount of information for course length   1   2   3   4   5
4. Content met my expectations              1   2   3   4   5
5. Had the right degree of difficulty       1   2   3   4   5
6. Had right balance between theory and practice   1   2   3   4   5

The Instructor:
7. Was knowledgeable                        1   2   3   4   5
8. Communicated clearly                     1   2   3   4   5
9. Answered questions effectively           1   2   3   4   5
10. Was well prepared                       1   2   3   4   5
11. Used good illustrations/examples        1   2   3   4   5
12. Generated meaningful participation      1   2   3   4   5
13. Adequately summarized main points       1   2   3   4   5
14. Met the needs of the students           1   2   3   4   5

The following helped my learning:
15. Student workbook or handout             1   2   3   4   5
16. Textbook or manual                      1   2   3   4   5
17. Visual aids - slides/foils              1   2   3   4   5
18. Examples or demonstrations              1   2   3   4   5

## OVERALL COURSE ASSESSMENT:
19. Quality of presentation                 1   2   3   4   5
20. Quality of course materials             1   2   3   4   5
21. Increased my knowledge on subject       1   2   3   4   5
22. Able to apply knowledge to job          1   2   3   4   5
23. Would recommend this course to others   1   2   3   4   5
24. Rate length    1 = too short   3 = OK   5 = too long    1   -   3   -   5
25. Rate class size   3 = OK   5 = too large     -   -   3   -   5

Additional Comments *(How can course be improved?)*:

_____
_____
_____

*Please return the completed form to the door attendant when you leave*

*Unitek Miyachi Corporation*

# Bond Types – Reflow Braze

Use a low temperature brazing material to join dissimilar materials and thick/thin material combinations



Braze Material

- Braze material wets to each part
- Definite interfaces
- Minimum grain growth
- Heating time (2 to 100ms) at low weld energy
- Excellent tensile strength
- Poor peel and shear strengths



*Unitek Miyachi Corporation*

3

# Bond Types - Fusion

Use for joining similar and dissimilar materials with similar grain structures


Nugget

Heat Affected Zone (HAZ)

**Resistance Weld**



**Laser Weld**

- ☐ Materials form a "Nugget" alloy
- ☐ Multiple interface zones
- ☐ Larger grain grow compared to solid state or reflow braze
- ☐ Shorter heating time (1 to 20ms) at higher weld energy
- ☐ Excellent tensile, peel, and shear strengths

 *Unitek Miyachi Corporation*

4

# Heat Affected Zone (HAZ) - Technology Comparison

**Excess heat causes:**

- Large, brittle HAZ zone
- Reduced weld strength
- Warping
- Discoloration



TIG Weld

Stick Weld — Nugget, Heat Affected Zone

Resistance Weld & $CO_2$ Laser

Pulsed Nd:YAG Laser Weld

Unitek Miyachi Corporation

5



# Overview – Major Resistance Welding Variables

Unitek Miyachi Corporation

# Resistance Welding Heat Generation

Heat is generated by passing an electrical current through the parts

Heat = $(I_w^2 \times R_p \times t)/A$

Where:

$I_w$ = Weld Current

$R_p$ = Part Electrical Resistance ($\Omega$)

$t$ = Time

$A$ = Electrode Area



 Unitek Miyachi Corporation

7

# Resistance Welding

Successful resistance welding depends upon:

- Creating a single weld current path
- Maintaining a constant weld current density: $I_w/A$ = constant value



*Unitek Miyachi Corporation*