# Material Characteristics -

# Oxide Contamination



Oxide

Base Metal

Weld
Force

☐ Causes inconsistent welds by contaminating weld joint

☐ Requires weld force to push aside thin oxide layer

☐ May require pre-cleaning, especially iron oxide

☐ May require argon or nitrogen cover gas during welding to prevent additional oxide formation



*Unitek Miyachi Corporation*

# Plating Problems

**Welding Symptoms:**

☐ Weak welds

☐ Inconsistent welds

☐ Electrode and parts sparking

☐ Electrode sticking to parts

**Causes:**

☐ Thickness variations

☐ Degree of oxide contamination

☐ Electroless vs. Electroplating

*Unitek Miyachi Corporation*



Plating

Oxide

Base Metal

10

# Material Characterization

## Surface Asperities





**Rough surfaces cause:**

- ☐ Localized over-heating
- ☐ Material expulsion = weak welds
- ☐ Electrode sticking

**Smooth surfaces produce:**

- ☐ Even heating
- ☐ Minimum expulsion
- ☐ More consistent welds
- ☐ Stronger welds

 *Unitek Miyachi Corporation*

# Heat Imbalance



Steel

Heat Loss

Copper

Projection

☐ Beware of heat sinks!

☐ Thermal imbalance is a function of material alloy and geometry

☐ Design low thermal mass "islands" (projections) to concentrate heat

☐ Projection not appropriate for laser

 *Unitek Miyachi Corporation*

# Resistance Weld Geometry Issues

## Parallel Gap (Series) Weld



- ☐ Limited to 0.15mm (.006 in) thickness
- ☐ Thinner top part provides more control

- ☐ Weld current does not reach bottom part
- ☐ Increasing the weld current causes the top part to blow out

*Unitek Miyachi Corporation*

13

# Resistance Welding



**Opposed**

- ☐ Current flows through both parts

**Step**

- ☐ Current flows through both parts
- ☐ Electrode gap control is critical

**Parallel Gap**

- ☐ Current flows through top part
- ☐ Electrode gap control is critical

*Unitek Miyachi Corporation*

14

# Heat & Time Control Technology.

**Capacitive Discharge (CD)**

**Direct Energy (AC)**

**High Frequency Inverter (HFDC)**

Time







*Unitek Miyachi Corporation*

15

# Capacitive Discharge (CD)

**On/Off Valve = Energy Control**

**Bucket Size = Total Energy**

**Dumping Time = Pulse Width**



**Fill Level**

**Fill Rate**

*Unitek Miyachi Corporation*

# Welding Characteristics...

☐ Stores energy prior to weld

☐ Welding rate at max energy is 1/second

☐ Time control uses different fixed pulse widths

☐ Total heat = weld transformer size + capacitor bank size

☐ Application specific weld heat profiles

☐ Weld energy is independent of line voltage changes

*Unitek Miyachi Corporation*



17

# Pulse Width Characteristics



### Short Pulse:

Use to weld copper and brass, which require fast heating (1.6 to 6.7 ms)



### Medium Pulse:

Use to weld nickel, steel and other resistive materials (4.5 to 7.8 ms)



### Long Pulse:

Use to reduce electrode sparking and sticking on resistive materials (3.2 to 11.0 ms)



 *Unitek Miyachi Corporation*

19

# Heat Processing

## Single Pulse:

Use on flat unplated parts

## Dual Pulse:

Use on plated parts and round-to-round or round-to-flat parts





**Unitek Miyachi Corporation**

# Resistance Welding Controls – High Frequency Inverter (HFDC)

**Constant Voltage (CV) = Water Pressure**

**Constant Power (CP) CP = CV x CI**

**Constant Current (CI) = Water Flow**



*Unitek Miyachi Corporation*

20

# High Frequency
## Why Do I Need Feedback Control?

**Feedback Control:**

☐ Dynamically adjusts to variations in the welding process

☐ Reduces parts scrap

☐ Helps to ensure that multiple weld stations behave identically

☐ Data helps to validate welding process control for ISO9000 and GMP (FDA) requirements

 *Unitek Miyachi Corporation*

22

# High Frequency Inverter (HFI) Constant Current Applications

☐ Good for 95% of all applications!

