Exhibit 44

# Radiance Design

1531 Oriole Avenue ● Sunnyvale ● CA 94087 ● (415) 552 4168

## RECORD OF INVENTION

Title: Passive Vertical Alignment of Micro Optics
Date: March 14, 1997

Background :   Laser diodes have a asymmetric emission profile. The light emitted in the vertical direction is highly diverging while the light emitted in the horizontal direction is slowly diverging.   This difference in divergence result in different optical requirements in the two axes. Typically, a high numerical aperture (NA) optic is required in the vertical axis while only a low NA optic is needed in the horizontal axis.

Cost and alignment sensitivity scale exponentially with NA. The high NA requirement in the vertical axis result in aspheric lenses with steep surface curvatures. These high NA lenses are sensitive to misalignment. Small errors can cause significant wavefront errors beyond the diffraction limit. Even if diffraction limited performance was not a concern, the focal length for the vertical axis is typically shorter than the slow axis. This results in a greater sensitivity of pointing errors from vertical misalignments.

In contrast, a simple spherical lens surface will suffice in collimating or re-imaging the low NA divergence for the horizontal emission of the laser. The low NA and relatively longer focal length of this orientation makes the horizontal axis significantly less sensitive to misalignment than the vertical axis.

Therefore vertical alignment accuracy is of much greater concern than horizontal. Although active positioning can readily achieved submicron level accuracy, attachment techniques that can do the same are not readily available. Gluing is the most popular method of attachment while solder can be an alternative. Present implementation of gluing or solder as a structural member has several disadvantages. As structural member, any shrinkage will cause a misalignment in the optic. Also as a structural member, the optic will have to be actively held in place until the glue has dried or the solder has solidified. Active alignment adds an additional cost to the assembly process.





FS 0001

Figure 1 : Present Attachment Material Geometries as Structural Members

Inventor :   _____   Frank Shum

Date   :   3/17/97

Witness an Understood : _____  Max Verdiell

Date   :   03/17/97

1

Disclosure :

It is the object of this invention is to provide a means to achieve passive vertical alignment of micro optics and then to fix the optic where the attachment material is not used as a structural member.

The basic means of achieving passive vertical alignment is shown in figure 2. The substrate material has an open area to accommodate the micro optic and a laser diode is mounted at the edge of the opening. The secret of the structure is that the micro optic is self referencing. The wing is in direct intimate contact with the top surface of the of the substrate. The top substrate surface is referenced to the laser optical axis. The 'wing' feature is fabricated using the same high accuracy technique as that used to form the optical surfaces of the micro optic itself.



Figure 2 : Basic Implementation of Vertical Passive Alignment

An alternate implementation is to use a cradle structure to mount micro optic and then use the wings on the cradle to reference the substrate surface. Two mounting configuration for the cradle is shown in figure 3. Again, the cradle can be fabricated using the same method as the micro optic itself.



Figure 3 : Cradle Implementation                    FS 0002

Inventor :    _Frank Shum_

Date    :   _3|17|97_

Witness an Understood :  _scott_

Date    :   _03/17/97_

2

Another advantage of this invention is the ability to use the attachment material in a geometry where it is not a structural member. The material is applied between the bottom of the lens or cradle and the bottom of the substrate opening. Since the wing structure and the top of the substrate are in direct intimate contact, this provides a hard reference stop. Shrinkage of the attachment material merely hold the two surface in tighter contact.

A alternate possible method to form the wing and cradle structure is to use a diamond sawing process on glass cylindrical elements.

The vertical passive alignment method can applied beyond alignment of lens to optical fibers. Figure 4 illustrate a fiber holder with a wing structure as a vertical reference. An alternative approach is first attach the optical fiber to a v-groove or slot subassembly and then flip over the subassembly such that its top surface now references the substrate surface. The depth of the groove or slot is reference to the optical axis of the fiber.



Figure 4 : Vertical Alignment of Optical Fibers

FS 0003

Inventor : _Frank Shum_

Date : _3|17|97_

Witness an Understood : _Terdrell_

Date : _03/17/97_

3

# Radiance Design

### 1531 Oriole Avenue ● Sunnyvale ● CA 94087 ● (415) 552 4168

**RECORD OF INVENTION**

**Title: Alignment of Optical Fibers**
**Date: March 15, 1997**

Background :   Alignment of optical fibers to laser diodes is a key enabling technology for optoelectronics. The difficulty, especially for single mode fibers, is a need for an attachment process with submicron level stability. Typical attachment materials such as glue or solder suffer from shrinkage during the cure or solidification process. This can produce unacceptable shifts in fiber position.

Two configurations are possible for over-coming the effect of shrinkage. The first is a lever arm pivot combination as shown in figure 1. The attachment point is at the back of the level arm so that shrinkage motions are demagnified by ratio of A/B. An additional advantage of this implementation is that coarse positioning stages will suffice in positioning the optical fiber. In this arrangement, a pivot is required along with a stiff lever to hold the fiber. Typically the pivot can be formed from some ball socket combination and the lever is made of a ceramic ferrule. The disadvantage of this type of implementation is the relative large size, the number of components and the need for assembly of these components.



Figure 1 : Conventional Pivot Lever Arm Arrangement

A second method for reducing the effect of shrinkage is to have the optical fiber positioned using some hard stops such that the attachment material is not used as a structural member. In other words, the hard stop definitively define the location of the fiber and the glue is used merely to hold the fiber against these hard stops. The attachment of the hard stops can be in an area so that shrinkage occurs in a direction that is does not affect fiber position.

FS 0004

Inventor : _____
         Frank Shum

Date : ___3/17/97___

Witness an Understood : Marc Verdiell

Date : ___03/17/97___

1

Disclosure:

It is the object of this disclosure to provide two inventions that have improved means of fiber alignment with reduced sensitivity to shrinkage of the attachment material.

The first is using the lever arm concept but implemented using a planar flexure component. Two orthogonal flexure allow rotation of the fiber to achieve positioning in the X, Y axes. The stiffer lever arm is fabricated in the same process as the flexure itself. Therefore only one component is needed to form the entire lever arm pivot combination. Such geometry is can be easily fabricated in a low cost process such as stamping or etching.



Figure 2 : Flexure implementation of Lever Arm Pivot

FS 0005

Inventor : _Frank Shum_

Date : _3|17|97_

Witness an Understood :

Date : _03/17/97_

2

A second approach of using hard stops to position the optical fiber is shown in figure 3. The fiber first is first rough aligned and then attached at some rear location. Misalignment of the optical fiber due to shrinkage is expected. The key is to use hard stops such as a wedge/block combination to adjust the fiber position at the front. By judicious motions of the block and wedge, X,Y positioning of the fiber can be achieved. The wedge and block are attached at the sides. Motions of the block and wedge along the shrinkage direction does not affect fiber location. There can be channel features on the substrate surface to define the axis motion of the block and wedge. The concepts of hard stops can also be applied to figure 2 for moving the rear of the lever arm.



Figure 3 : Hard Stop Alignment

FS 0006

Inventor : _____
Frank Shum

Date : 3/17/97

Witness an Understood : _____

Date : 03/17/97

3

# Radiance Design

1531 Oriole Avenue ● Sunnyvale ● CA 94087 ● (415) 552 4168

**RECORD OF INVENTION**

**Title: Alignment of Optical Fibers**
**Date: March 15, 1997**

Background :

Alignment of optical fibers to laser diodes is a key enabling technology for optoelectronics. The difficulty, especially for single mode fibers, is a need for an attachment process with submicron level stability. Typical attachment materials such as glue or solder suffer from shrinkage during the cure or solidification process. This can produce unacceptable shifts in fiber position.

Two configurations are possible for over coming the effect of shrinkage. The first is a lever arm pivot combination as shown in figure 1. The attachment point is at the back of the level arm so that shrinkage motions are demagnified by ratio of A/B. An additional advantage of this implementation is that coarse positioning stages will suffice in positioning the optical fiber. In this arrangement, a pivot is required along with a stiff lever to hold the fiber. Typically the pivot can be formed from some ball socket combination and the lever is made of a ceramic ferrule. The disadvantage of this type of implementation is the relative large size, the number of components and the need for assembly of these components.



Figure 1 : Conventional Pivot Lever Arm Arrangement

A second method for reducing the effect of shrinkage is to have the optical fiber positioned using some hard stops such that the attachment material is not used as a structural member. In other words, the hard stop definitively define the location of the fiber and the glue is used merely to hold the fiber against these hard stops. The attachment of the hard stops can be in an area so that shrinkage occurs in a direction that is does not affect fiber position.

FS 0007

Inventor : _____            Witness an Understood : _____

Date    : _____                 · Date    : _____

1

Disclosure :

It is the object of this disclosure to provide two inventions that have improved means of fiber alignment with reduced sensitivity to shrinkage of the attachment material.

The first is using the lever arm concept but implemented using a planar flexure component. Two orthogonal flexure allow rotation of the fiber to achieve positioning in the X, Y axes. The stiffer lever arm is fabricated in the same process as the flexure itself. Therefore only one component is needed to form the entire lever arm pivot combination. Such geometry is can be easily fabricated in a low cost process such as stamping or etching.



Figure 2 : Flexure implementation of Lever Arm Pivot

FS 0008

Inventor : _____        Witness an Understood : _____

Date    : _____            Date    : _____

2

A second approach of using hard stops to position the optical fiber is shown in figure 3. The fiber first is first rough aligned and then attached at some rear location. Misalignment of the optical fiber due to shrinkage is expected. The key is to use hard stops such as a wedge/block combination to adjust the fiber position at the front. By judicious motions of the block and wedge, X,Y positioning of the fiber can be achieved. The wedge and block are attached at the sides. Motions of the block and wedge along the shrinkage direction does not affect fiber location. There can be channel features on the substrate surface to define the axis motion of the block and wedge. The concepts of hard stops can also be applied to figure 2 for moving the rear of the lever arm.



Figure 3 : Hard Stop Alignment

FS 0009

Inventor : _____          Witness an Understood : _____

Date     : _____               Date     : _____

3

# Radiance Design

1531 Oriole Avenue ● Sunnyvale ● CA 94087 ● (415) 552 4168

**RECORD OF INVENTION**

**Title: Passive Vertical Alignment of Micro Optics**
**Date: March 14, 1997**

Background :   Laser diodes have a asymmetric emission profile. The light emitted in the vertical direction is highly diverging while the light emitted in the horizontal direction is slowly diverging. This difference in divergence result in different optical requirements in the two axes. Typically, a high numerical aperture (NA) optic is required in the vertical axis while only a low NA optic is needed in the horizontal axis.

