STEPHEN E. TAYLOR (SBN 58452)
JAYESH HINES-SHAH (SBN 214256)
STEPHEN M. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: sbundy@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendant
JEAN-MARC VERDIELL

FILED
2008 MAY 16 PM 3:30
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>　　　　Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>　　　　Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF**<br><br>Date:　June 6, 2008<br>Time:　2:00 p.m.<br>Place:　Courtroom 1, 4th Floor<br><br>Honorable D. Lowell Jensen |

TAYLOR & CO.
LAW OFFICES, LLP

JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF: CASE NO. C 02-03262 DLJ (EMC)

For the reasons stated in Aprius, Inc.'s Motion to Intervene and to Disqualify Townsend and Townsend and Crew LLP from Representing Plaintiff (the "Motion"), defendant Jean-Marc Verdiell joins in the Motion and requests that this Court enter an Order disqualifying the law firm of Townsend and Townsend and Crew LLP from representing plaintiff Frank T. Shum in this action.

Dated: May 16, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By: _____
Stephen E. Taylor

Attorneys for Defendant
JEAN-MARC VERDIELL

1.

JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF: CASE NO. C 02-03262 DLJ (EMC)

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is One Ferry Building, Suite 355.

On May 16, 2008, I served true copies of the following document(s) described as **JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF** on the interested parties in this action as follows:

**BY MAIL:** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Taylor & Company's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Mr. e. robert wallach
P.O. Box 2670
San Francisco, CA 94126-2670

**Counsel for Frank T. Shum**

Mr. Alan L. Barry
Bell Boyd & Lloyd LLC
70 West Madison Street, Suite 3300
Chicago, IL 60602

**Counsel for Frank T. Shum**

Mr. Harris Zimmerman
1330 Broadway, Suite 710
Oakland, CA 94612

**Counsel for Frank T. Shum**

2.

TAYLOR & CO.
LAW OFFICES, LLP

JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF: CASE NO. C 02-03262 DLJ (EMC)

**BY PERSONAL SERVICE:** I caused the foregoing documents to be served by hand on the following individuals as indicated on the "Declaration of Personal Service" attached hereto as Exhibit A. The person who delivered a true and correct copy of such documents to the person identified below is identified in Exhibit A attached hereto.

| | |
|---|---|
| Mr. Paul F. Kirsch<br>Townsend and Townsend and Crew<br>Two Embarcadero Center, 8th Floor<br>San Francisco, CA 94111-3834 | Mr. Guy D. Calladine<br>Carlson, Calladaine & Peterson, LLP<br>353 Sacramento Street, 16th Floor<br>San Francisco, CA 94111 |
| **Counsel for Frank T. Shum** | **Counsel for Townsend and Townsend and Crew LLP** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2008, at San Francisco, California.

_____
Jennifer M. Lim

3.
JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF: CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO.
LAW OFFICES, LLP

# EXHIBIT A

## DECLARATION OF PERSONAL SERVICE

I, Steven D. Day, declare as follows:

1. I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is Taylor & Company Law Offices, LLP, One Ferry Building, Suite 355, San Francisco, California 94111.

2. On May 16, 2008, I served counsel for plaintiff Frank T. Shum, Paul F. Kirsch of the firm Townsend and Townsend and Crew, LLP; and counsel for Townsend and Townsend and Crew, LLP, Guy D. Calladine of Carlson, Calladine & Peterson, LLP by personally delivering a true and correct copy of the document described as **JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF** in a sealed envelope, with the name and address of the person served shown on the envelope:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 16, 2008, at San Francisco, California.

_____
Steven D. Day

Taylor & Co.
Law Offices, LLP

4.

JOINDER BY DEFENDANT JEAN-MARC VERDIELL IN APRIUS, INC.'S MOTION TO DISQUALIFY TOWNSEND AND TOWNSEND AND CREW FROM REPRESENTING PLAINTIFF: CASE NO. C 02-03262 DLJ (EMC)