**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank T. Shum, | No. C-02-3262-DLJ |
| Plaintiff, | **ORDER** |
| v. | |
| Intel Corporation, Lightlogic, Inc. and Jean-Marc Verdiell, | |
| Defendant. | |

The above entitled case is now designated for the Court's Electronic Case Filing (ECF) Program, pursuant to Local Rule 5-4 and General Order 45. All subsequent papers in this case shall be filed electronically.

**IT IS SO ORDERED.**

Dated: May 21, 2008

D. Lowell Jensen
UNITED STATES DISTRICT JUDGE