UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL PRETRIAL MINUTES**
**JUDGE  D. LOWELL JENSEN**

Date:6/6/08     Time: 2:02pm-3:22pm

Frank T. Shum

NO.C-02-3262-DLJ

　　　　Plaintiff,

　v.

Intel Corporation; Jean-Marc Verdiell
and Lightogic,Inc.

　　　　Defendant.

**Clerk: Frances Stone**　　**Court Reporter:  DIANE SKILLMAN**

**Appearances for Plaintiff:**　　Guy D. Calladine
　　　　　　　　　　　　　　　 Edward F. Donohue
　　　　　　　　　　　　　　　Christofer Nolan

　　　　　　　　　　　　　　　 Paul F. Kirsch
　　　　　　　　　　　　　　　 Mark T. Jansen

**Appearances for Defendant:**　　Ethan Schulman (Intervenor Aprius Inc.)
　　　　　　　　　　　　　　　　 Trina D. McAlister(Int. Aprius Inc.)

　　　　　　　　　　　　　　　　Stephen E. Taylor (Intel, Vediell, Lightlogic )

**Proceeding:**

**1.** Motion by Aprius, Inc. to Intervene and Disqualify Townsend
   and Townsend and Crew LLP from Representing Plaintiff-**HELD**

**Order to be prepared by:** Counsel

NOTES:   Aprius Inc. and Townsend Firm to sever relationship; Counsel
　　　　　　　　　to prepare order.