```
              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
                  CIVIL PRETRIAL MINUTES
                 JUDGE  D. LOWELL JENSEN
```

                    Date:6/20/08     Time: 2:30pm-2:50pm

Frank T. Shum

        NO.C-02-3262-DLJ

    Plaintiff,

v.

Intel Corp., Verdiell, LightLogic

    Defendant.

**Clerk: Frances Stone**         **Court Reporter:** Not Reported

**Appearances for Plaintiff:** Paul Kirsch by phone

**Appearances for Defendant:** Ragesh Tangri by phone
                              Stephen Taylor by phone

        Status Conference **by TELEPHONE: HELD**

Discussion with counsel regarding 6/16/08 letter filed by plaintiff counsel.