STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California  94111
Telephone: (415) 391-5400
Facsimile:   (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>    Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIFTH AND SIXTH SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS INTEL CORPORATION AND JEAN-MARC VERDIELL** |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIFTH AND SIXTH SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS INTEL CORPORATION AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

I, STEPHEN E. TAYLOR, declare as follows:

1.      I am an attorney with Taylor & Company Law Offices, LLP, counsel for defendants Intel Corporation ("Intel"), LightLogic, Inc. ("LightLogic") and Jean-Marc Verdiell ("Verdiell") (collectively referred to herein as "Defendants") in this action.  The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained in this declaration, I could and would competently testify thereto.  This declaration is submitted in support of Defendants' Opposition to Plaintiff's Motion to Compel Further Responses to the Fifth and Sixth Sets of Requests for Production of Documents to Defendants Intel Corporation and Jean-Marc Verdiell, which has been filed concurrently herewith.

2.      After the case was remanded to the District Court by the United States Court of Appeals for the Federal Circuit in August 2007, the Honorable D. Lowell Jensen held a Status Conference with all counsel on February 6, 2008, and a Case Management Conference ("CMC") on March 14, 2008 to address the new trial and establish a pretrial schedule.

3.      On behalf of all Defendants, I attended the February 6, 2008 Status Conference, together with Ragesh K. Tangri of the Keker & Van Nest law firm.  During the Status Conference, in the course of discussing numerous other pretrial issues, Judge Jensen indicated that to the extent the Federal Circuit's reinstatement of the unjust enrichment cause of action added any new factual issues to the case, the parties should consider whether a period of time for additional fact discovery on those new issues was necessary.  Judge Jensen commented that general fact discovery was not being re-opened in the case.

4.      Prior to the March 14, 2008 CMC, counsel for the parties met and conferred on two occasions to discuss a pretrial schedule for the case.  Those meet and confer discussions included conversations regarding a proposal by Plaintiff that the pretrial schedule should include a period of time for additional discovery.  During those discussions I advised counsel for Frank T. Shum ("Shum") that, while Defendants did not object to setting a time period for potential discovery on new issues, our position was that unjust enrichment was not a new issue and had been in the case since its inception in the form of Plaintiff's claim for unjust enrichment as a remedy.  Indeed, I

1.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIFTH AND SIXTH SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS INTEL CORPORATION AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO.
LAW OFFICES, LLP

1  informed Plaintiff's counsel that (a) Shum's prior counsel had already conducted and completed
2  discovery specifically directed to the issue of unjust enrichment, and (b) subject to reviewing their
3  actual discovery requests, Defendants' position was no new factual issues were created by the
4  reinstatement of unjust enrichment as a cause of action.

5.  At the March 14, 2008 CMC, Defendants alerted the Court that, although the proposed joint pretrial schedule included a period of time for additional fact discovery, Defendants believed no new factual issues were presented by the Federal Circuit's ruling and that, subject to receiving and reviewing actual discovery requests, Defendants' position was no additional fact discovery should be permitted. Judge Jensen responded by reiterating his comments from the earlier February 6, 2008 Status Conference that general fact discovery was not being re-opened and indicated any dispute between the parties regarding the existence of new factual issues for discovery would be referred for determination to Magistrate Judge Chen.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 25th day of June, 2008, in San Francisco, California.

_____
STEPHEN E. TAYLOR

2.

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO FIFTH AND SIXTH SETS OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS INTEL CORPORATION AND JEAN-MARC VERDIELL:
CASE NO. C 02-03262 DLJ (EMC)

TAYLOR & CO.
LAW OFFICES, LLP