STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California  94111
Telephone: (415) 391-5400
Facsimile:   (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>          Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>          Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**DEFENDANTS' PROPOSED CONSTRUCTIONS OF CLAIM TERMS** |

Pursuant to the April 3, 2008 Amended Order for Pretrial Preparation, defendants Intel Corporation, Jean-Marc Verdiell and LightLogic, Inc. hereby submit the following constructions of claim terms for the patents-in-suit:

## I. Introduction

Defendants maintain that there are no triable issues in this action, and that their pending Motion for Summary Judgment should be granted. Assuming, *arguendo*, that a trial is required, defendants believe that the following constructions are warranted. Because counsel for Shum only yesterday disclosed his proposed constructions, and because the parties are continuing to meet and confer, defendants anticipate further refining the list of proposed constructions.

## II. Proposed Claim Terms

| Claim Term | Proposed Construction of the Term |
|---|---|
| flexure | A piece of metal that flexes |
| legs | An appendage to the body of the flexure which extends downward, supporting the structure above it |
| optical alignment | Having two components precisely positioned so that light sent by one component will be received by the other at the proper position and proper angle |
| spring regions | Region in flexure that when bent, will have a tendency to return to its original shape when the bending force is released |
| substrate | The supporting material on which the parts of an optoelectronic package or optoelectronic assembly are attached or formed |
| vias | An electrically conductive path through an insulating wall or insulating layer |
| hermetic | Airtight |
| body | The "main part" of the flexure to which the legs are attached |
| offset distance | The distance between a first position of the flexure or optical component attached to the flexure and a second position of the flexure or optical component attached to the flexure that is caused by the attachment of the rear legs of the flexure to a substrate |
| in-plane coefficient of thermal expansion (CTE) | The rate of expansion or contraction of a material caused by changes in temperature |

| Claim Term | Proposed Construction of the Term |
|---|---|
| active optical device | A device that generates, detects, or modifies the characteristics of light using electricity |
| passive optical element | An optical element that does not use electricity or another form of energy (e.g. lens, fiber) |
| fiduciary | A fixed object such as a platform or wall with a well-defined edge used to align an optical element |
| heat pipe | A heat conductive element that allows heat to be transported from one area to another |
| heat dissipating device | A cooling device |

Dated: June 27, 2008

Respectfully submitted,

TAYLOR & COMPANY LAW OFFICES, LLP

By: _____/s/ Jayesh Hines-Shah_____
        Jayesh Hines-Shah

Attorneys for Defendants
INTEL CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL