```
Frank T. Shum,              )
                            )
          Plaintiff,        )
                            )
     v.                     )
                            )    No. C-02-03262-DLJ
Intel Corp., et al          )
                            )    ORDER
          Defendant.        )
_____)
```

Nonparty Aprius, Inc. (Aprius) moved to intervene in this action, brought by Frank Shum (Shum) against Jean-Marc Verdiell (Verdiell) and Intel Corp. (Intel), for the limited purpose of bringing a motion to disqualify Shum's counsel Townsend Townsend and Crew LLP (Townsend). At the same time, Aprius filed a motion to disqualify Townsend from its representation of Shum in this matter because of the alleged conflict of interest arising from the fact that Townsend was simultaneously representing Aprius, a company engaged in patent prosecution, in which Verdiell was a co-founder and the CEO. Verdiell seperately joined in the motion to disqualify Townsend. A hearing was held on June 6, 2008. Ethan Schulman appeared on behalf of Aprius, Guy Calladine appeared on behalf of Shum, and Stephen Taylor appeared on behalf of Verdiell.

The Court granted Aprius' motion to intervene for the limited purpose of moving to disqualify Townsend and allowed Aprius to participate in the proceedings. At that hearing it became apparent that serious problems as to Townsend's duty of loyalty to both its clients, Shum and Aprius, would be raised by simultaneous representation. At the hearing, the Court stated that it appeared that Townsend could not continue

representing Shum in the instant matter so long as it continued representing Aprius. The parties were ordered to meet and confer to discuss resolution of this matter and to thereafter submit to the Court a stipulated order if they could arrive at such a resolution. The parties have submitted no such order.

The Court has been informed that Townsend and Aprius have now severed their attorney-client relationship, thereby eliminating the conflict of interest upon which Aprius and Verdiell based their motion to disqualify Townsend. As the conflict that gave rise to the disqualification motion no longer exists, the motion to disqualify Townsend as Shum's counsel is DISMISSED as moot.

IT IS SO ORDERED

Dated: July 10, 2008

_____
D. Lowell Jensen
United States District Judge