UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C-02-3262 DLJ (EMC)<br><br>**ORDER GRANTING IN PART AND DEFERRING IN PART PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Docket No. 561)** |

Plaintiff has filed a motion to compel, which was heard by the Court on July 16, 2008. This order memorializes the rulings made by the Court at the July 16 hearing.

(1) By **2:00 p.m., July 18, 2008**, Plaintiff shall inform Defendants as to what specific documents it seeks in addition to those that Defendants are willing to produce, as reflected in Defendants' proposed order.

(2) Defendants are ordered to produce the following documents by **10:00 a.m., July 21, 2008**.

    (a) Nonprivileged documents which demonstrate Intel's allocation of the purchase price of LightLogic for financial reporting purposes, including calculation of the amounts allocated for "Identified intangibles," "Purchase in-process research and development," and "Goodwill," as referenced in Intel's 10-K statement for fiscal year 2002.

    (b) Non-privileged schedules and other documents included in the final closing documents for Intel's acquisition of LightLogic that have not already been produced.

      (c)    Nonprivileged documents which establish that Intel's acquisition of LightLogic was a tax-free transaction.

      (d)    Nonprivileged documents describing Intel's strategy in the optoelectronic environment predating the LightLogic acquisition that have not already been produced.

      (e)    Nonprivileged documents referring to LightLogic's dealings with Alcatel and Corning as potential purchasers of LightLogic that have not already been produced.

      (f)    Nonprivileged documents relating to licensing, infringement or royalty rates for the patents-in-suit.

(3)    Defendants are ordered to produce the following documents by **2:00 p.m., July 22, 2008**.

      (a)    Nonprivileged draft agreements shared between Intel and EMCORE Corporation in connection with the transaction announced on December 17, 2007 (the "December 2007 Transaction").

      (b)    Nonprivileged documents relating to the December 2007 Transaction which reference Frank Shum, Radiance Design, Inc., Jean-Marc Verdiell, the instant litigaiton, or the patents in suit.

      (c)    Nonprivileged due diligence documents made available to EMCORE in connection with the December 2007 Transaction relating to Intel's Optical Platform Division ("OPD") products and intellectual property, accounting and financial information, sales and marketing information, research and development information, and disclosures relating to this litigation that have not already been produced.

      (d)    Nonprivileged documents relating to the transaction between Intel and EMCORE announced on April 10, 2008, which reference Frank Shum, Radiance Design, Inc., Jean-Marc Verdiell, the instant ligitation, or the patents-in-suit.

(4)    The parties shall meet and confer on **July 22, 2008**, to discuss the additional documents sought by Plaintiff (see (1) above) and determine whether they can reach agreement on what documents should be produced and the methodology for conducting such search.

(5)     The parties shall appear for a hearing before the Court on **July 23, 2008**, at 10:30 a.m. to report back on the results of the meet and confer.

IT IS SO ORDERED.

Dated: July16, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge