In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

## CIVIL MINUTES

**E-FILING**

**Date:** July 16, 2008
**Case No:** C02-3262 DLJ (EMC)

**Time:** 10:32-10:56a (reporter)
11:34-11:58a(FTR)

**Court Reporter:** Sahar McVickar

**Case Name:** Shum v. Intel, et al.

**Attorneys:** Paul Kirsch and Angus MacDonald for Plaintiff
Stephen Taylor and Jayesh Hines-Shah for Defendants

**Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| - PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ETC. | Court ordered parties to meet and confer in court. Court resumed at 11:34 a.m. Plaintiff's motion is granted in part and deferred in part. Further hearing set for 7/23/08 at 10:30 a.m. Parties shall further meet and confer. Parties shall notify court to take matter off 7/23/08 calendar if matter is resolved. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:** 7/23/08 at 10:30 a.m. further hearing on Plaintiff's Motion to Compel.

**cc:** EMC