1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK T. JANSEN (State Bar No. 114896)
2  PAUL F. KIRSCH (State Bar No. 127446)
   ROBERT A. McFARLANE (State Bar No. 172650)
3  ANGUS M. MacDONALD (State Bar No. 212526)
   TALI L. ALBAN (State Bar No. 233694)
4  Two Embarcadero Center, Eighth Floor
   San Francisco, California  94111
5  Telephone:  (415) 576-0200
   Facsimile:  (415) 576-0300
6  Email: mtjansen@townsend.com, pkirsch@townsend.com, ramcfarlane@townsend.com,
            ammacdonald@townsend.com, tlalban@townsend.com
7
   Attorneys for Plaintiff FRANK T. SHUM
8

9  TAYLOR & COMPANY LAW OFFICES, LLP
   STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
10 JAYESH-HINES-SHAH (SBN 214256)
   JONATHAN A. PATCHEN (SBN 237346)
11 One Ferry Building, Suite 355
   San Francisco, CA 94111
12 Telephone: (415) 788-8200
   Facsimile:  (415) 788-8208
13 Email:  staylor@tcolaw.com, jgrant@tcolaw.com, jhinesshah@tcolaw.com,
           jpatchen@tcolaw.com
14
   RAGESH K. TANGRI (SBN 159477)
15 KEKER & VAN NEST LLP
   710 Sansome Street
16 San Francisco, California 94111
   Telephone: (415) 391-5400
17 Facsimile:  (415) 397-7188
   Email:  rtangri@kvn.com
18
   Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC,
19 INC. and JANE-MARC VERDIELL

20                    UNITED STATES DISTRICT COURT

21              FOR THE NORTHERN DISTRICT OF CALIFORNIA

22                           OAKLAND DIVISION

23 | FRANK T. SHUM,                          | Case No. C02-3262 DLJ (EMC)
24 |         Plaintiff,                      | **JOINT LIST OF PROPOSED CONSTRUCTIONS**
25 |     v.                                  |
26 | INTEL CORPORATION, JEAN-MARC            |
27 | VERDIELL, and LIGHTLOGIC, INC.,         |
28 |         Defendants.                     |

**JOINT  LIST OF PROPOSED CONSTRUCTIONS**
CASE NO.C02-3262 DLJ (EMC)                                                    1

1    Pursuant to the April 3, 2008, Amended Order For Pretrial Preparation and the telephonic
2 conference before the Court on June 20, 2008, Plaintiff Frank T. Shum ("Plaintiff") and Defendants
3 Intel Corp., Jean-Marc Verdiell, and LightLogic, Inc ("Defendants") (collectively the "Parties") have
4 met and conferred to narrow the claim terms issues to be presented to the Court for judicial
5 construction.

**I.    AGREED DEFINITIONS**

As a result of their meet and confer efforts, the Parties have narrowed the number of claim terms at issue to thirteen (13).  Of those thirteen, the Parties have agreed to definitions of twelve (12) terms as follows:

| Term | Agreed Definition |
| --- | --- |
| flexure | a device that flexes |
| optical alignment | the positioning of two or more optical devices so that light sent by one component will be received by the other at the proper position and proper angle |
| substrate | supporting material on which components used within an optoelectronic package or optoelectronic assembly may be attached or formed |
| via | a hole through an insulating wall or insulating layer that may be filled with an electrically conducting material |
| hermetic | airtight |
| offset distance | a relative distance between two positions |
| in-plane coefficient of thermal expansion (CTE) | the rate at which a linear dimension varies in an in-plane direction with change in temperature |
| active optical device | a device that operates with or performs operations on light with the use of input energy in addition to that contained in the light itself |
| passive optical element | a device that operates with or performs operations on light that does not use electricity or another form of energy other than the light itself |
| fiduciary | a reference surface or edge used to align an optical element or component |

| heat pipe | a heat conducting pathway |
|---|---|
| heat dissipating device | a device that cools, transfers, channels, disperses, or spreads heat |

Defendants contend that each these terms need to be construed for the jury. Plaintiff contends that these terms do not need to be construed for the jury. However, should the Court find that construction of these terms is necessary, the Plaintiff agrees that the definitions above should be adopted.

## II.     DISPUTED TERMS

Following their meet and confer conferences, the Parties continue to disagree on the appropriate construction of one claim term, "leg." The parties proposed construction for this term are as follows:

| Claim Term | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| leg | an appendage of the flexure that supports the flexure | An appendage to the body of the flexure which extends downward, supporting the structure above it |

## III.     CLAIM CONSTRUCTION BRIEFING

The Parties will submit simultaneous claim construction briefs on July 18 supporting their respective positions as to the disputed term "leg."


DATED: July 18, 2008          Respectfully submitted,

TOWNSEND AND TOWNSEND AND CREW LLP


By: /s/ Robert A. McFarlane
    MARK T. JANSEN
    PAUL F. KIRSCH
    ROBERT A. McFARLANE
    ANGUS M. MacDONALD
    TALI L. ALBAN

Attorneys for Plaintiff FRANK T. SHUM

| | | |
|---|---|---|
| 1 | DATED: July 18, 2008 | TAYLOR & COMPANY LAW OFFICES, LLP |

By: */s/ Jayesh Hines-Shah*
    STEPHEN E. TAYLOR
    JESSICA L. GRANT
    JAYESH HINES-SHAH
    JONATHAN A. PATCHEN

KEKER & VAN NEST LLP
RAGESH K. TANGRI

Attorneys for Defendants Intel Corporation, LightLogic, Inc. and Jean-March Verdiell

**GENERAL ORDER 45 ATTESTATION**

I, Robert A. McFarlane, am the ECF user whose ID and password are being used to file this JOINT LIST OF PROPOSED CONSTRUCTIONS. In compliance with General Order 45, X.B., I hereby attest that Jayesh Hines-Shah has concurred in this filing.

    /s/*Robert A. McFarlane*
    Robert A. McFarlane