In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**

**E-FILING**

**Date:** July 23, 2008
**Case No:** C02-3262 DLJ (EMC)

**Time:** 10:39-10:54 a.m.
**Court Reporter:** Belle Ball 373-2529

**Case Name:** Shum v. Intel, et al.

**Attorneys:**   Angus MacDonald and Paul Kirsch for Plaintiff
Stephen Taylor and Jayesh Hines-Shah for Defendants

**Deputy Clerk:** Betty Fong

| **PROCEEDINGS:** | **ORDERED AFTER HEARING:** |
|---|---|
| - FURTHER HEARING ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, ETC. | Plaintiff's motion is granted in part. Parties shall further meet and confer on unresolved issue(s). Court to issue order. |

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC