UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, *et al.*,<br><br>    Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C-02-3262 DLJ (EMC)<br><br>**ORDER RE HEARING ON JULY 23, 2008**<br><br>**(Docket Nos. 561, 592)** |

Previously, the Court issued an order requiring the parties to further meet and confer with respect to Plaintiff's motion to compel. *See* Docket Nos. 561, 592. The parties appeared before the Court for a hearing on July 23, 2008, to report back on their meet-and-confer efforts. This order memorializes the Court's rulings made at the July 23 hearing.

(1)     Defendants shall produce documents as described in defense counsel's letter of July 22, 2008, in the "Modified Proposed Category" column. That is, Defendants shall produce (1) communications -- including e-mails and memoranda -- referencing the value of LightLogic's patents-in-suit; (2) Intel's internal accounting documents and/or financial analyses -- including back-up documentation, reports, notes, and internal memoranda relating to or referencing the value of LightLogic's patents-in-suit; (3) documents provided to or received from Intel's outside auditors relating to the allocation of value to LightLogic's patents-in-suit; and (4) valuations and due diligence (and back-up documentation thereto) that have not already been produced relating to or referencing LightLogic's patents-in-suit

that were generated by Intel, LightLogic, or third parties. The parties shall meet and confer as to a timetable for production, keeping in mind the case management deadlines set forth by Judge Jensen.

(2) The parties shall further meet and confer as to whether Defendants should also produce communications -- including e-mails and memoranda -- dated after the original fact discovery cut-off, which reference Frank Shum or Radiance Design. In the meet and confer, the parties should bear in mind the burden/benefit analysis as discussed in Federal Rule of Civil Procedure 26(b).

IT IS SO ORDERED.

Dated: July 24, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

2