STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
NICHOLAS G. CAMPINS (SBN 238022)
STEPHEN McG. BUNDY (SBN 253017)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: ncampins@tcolaw.com
E-mail: sbundy@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California  94111
Telephone: (415) 391-5400
Facsimile:   (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>            Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>            Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CLAIM CONSTRUCTION HEARING DATE**<br><br>Honorable D. Lowell Jensen |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CLAIM
CONSTRUCTION HEARING DATE :  CASE NO.  C 02-03262 DLJ (EMC)

1  WHEREAS, on April 3, 2008, this Court issued an Amended Order for Pretrial Preparation
2 that set August 8, 2008, as the date for the claim construction hearing in this case (the "Markman
3 Hearing");
4  Whereas counsel Ragesh Tangri, who will be appearing on behalf of defendants Intel
5 Corporation, Jean-Marc Verdiell and LightLogic, Inc. at the Markman Hearing, will be out of
6 town and unavailable to attend the hearing on August 8; and
7  WHEREAS, the parties have met and conferred and wish to continue the Markman
8 Hearing from August 8, 2008, at 2:00 p.m., to August 15, 2008, at 2:00 p.m.;
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties
10 to the above-captioned action, by and through their respective counsel, that the Markman Hearing
11 be continued to August 15, 2008, at 2:00 p.m.

| | |
|---|---|
| Dated: July 18, 2008 | TAYLOR & COMPANY LAW OFFICES, LLP |
| | By:  /s/ Stephen E. Taylor  <br> Stephen E. Taylor |
| | Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL |
| Dated: July 18, 2008 | KEKER & VAN NEST, LLP |
| | By:  /s/ Ragesh K. Tangri  <br> Ragesh K. Tangri |
| | Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL |
| Dated: July ___, 2008 | TOWNSEND AND TOWNSEND AND CREW, LLP |
| | By:  <br> Paul F. Kirsch |
| | Attorneys for Plaintiff FRANK T. SHUM |

,

1.

1  WHEREAS, on April 3, 2008, this Court issued an Amended Order for Pretrial Preparation
2  that set August 8, 2008, as the date for the claim construction hearing in this case (the "Markman
3  Hearing");
4  Whereas counsel Ragesh Tangri, who will be appearing on behalf of defendants Intel
5  Corporation, Jean-Marc Verdiell and LightLogic, Inc. at the Markman Hearing, will be out of
6  town and unavailable to attend the hearing on August 8; and
7  WHEREAS, the parties have met and conferred and wish to continue the Markman
8  Hearing from August 8, 2008, at 2:00 p.m., to August 15, 2008, at 2:00 p.m.;
9  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties
10 to the above-captioned action, by and through their respective counsel, that the Markman Hearing
11 be continued to August 15, 2008, at 2:00 p.m.

Dated: July ___, 2008        TAYLOR & COMPANY LAW OFFICES, LLP

                             By:_____
                                 Stephen E. Taylor

                             Attorneys for Defendants INTEL CORPORATION,
                             JEAN-MARC VERDIELL and LIGHTLOGIC, INC.

Dated: July ___, 2008        KEKER & VAN NEST, LLP

                             By:_____
                                 Ragesh K. Tangri

                             Attorneys for Defendants INTEL CORPORATION,
                             JEAN-MARC VERDIELL and LIGHTLOGIC, INC.

Dated: July 18, 2008         TOWNSEND AND TOWNSEND AND CREW LLP

                             By:_____
                                 Paul F. Kirsch

                             Attorneys for Plaintiff FRANK T. SHUM

1    IT IS SO ORDERED.

2

3    DATED:  __July 21, 2008__    _____
                                   HONORABLE D. LOWELL JENSEN
4                                  UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2.

1  I, Stephen E. Taylor, am the ECF User whose identification and password are being used
2 to file this Stipulation and [Proposed] Order Continuing the Claim Construction Hearing Date.  I
3 hereby attest that Ragesh K. Tangri has concurred in this filing.

Dated: July 18, 2008                              TAYLOR & COMPANY LAW OFFICES, LLP


                                                  By:     /s/ Stephen E. Taylor
                                                              Stephen E. Taylor

                                                  Attorneys for Defendants INTEL CORPORATION,
                                                  LIGHTLOGIC, INC. and JEAN-MARC VERDIELL