UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**CIVIL PRETRIAL MINUTES**
**JUDGE  D. LOWELL JENSEN**

**Date: July 25, 2008**

Frank Shum

NO.C-02-3262-DLJ

Plaintiff,

v.

Intel Corp., Lightlogic Inc. and Jean-Marc Verdiell

Defendant.

**Clerk: Frances Stone**        **Court Reporter:  MARGO GURULE**

**Time:** 2:00pm to 3:50pm

**Appearances for Plaintiff:**

Angus MacDonald
Robert A. McFarlane
Paul F. Kirsch

**Appearances for Defendant:**
Stephen E. Taylor
Jayesh Hines-Shah
Stephen McG. Bundy

**Proceeding:**
Defs Intel, Lightlogic Inc. and Verdiell's Motion for Summary Judgment, or in alternative, Partial Summary Judgment- **Held and Submitted.**

Pla Shum's Motion to Strike Def's Motion for Summary Judgment and Objections to Evidence- **Held and Submitted.**

**Order to be prepared by: Court**

**Case continued to: 8/15/08 at 2:00pm for Claim Construction Hrg.**
          (this hrg. to be 30 minutes per Court).

Notes: