1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK T. JANSEN (State Bar No. 114896)
2  PAUL F. KIRSCH (State Bar No. 127446)
   ANGUS M. MacDONALD (State Bar No. 212526)
3  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, California  94111
   Telephone: (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email:    mtjansen@townsend.com, pkirsch@townsend.com
6            ammacdonald@townsend.com, tlalban@townsend.com

7  Attorneys for Plaintiff FRANK T. SHUM

8

9

10                      UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13  FRANK T. SHUM,                         | Case No. C02-3262 DLJ (EMC)

14              Plaintiff,                 | **STIPULATION AND [PROPOSED]
                                           | ORDER REGARDING EXPERT
15        v.                               | DISCOVERY DEADLINES**

16  INTEL CORPORATION, JEAN-MARC
    VERDIELL, and LIGHTLOGIC, INC.,
17
                Defendants.
18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    WHEREAS, on March 14, 2008 and March 20, 2008, this Court entered Orders setting the dates for: (1) plaintiff Frank T. Shum ("Shum") to serve expert reports by August 1, 2008, (2) defendants Intel Corporation ("Intel"), Jean-Marc Verdiell ("Verdiell") and LightLogic, Inc. ("LightLogic") (collectively "Defendants") to serve expert reports by September 5, 2008, and (3) the close of expert discovery on October 3, 2008;

WHEREAS, on July 16, 2008, Magistrate Judge Chen entered an Order Granting In Part and Deferring In Part Plaintiff's Motion to Compel (Docket No. 592);

WHEREAS, on July 24, 2008, Judge Chen entered an Order Re Hearing On July 23, 2008 (Docket No. 604), directing Defendants to produce documents that Shum believes will be relevant to the parties' upcoming expert reports;

WHEREAS, Defendants are in the process of completing discovery pursuant to Judge Chen's July 24, 2008 Order;

WHEREAS, counsel for Shum and counsel for defendants agree that: (1) the date for Shum to serve his expert reports may be extended from August 1, 2008 to August 8, 2008; (2) the date for Defendants to serve their expert reports may be extended from September 5, 2008 to September 12, 2008; and (3) the date for the close of expert discovery may be extended from October 3, 2008 to October 8, 2008;

WHEREAS, allowing the dates of expert discovery to be extended as set forth immediately above will not affect any of the other pretrial dates, including the November 3, 2008 trial date set;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among Shum and Defendants, by and through their respective counsel, that Shum's expert reports may be served on or before August 8, 2008, Defendants' expert reports may be served on or before September 12, 2008, and the expert discovery cut-off date may be extended to October 8, 2008.

DATED: July 31, 2008                    TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ *Angus M. MacDonald*
       ANGUS M. MACDONALD
Attorneys for Plaintiff FRANK T. SHUM

1

2   DATED:  July 31, 2008          TAYLOR & COMPANY LAW OFFICES, INC.

3
                                   By:  /s/ *Stephen E. Taylor*
4                                        STEPHEN E. TAYLOR

5                                  Attorneys for Defendants INTEL CORPORATION,
                                   LIGHTLOGIC, INC. and JEAN-MARC VERDIELL
6

7

8        IT IS SO ORDERED.

9

10  DATED:_____

11                                 HON. D. LOWELL JENSEN
                                   JUDGE OF THE U.S. DISTRICT COURT
12

**GENERAL ORDER ATTESTATION**

I, Angus M. MacDonald, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES. In compliance with General Order 45, X.B., I hereby attest that Stephen E. Taylor has concurred in this filing.

/s/ *Angus M. MacDonald*
ANGUS M. MAcDONALD