1  STEPHEN E. TAYLOR (SBN 58452)
   JESSICA L. GRANT (SBN 178138)
2  JAYESH HINES-SHAH (SBN 214256)
   JONATHAN A. PATCHEN (SBN 237346)
3  TAYLOR & COMPANY LAW OFFICES, LLP
   One Ferry Building, Suite 355
4  San Francisco, California 94111
   Telephone: (415) 788-8200
5  Facsimile: (415) 788-8208
   E-mail: staylor@tcolaw.com
6  E-mail: jgrant@tcolaw.com
   E-mail: jhinesshah@tcolaw.com
7  E-mail: jpatchen@tcolaw.com

8  RAGESH K. TANGRI (SBN 159477)
   KEKER & VAN NEST LLP
9  710 Sansome Street
   San Francisco, California 94111
10 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
11 E-mail: rtangri@kvn.com

12 Attorneys for Defendants INTEL
   CORPORATION, LIGHTLOGIC, INC.
13 and JEAN-MARC VERDIELL

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                    OAKLAND DIVISION

17

| | |
|---|---|
| 18  FRANK T. SHUM, | Case No.: C 02-03262 DLJ (EMC) |
| 19      Plaintiff, | **DECLARATION OF JEAN-MARC VERDIELL IN SUPPORT OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| 20  v. | |
| 21  INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC., | |
| 22  Defendants. | |

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF JEAN-MARC VERDIELL IN SUPPORT OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER: CASE NO. C 02-03262 DLJ (EMC)

1  I, JEAN-MARC VERDIELL, declare as follows:

2  1.  Along with LightLogic, Inc. and Intel Corporation ("Intel"), I am a defendant in the above-captioned action brought by Frank T. Shum ("Shum"). I make this declaration upon personal knowledge and, if called upon to testify, could and would testify competently hereto. This declaration is submitted in support of defendants' Motion for Protective Order concerning Shum's July 11, 2008 Notice of Deposition seeking to re-depose me in this action. I have already testified at three full-day deposition sessions, appearing on October 15, 16 and 17, 2003.

2.  I had no involvement in the calculation of Intel's purchase price allocation of the former assets of LightLogic, Inc.

3.  I left the employment of Intel in May of 2006.

4.  I have been told that in 2007 and 2008, Intel sold the telecommunications-related portion of its Optical Platform Division to EMCORE Corporation. I had no involvement in that transaction and I have no personal knowledge beyond what I have been told by my counsel and what I have read about the transaction in the popular press.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct. Executed this 31 day of July, 2008, in Sunnyvale, California.

_/s/ JEAN-MARC VERDIELL_

TAYLOR & CO.
LAW OFFICES, LLP

1.
DECLARATION OF JEAN-MARC VERDIELL IN SUPPORT OF DEFENDANTS'
MOTION FOR PROTECTIVE ORDER: CASE NO. C 02-03262 DLJ (EMC)