STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: ncampins@tcolaw.com
E-mail: sbundy@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>   Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>   Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER**<br><br>Date:   TO BE DETERMINED<br>Time:  TO BE DETERMINED<br>Place:  Courtroom C, 15th Floor<br>        San Francisco Division<br><br>Honorable Edward M. Chen |

1  The Motion by defendants Intel Corporation and Jean-Marc Verdiell for a Protective Order
2  (the "Motion") in the above-captioned action came on regularly for hearing before the Honorable
3  Edward M. Chen on _____ at _____m., in Courtroom C of the San Francisco
4  Division of the above-captioned Court.  All parties appeared and were represented at the hearing
5  by and through their respective counsel of record.
6  Having considered all papers filed by the parties in favor of and in opposition to the
7  Motion, the arguments of counsel appearing at the hearing on this matter, and all other matters
8  deemed to be appropriate by the Court, and good cause appearing therefor,
9  IT IS HEREBY ORDERED that the defendants' Motion is GRANTED.  Plaintiff Frank T.
10 Shum is prohibited from taking further depositions of Jean-Marc Verdiell or Intel Corporation in
11 this matter.
12 IT IS SO ORDERED.
13 DATED: _____    _____
14                                  HONORABLE EDWARD M. CHEN
                                     UNITED STATES MAGISTRATE JUDGE