| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | MARK T. JANSEN (State Bar No. 114896) |
| 2 | PAUL F. KIRSCH (State Bar No. 127446) |
| | ANGUS M. MacDONALD (State Bar No. 212526) |
| 3 | TALI L. ALBAN (State Bar No. 233694) |
| | Two Embarcadero Center, Eighth Floor |
| 4 | San Francisco, California  94111 |
| | Telephone: (415) 576-0200 |
| 5 | Facsimile:  (415) 576-0300 |
| | Email:      mtjansen@townsend.com, pkirsch@townsend.com |
| 6 |             ammacdonald@townsend.com, tlalban@townsend.com |

Attorneys for Plaintiff FRANK T. SHUM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM, | Case No. C02-3262 DLJ (EMC) |
| Plaintiff, | **DECLARATION OF ANGUS M. MacDONALD IN SUPPORT OF PLAINTIFF FRANK SHUM'S OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER SHORTENING TIME FOR HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| v. | |
| INTEL CORPORATION, JEAN-MARC VERDIELL, and LIGHTLOGIC, INC., | |
| Defendants. | |
| | Date:          TBD |
| | Time:          TBD |
| | Courtroom:  C, 15th Floor |
| | Mag. Judge:  Hon. Edward M. Chen |

I, Angus M. MacDonald, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney at the law firm of Townsend and Townsend and Crew LLP, counsel of record for plaintiff Frank T. Shum ("Shum").  The following facts are within my personal knowledge and, if called as a witness by the court, I would be competent to testify to the matters set forth below.

2. On Monday, July 28, 2008, my partner (Paul Kirsch) and I participated in a telephonic

meet and confer with Defendants' counsel, Stephen Taylor and Jayesh Hines-Shah. During that call, Mr. Taylor represented that Defendants would begin a rolling production of documents responsive to the Court's July 24, 2008 Order later that week and would endeavor to complete the production by Monday, August 4, 2008.

3. To date, Defendants have not started producing any documents in compliance with this Court's July 24, 2008 Order.

4. On Friday, August 1, 2008, I met and conferred with Mr. Hines-Shah in person and via telephone. Mr. Hines-Shah could not offer a definitive timetable as to when Defendants' document production pursuant to the Court's July 24, 2008 Order would be complete. Mr. Hines-Shah suggested that Defendants "might" start producing documents by the end of this week.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of August, 2008 in San Francisco, California.

/s/ *Angus M. MacDonald*
ANGUS M. MacDONALD

61452703 v1

DECLARATION OF ANGUS M. MacDONALD IN SUPPORT OF PLAINTIFF FRANK SHUM'S OPPOSITION TO DEFENDANTS' MOTION FOR ORDER SHORTENING TIME
CASE NO.C02-3262 DLJ (EMC)

2