1 | STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
2 | JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
3 | TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
4 | San Francisco, California 94111
Telephone: (415) 788-8200
5 | Facsimile: (415) 788-8208
E-mail: staylor@tcolaw.com
6 | E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
7 | E-mail: jpatchen@tcolaw.com

8 | RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
9 | 710 Sansome Street
San Francisco, California 94111
10 | Telephone: (415) 391-5400
Facsimile: (415) 397-7188
11 | E-mail: rtangri@kvn.com

12 | Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
13 | and JEAN-MARC VERDIELL

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM, | Case No.: C 02-03262 DLJ (EMC) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES** |
| v. | |
| INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC., | |
| Defendants. | |

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION AND [PROPOSED] ORDER REGARDING EXPERT DISCOVERY DEADLINES:
CASE NO. C 02-03262 DLJ (EMC)

1    WHEREAS, on April 3, 2008, this Court entered an Amended Order for Pretrial
2 Preparation setting the dates for: (1) the parties to complete fact discovery by July 28, 2008, (2)
3 plaintiff Frank T. Shum ("Shum") to serve expert reports by August 1, 2008, (3) defendants Intel
4 Corporation ("Intel"), Jean-Marc Verdiell ("Verdiell") and LightLogic, Inc. (collectively
5 "Defendants") to serve expert reports by September 5, 2008, (4) the close of expert discovery on
6 October 3, 2008, (5) the parties to file motions in limine by October 10, 2008, and (6) the parties
7 to file oppositions to motions in limine by October 17, 2008;
8    WHEREAS, on July 31, 2008, this Court entered a Stipulation and Order Regarding
9 Expert Discovery Deadlines (Docket No. 608) for: (1) Shum to serve expert reports by August 8,
10 2008, (2) Intel, Verdiell and LightLogic to serve expert reports by September 12, 2008, and (3) the
11 close of expert discovery on October 8, 2008;
12    WHEREAS, defendants are in the process of completing additional fact discovery pursuant
13 to Magistrate Judge Chen's Order Re Hearing On July 23, 2008 (Docket No. 604);
14    WHEREAS, on July 11, 2008, Shum served Notices of Deposition on Intel and Verdiell;
15    WHEREAS, on August 1, 2008, defendants filed a Motion for Protective Order (Docket
16 No. 609) to prevent the noticed depositions of Intel and Verdiell from being taken;
17    WHEREAS, a hearing has not yet been conducted on defendants' pending Motion for
18 Protective Order;
19    WHEREAS, pursuant to Magistrate Judge Chen's guidance, counsel for the parties
20 continue to meet and confer about the conclusion of fact discovery, including the scope and timing
21 of depositions (if any);
22    WHEREAS, other than the outstanding issues enumerated in this Stipulation and discovery
23 relating to Ernst & Young, fact discovery is closed;
24    WHEREAS, counsel for Shum and counsel for defendants agree that: (1) the date for
25 defendants to complete production of documents pursuant to Magistrate Judge Chen's Order Re
26 Hearing on July 23, 2008 (Docket No. 604) may be extended to August 15, 2008; (2) the date for
27 Shum to complete his additional depositions (if any) of Intel and Verdiell may be extended to
28 August 22, 2008; (3) the date for Shum to serve his expert reports may be extended from August

1   8, 2008 to September 2, 2008; (4) the date for defendants to serve their expert reports may be
2   extended from September 12, 2008 to October 2, 2008; (5) the date for the close of expert
3   discovery may be extended from October 8, 2008 to October 17, 2008; (6) the date for Shum to
4   file motions in limine (if any) relating to defendants' expert reports served on the dates specified
5   above may be extended from October 10, 2008 to October 20, 2008, (7) the dates for Shum to file
6   all other motions in limine remains unchanged, and (8) the date for defendants to file oppositions
7   to Shum's motions in limine relating to defendants' expert reports served on the dates specified
8   above may be extended from October 17, 2008 to October 24, 2008; and

9         WHEREAS, allowing the dates of expert discovery to be extended as set forth immediately
10  above will not affect any of the other pretrial dates, including the November 3, 2008 trial date.

11        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among Shum and
12  defendants, by and through their respective counsel, that:

13      1.   Defendants are to complete their document production by August 15, 2008;
14      2.   Shum is to complete his depositions (if any) of Intel and Verdiell by August 22,
15  2008;
16      3.   Shum's expert reports may be served on or before September 2, 2008;
17      4.   Defendants' expert reports may be served on or before October 2, 2008;
18      5.   The expert discovery cut-off date may be extended to October 17, 2008;
19      6.   Shum's motions in limine (if any) relating to defendants' expert reports to be
20  served on October 2 may be filed on or before October 20, 2008; and
21      7.   Defendants' oppositions to Shum's motions in limine relating to the defendants'
22  expert reports specified hereinabove may be filed on or before October 24, 2008.

23  Dated: August 7, 2008      TAYLOR & COMPANY LAW OFFICES, LLP
24
25
26        By: _____/s/ Jessica L. Grant_____
              Jessica L. Grant
27        Attorneys for Defendants INTEL CORPORATION,
          LIGHTLOGIC, INC. and JEAN-MARC VERDIELL
28

| | |
|---|---|
| Dated: August 7, 2008 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | By:   /s/ Angus M. MacDonald  <br>        Angus M. MacDonald <br> Attorneys for Plaintiff FRANK T. SHUM |

**IT IS SO ORDERED.**

DATED:   August 8, 2008              _____
                                    HONORABLE D. LOWELL JENSEN
                                    UNITED STATES DISTRICT COURT JUDGE

I, Jessica L. Grant, am the ECF User whose identification and password are being used to file the Stipulation and [Proposed] Order Regarding Expert Discovery Deadlines. I hereby attest that Angus M. MacDonald has concurred in this filing.

| | |
|---|---|
| Dated: August 7, 2008 | TAYLOR & COMPANY LAW OFFICES, LLP |
| | By:   /s/ Jessica L. Grant  <br>        Jessica L. Grant <br> Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL |