STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California  94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>    Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**MOTION FOR ADMINISTRATIVE RELIEF OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC., AND JEAN-MARC VERDIELL, TO BRING EQUIPMENT INTO THE COURTROOM AND ORDER**<br><br>Date:    August 15, 2008<br>Time:   2:00 p.m.<br>Place:   Courtroom 1<br><br>Honorable D. Lowell Jensen |

TAYLOR & CO.
LAW OFFICES, LLP

MOTION FOR ADMINISTRATIVE RELIEF OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC., AND JEAN-MARC VERDIELL TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER: CASE NO.  C 02-03262 DLJ (EMC)

Pursuant to Local Rule 7-11, defendants Intel Corporation, LightLogic, Inc., and Jean-Marc Verdiell make this Motion for Administrative Relief for an order granting permission to defendants to bring into the courtroom, use and remove from the courtroom the following electronic equipment at the claim construction hearing scheduled for Friday, August 15, 2008, at 2:00 p.m., in Courtroom 1, before the Honorable D. Lowell Jensen:

1.   Laptop Computer;
2.   Data Projector;
3.   Projection Screen and Display Devices.

Use of this equipment is necessary for an effective presentation of the claim construction hearing.

This request is submitted on behalf of defendants Intel Corporation, LightLogic, Inc., and Jean-Marc Verdiell and their counsel of record.

Dated: August 14, 2008        TAYLOR & COMPANY LAW OFFICES, LLP

By:   /s/ Jayesh Hines-Shah
       Jayesh Hines-Shah
Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is so ordered:

DATED: August 14, 2008        _____
                              HONORABLE D. LOWELL JENSEN
                              UNITED STATES DISTRICT JUDGE

1.

MOTION FOR ADMINISTRATIVE RELIEF OF DEFENDANTS INTEL CORPORATION, LIGHTLOGIC, INC., AND JEAN-MARC VERDIELL TO BRING EQUIPMENT INTO THE COURTROOM AND [PROPOSED] ORDER: CASE NO. C 02-03262 DLJ (EMC)