UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. SHUM,<br><br>        Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION, *et al.*,<br><br>        Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C-02-3262 DLJ (EMC)<br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing for (1) DEFENDANTS' MOTION FOR PROTECTIVE ORDER (Docket No. 609) and (2) PLAINTIFF'S LETTER BRIEF OF AUGUST 1, 2008 RE DEPOSITIONS (Docket No. 612), is set for **August 21, 2008 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A joint letter brief, not to exceed five (5) pages, single-spaced, shall be electronically filed by 5:00 p.m., August 18, 2008.

Dated: August 18, 2008                                   RICHARD W. WIEKING, CLERK

By:       /s/
        Leni Doyle
        Deputy Clerk