STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: jpatchen@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California  94111
Telephone: (415) 391-5400
Facsimile:   (415) 397-7188
E-mail: rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>            Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>            Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF THE PARTIES' JOINT LETTER BRIEF CONCERNING DEPOSITIONS**<br><br>Date:      August 21, 2008<br>Time:     10:30 a.m.<br>Place:     Courtroom C, 15th Floor<br>             San Francisco Division<br><br>Magistrate Judge Edward M. Chen |

I, STEPHEN E. TAYLOR, declare as follows:

      1.      I am an attorney with Taylor & Company Law Offices, LLP ("Taylor & Company"), counsel for defendants Intel Corporation ("Intel"), LightLogic, Inc. ("LightLogic")

TAYLOR & CO.
LAW OFFICES, LLP

DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF THE PARTIES' JOINT LETTER BRIEF
CONCERNING DEPOSITIONS: CASE NO.  C 02-03262 DLJ (EMC)

and Jean-Marc Verdiell ("Verdiell") in this action.  The facts set forth in this declaration are personally known to me to be true and, if called upon to testify as to the matters contained in this declaration, I could and would competently testify thereto.  This declaration is submitted in support of the Parties' Joint Letter Brief Concerning Depositions, which has been filed concurrently herewith.

2. On August 18, 2008, I received permission from Angus M. MacDonald, counsel for plaintiff Frank T. Shum, to affix his electronic signature to the Parties' Joint Letter Brief.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.  Executed this 18th day of August, 2008, at San Francisco, California.

                                                                             /s/ Stephen E. Taylor  
                                                                             STEPHEN E. TAYLOR

TAYLOR & CO.  
LAW OFFICES, LLP

1.  
DECLARATION OF STEPHEN E. TAYLOR IN SUPPORT OF THE PARTIES' JOINT LETTER BRIEF CONCERNING DEPOSITIONS: CASE NO.  C 02-03262 DLJ (EMC)