UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL PRETRIAL MINUTES</u>
**JUDGE  D. LOWELL JENSEN**

**Date:August 15, 2008**

Frank T. Shum

                NO. C-02-3262-DLJ

        Plaintiff,

  v.

Intel Corporation, Jean- Marc Verdiell,
 Lightlogic Inc.

        Defendant.


**Clerk: Frances Stone**       **Court Reporter:**  RAYNEE MERCADO

Time: 2:00pm-3:10pm
**Appearances for Plaintiff:**
Robert MacFarlane
Paul Kirsch

**Appearances for Defendant:**
Ragesh Tangri
Jayesh Hines-Shah

Proceeding:
Claim Construction Hearing- HELD and Matter submitted.


Order to be prepared by<u>:  Court</u>


Case continued to <u>10/24/08 at 2:00pm  for Pretrial Conference</u>

 Case continued to <u>11/3/08 at 9:00AM  for 2-3 week Jury Trial         </u>

Ordered:


Notes: