UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## CIVIL MINUTES

**Judge:** EDWARD M. CHEN

**Date**: August 21, 2008

**Case No:** C 02-03262 DLJ (EMC)

**Case Title**: FRANK SHUM v. INTEL CORP., et al.

**Appearances:**

    For Plaintiff(s): Angus MacDonald

    For Defendant(s): Jessica Grant, Stephen Taylor, Jayesh Hines-Shah

**Deputy Clerk**: Rowena B. Espinosa      **Court Reporter**: Lydia Zinn

## PROCEEDINGS

1. Hearing on Defendants' Motion for Protective Order - held

MOTION/MATTER:  ( ) Granted
                    ( ) Denied
                    ( ) Granted in part/Denied in part
                    (X) Taken under submission
                    ( ) Withdrawn/Off Calendar
                    ( ) Continued to:

Order to be prepared by:      ( ) Plaintiff    ( ) Defendant    (X) Court

## SUMMARY

- Parties are to meet and confer re: document production as discussed on the record.
- A total of seven hours are given to the parties for deposition.