UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. SHUM, | No. C-02-3262 DLJ (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART, DENYING IN PART, AND DEFERRING IN PART DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |
| INTEL CORPORATION, *et al.*, | |
| Defendants. | **(Docket Nos. 609, 633)** |
| _____/ | |
| AND RELATED COUNTERCLAIMS. | |
| _____/ | |

The parties have a discovery dispute as to the scope of a 30(b)(6) deposition of Intel and as to whether the deposition of Jean-Marc Verdiell should proceed at all. A hearing was held on the dispute on August 21, 2008. This order memorializes the Court's rulings which were made at the hearing.

(1) The 30(b)(6) deposition of Intel shall proceed. A deposition is appropriate given the recently produced documents by Intel. Only questions about or closely related to the recently produced documents may be asked. General questions that are not tied to the documents are outside the scope of the deposition. The deposition of the two deponents shall not exceed seven hours total.

(2) The Court shall not allow Mr. Verdiell to be deposed based on documents that were previously produced in this litigation. However, because new documents have been produced, the Court orders the parties to further meet and confer as to whether the deposition of Mr. Verdiell should proceed and, if so, what the scope of the deposition should be.

During the meet and confer, the parties should determine whether they can reach any stipulations that could obviate the need for any deposition or at least narrow the scope of any deposition. If the parties are unable to resolve the dispute regarding Mr. Verdiell's deposition, then the parties shall file a joint letter within one week of the date of this order, stating what their respective positions are. The letter shall be no longer than three (3) single-spaced pages. In his portion of the joint letter, Mr. Shum must specify exactly what documents about which he seeks to question Mr. Verdiell. In addition, Mr. Shum must describe the kinds of questions he intends to ask Mr. Verdiell about those documents and how those questions are relevant to the issue of unjust enrichment.

This order disposes of Docket No. 609.

IT IS SO ORDERED.

Dated: August 22, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge