JESSICA L. GRANT
ATTORNEY
jgrant@tcolaw.com

TAYLOR & COMPANY
LAW OFFICES, LLP

September 2, 2008

**VIA E-FILING**

Magistrate Judge Edward M. Chen
United States District Court
450 Golden Gate Avenue
Courtroom C, 15th Floor
San Francisco, CA 94102

Re: Frank T. Shum v. Intel Corporation, et al.,
United States District Court, Northern District
of California, Case No. C-02-3262 DLJ (EMC)

Dear Magistrate Judge Chen:

On August 29, 2008, the parties submitted a joint letter brief to the Court regarding plaintiff's request to reopen the deposition of defendant Jean-Marc Verdiell. Based on the potentially disruptive impact of preparing for and defending such a deposition, given the current trial schedule, defendants respectfully request a brief hearing before Your Honor, in the event the Court is inclined to allow the deposition of Mr. Verdiell as opposed to proceeding by way of expedited interrogatories.

Very truly yours,

Jessica L. Grant

cc: Angus M. MacDonald