STEPHEN E. TAYLOR (SBN 58452)
JESSICA L. GRANT (SBN 178138)
JAYESH HINES-SHAH (SBN 214256)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California  94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jgrant@tcolaw.com
E-mail: jhinesshah@tcolaw.com
E-mail: ncampins@tcolaw.com
E-mail: sbundy@tcolaw.com

RAGESH K. TANGRI (SBN 159477)
KEKER & VAN NEST LLP
710 Sansome Street
San Francisco, California 94111
Telephone: (415) 391-5400
Facsimile:   (415) 397-7188
E-mail:   rtangri@kvn.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>    Defendants. | Case No.: C 02-03262 DLJ (EMC)<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT FILING UNDER SEAL<br><br>Date:      TO BE DETERMINED<br>Time:     TO BE DETERMINED<br>Place:    Courtroom C, 15th Floor<br>             San Francisco Division<br><br>Honorable Edward M. Chen |

TAYLOR & CO.
LAW OFFICES, LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR
ADMINISTRATIVE RELIEF TO PERMIT FILING UNDER SEAL:  CASE NO.  C 02-03262 DLJ (EMC)

1  The Motion by defendants Intel Corporation and Jean-Marc Verdiell for Administrative Relief to Permit Filing Under Seal of the documents listed below pursuant to Civil Local Rule 79-5 is hereby GRANTED:

1. Exhibit 2 to the Declaration of Jayesh Hines-Shah in Support of Defendants' Motion For Protective Order;
2. Exhibit 3 to the Declaration of Jayesh Hines-Shah in Support of Defendants' Motion For Protective Order; and
3. Exhibit 7 to the Declaration of Jayesh Hines-Shah in Support of Defendants' Motion For Protective Order.

The foregoing documents shall be filed under seal.

IT IS SO ORDERED.

DATED: Sept. 3, 2008

_____
HONORABLE EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

[IT IS SO ORDERED — Judge Edward M. Chen — United States District Court, Northern District of California]

Taylor & Co.
Law Offices, LLP

1.
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF TO PERMIT FILING UNDER SEAL: CASE NO. C 02-03262 DLJ (EMC)