STEPHEN E. TAYLOR
ATTORNEY
staylor@tcolaw.com

# TAYLOR & COMPANY
LAW OFFICES, LLP

September 5, 2008

**VIA E-FILING & MESSENGER**

Honorable D. Lowell Jensen
Judge of the United States District Court
Northern District of California
1301 Clay Street
Courtroom 1, 4th Floor
Oakland, CA  94612-5212

Re:  Frank T. Shum v. Intel Corporation, et al.,
     United States District Court, Northern District
     of California, Case No. C-02-3262 DLJ (EMC)

Dear Judge Jensen:

Counsel for the parties have identified the following issues to be discussed with the Court at the Status Conference scheduled for Monday, September 8, 2008 at 3:00 p.m.

Number of Jury Trial Days:  The Court has indicated it has 2 - 3 weeks available for the trial of this case.  Plaintiff's counsel states they need no more than 5 trial days to introduce their evidence and cross-examine defendants' witnesses.  Defendants believe they will need significantly more time, up to 12 trial days, to present their case to the jury and that they will be substantially prejudiced if required to put on their case in the amount of time currently allotted for trial.

Motions *In Limine* and Jury Instructions:  Defendants are concerned about the current pretrial schedule, especially as it relates to motions *in limine* and jury instructions. Substantial issues will be raised by both sides in this case, and defendants believe the Court and the parties would benefit from more time to consider the briefing and, in turn, the Court's rulings.  Plaintiff's counsel has indicated they wish to keep the current trial date, but adjust the pretrial schedule to allow more time for consideration of the briefing on motions *in limine* and jury instructions.  Defendants do not believe their concern can be addressed by adjusting the current schedule, given the November 3, 2008 trial date.

TAYLOR & COMPANY
LAW OFFICES, LLP

Honorable D. Lowell Jensen
September 5, 2008
Page 2

We look forward to addressing these issues more fully with Your Honor on Monday
afternoon, September 8, 2008.

Very truly yours,

Stephen E. Taylor

cc:  Mr. Mark T. Jansen
     Mr. Angus M. MacDonald