UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL PRETRIAL MINUTES</u>
JUDGE  D. LOWELL JENSEN

**Date: September 8, 2008**

Frank T. Shum                                                                                           NO. C-02-3262-DLJ

        Plaintiff,

  v.

Intel Corporation, Lightlogic Inc. and Jean- Marc Verdiell

        Defendant.

**Clerk: Frances Stone**          **Court Reporter:**  Not Reported

**Appearances for Plaintiff:** Paul Kirsch
                                Mark T. Jansen

**Appearances for Defendant:** Stephen Taylor
                                    Ragesh Tangri

Status Conference**: re scheduling- HELD**

Discussion with counsel held.
The 11/3/08 trial date is vacated. Trial to begin 11/10/08 at 9:00 A.M.

Friday, **10/24/08 at 2:00PM**  for  Pretrial Conference  **AND**
Thursday, **11/6/08  at 10:00AM** for Further Pretrial Conference

**Monday, 11/10/08 at 9:00AM for  4-6 week Jury Trial**