**United States District Court**
For the Northern District of California

```
Frank T. Shum,              )
                            )
            Plaintiff,      )
                            )
      v.                    )
                            )         No. C-02-03262-DLJ
Intel Corp., et al          )
                            )         ORDER
            Defendant.      )
_____)
```

Pursuant to the status conference held in chambers on September 8, 2008, the Court modifies the pretrial and trial schedule as follows:

1. The November 3, 2008 trial date is VACATED. Trial will commence on November 10, 2008.

2. In addition to the pretrial conference scheduled for October 24, 2008 at 2 p.m., a further pretrial conference is scheduled for November 6, 2008 at 10 a.m.

The remainder of the pretrial schedule is unchanged.

IT IS SO ORDERED

Dated: September 8, 2008

_____
D. Lowell Jensen
United States District Judge