1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK T. JANSEN (State Bar No. 114896)
2  PAUL F. KIRSCH (State Bar No. 127446)
   ANGUS M. MACDONALD (State Bar No. 212526)
3  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, California 94111
   Telephone: (415) 576-0200
5  Facsimile: (415) 576-0300
   Email:     mtjansen@townsend.com, pkirsch@townsend.com
6             ammacdonald@townsend.com, tlalban@townsend.com

7  Attorneys for Plaintiff FRANK T. SHUM

8

9

10                UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                          OAKLAND DIVISION

13 FRANK T. SHUM,                          Case No. C02-3262 DLJ (EMC)

14              Plaintiff,                 STIPULATION AND [PROPOSED]
                                           ORDER REGARDING BRIEFING
15         v.                              AND HEARING DEADLINES ON
                                           PLAINTIFF FRANK T. SHUM'S
16 INTEL CORPORATION, JEAN-MARC            MOTION TO COMPEL
   VERDIELL, and LIGHTLOGIC, INC.,         DEFENDANTS TO PRODUCE
17                                         DOCUMENTS
             Defendants.
18

19

20

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

1  WHEREAS, on September 10, 2008 Defendant Intel Corporation ("Intel") produced a
2  privilege log, and on September 18, 2008, Intel produced additional documents;
3  WHEREAS, based on Intel's privilege log and September 18, 2008 document production,
4  Plaintiff Frank T. Shum ("Shum") filed a Motion to Compel Defendants to Produce Documents on
5  September, 19, 2008;
6  WHEREAS, by this Court's September 9, 2008 Order, trial is set to begin on November 10,
7  2008;
8  WHEREAS, counsel for Shum and counsel for Defendants agree that it is desirable to dispose
9  of discovery issues as quickly as practicable;
10  WHEREAS, counsel for Shum and counsel for Defendants agree that: (1) the date for
11  Defendants to serve their opposition to Shum's Motion to Compel shall be September 29, 2008; (2) the
12  date for Shum to serve his reply in support of his Motion to Compel shall be October 3, 2008; and (3)
13  the hearing on the Motion to Compel shall take place on October 8, 2008, or such other day as may be
14  acceptable to the Court;
15  WHEREAS, the parties agree that Shum may supplement his trial exhibit list should additional
16  documents be produced as a result of the hearing and order of the Court. Such supplementation is
17  limited to newly-produced documents (if any) and must be completed within 3 days of Shum's receipt
18  of such documents;
19  WHEREAS, allowing the shortening of the briefing and hearing deadlines on Shum's Motion
20  to Compel as set forth immediately above will not affect any of the other pretrial dates, including the
21  November 10, 2008 trial date set;
22  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among Shum and
23  Defendants, by and through their respective counsel, that Defendants' opposition to Plaintiff Frank T.
24  Shum's Motion to Compel Defendants to Produce Documents shall be filed on September 29, 2008,
25  Shum's reply in support of said Motion shall be filed on October 2, 2008, and the hearing on the
26  Motion shall be on October 8, 2008.
27
28

Case 4:02-cv-03262-DLJ   Document 660   Filed 09/22/2008   Page 3 of 4

1

2   DATED: September 22, 2008          TOWNSEND AND TOWNSEND AND CREW LLP

3
                                      By: /s/ *Tali L. Alban*
4                                         TALI L. ALBAN

5                                     Attorneys for Plaintiff FRANK T. SHUM

6

7   DATED: September 22, 2008          TAYLOR & COMPANY LAW OFFICES, INC.

8
                                      By: /s/ *Jayesh Hines-Shah*
9                                         JAYESH HINES-SHAH

10                                    Attorneys for Defendants INTEL CORPORATION,
                                      LIGHTLOGIC, INC. and JEAN-MARC VERDIELL
11

12

13          PURSUANT TO STIPULATION, IT IS SO ORDERED.

14
15  DATED: September 23, 2008 (modified)    _____
                                            HON. EDWARD M. CHEN
16                                          MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

**GENERAL ORDER ATTESTATION**

I, Tali L. Alban, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING AND HEARING DEADLINES ON PLAINTIFF FRANK T. SHUM'S MOTION TO COMPEL DEFENDANTS TO PRODUCE DOCUMENTS** In compliance with General Order 45, X.B., I hereby attest that Jayesh Hines-Shah has concurred in this filing.

/s/ *Tali L. Alban*
TALI L. ALBAN