1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK T. JANSEN (State Bar No. 114896)
2  PAUL F. KIRSCH (State Bar No. 127446)
   ANGUS M. MacDONALD (State Bar No. 212526)
3  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, California  94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: mtjansen@townsend.com, pkirsch@townsend.com
6         ammacdonald@townsend.com, tlalban@townsend.com

7  Attorneys for Plaintiff FRANK T. SHUM

8

9

10                  UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13  FRANK T. SHUM,                    Case No. C02-3262 DLJ (EMC)

14          Plaintiff,               [PROPOSED] ORDER GRANTING
                                     MISCELLANEOUS
15      v.                           ADMINISTRATIVE REQUEST FOR
                                     AN ORDER PERMITTING THE
16  INTEL CORPORATION, JEAN-MARC     FILING UNDER SEAL OF 1)
    VERDIELL, and LIGHTLOGIC, INC.,  PLAINTIFF FRANK T. SHUM'S
17                                   NOTICE OF MOTION AND
            Defendants.              MOTION TO COMPEL
18                                   DEFENDANT INTEL
                                     CORPORATION TO PRODUCE
19                                   DOCUMENTS; 2) EXHIBITS D AND
                                     E TO THE DECLARATION OF
20                                   TALI L. ALBAN  IN SUPPORT OF
                                     PLAINTIFF FRANK T. SHUM'S
21                                   MOTION TO COMPEL
                                     DEFENDANT INTEL
22                                   CORPORATION TO PRODUCE
                                     DOCUMENTS
23

24                                   Magistrate Judge Edward M. Chen

25

26

27        Plaintiff Frank T. Shum's ("Shum") Miscellaneous Administrative Request under Civil Local

28

1    Rule 79-5 to file under seal the document listed below is hereby GRANTED:

2       o     Plaintiff Frank T. Shum's Notice of Motion and Motion To Compel Defendant Intel

3               Corporation To Produce Documents

4       o     Exhibits D and E to the Declaration of Tali L. Alban In Support of Plaintiff Frank T.

5               Shum's Motion To Compel Defendant Intel Corporation To Produce Documents

6     The foregoing document shall be filed under seal.

7    **IT IS SO ORDERED.**

8

9   DATED:_____    9/30/08

10                EDWARD

               MAGISTRA                DISTRICT

11                COURT

12

13   61509805 v1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28