UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. SHUM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION, *et al.*,<br><br>　　　　Defendants.<br>_____/<br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C-02-3262 DLJ (EMC)<br><br>**ORDER RE IN CAMERA SUBMISSION FOR PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Docket No. 659)** |

　　　Plaintiff has filed a discovery motion, asking, *inter alia*, that Defendants be compelled to produce certain documents which they claim are privileged. *See* Docket No. 659. Based on the parties' briefs, it appears that the only documents at issue -- with respect to the matter of privilege -- are Nos. 698-703 on the privilege log. The Court hereby orders that Defendants produce those documents to the Court for an in camera review. The documents shall be lodged with chambers no later than **12:00 p.m. on October 7, 2008**.

　　　IT IS SO ORDERED.

Dated: October 6, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge