1  TOWNSEND AND TOWNSEND AND CREW LLP
   MARK T. JANSEN (State Bar No. 114896)
2  PAUL F. KIRSCH (State Bar No. 127446)
   ANGUS M. MACDONALD (State Bar No. 212526)
3  TALI L. ALBAN (State Bar No. 233694)
   Two Embarcadero Center, Eighth Floor
4  San Francisco, California  94111
   Telephone:  (415) 576-0200
5  Facsimile:  (415) 576-0300
   Email: mtjansen@townsend.com, pkirsch@townsend.com
6          ammacdonald@townsend.com, tlalban@townsend.com

7  Attorneys for Plaintiff FRANK T. SHUM

8

9

10                     UNITED STATES DISTRICT COURT

11                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                               OAKLAND DIVISION

13  FRANK T. SHUM,                    Case No. C02-3262 DLJ (EMC)

14              Plaintiff,
                                      **[PROPOSED] ORDER GRANTING**
15         v.                         **MISCELLANEOUS**
                                      **ADMINISTRATIVE REQUEST FOR**
16  INTEL CORPORATION, JEAN-MARC      **AN ORDER PERMITTING THE**
    VERDIELL, and LIGHTLOGIC, INC.,   **FILING UNDER SEAL OF**
17                                    **PLAINTIFF FRANK T. SHUM'S**
                Defendants.           **CORRECTED NOTICE OF MOTION**
18                                    **AND MOTION TO COMPEL**
                                      **DEFENDANT INTEL**
19                                    **CORPORATION TO PRODUCE**
                                      **DOCUMENTS**
20

21                                    Magistrate Judge Edward M. Chen

22

23

24         Plaintiff Frank T. Shum's ("Shum") Miscellaneous Administrative Request under Civil Local

25  Rule 79-5 to file under seal the document listed below is hereby GRANTED:

26         Plaintiff Frank T. Shum's Corrected Notice of Motion and
            Motion To Compel Defendant Intel Corporation To Produce Documents
27

28         The foregoing document shall be filed under seal.

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF PLTF.'S
CORRECTED NOT. OF MOT. AND MOT. TO COMPEL DEF. INTEL CORPORATION TO PRODUCE DOCS
CASE NO.C02-3262 DLJ (EMC)                                                                    1

1  **IT IS SO ORDERED.**

3  DATED: October 7, 2008

*[Seal: United States District Court, Northern District of California]*
*[Stamp: IT IS SO ORDERED — Judge Edward M. Chen]*

_____
U.S. DISTRICT

7  61545669 v1

[PROPOSED] ORDER GRANTING MISC. ADMIN. REQ. FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF PLTF.'S CORRECTED NOT. OF MOT. AND MOT. TO COMPEL DEF. INTEL CORPORATION TO PRODUCE DOCS
CASE NO.C02-3262 DLJ (EMC)
CASE NO.C02-3262 DLJ (EMC)