In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

CIVIL MINUTES

E-FILING

**Date:** October 8, 2008
**Case No:** C02-3262 DLJ (EMC)

**Time:** 10:47-11:04 a.m.
**Court Reporter:** Kathy Wyatt
(487-9834)

**Case Name:** Shum v. Intel, et al.

**Attorneys:** Angus MacDonald and Tali Alban for Plaintiff
Jayesh Hines-Shah for Defendants

**Deputy Clerk:** Betty Fong

| PROCEEDINGS: | ORDERED AFTER HEARING: |
|---|---|
| - PLAINTIFF'S MOTION TO COMPEL DEFENDANT INTEL TO PRODUCE DOCUMENTS (#659) | Plaintiff's motion is denied. Parties shall further meet and confer, and shall submit joint letter to court with unresolved issue(s). Court to issue order. |

**Order to be prepared by:** [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:**

cc: EMC