United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK T. SHUM,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION, *et al.*,<br><br>        Defendants.<br>_____/<br><br>AND RELATED COUNTERCLAIMS.<br>_____/ | No. C-02-3262 DLJ (EMC)<br><br>**ORDER DENYING IN PART**<br>**PLAINTIFF'S MOTION TO COMPEL**<br><br>**(Docket No. 659)** |

        Plaintiff has moved to compel the production of (1) other presentations authored by Mr. Verdiell while employed at Intel and (2) certain documents that Defendants claim are privileged. The Court held a hearing on Plaintiff's motion on October 8, 2008. This order memorializes the Court's rulings made at the hearing.

        First, with respect to other presentations authored by Mr. Verdiell, the Court orders the parties to meet and confer further. Plaintiff's current contention is that Defendants may not have conducted an adequate search for responsive documents -- *i.e.*, documents within the scope of the Court's order of July 24, 2008. *See* Docket No. 604 (order). The parties' meet and confer should address the scope of the search that was conducted by Defendants. To the extent Plaintiff seeks documents which do not refer to the patents-in-suit, that request is denied for the reasons stated on the record.

Second, with respect to the documents identified as Nos. 698-703 on Defendants' privilege log, the Court has conducted an in camera review of the documents and concludes that the assertion of privilege is proper. Accordingly, Plaintiff's motion to compel these documents is denied.

This order disposes of Docket No. 659.

IT IS SO ORDERED.

Dated: October 8, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge