TOWNSEND AND TOWNSEND AND CREW LLP
MARK T. JANSEN (State Bar No. 114896)
PAUL F. KIRSCH (State Bar No. 127446)
ANGUS M. MacDONALD (State Bar No. 212526)
TALI L. ALBAN (State Bar No. 233694)
Two Embarcadero Center, Eighth Floor
San Francisco, California  94111
Telephone: (415) 576-0200
Facsimile:  (415) 576-0300
Email:      mtjansen@townsend.com, pkirsch@townsend.com
            ammacdonald@townsend.com, tlalban@townsend.com

Attorneys for Plaintiff FRANK T. SHUM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>  v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL, and LIGHTLOGIC, INC.,<br><br>    Defendants. | Case No. C02-3262 DLJ (EMC)<br><br>**STIPULATION AND ORDER REGARDING TIMING OF *IN LIMINE* MOTIONS RELATED TO DEFENDANTS' DAMAGES EXPERTS** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1      WHEREAS, on April 3, 2008, this Court entered an Amended Order for Pretrial Preparation setting the dates for: (1) the parties to complete fact discovery by July 28, 2008, (2) plaintiff Frank T. Shum ("Shum") to serve expert reports by August 1, 2008, (3) defendants Intel Corporation ("Intel"), Jean-Marc Verdiell ("Verdiell") and LightLogic, Inc. (collectively "Defendants") to serve expert reports by September 5, 2008, (4) the close of expert discovery on October 3, 2008, (5) the parties to file motions *in limine* by October 10, 2008, and (6) the parties to file oppositions to motions *in limine* by October 17, 2008;

     WHEREAS, on July 31, 2008, this Court entered a Stipulation and Order Regarding Expert Discovery Deadlines (Docket No. 608) for: (1) Shum to serve expert reports by August 8, 2008, (2) Defendants to serve expert reports by September 12, 2008, and (3) the close of expert discovery on October 8, 2008;

     WHEREAS, in light of uncompleted fact discovery and the recognized need to further extend the dates for expert reports going to damages, on August 8, 2008, this Court entered a Stipulation and Order Regarding expert discovery deadlines (Docket No. 626) for: (1) the date for defendants to complete production of documents pursuant to Magistrate Judge Chen's Order Re Hearing on July 23, 2008 (Docket No. 604) may be extended to August 15, 2008; (2) the date for Shum to complete his additional depositions (if any) of Intel and Verdiell may be extended to August 22, 2008; (3) the date for Shum to serve his expert reports may be extended from August 8, 2008 to September 2, 2008; (4) the date for defendants to serve their expert reports may be extended from September 12, 2008 to October 2, 2008; (5) the date for the close of expert discovery may be extended from October 8, 2008 to October 17, 2008; (6) the date for Shum to file motions *in limine* (if any) relating to defendants' expert reports served on the dates specified above may be extended from October 10, 2008 to October 20, 2008, (7) the dates for Shum to file all other motions *in limine* remains unchanged, and (8) the date for defendants to file oppositions to Shum's motions *in limine* relating to defendants' expert reports served on the dates specified above may be extended from October 17, 2008 to October 24, 2008; and

     WHEREAS, on October 2, 2008 the Court issued a Notice continuing the Pretrial Conference scheduled for October 24, 2008 until November 4, 2008, and counsel for the parties, recognizing that

it is not practical for Plaintiff to file his motions *in limine* going to defense damages expert witnesses by October 20 given that the damages expert depositions are not scheduled to occur until October 21 and 22, 2008, counsel for Shum and counsel for defendants stipulate and agree that: (1) the date for Shum to file motions *in limine* (if any) relating to defendants' damages expert reports served on the dates specified above may be extended from October 20, 2008 to October 24, 2008, and (2) the date for defendants to file oppositions to Shum's motions *in limine* relating to defendants' damages expert reports served on the dates specified above may be extended from October 24, 2008 to October 31, 2008; and

WHEREAS, allowing the dates of expert discovery to be extended as set forth immediately above will not affect any of the other pretrial dates, including the scheduled November 4 and 6, 2008 Pretrial Conferences or the November 10, 2008 trial date.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among Shum and defendants, by and through their respective counsel, that:

1. Shum's motions *in limine* (if any) relating to defendants' damages expert reports served on October 2 may be filed on or before October 24, 2008; and

2. Defendants' oppositions to Shum's motions *in limine* relating to the defendants' damages expert reports specified hereinabove may be filed on or before October 31, 2008.

DATED: October 17, 2008        TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ *Mark T. Jansen*
    MARK T. JANSEN

Attorneys for Plaintiff FRANK T. SHUM

DATED: October 17, 2008        KEKER & VAN NEST LLP

By: /s/ *Ragesh K. Tangri*
    RAGESH K. TANGRI

Attorneys for Defendants INTEL CORPORATION, LIGHTLOGIC, INC. and JEAN-MARC VERDIELL

**IT IS SO ORDERED.**

DATED: October 17, 2008

HON. D. LOWELL JENSEN
JUDGE OF THE U.S. DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF *IN LIMINE* MOTIONS RELATED TO DEFENDANTS' DAMAGES EXPERTS
CASE NO.C02-3262 DLJ (EMC)                                                                                                        3

**GENERAL ORDER ATTESTATION**

I, Mark T. Jansen, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF *IN LIMINE* MOTIONS RELATED TO DEFENDANTS' DAMAGES EXPERTS. In compliance with General Order 45, X.B., I hereby attest that Ragesh K. Tangri has concurred in this filing.

　　　　　　　　　　　　　　　　　　　/s/ *Mark T. Jansen*
　　　　　　　　　　　　　　　　　　　MARK T. JANSEN