|   |   |
|---|---|
| Frank T. Shum, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) No. C-02-03262-DLJ |
| Intel Corp., et al | ) |
|  | ) |
| Defendants. | ) **ORDER** |
| _____ | ) |

A jury was sworn to hear this case on November 13, 2008. On December 22, 2008, the Jury returned verdicts on some of the claims and reported that it could not reach a verdict on the others.

The Jury returned the following results on Inventorship claims:

- U.S. Patent No. 5,977,567: Shum is a co-inventor of six claims of the patent.
- U.S. Patent No. 6,376,268: Shum is a co-inventor of five claims of the patent.
- U.S. Patent No. 6,207,950: Shum is a co-inventor of four claims of the patent.
- U.S. Patent No. 6,586,726: Shum is a co-inventor of four claims of the patent.
- U.S. Patent No. 6,227,724: Shum is a co-inventor of four claims of the patent. The Jury was deadlocked as to claim five of the patent and the Court declared a mistrial as to this claim.
- U.S. Patent No. 6,585,427: Shum was not a co-inventor of three claims of the patent. The Jury deadlocked as to claim one of the patent and the Court declared a mistrial as to this claim.

1    The Court will conduct a hearing on February 13, 2009 at
2  1:30 p.m. as to any motions and as to the appropriate judgment
3  to enter as to these Inventorship claims.

4    The Jury reached the following verdicts on the Intentional
5  Misrepresentation claims against defendants Verdiell and
6  LightLogic: the Jury was unable to reach a verdict on these
7  claims, and the Court declared a mistrial as to these claims.

8    The Jury reached the following verdict on the Breach of
9  Contract claim against defendant Verdiell: the Jury was unable
10 to reach a verdict on this claim, and the Court declared a
11 mistrial as to this claim.

12   The Jury reached the following verdicts on the Unjust
13 Enrichment claims against defendants Verdiell and LightLogic:
14 the Jury was unable to reach a verdict on these claims, and the
15 Court declared a mistrial as to these claims.

16   A status conference and hearing on any motions related to
17 the Intentional Misrepresentation, Breach of Contract, and
18 Unjust Enrichment claims will be heard by the Court on February
19 13, 2009 at 1:30 p.m.

21   IT IS SO ORDERED.

23 Dated: December 23, 2008            _____
24                                     D. Lowell Jensen
                                       United States District Judge

2