|  |  |  |
|---|---|---|
| Frank T. Shum, | ) | |
| | ) | |
| Plaintiff, | ) | No. C-02-3262-DLJ |
| | ) | |
| v. | ) | |
| | ) | |
| Intel Corp., et al | ) | **PARTIAL JUDGMENT AS TO** |
| | ) | **CLAIMS FOR CORRECTION OF** |
| Defendants. | ) | **INVENTORSHIP PURSUANT TO** |
| _____ | ) | **35 U.S.C. § 256** |

**U.S. Patent No. 5,977,567**

Pursuant to the unanimous verdict of the Jury, the Court hereby enters Judgment that plaintiff Frank Shum is a co-inventor of claims 1, 6, 7, 8, 11 and 18 of the '567 patent.

**U.S. Patent No. 6,376,268**

Pursuant to the unanimous verdict of the Jury, the Court hereby enters Judgment that plaintiff Frank Shum is a co-inventor of claims 1, 4, 12, 13 and 26 of the '268 patent.

**U.S. Patent No. 6,207,950**

Pursuant to the unanimous verdict of the Jury, the Court hereby enters Judgment that plaintiff Frank Shum is a co-inventor of claims 1, 2, 14 and 29 of the '950 patent.

**U.S. Patent No. 6,586,726**

Pursuant to the unanimous verdict of the Jury, the Court hereby enters Judgment that plaintiff Frank Shum is a co-inventor of claims 1, 2, 5 and 8 of the '6276 patent.

\
\
\
\
\
\
\

**U.S. Patent No. 6,227,724**

Pursuant to the unanimous verdict of the Jury, the Court hereby enters Judgment that plaintiff Frank Shum is a co-inventor of claims 1, 7, 14 and 16 of the '724 patent.

IT IS SO ORDERED.

Dated: April _29, 2009                   _____
                                          D. Lowell Jensen
                                          United States District Judge