Frank T. Shum, )
)
               Plaintiff, )   No. C-02-3262-DLJ
)
   v. )
)
Intel Corp., et al )   **JUDGMENT AS TO STATE LAW**
)   **CLAIMS AND PARTIAL JUDGMENT**
              Defendants. )   **AS TO INVENTORSHIP CLAIMS**
_____)

**Intentional Misrepresentation**

On April 29, 2009, the Court entered an Order granting Defendants' renewed motion for judgment as a matter of law (JMOL) as to plaintiff Frank Shum's claim for Intentional Misrepresentation. Pursuant to this Order, the Court hereby enters Judgment on this cause of action in favor of defendants Jean-Marc Verdiell, LightLogic, Inc., and Intel Corporation, and against plaintiff Frank Shum.

**Breach of Contract**

On April 29, 2009, the Court entered an Order granting Defendants' renewed motion for JMOL as to plaintiff Frank Shum's claim for Breach of Contract. Pursuant to this Order, the Court hereby enters Judgment on this cause of action in favor of defendant Jean-Marc Verdiell and against plaintiff Frank Shum.

**Unjust Enrichment**

On April 29, 2009, the Court entered an Order granting Defendants' renewed motion for JMOL as to plaintiff Frank Shum's claim for Unjust Enrichment. Pursuant to this Order, the Court hereby enters Judgment on this cause of action in favor of defendants Jean-Marc Verdiell, LightLogic, Inc., and Intel Corporation, and against plaintiff Frank Shum.

**Inventorship**

**U.S. Patent No. 6,227,724**

On April 29, 2009, the Court entered an Order granting Defendants' renewed motion for JMOL as to plaintiff Frank Shum's claim for correction of patent inventorship of claim 5 of the '724 patent. Pursuant to this Order, the Court hereby enters Judgment that plaintiff Frank Shum is not a co-inventor of claim 5 of the '724 patent.

**U.S. Patent No. 6,585,427**

Pursuant to the unanimous verdict of the Jury, the Court hereby enters Judgment that plaintiff Frank Shum is not a co-inventor of claims 20, 22 and 23 of the '427 patent; and

On April 29, 2009, the Court entered an Order granting Defendants' renewed motion for JMOL as to plaintiff Frank Shum's claim for correction of patent inventorship of claim 1 of the '427 patent. Pursuant to this Order, the Court hereby enters Judgment that plaintiff Frank Shum is not a co-inventor of claim 1 of the '427 patent.

IT IS SO ORDERED.

Dated: April _29, 2009

D. Lowell Jensen
United States District Judge

2