☐ Use on parts that have small variations in thickness

☐ Use on parts where the part-to-part contact or electrode-to-part contact is consistent

☐ Weld a stack of two or more parts without changing weld current



Same Weld Current

Equal Weld Strength



*Unitek Miyachi Corporation*

# High Frequency Constant Current Advantages

- ☐ Changes in weld cable length, diameter, or electrical resistance do not change the weld current

- ☐ Multiple weld stations operate at the same weld current, regardless of weld head or weld cable electrical resistance variations

- ☐ Simpler to set up and install:

  - ☐ No electrode voltage pickup leads required



Voltage Signal

 *Unitek Miyachi Corporation*

24

# High Frequency Inverter (HFDC) — Constant Voltage Applications

☐ Use to prevent blow-out when welding parts with small contact areas

☐ Use to compensate for inconsistencies in part-to-part and electrode-to-part contact area

Round wire to round wire

Point Contact Area

Voltage Feedback Signal



Non-flat parts

Point Contact Area

Voltage Feedback Signal



*Unitek Miyachi Corporation*



Weld heat remains constant when electrode diameters change

Equal Weld Heat

Small Electrode Area

Large Electrode Area

Weld heat remains constant over different contact areas

Equal Weld Heat

Full Electrode Area

Partial Electrode Area

Unitek Miyachi Corporation

25

# High Frequency Welder (cont...)

## Constant Power Applications

☐ Use to reduce electrode sticking when welding:

    ☐ Tungsten to tungsten

    ☐ Molybdenum to molybdenum

    ☐ Molybdenum to tungsten

☐ Use to compensate for resistance variations in parts

☐ Other applications are still under investigation

*Unitek Miyachi Corporation*

# Heat Profiles

## Single Pulse:

☐ Use on flat copper or brass parts

## Up Slope:

☐ Use on round-to-round or round-to-flat parts

☐ Use on heavily plated or oxidized parts

☐ Use to reduce weld splash



*Unitek Miyachi Corporation*

# High Frequency ... (...) Heat Profiles

## Pre-weld Diagnosis:



☐ Use WELD1 to test electrode and parts positioning

☐ Inhibit WELD2 energy if WELD1 measurement is out of limits

☐ Complete WELD2 energy if WELD1 measurement is within programmed limits

 *Unitek Miyachi Corporation*

# Why is Weld Force Control Important?

## Weld force control directly affects:

☐ Electrical contact resistance between parts and electrodes

☐ Heat balance between parts and electrodes

☐ Weld quality repeatability



- Weld Force
- Electrode Interface
- Top Part
- Interface
- Bottom Part
- Electrode Interface
- Welding Temperature

 *Unitek Miyachi Corporation*

# Poor Weld Force Control Produces:

**Wide variations in weld strength**

**Weld splash and cracks**

**Excessive part deformation**



Energy

Pull

F1

F2

*Unitek Miyachi Corporation*

30



# Required Weld Force Actions

① Remove Oxides

② Initial Heating

③ Rapid Melting

④ Cooling

*Unitek Miyachi Corporation*

31

# Key Weld Force Control Variables



**Weld Periods**

**Follow-up Force**

**Weld Force**

**Time**

 *Unitek Miyachi Corporation*



# Electrode position on top part surface during melting

Unitek Miyachi Corporation

34

# Present Welding

## Technology – Coil Spring



Coil
Compression
Spring

Welding
Force

Electrode
Holder

Electrode

**Welding Force:**

☐ Produced by compressing
coil spring

☐ Changes with electrode
position

☐ Follows non-linear "S" curve

☐ Produces limited follow-up at
low welding force (<2 lbs)

 **Unitek Miyachi Corporation**



# Present
# Technology - Direct Air Drive



Air Cylinder

Piston

Main Shaft

Electrode Holder

Electrode

**Welding Force:**

☐ Is controlled by direct air pressure

☐ Has insufficient low force resolution

☐ Has no electrode follow-up capability

 *Unitek Miyachi Corporation*

# Future Weld Force Control Technology

## Linear Magnetic Actuator



- Start of Oxide Removal Period
- Displacement Distance (D1-D4)
- Displacement Feedback Adjustment
- Electronic Force & Displacement Control
- Magnetic Coil
- Electrode Shaft
- Control Current
- Electrode Motion Applies a Constant Weld Force



*Unitek Miyachi Corporation*

36

# Production Comparison

Legend:
- ● Best
- ◐ Marginal
- ○ Worst

| | Lowest Equipment Cost | Max Weld Speed | Minimum Weld Splash | Minimum Weld-up Ability | Max Follow-up Force | Minimum Impact Force | Minimum Over-Force | Repeatability |
|---|---|---|---|---|---|---|---|---|
| Linear Magnetic Actuator | ○ | ● | ● | ● | ● | ● | ● | ● |
| Coil Spring | ● | ◐ | ◐ | ◐ | ◐ | ○ | ○ | ◐ |
| Direct Air Drive | ● | ○ | ○ | ○ | ○ | ◐ | ◐ | ○ |



Unitek Miyachi Corporation

Negative Electrode on the most resistive of the two materials or thinnest material