Cost and alignment sensitivity scale exponentially with NA. The high NA requirement in the vertical axis result in aspheric lenses with steep surface curvatures. These high NA lenses are sensitive to misalignment. Small errors can cause significant wavefront errors beyond the diffraction limit. Even if diffraction limited performance was not a concern, the focal length for the vertical axis is typically shorter than the slow axis. This results in a greater sensitivity of pointing errors from vertical misalignment.

In contrast, a simple spherical lens surface will suffice in collimating or re-imaging the low NA divergence for the horizontal emission of the laser. The low NA and relatively longer focal length of this orientation makes the horizontal axis significantly less sensitive to misalignment than the vertical axis.

Therefore vertical alignment accuracy is of much greater concern than horizontal. Although active positioning can readily achieved submicron level accuracy, attachment techniques that can do the same are not readily available. Gluing is the most popular method of attachment while solder can be an alternative. Present implementation of gluing or solder as a structural member has several disadvantages. As structural member, any shrinkage will cause a misalignment in the optic. Also as a structural member, the optic will have to be actively held in place until the glue has dried or the solder has solidified. Active alignment adds an additional cost to the assembly process.



Figure 1 : Present Attachment Material Geometries as Structural Members

Inventor : _____          Witness an Understood : _____

Date     : _____               Date     : _____

1

Disclosure :    It is the object of this invention is to provide a means to achieve passive vertical alignment of micro optics and then to fix the optic where the attachment material is not used as a structural member.

The basic means of achieving passive vertical alignment is shown in figure 2. The substrate material has an open area to accommodate the micro optic and a laser diode is mounted at the edge of the opening. The secret of the structure is that the micro optic is self referencing. The wing is in direct intimate contact with the top surface of the of the substrate. The top substrate surface is referenced to the laser optical axis. The 'wing' feature is fabricated using the same high accuracy technique as that used to form the optical surfaces of the micro optic itself.



Figure 2 : Basic Implementation of Vertical Passive Alignment

An alternate implementation is to use a cradle structure to mount micro optic and then use the wings on the cradle to reference the substrate surface. Two mounting configuration for the cradle is shown in figure 3. Again, the cradle can be fabricated using the same method as the micro optic itself.



Figure 3 : Cradle Implementation                    FS 0011

Inventor : _____        Witness an Understood : _____

Date    : _____         Date    : _____

2

Another advantage of this invention is the ability to use the attachment material in a geometry where it is not a structural member. The material is applied between the bottom of the lens or cradle and the bottom of the substrate opening. Since the wing structure and the top of the substrate are in direct intimate contact, this provides a hard reference stop. Shrinkage of the attachment material merely hold the two surface in tighter contact.

A alternate possible method to form the wing and cradle structure is to use a diamond sawing process on glass cylindrical elements.

The vertical passive alignment method can applied beyond alignment of lens to optical fibers. Figure 4 illustrate a fiber holder with a wing structure as a vertical reference. An alternative approach is first attach the optical fiber to a v-groove or slot subassembly and then flip over the subassembly such that its top surface now references the substrate surface. The depth of the groove or slot is reference to the optical axis of the fiber.



Figure 4 : Vertical Alignment of Optical Fibers

FS 0012

EXHIBIT 45



FWHM to $^1/e^2$ Conversion : Relationship to NA        4/4/97

980 single mode approximation divergence $10° \times 30°$ FWHM

$$I(r) = I_o \, e^{-2 \frac{r^2}{w_o^2}}$$   $w_o$: Gaussian beam radius

$$\frac{I(r)}{I_o} = 0.5 = e^{-2\left(\frac{r^2}{w_o^2}\right)}$$

$ln\,0.5 = -2\,\frac{r^2}{w_o^2}$

$w_o^2 = -2\,r^2 \, / \, ln\,0.5$

$\sqrt{10°} = 10°^{1/2}$
$(10°)^2 = 10°^{2/1}$

$\left[\frac{d\,Tan\,\Theta_{w_o}}{}\right]^2 = -2(r\,Tan\,\Theta_r)^2 \, / \, ln\,0.5$   $Tan\,\Theta = \frac{c}{r}$

$(Tan\,\Theta_{w_o})^2 = -2(Tan\,\Theta_r)^2 \, / \, ln\,0.5$   $d\,Tan\,\Theta = c$

$Tan\,\Theta_{w_o} = Tan\,\Theta_r \sqrt{\frac{-2}{ln\,0.5}}$

$1.6986$

Check: $Tan(\Theta_{w_o}) = Tan(10°)(1.6986)$

$\Theta_{w_o} = 24.479°$

$$I(r) = I_o \, e^{-2\frac{(Tan\,10°)^2}{(Tan\,24.47°)^2}}$$

$= I_o \, e^{-2(0.34657)}$

$= I_o (0.500)$   ← Checks Out

FWHM to 1/e2 Conversion

$\Theta_r := 0, 1 .. 20$    $rd := \frac{2\pi}{360}$    $NA(\Theta) = sin(\Theta)$    $\Theta_{w_o}(\Theta_r) := \frac{atan\left(tan(\Theta_r \cdot rd) \cdot \sqrt{\frac{2}{ln(0.5)}}\right)}{rd}$

Radiance Design

| $\Theta_r$ | $\Theta_{w_o}(\Theta_r)$ | $NA(\Theta_r \cdot rd)$ | $NA(\Theta_{w_o}(\Theta_r) \cdot rd)$ |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 1 | 1.698 | 0.017 | 0.03 |
| 2 | 3.393 | 0.035 | 0.059 |
| 3 | 5.087 | 0.052 | 0.089 |
| 4 | 6.776 | 0.07 | 0.118 |
| 5 | 8.453 | 0.087 | 0.147 |
| 6 | 10.125 | 0.105 | 0.176 |
| 7 | 11.781 | 0.122 | 0.204 |
| 8 | 13.421 | 0.139 | 0.232 |
| 9 | 15.058 | 0.156 | 0.26 |
| 10 | 16.674 | 0.174 | 0.287 |
| 11 | 18.272 | 0.191 | 0.314 |
| 12 | 19.853 | 0.208 | 0.34 |
| 13 | 21.411 | 0.225 | 0.365 |
| 14 | 22.954 | 0.242 | 0.39 |
| 15 | 24.477 | 0.259 | 0.414 |
| 16 | 25.97 | 0.276 | 0.438 |
| 17 | 27.444 | 0.292 | 0.461 |
| 18 | 28.895 | 0.309 | 0.483 |
| 19 | 30.323 | 0.326 | 0.505 |
| 20 | 31.727 | 0.342 | 0.526 |

$NA(\Theta_{w_o}(\Theta_r) \cdot rd)$
$NA(\Theta_r \cdot rd)$

$\Theta_{w_o}(\Theta_r)$

P001 FWHM to 1_e.MCD                    1                    4/4/97 ; 8:32 PM

EXHIBIT
50-D

2

<u>Power in a Gaussian as function of FWHM</u>

4/3/97

$$P(r) = P_T \left( 1 - e^{-2\left(\frac{r}{w_0}\right)^2} \right)$$

$P_T$ = Total Power

$w_0 = d \, Tan \, \Theta_{w_0}$

$e^{-1/e} \quad P(\sigma_{1/e}) = 86.5\%$

$r = d \, Tan \, \Theta_r$

if HWHM of $15°$   $\Theta_{w_0} = 24.4°$   NA = 0.414   $P_T = 86.5\%$



**Power in a Gaussian Beam**

Consider a HWHM of 15

$\Theta_r := 0, 2 .. 40$   $\Theta_{w_0} := \Theta_{w_0}(15)$   $\Theta_{w_0} = 24.473$

$Power(\Theta_r, \Theta_{w_0}) := \left[ 1 - e^{\left[ -2\left(\frac{\tan(\Theta_r \cdot \sigma)}{\tan(\Theta_{w_0} \cdot \sigma)}\right)^2 \right]} \right]$

| $\Theta_r$ | Power($\Theta_r$,$\Theta_{w_0}$) | NA($\Theta_r$,nd) |
|---|---|---|
| 0 | 0 | 0 |
| 2 | 0.012 | 0.035 |
| 4 | 0.046 | 0.07 |
| 6 | 0.101 | 0.105 |
| 8 | 0.174 | 0.139 |
| 10 | 0.259 | 0.174 |
| 12 | 0.354 | 0.208 |
| 14 | 0.451 | 0.242 |
| 16 | 0.545 | 0.276 |
| 18 | 0.635 | 0.309 |
| 20 | 0.722 | 0.342 |
| 22 | 0.792 | 0.375 |
| 24 | 0.853 | 0.407 |
| 26 | 0.899 | 0.438 |
| 28 | 0.935 | 0.469 |
| 30 | 0.96 | 0.5 |
| 32 | 0.977 | 0.53 |
| 34 | 0.988 | 0.559 |
| 36 | 0.994 | 0.588 |
| 38 | 0.997 | 0.616 |
| 40 | 0.999 | 0.643 |

P001 FWHM to 1_a.MCD                                           2                              4/4/97 : 8:32 PM

FS 0136

3

Simulation as Elliptical Source ( 21-3 Zmax Ver 5.0 manual )        4/4/97

$$\tan(\theta_i) = [(\tan\theta_x)(\tan\theta_y)]^{1/2}$$

$$m = \left(\frac{\tan\theta_i}{\tan\theta_n}\right)$$

$$t = t_1 + t_2 + t_3 \qquad t_1, t_3 = \frac{t}{m+1} \qquad t_2 = t\frac{m-1}{m+1}$$

$$\phi_x = \phi_y = \frac{n(m+1)^2}{m \cdot t} \qquad n=1 \quad t = T$$

$$t_1 = t_3 = \frac{t}{m+1} \qquad t_2 = \left(\frac{m-1}{m+1}\right)t \qquad \phi_i = \phi_n = \frac{(m+1)^2}{m \cdot t} t_c \qquad \rightarrow \text{see P003 Elliptical Source}$$

For $\theta_x$ HWHM = 5  $\theta_i V_c = 8.453°$          $\theta_y$ HWHM = 15°   $\theta_y' V_c = 24.47°$