# Welding Tips

**Tungsten Wire**

**Moly Foil**

## Material Dimensions:

☐ Moly Foil:
0.025mm (.001 in.) thick
2.41 mm (.095 in.) wide

☐ Tungsten Wire:
0.25mm (.010 in.) diameter

## Material Characteristics:

☐ Moly and tungsten embrittle quickly with heat
☐ Tungsten is very hard
☐ Bond structure is limited to a solid state joint



*Unitek Miyachi Corporation*

# Tungsten Wire/Alloy Pin - Optimized Weld Schedule



**Weld Force Profile**

**Weld Heat Profile**

8.0 Force (lbs)

1.50 Heat (kW)

10    10    1    9

Time (msec)

**Unitek Miyachi Corporation**

# Tungsten Wire/Moly Foil - Peel Test Results



Peel Strength vs Weld Number

Magnetic: Avg=208gmf, s=23gmf, Total Failures= 0 welds
Coil Spring: Avg=122gmf, s=78gmf, Total Failures=19 welds



**Unitek Miyachi Corporation**

# Process Validation

- ☐ Define "weld quality"
  - ☐ Peel, tensile or shear strength
  - ☐ Part deformation
  - ☐ Nugget diameter
  - ☐ Cosmetic issues
- ☐ Nugget penetration
- ☐ Optimize weld schedule
- ☐ Correlate welding measurements with weld quality to establish process limits
- ☐ Document weld schedule
- ☐ Periodically audit weld schedule

*Unitek Miyachi Corporation*

41

# Process Optimization

**80/20 Rule**

**Resistance Weld (100-1000A)**

100

80

0

1 ── 5 msec

*Unitek Miyachi Corporation*

42



# Process Optimization Example

Weld Window

Copper Wire & Nickel foil

43

Unitek Miyachi Corporation

# Process Measurements

During the optimizing process, collect the following data for each weld:

☐ Peak weld current and electrode voltage

☐ Displacement (set-down)

☐ Nugget diameter

☐ Nugget penetration

☐ Peel, tensile or shear strength

 *Unitek Miyachi Corporation*



# Weld Schedule Documentation

☐ **Materials:**
  - ☐ Alloys
  - ☐ Dimensions

☐ **Power Supply:**
  - ☐ Model / Voltage
  - ☐ Time/Pulse width (msec)
  - ☐ Energy (w's, I, V, or P)
  - ☐ Heat profile
  - ☐ Limit settings

☐ **Weld Transformer:**
  - ☐ Model
  - ☐ Tap setting

☐ **Weld Force:**
  - ☐ Weld head model
  - ☐ Weld force (lbs, dN)
  - ☐ Electrode alloys
  - ☐ Electrode dimensions
  - ☐ Electrode gap
  - ☐ Electrode cleaning frequency
  - ☐ Weld cable length
  - ☐ Weld cable diameter

☐ **Pull strength**
☐ **Cross section depth**

*Unitek Miyachi Corporation*

# Process Variance Issues

## 80% of all process variances come from:

☐ Electrode-to-part mis-alignment

☐ Part-to-part overlap changes

☐ Inconsistent electrode tip area contact with parts

## To improve your process yields:

☐ Use properly designed fixtures

☐ Use operator to load parts

 *Unitek Miyachi Corporation*

# Electrode Positioning



**Center Electrodes
over parts =
No expulsion**



**Position electrodes
over edge =
Expulsion!**





*Unitek Miyachi Corporation*

49

# Electrode Set-up




**Good!**

☐ Full area contact
☐ Controlled gap
☐ Perpendicular

**Bad!**

☐ Angled to parts
☐ No area control
☐ No gap control





**Unitek Miyachi Corporation**

# Electrode Geometry Issues

**Avoid long narrow tips**

< 6 mm

**Avoid pointed tip design**

**Use constant area tip design**

**Electrode face after cleaning:**

**No change in heating**

**Increasing area = Colder weld**





*Unitek Miyachi Corporation*

51

# Electrode Cleaning Issues

☐ Use #600 or finer silicon carbide paper

☐ Use light electrode force

☐ Pull grit paper in one direction only

☐ Replace electrode when tip is less than 1.5mm (.062") long

☐ Replace electrode when tip blows out

☐ Best - Have shop re-grind electrode tips

>1.5mm



*Unitek Miyachi Corporation*

# Seminar Ordering Information

**To order a copy of this seminar, part number 991-401, send $25 US or $35 Canadian to:**

**Unitek Miyachi Corporation**

**1820 South Myrtle Avenue**

**Monrovia, CA 91017-7133**

**Phone: 818-303-5676 Fax: 818-358-8048**

**E-mail: info@umc2.com**

**Copyright 1997 Unitek Miyachi Corporation (UMC)**

**All rights reserved. Contact UMC for permission to duplicate these materials**



Laser Glass
Autometry

MARC Rubin
(818) 930-8578
MARC@UMC2.com