NA = 0.147                    NA = 0.414



Simulation of a Elliptical Source          Radiance Design

$$rd := \frac{2\pi}{360} \qquad t := 1$$

$$\theta_y := 8.453 \cdot rd \quad \theta_x := 24.47 \cdot rd$$

$$\theta_i := a\sin\left(\sqrt{\tan(\theta_y)\cdot\tan(\theta_x)}\right)$$

$$m := \frac{\tan(\theta_i)}{\tan(\theta_x)} \qquad m = 1.74994$$

$$t_1 := \frac{t}{m+1} \qquad t_1 = 0.36363644$$

$$t_2 := \frac{m-1}{m+1} t \qquad t_2 = 0.27727112$$

$$\phi := \frac{(m+1)^2}{m \cdot t} \qquad \phi = 43.21387594$$

$$NA := \sin(\theta_y) \qquad NA = 0.41422$$

$$NA := \sin(\theta_x) \qquad NA = 0.147$$

$$NA := \sin(\theta_i) \qquad NA = 0.25169077$$

$$t_3 := t_1$$

$\theta_i =$  0.2549          $\theta_3 =$  0.4142

$\leftarrow t_1 \rightarrow \leftarrow t_2 \rightarrow \leftarrow t_3 \rightarrow$

$\theta_i =$ 0.2549          $\theta_x =$ 0.147

Check :   $\theta_i := a\tan\left[\frac{t_1 + t_2}{t_3} \tan(\theta_i)\right]$          $\theta = 24.47$

P003 Elliptical Source.MCD          1          4/4/97 : 11:08 PM

FS 0137

4

ZeMax Model

4/6/97

FS 0138

5

Microlens distance Calculation: Paraxial CASO: Collimation        4|4|9³



Radiance Design

## Microlens t1 & t2 Calculation

$cd = \dfrac{2 \cdot \pi}{360}$    $d := .150$ mm

$\theta_1 := 8.453 \cdot cd$  $\theta_2 := 34.47 \cdot cd$

$t_1 := \dfrac{d}{\tan(\theta_1)}$    $t_1 = 0.3296$

$t_1 := \dfrac{1}{t_1}$    $t_1 = 3.03396$

$t_2 := \dfrac{d}{\tan(\theta_2)} - t_1$    $t_2 = 0.67973$

$t_2 := t_2 + t_1$    $t_2 = 0.99075$

P005 Micro Lens t1 t2 Cal.MCD          1          4/4/97 : 11:47 PM

System/Prescription Data

File : P005 Micro Lens Paraxial
Title: P005 Micro Lens Paraxial
Date : FRI APR 4 1997

SURFACE DATA SUMMARY:

Surf   Type        Comment   Radius     Thickness    Glass    Diameter     Conic
OBJ STANDARD                 Infinity   0.03838464                0           0
STO PARAX_XY                            0.42717112            0.01951699
  2 PARAX_XY                            0.02530444            0.01590851      --------
  3 STANDARD                 Infinity    0.3090    0.9999044e-003  --------
  4 PARAX_XY                            0.97973               0.3000003      --------
  5 PARAX_XY                                0.1               0.3000025
  6 STANDARD                 Infinity       0              0.3000044        0
  7 STANDARD                 Infinity       0              0.3000006        0
IMA STANDARD                 Infinity       0              0.3000066        0

SURFACE DATA DETAIL:

Surface OBJ   : STANDARD
Surface STO   : PARAX_XY
 X Power      :    43.21388
 Y Power      :        0
Surface   2   : PARAX_XY
 X Power      :        0
 Y Power      :    43.21388
Surface   3   : STANDARD
Surface   4   : PARAX_XY
 X Power      :        0
 Y Power      :     3.03396
Surface   5   : PARAX_XY
 X Power      :     0.99075
 Y Power      :        0
Surface   6   : STANDARD
Surface   7   : STANDARD
Surface IMA   : STANDARD

F/# DATA:

F/# calculations consider vignetting factors and ignore surface apertures.

         Wavelength:    0.550000
         Field      Tan       Sag
  1   0.0000, 0.0000 deg: 161901.3902 333606.0285

FS 0139

6

Micro Lens — Single — SF L57 — Collimated Lens                    4/5/97

Beam #
@ 1/e²

FS 0140

RMS WAVEFRONT
Rings 6
Arm 12

**7**

4/3/97



NA=0.4475

NA=0.1613

3D LAYOUT
PRPG MICRO LENS COLLIMATED 1 LENS
SAT APR 5 1997

0.005 Right

OPTICAL PATH DIFFERENCE
PRPG MICRO LENS COLLIMATED 1 LENS
MAXIMUM SCALE: -0.2000 TO 0.2000 WAVES.

OPTICAL PATH DIFFERENCE
PRPG MICRO LENS COLLIMATED 1 LENS
MAXIMUM SCALE: +0.2000 TO 0.2000 WAVES.

RMS=0.0196 (64 x 64) chief
RMS

RMS = 0.0254 (64x64) chief
Sane
coboid

WAVEFRONT FUNCTION
PRPG MICRO LENS COLLIMATED 1 LENS

WAVEFRONT FUNCTION
PRPG MICRO LENS COLLIMATED 1 LENS

→ Bou Tai aberration is not necessary inevitable. This seem highly dependent on the merit function. Increasing the # of arms seems to help. Also decreasing the dependence or weight requirement of symmetric beam shows the merit function to overcome some sort of hump before matching symmetry again.

FS 0141

8

*Redesign of Microlens collimator with C1TRN_T20*                    4/5/97



RMS=0.0154 (64×64) Chief



0.003 = fract

RMS=0.0202 (64×64) Chief

— Definite improvement in aberation

FS 0142



FS 0143

10

Microlens - Single - Focus - SFLE 7

4/5/97

\* Better optimization Result = OPD base on Centroid Position
— Let independent Focus Position per field

FS 0144

11

4/5/97



NA=0.447    NA> 0.16

NA ½² = 0.135
HW ½² = 0.413 mm

P018 MICRO LENS FOCUS 1 LENS
SUN APR 6 1997
3D LAYOUT



NA= 0.161    NA=0.147

NA ½² = 0.129
HW ½² = 0.420 mm

P018 MICRO LENS FOCUS 1 LENS
SUN APR 6 1997
3D LAYOUT



OBJ: 0.0000, 0.0000 DEG

P018 MICRO LENS FOCUS 1 LENS
SUN APR 6 1997
MAXIMUM SCALE: -0.2000 TO 0.2000 WAVES.
OPTICAL PATH DIFFERENCE



0.003 mm offset.

0.003 Lens offset

OBJ: 0.0000, 0.0000 DEG

P018 MICRO LENS FOCUS 1 LENS
SUN APR 6 1997
MAXIMUM SCALE: -0.2000 TO 0.2000 WAVES.
OPTICAL PATH DIFFERENCE



RMS = 0.0272  (64×64) Chief Ray
RMS = 0.0278  (64×64) Centroid

P018 MICRO LENS FOCUS 1 LENS
SUN APR 6 1997
X, Y RMS WAVEFRONT AT 0.0000, 0.0000 DEG.
PEAK TO VALLEY IS 0.0000 WAVES.
WAVEFRONT FUNCTION



RMS = 0.0359  (64×64) Chief Ray  } dy 3 μm offset
RMS = 0.0269  (64×64) Centroid   }
RMS = 0.0467  Chief  ────→ } dx 4 μm offset
RMS = 0.032   Centroid         }

P018 MICRO LENS FOCUS 1 LENS
SUN APR 6 1997
X, Y RMS WAVEFRONT AT 0.0000, 0.0000 DEG.
PEAK TO VALLEY IS 0.1405 WAVES.
WAVEFRONT FUNCTION

For dx offset {
0.005   0.0287
0.010   0.0333
0.015   0.0469 } RMS centroid

FS 0145

12

Micro Lens — Single — Focus — SELS7 —                    4/6/97



FS 0146



- Reoptimization with lower coefficients on the aspheres. This reduces the steep ends. [ ] ←
- Also optimize with both decenters in X & Y configurations.

FS 0147



14

Coordinate Transform for gaussian Generation in MatLab.    4/9/97

Normaliced Gaussian Funtion
E-field

$$E_x = \left(\frac{2}{\pi w_x^2}\right)^{0.25} e^{-\left(\frac{x-d_x}{w_x}\right)^2}$$

$$E_y = \left(\frac{2}{\pi w_y^2}\right)^{0.25} e^{-\left(\frac{y-d_y}{w_y}\right)^2}$$

$$step = \left(\frac{x_2-x_1}{n-1}\right) \qquad f(x,y) = E_x(x) E_y(y) \quad - E\text{-field}$$

$$i_x = \frac{x_k}{step} + C$$

$$i_1 = \frac{x_1}{step} + C \qquad \leftarrow @ \; i_x = i_1 = 1 \quad x = x_1$$

$$C = \left(1 - \frac{x_1}{step}\right)$$

$$\therefore i_x = \frac{x}{step} + \left(1 - \frac{x_1}{step}\right)$$

$$X = \left(i_x - 1 + \frac{x_1}{step}\right) step$$

$$\boxed{X = (i_x - 1) step + x_1}$$

$$\therefore E_x = \left(\frac{2}{\pi w_x^2}\right)^{0.25} e^{-\left[\frac{(i_x-1)step+1]-d_x}{w_x}\right]^2}$$

For Volume Calculation

$$V = \iint |f(x,y)|^2 dx\, dy \qquad x = i\, step$$
$$\frac{dx}{di} = step$$

$$= \iint |f(x,y)|^2 step^2 di_x dy_x \qquad dx = step\, di_x \quad dy = step\, di_y$$

FS 0148

15

4/1/97

Matlab implementation

main

```
%path('c:\ml_model',path)
n=64;
[x,y]=meshgrid(n,n);
EF_fiber=zeros(n);
t1=-3;
t2=3;
dwx0;
dyx0;
wx=1;
wy=1;
r=1;
EF_Guass=guass_p(r,wx,wy,dx,dy,t1,t2,n);
EF_Guass=(EF_Guass.*EF_Guass);
m=max(max(EF_Guass))
n*nzp(1-2)
sum(sum(EF_Guass))*step^2
mesh(EF_Guass);
```

guass_p

```
function EF_Guass=guass_p(r,wx,wy,dx,dy,t1,t2,n)
%EF_Guass(wd,wy,t1,t2,n)
%
% Name :
% Generates A Normalized Guassian Electric Field Profile
% Magnitude Only
%
% Name :
% To Obtain total power profile use E-field Squared multiplied
% by normalization factor )
% Total Power = sum(sum(EF_Guass.*EF_Guass)*step^2
%
% r      : Radius of Beam
% wx     : Beam Waist in x
% wy     : Beam Waist in y
% dx     : Offset in x
% dy     : Offset in y
% t1     : Grid Start Coordinate
% t2     : Grid End Coordinate
% n      : Number of Points on Grid
%
EF_Guass=zeros(n);
step=(t2-t1)/(n-1);
pi=3.141593;
Km=(2/(pi*wx^2));
Ey=(2/(pi*wy^2));
for ix=1:n
    for iy=1:n
        xx=(ix-1)*step+t1-dx;
        yy=(iy-1)*step+t1-dy;
        if (xx^2+yy^2)<=r^2
            Ex=dx*(0.25)*exp(-(xx/wx)^2);
            Ey=dy*(0.25)*exp(-(yy/wy)^2);
            EF_Guass(ix,iy)=Ex*Ey;
        end
    end
end
```



| Parameter | Matlab Value | Exact |
|---|---|---|
| Max | 0.6341 | $\sqrt{\frac{2}{w_x^2} \cdot \frac{2}{w_y^2}} \cdot \frac{1}{\pi w_0^2} = 0.6366$ |
| $\frac{1}{e^2}$ | 0.0872-0.0901 | $\frac{1}{e^2} \times Max = 0.0858$ |
| Total Power $\frac{1}{e^2}$ | 0.8676 | 0.865 |
| Total Power $< \frac{X_{1/e^2}}{2\cdot e^2}$ | 0.9902 | 0.99 |
| Total Power $rS \frac{2\cdot \omega_0}{2 e^2}$ | 0.996 | |

FS 0149

16

Fiber Alignment Tolerances

4/8/97



FS 0150

17

4/10/97

27

**Offset Tolerance Calculation**

Radiance Design

Diode Mode    Fiber Mode

Gain Tolerance Value

P016 Gen Fiber Align Tol & Lensed Fiber MCD          4          4/10/97 : 12:06 PM

**Focus Offset Tolerance Calculation**

Radiance Design

Set Waist at Optimum Focal Length

Set distance distance

Diode Mode    Fiber Mode

Gain Tolerance Value

P016 Gen Fiber Align Tol & Lensed Fiber MCD          3          4/10/97 : 12:06 PM

FS 0151

18



FS 0152



19

Fourier Transform & its Relationship to F.F.T                    4/3/97

Reference "Engineering Optics", K. Iizuka. Second edition. page 170, 37

By Definition:    ① $G(f) = \int_{-\infty}^{\infty} g(x) e^{-j2\pi f x} dx$      Fourier Transform

                  ② $G_k = \sum_{K=0}^{N-1} g_K e^{-j2\pi K \frac{k}{N}}$      Discrete Fourier Transform
                                                                                (F.F.T)

We have to transform coordinates in $x$ to discrete $K$ units. Also $K$ can only have values from $1$ to $N$.

Object Plane $\begin{cases} x_0 \quad x_1 \\ \\ K \end{cases}$

$$S_0 = \frac{x_2 - x_1}{N-1} = \frac{x_{T_0}}{N-1} \quad ③ \qquad x_0 \text{ is object plane coordinates}$$

$$x_0 = S_0 K + x_1 \quad ④$$

To understand how the results from an FFT computation relates of $G(f)$, we must rewrite $G(f)$ in terms of $K$.

$$G(f) = \int_{x_1}^{x_2} g(x) e^{-j2\pi f x_0} dx_0$$
$$= \int_{x_1}^{x_2} g(S_0 K + x_1) e^{-j2\pi f (S_0 K + x_1)} dx_0$$

let $g_K(K) = S_0 g(S_0 K + x_1) \qquad dx_0 = S_0 K$

④ $x_0 = S_0 K + x_1$    $\Big\{$  $G(f) = \int_{K=0}^{K=N-1} g_K(K) e^{-j2\pi f S_0 K} e^{-j2\pi f x_1} dK$
     $x_0 = x_1 \Rightarrow K = 0$                                                                    Constant Phase Term (Ignore)
     $x_0 = x_2 \Rightarrow K = n-1$    Limits of Integral

let $\frac{K\ell}{N} = f S_0 K$

$$\ell = f S_0 N$$

set $G_\ell(\ell) = G(\frac{\ell}{S_0 N})$    $G(\frac{\ell}{S_0 N}) G(f) = \int_{K=0}^{K=n-1} g_K(K) e^{-j2\pi K \frac{\ell}{N}} dK$      Same as FFT

$G_\ell$   $G(\ell) = \sum_{0}^{n-1} g_K(K) e^{-j2\pi K \frac{k}{N}}$      let $K = 1$

For Optical Fourier Transforms $f = \frac{x_i}{\lambda z}$  image plane

Fourier Transform Plane (Also Image Plane) $\begin{cases} \ell \\ \\ x_i \end{cases}$

$$\ell = f \frac{x_i}{\lambda z} \cdot \frac{x_{T_0}}{\#N-1} \cdot N$$

$@ \ell = 1$   $S_i = \frac{\lambda z}{S_0 \cdot N} \simeq \frac{\lambda z}{x_{T_0}}$  ← increment

$@ \ell = N$   $x_{T_i} = \frac{\lambda z}{S_0}$  ← Total

$x_{T_i} = \frac{\lambda z}{S_0}$

FS 0153

20

Take the Example of a Gaussian                                    4/13/97



$$X_{T_o} = S_o N$$

Set $S_o = F_o W_o$

$$X_{T_i} = S_i N$$

$$S_i = F_i W_i \quad F_i, F_o \text{ are fractions of a Beam Waist}$$

From Page 19, we know $S_i = \dfrac{\lambda z}{S_o N} = F_i W_i$

$$\dfrac{\lambda z}{F_o W_o N} = F_i W_i$$

From Fourier transform Gaussians we know $W_i = \dfrac{\lambda z}{\pi W_o}$

$$\dfrac{\lambda z}{F_o W_o N} = F_i \dfrac{\lambda z}{\pi W_o}$$

$$N = \dfrac{\pi}{F_i F_o}$$

$$\boxed{F = \sqrt{\dfrac{\pi}{N}}} \quad \text{if } F_i = F_o \begin{pmatrix} \text{Set sampling per Wo} \\ \text{to be equal in both} \\ \text{Obj \& Image plane} \end{pmatrix}$$

$$X_{T_o} = F_o W_o N$$

$$\boxed{X_{T_o} = \sqrt{\pi N} \, W_o} \Rightarrow \text{similarly } X_{T_i} = \sqrt{\pi N} \, W_i$$

# of Beam Wo in Total Grid Array

**Calculation of Discrete Fourier Transform Grid Size verses Sampling Points**

This worksheet calculates the grid size assuming that equal sampling points per beam waist are desired for both the object plane and fourier transform plane. The analysis is done assuming a guassian at the object plane.

Number of Sampling Points    $P = 1, 2 ... 10$
$$N(P) = 2^P$$

Total Grid Size
(real Coordinates)    $X_T(P) = \sqrt{\pi N(P)}$

Fraction of a Beam Waist
per Sample    $F(P) = \sqrt{\dfrac{\pi}{N(P)}}$

| P | N(P) | $X_T(P)$ | F(P) | $\frac{1}{F(P)}$ |
|---|---|---|---|---|
| 1 | 2 | 2.507 | 1.253 | 0.798 |
| 2 | 4 | 3.545 | 0.886 | 1.128 |
| 3 | 8 | 5.013 | 0.627 | 1.596 |
| 4 | 16 | 7.090 | 0.443 | 2.257 |
| 5 | 32 | 10.027 | 0.313 | 3.192 |
| 6 | 64 | 14.18 | 0.222 | 4.514 |
| 7 | 128 | 20.053 | 0.157 | 6.383 |
| 8 | 256 | 28.359 | 0.111 | 9.027 |
| 9 | 512 | 40.106 | 0.078 | 12.766 |
| 10 | 1,024 | 56.719 | 0.055 | 18.051 |

P020 Guassian Sampling at Object and FFT Plane\MCD          4/13/97 : 2:32 AM

FS 0154

Effect of Sampling Point 'N' on Accuracy of Overlap Integral                    4/22/97

```
P021 Res_H.m
***************************************************
% Define Image Plane Gaussian for Diode Mode
***************************************************
% path='c:\nl_model\',path1
% This program compares the result of an overlap integral
% computed to the actual result (77.26 page 016 Notebook)
pi   = 3.141592;
Wf   = 3.118*10^(-6);      % Fiber Mode Waist
bf   = 13.5*10^(-6);       % Focal Length
lambda= 980*10^(-9);       % Wavelength

for Pow=6:9
  N  = 2^Pow                % Number of data Points

***************************************************
% Define Object Plane Gaussian from Lense Data
***************************************************
To  = (pi*Wf^2*0.5*Wf);    % Total Object Size
dox = 0;                   % Decenter in X
doy = 0;                   % Decenter in Y
Wox = Wf;                  % Waist in X
Woy = Wf;                  % Waist in Y
To1 = -To/2;               % Begining Coord (X,0)
To2 = To/2;                % Ending Coord (N,N)
Ao  = Wox*10;              % Aperture Diameter
Ro  = (To2-To1)/(N-1);     % Step Increment in Object Plane
Ef_Obso=square_p(Ro,Wox,Woy,dox,doy,To1,To2,N)*Ro;

***************************************************
% Take the Fourier Transform for Image Plane field
***************************************************
Ef_FT=Fourier(Ef_Gauss);

***************************************************
% Define Image Plane Gaussian for Diode Mode
***************************************************
dix = 0;                   % Decenter in X
diy = 0;                   % Decenter in Y
Wix = 2.122*10^(-6);       % Waist in X
Wiy = 0.751*10^(-6);       % Waist in Y
Bi  = lambda*bf/(Wo*Wf);   % Step increment in Image Plane
Ti  = N*Bi;                % Total Image Span distance
Ti1 = -Ti/2;               % Begining Coord (N,0)
Ti2 = Ti/2;                % Ending Coord (N,N)
Ai  = 10B*Wix;             % Aperture Diameter
Ef_Diode=quass_p(Bi,Wix,Wiy,dix,diy,Ti1,Ti2,N)*Bi;

* Replace with P027    7/24/97

Page: 1
```

```
P021 Res_H.m
* Overlap Integral
E_overlap=sum(sum(Ef_Diode.*Ef_FT));
F_overlap2 overlap.*conj(E_overlap)
Eff(Pow) =[_overlap*100;
Diff(Pow)=(F_overlap-.773)/.773*100;

end

Eff
Diff
```

```
P021 fourier.m

function E_I=Fourier(E_O)
*fourier(E_O)

* Take the Fourier Transform of the Object Matrix E_O
* and assures normalization of the two matrices

% Note 1

% E_O  : Object Space Matrix

* Sum the Total Power in the Object Plane
P_O=sum(sum(E_O.*conj(E_O)));

* Shift / fft / Shift Back
E_O=fftshift(E_O);
E_I=fft2(E_O);
E_I=fftshift(E_I);

* Sum the Total Power in the Image Plane
P_I=sum(sum(E_I.*conj(E_I)));

* Normalize the Image Plane Power to the Object Plane
E_I=E_I*(P_I/P_O)*0.5);
```

Note: We base the total Span, Ti, Io on sampling the same # of points
in the object & image plane (P.020). No Phase error  and unlimited apertures
are assumed.

| N | Coupling Efficiency % | % Error |
|---|---|---|
| 16 | 55.7% | −37% |
| 32 | 65.8% | −15% |
| 64 | 71.3% ~~74.7%~~ | −7.7% |
| 128 | 74.3% ~~75.8%~~ | −3.91% |
| 256 | 75.8% | −1.96% |
| 512 | 76.6% | −0.973% |



FS 0156

23

Math Lab Model to Calculate Coupling Efficiency                    4/22/9

|  | C.E % | Difference % |
|---|---|---|
| Ideal % | = 77.3% | > 3.9% |
| Matllab No Apertures or ∆ Error | = 74.28% | > 14.3% |
| Matllab limited by TIR Aperture | = 63.68% | > 22% |
| Matllab Limited & Phase | = 49.66% | } 16.6% |
| Matllab " " " & Max Defocus | = 33.1 % @ ∆z = -3.5um's |

```
P023 f1_cf.m

%**********************************************
% Calculate Coupling efficiency with Ex-Max Phase Error
%**********************************************
% path('c:\al_model',path)
% This program compares the result of an overlap intergal
% computed to the actual result (77.3% page 816 Notebook)
% The Phase Error and other data is leaned from files
% created by a Ex-Max macro "phase_e1.zpl"

pi   = 3.141592;

%**********************************************
% Load Zemax Data
%**********************************************
path('c:\al_model\data',path)
load P03_Stb.dat
sdia=P03_STb(3)/1000;       % Stop Diameter
To  =P03_STb(2)/1000;       % Total Object Size
N   =P03_STb(3);            % Number of data Points
Wf  =P03_STb(4)/1000;       % Fiber Mode Waist
Zf  =P03_STb(5)/1000;       % Lens Focal Length
load P03_Stp.dat            % Stop Array
load P03_Sth.dat            % Phase Array

%**********************************************
% Define Object Plane Gaussian from Zemax Data
%**********************************************
To  = (pi*N)^0.5*Wf;        % Total Object Size
dox = 8;                    % Decenter in X
doy = 0;                    % Decenter in Y
Wox = Wf;                   % Waist in X
Woy = Wox;                  % Waist in Y
Tol = -To/2;                % Begining Coord (0,0)
To2 = To/2;                 % Ending Coord (N,N)
Na  = Na*10;                % Aperture Diameter
So  = (To2-Tol)/(N-1);      % Step increment in Object Plane
EF_Guass=guass_p(No,Wox,Woy,dox,doy,Tol,To2,N)*So;

%**********************************************
% Define Image Plane Gaussian for Diode Mode
%**********************************************
lamda= 980*10^(-9);         % Wavelength
dix  = 0;                   % Decenter in X
diy  = 0;                   % Decenter in Y
Wix  = 2.123*10^(-6);       % Waist in X
Wiy  = 0.753*10^(-6);       % Waist in Y
Si   = lamda*Zf/(Na*Wi);    % Step increment in Image Plane
Ti   = N*Si;                % Total Image Span distance
```

```
P023 f1_cf.m

Ti1  = -Ti/2;               % Begining Coord (0,0)
Ti2  = Ti/2;                % Ending Coord (N,N)
Ri   = 100*Wix;             % Aperture Diameter
EF_Diode=guass_p(Si,Wix,Wiy,dix,diy,Ti1,Ti2,N)*Si;

%**********************************************
% Coupling EFF % with no phase error or Aperture
%**********************************************
C1=CE(EF_Guass,EF_Diode)

%**********************************************
% Coupling Eff % with Just the Aperture
%**********************************************
C2=CE(EF_Guass.*P03_STp,EF_Diode)

%**********************************************
% Coupling EFF % with Aperture and Phase Error
%**********************************************
EF_O=EF_Guass.*P03_STp.*exp(i*2*pi*(P03_Sth));
C3=CE(EF_O,EF_Diode)

%**********************************************
% Coupling EFF% with Aperture, Phase Error & defocus
%**********************************************
na=9;
for i=-2:0.25;2
    da=nan*i;
    Zo=Zf+i*10^(-6);
    defocus=defocusp(Zf,Za,lamda,Ro,Wox,Woy,dox,dey,Tol,To2,N);
    EE(ini)=z;
    CC(ini)=CE(EF_O.*defocus,EF_Diode);
end
EE
CC
```

```
Ce.m

function C=CE(EF_O,EF_I)
%CE(EF_O,EF_I)

%**********************************************
% Coupling Efficiency
%**********************************************
% This routines take the Fourier transform of the
% exit pupil or object plane E_Field Profile and
% overlaps this with the mode profile at the image
% plane
%
% EF_O : E-Field at Object
% EF_I : E-Field at Image

%**********************************************
% Take the Fourier Transform of the Object Fiber Mode
%**********************************************
EF_FFT=fourier(EF_O);

%**********************************************
% Overlap Intergal Coupling Efficiency
%**********************************************
C_overlap=sum(sum(EF_I.*EF_FFT));
C=C_overlap.*conj(C_overlap);
```

```
P023 defocusp.m

function defp=defocusp(zf,zo,lamda,r,wx,wy,dx,dy,t1,t2,n)
%defocusp(zf,zo,lamda,r,wx,wy,dx,dy,t1,t2,n)

%**********************************************
% Generates Phase Defocus Error
%**********************************************
% Note :
% Page 149 "Engineerng Optics" K. Iizuka 2nd Edition
%
% zf    : Focal Length of Lens
% zo    : Object to Image Plane (zi=zo for no defocus)
% lamda : Wavelength
% wx    : Radius of Beam
% wy    : Beam Waist in x
% wy    : Beam Waist in y
% dx    : Offset in x
% dy    : Offset in y
% t1    : Grid Start Coordinate
% t2    : Grid End Coordinate
% n     : Number of Points on Grid

defp=zeros(n);
step=(t2-t1)/(n-1);
pi=3.141592;
Na=(zf/(zo*wx^2));
My=(zf/(zo*wy^2));
for i=n:1:n
    for j=n:1:n
        xx=(i-1)*step+t1-dx;
        yy=(j-1)*step+t1-dy;
        defp(i,j)=exp(-i*2*pi/lamda*(xx^2*yy^2)/2*(1-1/zf+1/zo));
    end
end
```

PS 0157

24

Matlab Files to Calculate Overlap integrals with Phase Errors — 5/8/97

Focus only errors with varying radius lanes

← @Max Efficiency with varying Radius's

FS 0158

25

Sensitivity Function of at Varying Focal lengths & displacements    5/8/7

Note that displacement sensitivity is off by about 0.5um or
0.5 Pixels. Indicates error in centering of Gauss or FFT on Gauss



Ccdx.det

CE% as F(dx)

Ccdy.det

CE% as F(dy)

Od.det

| Defocus | F (uM) | CE% |
|---|---|---|
| -3.25 | 12 | 49.2% |
| -2.75 | 13 | 59.9% |
| -2.50 | 14 | 63.5% |
| -2.25 | 15 | 66.9% |
| -1.75 | 16 | 67.8% |
| -1.50 | 17 | 67.7% |
| -1.00 | 18 | 68.6% |
| -0.75 | 19 | 64.7% |
| -0.50 | 20 | 62.7% |
| -0.50 | 21 | 60.5% |
| -0.25 | 22 | 58.3% |
| -0.25 | 23 | 58.2% |
| -0.25 | 24 | 54.0% |
| 0.00 | 25 | 51.9% |
| 0.00 | 26 | 49.9% |
| 0.00 | 27 | 47.9% |
| 0.00 | 28 | 46.0% |
| 0.00 | 29 | 44.1% |
| 0.00 | 30 | 42.4% |

↑
From fl_cf2.m

← From fl_cf2

CE % as F(Focal Length)

* Replica with P036 5/24/97

FS 0159

26

<u>Analysis on Centering</u>



set center to be equal
& total span, but $t_1 \neq 1$ not equivalent
& $t_2 \neq 2$

$$c_n - i_c = \frac{t_i - t_o}{s}$$

$$\boxed{t_i = s(i_n - i_c) + t_c}$$

$$t_c = \frac{t_2 + t_1}{2} \qquad s = \frac{t_2 - t_1}{n - 1}$$

$$i_c = \frac{n}{2} + 1$$

i.e. for $n = 4$, $i_c = 3$

FS 0160

27

Rado Coupling Efficiency Calculation Accuracy as a function of 'N' (pozi)



| | N | Coupling Eff.% | % Error |
|---|---|---|---|
| 2 | 4 | 46.3 | -40.1 |
| 3 | 8 | 58.7 | -24.0 |
| 4 | 16 | 67.8 | -12.2 |
| 5 | 32 | 72.5 | -6.5 |
| 6 | 64 | 74.9 | -3.1 |
| 7 | 128 | 76.1 | -1.5 |
| 8 | 256 | 76.7 | -0.75 |
| 9 | 512 | 77.0 | -0.36 |

FS 0161

28

Blue Sky's 980nm Cross Axis Design                              5/12/87







FS 0162



RMS Centroid : Initial Cross Lens Design

Strehl : Initial Cross Lens Design

P029 Performance Blue Sky Cross Axis Lens Initial.xls          5/16/97 : 12:24 AM

FS 0163

30

Strehl Macro                                                        5/8/97

```
                          P029 Strehl.zpl

!****************************************
! This macro determines wavefront performance as
! a function of decentering.  It also adjusts the
! focus distance per merit function at each decentering
! position.
!
! Reference File : P028 BS_CA_JIMS_002.ZMX
!****************************************

input "Decenter Y Surface [ 4]=",ds
if ds==0 then ds=4

input "Defocus  Z Surface !13]=",df
if df==0 then df=13

! **** Determine Initial Values of Surfaces
dyi=par2(ds)
dfi=thic(df)

Print "ddy     ,Thi      ,P-V     ,RMS-C    ,Strehl"
for ddy=0,.011,.0005
        par2(ds)=ddy
        update
        optimize
        getzernike 1,1,1,3,1
        format 8.4
        print ddy,",",thic(df),",",vec1(1),",",vec1(4),",",vec1(6)
next

! **** Reset Initial Values
par2(ds)=dyi
thic(df)=dfi
```



| ddy | Thi | P-V | RMS-C | Strehl |
|---|---|---|---|---|
| 0 | -0.0022 | 0.0481 | 0.0104 | 0.9607 |
| 0.0005 | -0.0023 | 0.0977 | 0.012 | 0.9944 |
| 0.001 | -0.0025 | 0.1559 | 0.0161 | 0.9906 |
| 0.0015 | -0.0029 | 0.2295 | 0.0223 | 0.9805 |
| 0.002 | -0.0035 | 0.2989 | 0.0308 | 0.8937 |
| 0.0025 | -0.0041 | 0.3787 | 0.0407 | 0.9388 |
| 0.003 | -0.0049 | 0.47 | 0.0632 | 0.8943 |
| 0.0035 | -0.0059 | 0.5708 | 0.0994 | 0.8313 |
| 0.004 | -0.007 | 0.6829 | 0.0888 | 0.7429 |
| 0.0045 | -0.0083 | 0.8074 | 0.1067 | 0.6573 |
| 0.005 | -0.0098 | 0.9448 | 0.1347 | 0.4883 |
| 0.0055 | -0.0114 | 0.9974 | 0.1657 | 0.3381 |
| 0.006 | -0.0131 | 1.2873 | 0.2025 | 0.1681 |
| 0.0065 | -0.0151 | 1.4597 | 0.2482 | 6 |
| 0.007 | -0.0171 | 1.6673 | 0.2982 | 0 |
| 0.0075 | -0.0194 | 1.9061 | 0.3606 | 0 |
| 0.008 | -0.0218 | 2.2598 | 0.4355 | 0 |
| 0.0085 | -0.0243 | 2.6642 | 0.5253 | 0 |
| 0.009 | -0.027 | 3.0141 | 0.6373 | 0 |
| 0.0095 | -0.0299 | 4.5302 | 0.7743 | 0 |
| 0.01 | -0.033 | 5.7256 | 0.9453 | 0 |
| 0.0105 | -0.0362 | 7.2107 | 1.1615 | 0 |

31

✱ Improved Cross Axis with ± 200 µM Vertical Displacement

RMS Centroid : Initial Cross Lens Design

Strehl : Initial Cross Lens Design

- Improvement most probably due to optimization procedure. Ie by accident
I let surface 1 become a spheric instead of a toroid. Also optimize lens
while leaving lens 2 fully constrained.
- AREA REAI/RCRO 0.909 PX/PX value
- Also optimize for spot size (RMS) rather than wavefront

32

Viewing Program to Check Centering (cont 26)

5/22/97

```
PO3Z view_pi.m
%**********************************************
% Centering Check
%**********************************************
% This routine checks the centers of the intensity & phase
% profiles and plots them out versus the image & object plane
% The defocus phase profile is also plotted
%
% Note that all centers are at + s/2 + 1
%
% Proper Gaussian Center is used from Guass_pc.m  5/3/97
%
% In-Mux macro "phase_e4.zpl" Modified with Proper Center 5/11/
97
%**********************************************
pi = 3.141592;
%**********************************************
% Load Zemax Data
%**********************************************
path('c:\wl_model\data',path)
f=130           % Set file Name to View
    dfile      = ['F_' int2str(f) '_D'];
    dfilename = [dfile '.dat'];
    ifile      = ['F_' int2str(f) '_I'];
    ifilename = [ifile '.dat'];
    pfile      = ['F_' int2str(f) '_P'];
    pfilename = [pfile '.dat'];
    eval(['load ' dfilename]);
    Dmat = eval(dfile);
    eval(['load ' ifilename]);
    Imat = eval(ifile);
    eval(['load ' pfilename]);
    Pmat = eval(pfile);
    ndim=Dmat(1)/1000;      % Step Diameter
    To =Dmat(2)/1000;       % Total Object Size
    N  =Dmat(3)/1000;       % Number of data Points
    Wf =Dmat(4)/1000;       % Fiber Mode Waist
    Ef =Dmat(5)/1000;       % Lens Focal Length
%**********************************************
% Define Object Plane Gaussian from Zemax Data
%**********************************************
    To = (pi*Wf^2.5*Wf);    % Total Object Size
    doo = 0;                % Docenter in X
    doy = 0;                % Docenter in Y
    Wox = Wf;               % Waist in X
    Woy = Wox;              % Waist in Y
    To1 = -To/2;            % Begining Coord (0,0)
    To2 = To/2;             % Ending Coord (N,N)
    Ro = Woz*10;            % Aperture Diameter
    Zo = (To1-To1)/(N-1);   % Step Increment in Object Plan

EF_Guass=guass_pC(Ro,Wox,Woy,doo,doy,To1,To2,N)*Zo;
%**********************************************
```

```
PO3Z view_pi.m
% Define Image Plane Gaussian for Diode Mode
%**********************************************
lamda= 980*10^(-9);        % Wavelength
dix = 0;                   % Docenter in X
diy = 0;                   % Docenter in Y
Wix = 2.122*10^(-6);       % Waist in X
Wiy = 0.753*10^(-6);       % Waist in Y
Si = lamda*Ef/(Re*Wi);     % Step Increment in Image Plane
T1 = Si^2;                 % Total Image Span distance
T11 = -T1/2;               % Begining Coord (0,0)
T13 = T1/2;                % Ending Coord (N,N)
Ri = 100*Wix;              % Aperture Diameter
EF_Diode=guass_pC(Ri,Wix,Wiy,dix,diy,T11,T13,N)*Si;
Zo    = Ef*4;
defocus = def_pc(Zf,Zo,lamda,Ro,Wox,Woy,doo,doy,To1,To2
,N);
%**********************************************
% View Phase and Intensity Profile
%**********************************************
C  = N/2+1;                % Center of Array
zm = 20;                   % Plot Span
xn = [1:N];                % Define X-Axis
xn = xn[(C-zm:C+zm)];
CL = normat(1,N)-1;        % Define Centerline
CL(C) = 2;
CL = CL[(C-zm:C+zm)];
EF = EF_Guass.*conj(EF_Guass);  % Object Space Strip
E  = EF[C,(C-zm:C+zm)];
EF = EF/max(EF);
EF_FFT = fourier(EF_Guass);     % Image Plane FFT
EF_FFT1 = EF_FFT.*conj(EF_FFT);
EF_FFT1 = EF_FFT1[C,(C-zm:C+zm)];
EF_FFT1 = EF_FFT1/max(EF_FFT1)*1;
In = Imat[C,(C-zm:C+zm)];        % Intensity Strip
Ph = Pmat[C,(C-zm:C+zm)];        % Phase Strip
*Ph = Ph/max(abs(Ph))*0.25-0.5;
Di = EF_Diode.*conj(EF_Diode);   % Diode Strip
Di = Di[C,(C-zm:C+zm)];
Di = Di/max(Di);
Df = real(defocus);              % Defocus Strip
Df = Df[C,(C-zm:C+zm)];
Df = Df/max(abs(Df))*.25-0.5;
plot(xn,EF,xn,In,xn,Ph,xn,CL,xn,Di,xn,EF_FFT1,xn,Df);
```

Because of the errors in previous calculation due to centering offsets, re-ensured to analysis each of the phase & intensity profile generated in Matlab and Zemax to ensure that all data Profile are aligned correctly



FS 0166

33

New Zo-Max Macro to Calculate Phase & Intensity for fiber lenses          5/24

```
                                      phase_ot.zpl
!****************************************
! This Macro Generates the M x N matrices, one for phase and for
! valid aperture. Valid aperture is defined as 0.9 x radius of
! curvature.  A third 1D matrix is generated to contain the
! simulation information.
!
! The focal length is changed from 10 um to 35 um.  A set of three
! data file is generated for each one as described above.
!
! Requires File : fiber.ZMX
! Modified with Correct Center (N/2+1) 3/11/97
! Confusing Variable Bela changed to BelaD ( add UPDATE Command 3/23/97
!****************************************
!
! Loop Thru Focus
!****************************************
For f=0.010,0.026,0.001
format 3.0
datafile$="c:\al_model\data\F "+$str(f*10000)+" 0.dat"
intefile$="c:\al_model\data\F "+$str(f*10000)+" I.dat"
phasfile$="c:\al_model\data\F "+$str(f*10000)+" P.dat"
format 11.5
!
! Set Lens Information
!****************************************
stopsur     = 1
Lenssur     = 7
eq          = 1.45067
R           = (eq-1)*f^-1
zdisD       = 0.9*R
Thic(Lenssur) = f
Radi(Lenssur) = R
zdis(stopsur) = zdisD
Update
!
! Set Object Space Information
!****************************************
pi          = 3.141592
N           = 128
Ne          = 3.119e-3
Xto         = sqrt(qz/N)*Ne
Zo          = Xto/zd-1)
Xl          = -Xto/2
Yl          = -Xto/2
XYo         = 0
Nxry        = N/2+1
!
! Open Matrices
!****************************************
Output datafile$
Print zdisD," ",Xto," ",N," ",Ne," ",f
Output intefile$
                                      Page 1
```

```
                                      phase_ot.zpl
! Output phasfile$
!****************************************
! Output information to screen
!****************************************
Output Screen
Print "zdis=",zdisD," Xto=",Xto," N=",N," Ne=",Ne," Zo=",Zo," f=",f
!
! Generate Phase and Aperture Matrices
!****************************************
OPD         = 0
I           = 0
for Nx=1,N,1
    for Ny=1,N,1
        Xo=(Ne*(Nx-Nxry)+XYo)/zdisD
        Yo=(Ne*(Ny-Nxry)+XYo)/zdisD
        Ne=sqrt(Zo*Zo+Yo*Yo)
        csyruz = 0
        OPD    = 0
        X      = 0
        if (Ne<=1)
            Raytrace 0,0,Xo,Yo,1
            Rayerr=RAYE()
            if (rayerr==0)
                OPD=OPDC()
                I=1
            else
                OPD=0
                I=0
            endif
        endif
        !output screen
        !Print "Xo= ",Xo," Ne=",Ne," Ny,",Ny," ; Xo=",Xo," Yo=",Yo,"Xo=",Ne,"
        : OPD=",OPD," : RAYE=",rayerr," ; I=",I
        Output phasfile$ Append
        Print OPD," ",
        Output intefile$ Append
        Print I," ",
    next
    Output intefile$ Append
    Print
    Output phasfile$ Append
    Print
next
Output screen
                                      Page 2
```

System/Prescription Data
File : C:\My Documents\Zoobeam\Tech_D\Aperse Design\F033 fiber.zmx
Title: fiber with a Mount Tipped Lens
Date : SAT MAY 24 1997

SURFACE DATA SUMMARY:

| Surf | Type | Comment | Radius | Thickness | Glass | Diameter | Conic |
|------|------|---------|--------|-----------|-------|----------|-------|
| OBJ | STANDARD | | Infinity | Infinity | | 0.000000E+000 | 0 |
| STO | STANDARD | | Infinity | 1.000000E-003 | | 1.000000E-003 | 0 |
| 2 | STANDARD | | -5.95071E-003 | 1.300000E-003 | SILICA | 1.000000E-002 | 0 |
| | | | Infinity | 0 | | 5.601265E-003 | 0 |
| IMA | STANDARD | | Infinity | | | 1.632561E-003 | 0 |



OBJ: 0.0000 DEG

OPTICAL PATH DIFFERENCE
fiber with a Mount Tipped Lens
SAT MAY 24 1997
MAXIMUM SCALE +/- 1.000 WAVES



fiber with a Mount Tipped Lens
SAT MAY 24 1997
TOTAL LENGTH: 0.02360 MM

FS 0167

34

New Routines to Calculate Coupling Eff% with Corrections to Centering etc.  5/24/97

```
                         f1_ef1c.m
'****************************************************
'* Calculate Coupling efficiency with Ex-Max Phase Error
'****************************************************
'* path('c:\nl_model',path)
'* This program loops thru a set of files containing
'* data from a set of different focal length fiber
'* lenses.  The defocus is set to achieve the
'* maximum coupling efficiency.
'*
'* Proper Gaussian Center is used from Guass_pe.m  5/8/97
'* Proper DeFocus Calculation Centering Def_F1.m   5/11/97
'* Ex-Max macro "phase_ef.xpl" Modified with Proper Center
'* and Update and corrected confusing variable 5/11/97
'*
pi = 3.141582;
'****************************************************
'* Load Zemax Data
'****************************************************
path('c:\nl_model\data',path)
nn=1
for i=100:10:250
    sfile    = ['F' int2str(f) '_0'];
    sfilename = [sfile '.dat'];
    ifile    = ['F' int2str(f) '_1'];
    ifilename = [ifile '.dat'];
    pfile    = ['F' int2str(f) '_P'];
    pfilename = [pfile '.dat'];

    eval(['load ' sfilename]);
    Omat = eval(sfile);

    eval(['load ' ifilename]);
    Imat = eval(ifile);

    eval(['load ' pfilename]);
    Pmat = eval(pfile);

    rdia=Omat(1)/1000;    '* Stop Diameter
    To =Omat(2)/1000;     '* Total Object Size
    N  =Omat(3);          '* Number of data Points
    Wf =Omat(4)/1000;     '* Fiber Mode Waist
    Lf =Omat(5)/1000;     '* Lens Focal length

    '* Define Object Plane Gaussian from Zemax Data
    To = (pi*W)^0.5*Wf;   '* Total Object Size
    dox = 0;              '* Decenter in X
    doy = 0;              '* Decenter in Y
    Wox = Wf;             '* Waist in X
    Woy = Woox            '* Waist in Y
    Tol = -To/2;          '* Begining Coord (O,O)
    To2 = To/2;           '* Ending Coord (N,N)
    Ra = Wox*10;          '* Aperture Diameter
```
                         Page 1

```
                         f1_ef1c.m
Se = (To2-To1)/(N-1);    '* Step increment in Object Plane
Ef_Guass=guass_pe(Ra,Wox,Woy,dox,doy,To1,To2,N)*Se;

'****************************************************
'* Define Image Plane Gaussian for Diode Mode
'****************************************************
lamda= 980*10^(-9);      '* Wavelength
dix = 0;                 '* Decenter in X
diy = 0;                 '* Decenter in Y
Wix = 2.122*10^(-6);     '* Waist in X
Wiy = 0.753*10^(-6);     '* Waist in Y
Si = lamda*Lf/(Se*W);    '* Step increment in Image Plane
Ti = N*Si;               '* Total Image Span distance
Ti1 = -Ti/2;             '* Begining Coord (0,0)
Ti2 = Ti/2;              '* Ending Coord (N,N)
Ri = 100*Wix;            '* Aperture Diameter
Ef_Diode=guass_pc(Ri,Wix,Wiy,dix,diy,Ti1,Ti2,N)*Si;

'****************************************************
'* Coupling Eff% with Aperture, Phase Error & defocus
'****************************************************
CCO   = Si
Do    = Sf*2*10^(-6);
defocus = def_pc(Si,Lo,lamda,Ra,Wox,Woy,dox,doy,Tol,To2,N);
Ef_0  = Ef_Guass.*Imat.*exp(i*2*pi*(Pmat));
CC1   = CX(Ef_0.*defocus,Ef_Diode);
while CC0<CC1
    CC0    = CC1
    Do = Do+0.2*10^(-6)
    defocus = def_pc(Si,Lo,lamda,Ra,Wox,Woy,dox,doy,Tol
    ,To2,N);
    Ef_0  = Ef_Guass.*Imat.*exp(i*2*pi*(Pmat));
    CC1   = CX(Ef_0.*defocus,Ef_Diode);
    DO
    DO(nn,1)=[(De+0.2*10^(-6))-Zf)*10^(6)
    DO(nn,2)=CC0
    DO(nn,3)=f
    nn=nn+1
end
DO
save c:\nl_model\data\DO.dat DO -ascii
f1_ef1c
```
                         Page 2

```
                         f1_ef2C.m
'****************************************************
'* Calculate Coupling efficiency with Ex-Max Phase Error
'****************************************************
'* path('c:\nl_model',path)
'* This program loops thru a set of files containing
'* data from a set of different focal length fiber
'* lenses.  The defocus is set to achieve the
'* maximum coupling efficiency for the data Dw.dat
'* The Diode mode Profile is decentered in X,Y to
'* determine the sensitivity to decentering.
'*
'* The Dd.dat file is generated by the file f1_ef1.m
'* Proper Gaussian Center is used from Guass_pe.m  5/8/97
'* Proper DeFocus Calculation Centering Def_F1.m   5/11/97
'* Ex-Max macro "phase_ef.xpl" Modified with Proper Center 5/11/97
pi  = 3.141592;
'****************************************************
'* Load Max CX% versus Lens Focal Length.
'****************************************************
path('c:\nl_model\data',path)
'Clear De, CCDx, CCDy
load DO.dat
DO
for mm=1:16;
    mm
    '****************************************************
    '* Load Zemax Data
    '****************************************************
    Ioff = DO(mm,1)*10^(-6)
    f = DO(mm,3)
    sfile    = ['F' int2str(f) '_0'];
    sfilename = [sfile '.dat'];
    ifile    = ['F' int2str(f) '_1'];
    ifilename = [ifile '.dat'];
    pfile    = ['F' int2str(f) '_P'];
    pfilename = [pfile '.dat'];
    eval(['load ' sfilename]);
    Omat = eval(sfile);
    eval(['load ' ifilename]);
    Imat = eval(ifile);
    eval(['load ' pfilename]);
    Pmat = eval(pfile);
    rdia=Omat(1)/1000     '* Stop Diameter
    To =Omat(2)/1000;     '* Total Object Size
    N  =Omat(3);          '* Number of data Points
    Wf =Omat(4)/1000;     '* Fiber Mode Waist
    Lf =Omat(5)/1000;     '* Lens Focal length

    '****************************************************
    '* Define Object Plane Gaussian from Zemax Data
    '****************************************************
    To = (pi*W)^0.5*Wf;   '* Total Object Size
    dox = 0;              '* Decenter in X
    doy = 0;              '* Decenter in Y
    Wox = Wf;             '* Waist in X
```
                         Page 3

```
                         f1_ef2C.m
Woy = Wox;               '* Waist in Y
Tol = -To/2;             '* Begining Coord (0,0)
To2 = To/2;              '* Ending Coord (N,N)
Ra = Wox*10;             '* Aperture Diameter
Se = (To2-To1)/(N-1)     '* Step Increment in Object Plane
Ef_Guass=guass_pe(Ra,Wox,Woy,dox,doy,To1,To2,N)*Se;

'****************************************************
'* Define Image Plane Gaussian for Diode Mode
'****************************************************
lamda= 980*10^(-9);      '* Wavelength
dix = 0;                 '* Decenter in X
diy = 0;                 '* Decenter in Y
Wix = 2.122*10^(-6);     '* Waist in X
Wiy = 0.753*10^(-6);     '* Waist in Y
Si = lamda*Lf/(Se*W)     '* Step increment in Image Plane
Ti = N*Si;               '* Total Image Span distance
Ti1 = -Ti/2;             '* Begining Coord (0,0)
Ti2 = Ti/2;              '* Ending Coord (N,N)
Ri = 100*Wix;            '* Aperture Diameter

'****************************************************
'* Coupling Eff% with Decentering in X
'****************************************************
for ndix=1:21;
    ndix
    dix(ndix)= (ndix-11)*Si
    diy       = 0;
    Ef_Diode = guass_pc(Ri,Wix,Wiy,dix(ndix),diy,Ti1,Ti2,N)*Si;
    Io       = Ioff+Zf;
    defocus  = def_pc(Si,Lo,lamda,Ra,Wox,Woy,dox,doy,Tol,To2,N);
    Ef_0     = Ef_Guass.*Imat.*exp(i*2*pi*(Pmat));
    CCDx(nn,ndix) = CX(Ef_0.*defocus,Ef_Diode);
end
CCDx
save c:\nl_model\data\CCDx.dat dix CCDx -ascii

'* Coupling Eff% with Decentering in Y
for ndiy=1:21;
    ndiy
    dix       = 0;
    diy(ndiy)= (ndiy-11)*Si
    Ef_Diode = guass_pc(Ri,Wix,Wiy,dix,diy(ndiy),Ti1,Ti2,N)*Si;
    defocus  = def_pc(Si,Lo,lamda,Ra,Wox,Woy,dox,doy,Tol,To2,N);
    Ef_0     = Ef_Guass.*Imat.*exp(i*2*pi*(Pmat));
    CCDy(nn,ndiy) = CX(Ef_0.*defocus,Ef_Diode);
end
CCDy
save c:\nl_model\data\CCDy.dat diy CCDy -ascii
end
CCDx
CCDy
```
                         Page 2



```
                              Def_pc.m

function os/p=def_pc(if,to,lamda,r,wx,vy,dx,dy,t1,t2,n)
\def_pc(if,to,lamda,r,wx,vy,dx,dy,t1,t2,n)

...............................................................
\ Generates Phase Defocus Error
...............................................................
\ Note :
\ Page 149 "Engineering Optics" K. Iizuka 2nd Edition

\ Redefine Center based on notes in PC24 (n/2+1)

\ if    : Focal Length of Lens
\ to    : Object to Image Plane (if=to for no defocus)
\ lamda : Wavelength
\ r     : Radius of Beam
\ wx    : Beam Waist in x
\ vy    : Beam Waist in y
\ dx    : Offset in x
\ dy    : Offset in y
\ t1    : Grid Start Coordinate
\ t2    : Grid End Coordinate
\ n     : Number of Points on Grid
;
defp=zeros(n);
stap=(t2-t1)/(n-1);
pi=3.141592;
Nw=12/(pi*wx^2));
Ny=12/(pi*vy^2));

ic=n/2+1;
xyc=(t2-t1)/2;

for ix=1:n
   for iy=1:n
     'xn=((ix-1)*stap+t1-dx;
     'yy=((iy-1)*stap+t1-dy;

     mx=wxy+stap*(ix-ie)-dx;
     yy=wxy+stap*(iy-ie)-dy;
     [f imx^2+yy^2]^0.5<=r
        defp(ix,iy)=exp(-i*2*pi/lamda*(xn^2+yy^2)/2*(-1/if+1/to));
     end
   end
end
```

```
                              Page 1
```

36

Fiber Lens Coupling Eff% with Misalignment _____ 5/24/97

**Cdx.dat**

| R (uM) | F (uM) | 0.00 | 0.39 | 0.78 | 1.17 | 1.56 | 1.94 | 2.33 | 2.72 | 3.11 | 3.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.5 | 10 | 52.3% | 51.4% | 48.9% | 44.9% | 39.7% | 33.9% | 27.7% | 21.7% | 16.1% | 11.3% |
| 5.0 | 11 | 58.4% | 57.3% | 53.9% | 48.6% | 42.0% | 34.6% | 27.1% | 20.1% | 14.0% | 9.1% |
| 5.4 | 12 | 61.3% | 59.9% | 55.9% | 49.9% | 42.3% | 34.1% | 26.0% | 18.5% | 12.3% | 7.5% |
| 5.9 | 13 | 62.5% | 61.0% | 56.8% | 50.4% | 42.5% | 33.9% | 25.4% | 17.9% | 11.4% | 6.7% |
| 6.3 | 14 | 65.6% | 63.7% | 58.6% | 50.9% | 41.7% | 32.0% | 22.9% | 16.2% | 9.2% | 5.0% |
| 6.8 | 15 | 65.9% | 64.0% | 58.6% | 50.5% | 40.9% | 30.9% | 21.8% | 13.9% | 5.1% | 4.2% |
| 7.2 | 16 | 66.8% | 64.7% | 58.7% | 49.9% | 39.8% | 29.2% | 18.9% | 12.4% | 7.0% | 3.5% |
| 7.7 | 17 | 65.9% | 63.6% | 57.6% | 48.5% | 38.1% | 27.7% | 18.5% | 11.3% | 6.2% | 3.0% |
| 8.1 | 18 | 64.9% | 62.7% | 56.5% | 47.3% | 36.8% | 26.4% | 17.3% | 10.3% | 5.5% | 2.6% |
| 8.6 | 19 | 63.9% | 61.5% | 55.1% | 45.7% | 35.0% | 24.7% | 16.0% | 9.4% | 5.0% | 2.4% |
| 9.0 | 20 | 62.2% | 59.9% | 53.4% | 44.1% | 33.6% | 23.5% | 15.0% | 8.7% | 4.6% | 2.2% |
| 9.5 | 21 | 60.5% | 58.2% | 51.7% | 42.5% | 32.1% | 22.2% | 14.1% | 8.1% | 4.2% | 2.0% |
| 9.9 | 22 | 58.6% | 56.3% | 49.9% | 40.7% | 30.8% | 21.0% | 13.2% | 7.5% | 3.9% | 1.9% |
| 10.4 | 23 | 56.7% | 54.4% | 48.1% | 39.1% | 29.2% | 20.0% | 12.5% | 7.1% | 3.7% | 1.7% |
| 10.8 | 24 | 54.7% | 52.5% | 46.3% | 37.5% | 27.9% | 18.9% | 11.8% | 6.7% | 3.4% | 1.6% |
| 11.3 | 25 | 52.7% | 50.5% | 44.5% | 36.0% | 26.6% | 18.0% | 11.1% | 6.3% | 3.2% | 1.5% |
| 0.0 | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 0.0 | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 0.0 | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

*Decenter in X with Varying Focal length*



**Cdy.dat**

| R (uM) | F (uM) | 0.00 | 0.39 | 0.78 | 1.17 | 1.56 | 1.94 | 2.33 | 2.72 | 3.11 | 3.50 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4.5 | 10 | 52.3% | 51.9% | 50.6% | 48.6% | 46.0% | 42.7% | 39.1% | 35.2% | 31.1% | 27.1% |
| 5.0 | 11 | 58.4% | 57.9% | 56.3% | 53.9% | 50.4% | 46.4% | 41.9% | 37.1% | 32.2% | 27.5% |
| 5.4 | 12 | 61.3% | 60.6% | 58.7% | 55.9% | 51.6% | 46.8% | 41.6% | 36.1% | 30.7% | 25.5% |
| 5.9 | 13 | 62.5% | 61.7% | 59.5% | 56.0% | 51.4% | 46.1% | 40.3% | 34.3% | 28.5% | 23.0% |
| 6.3 | 14 | 65.5% | 64.6% | 62.1% | 58.0% | 52.7% | 46.7% | 40.1% | 33.6% | 27.3% | 21.5% |
| 6.8 | 15 | 65.9% | 64.9% | 62.1% | 57.9% | 51.7% | 45.0% | 38.0% | 31.1% | 24.8% | 18.9% |
| 7.2 | 16 | 66.8% | 65.7% | 62.5% | 57.6% | 51.3% | 44.2% | 36.8% | 29.8% | 23.0% | 17.3% |
| 7.7 | 17 | 65.9% | 64.8% | 61.4% | 56.1% | 49.4% | 41.9% | 34.3% | 27.1% | 20.6% | 15.1% |
| 8.1 | 18 | 64.9% | 63.7% | 60.1% | 54.5% | 47.5% | 39.9% | 32.1% | 24.9% | 18.5% | 13.2% |
| 8.6 | 19 | 63.9% | 62.5% | 58.8% | 53.0% | 45.8% | 38.0% | 30.2% | 23.0% | 16.8% | 11.7% |
| 9.0 | 20 | 62.2% | 60.9% | 57.0% | 51.0% | 43.7% | 35.8% | 28.0% | 21.0% | 15.0% | 10.3% |
| 9.5 | 21 | 60.5% | 59.1% | 55.1% | 48.9% | 41.7% | 33.8% | 26.1% | 19.3% | 13.5% | 9.1% |
| 9.9 | 22 | 58.6% | 57.2% | 53.2% | 47.1% | 39.8% | 31.8% | 24.3% | 17.6% | 12.2% | 8.0% |
| 10.4 | 23 | 56.7% | 55.3% | 51.2% | 45.0% | 37.6% | 29.9% | 22.5% | 16.1% | 11.0% | 7.1% |
| 10.8 | 24 | 54.7% | 53.3% | 49.2% | 43.1% | 35.7% | 28.1% | 21.0% | 14.8% | 9.9% | 6.3% |
| 11.3 | 25 | 52.7% | 51.3% | 47.2% | 41.1% | 33.9% | 26.4% | 19.5% | 13.6% | 9.0% | 5.6% |
| 0.0 | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 0.0 | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 0.0 | 0 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

*Decenter in Y with Varying Focal length*



**Dd.dat**

| Defocus | F (uM) | Real F | Ideal F |
|---|---|---|---|
| -3.80 | 10 | 52.3% | 74% |
| -3.80 | 11 | 58.4% | 76% |
| -3.80 | 12 | 61.3% | 77% |
| -3.40 | 13 | 62.5% | 77% |
| -3.80 | 14 | 65.5% | 77% |
| -3.80 | 15 | 65.9% | 76% |
| -3.40 | 16 | 66.8% | 74% |
| -3.80 | 17 | 65.9% | 72% |
| -3.50 | 18 | 64.9% | 70% |
| -3.80 | 19 | 63.9% | 68% |
| -3.80 | 20 | 62.2% | 66% |
| -3.40 | 21 | 60.5% | 64% |
| -3.60 | 22 | 58.6% | 61% |
| -3.40 | 23 | 56.7% | 59% |
| -3.40 | 24 | 54.7% | 57% |
| -3.20 | 25 | 52.7% | 55% |



35

Welding Experiment at Richard Sam

1st   No fiber

|  | Points | Spot Size |  |  |
|---|---|---|---|---|
| 220 Volt | .3 mS | 200 um | Too much Energy spot |  |
| 220 Volts | " | " | Missed bottom risk |  |
| 220 Volts | .6.5mS | " |  |  |

2nd   with fiber   210 volts   3.5mS   200um   First
Not Enough Energy  No

3rd   with fiber   220 volts   3.5mS   200um
- Fiber is held ✔ Success ✱
- Transmits  He Ne Light
- Fiber broke, but not in fixture region
- Send off for Cross-Section

4th   with fiber   220 volts  3.5mS
- Fiber Broke of inside Flexure
- Fiber welds too close to fiber ?
- Cross Section at rear to find out

5th   with fiber   220Volts  3.5mS   200um
- Holes too far Apart — Top piece didn't Weld.
- Focus may have been an issue also

6th   with fiber   220 volts  3.5mS   200um
- Successful

7th   with fiber  220 volts 3.5mS  200um   - First Time Unsuccessfull - redo - success full
✱ Laser Hitting fiber → breaks   - did not Hold fiber - so but does not hold fi2s
     fiber.
Futue Improvements
- Loading of Fiber Retainer Plate & Positioning tends to roll on
fiber & not held in place by fixture.
- Difficult to see the end of the fiber against Al
- Verticed Positiony of Laser Rough.
- Laser Hotte spot is too bright
- Need Bigger Holes in top piece to know the alignment
& to allow laser aiming    ↗ weld

FS 0171

38

↓ ✳

8ᵗʰ ✳Change Place Width to .5mS. When trying to flatfold Top Retainer.
Came off Very little pentration into lower flexure

    Seems to be Successful – Minimal pentration
    into second flexure piece
    220V .5mS 200μM

   Welding Flexure to Kover Ring Frame

    – Very difficult
    – Seems to require substainally more power than fiber retainer to flexure
    – Setting 9mS & 230 Volts 209μm seems to be able to
     weld the fiber retainer to Kover Ring Flat piece to flat piece

    – Shandowing of spot is an issue → requires redesign of Grabber
     tool to clear Laser Core

   Fiber Breakage → Big Problem