AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

FRANK T. SHUM

                Plaintiff (s),

V.

INTEL CORPORATION, et al.

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 02-3262 DLJ (EMC)

Notice is hereby given that, subject to approval by the court, Frank T. Shum substitutes
(Party (s) Name)

Gregory S. Cavallo, State Bar No. 173270 as counsel of record in
(Name of New Attorney)

place of Townsend and Townsend and Crew LLP, including Paul F. Kirsch, Mark T. Jansen, Robert A. McFarlane, Tali Leah N. Alban, and Angus M. MacDonald.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Shopoff & Cavallo LLP
    Address: 44 Montgomery Street, Suite 1670, San Francisco, CA 94104
    Telephone: 415-984-1975      Facsimile 415-984-1978
    E-Mail (Optional): greg@shopoffcavallo.com

I consent to the above substitution.

Date: March 31, 2010

Frank T. Shum

(Signature of Party (s))

I consent to being substituted.

Date: March 31, 2010

Paul F. Kirsch
for Townsend and Townsend and Crew LLP

(Signature of Former Attorney (s))

Gregory S. Cavallo

I consent to the above substitution.
Date: March 31, 2010

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: April 8, 2010

United States District Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

FRANK T. SHUM

                     Plaintiff (s),

V.

INTEL CORPORATION, et al.

                     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 02-3262 DLJ (EMC)

Notice is hereby given that, subject to approval by the court, __Frank T. Shum__ substitutes
                                                                                    (Party (s) Name)

__Gregory S. Cavallo__, State Bar No. __173270__ as counsel of record in
      (Name of New Attorney)

place of __Townsend and Townsend and Crew LLP, including Paul F. Kirsch, Mark T. Jansen, Robert A. McFarlane, Tali Leah N. Alban, and Angus M. MacDonald.__
                                                  (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Shopoff & Cavallo LLP
    Address: 44 Montgomery Street, Suite 1670, San Francisco, CA 94104
    Telephone: 415-984-1975    Facsimile 415-984-1978
    E-Mail (Optional): greg@shopoffcavallo.com

I consent to the above substitution.

Date: March 31, 2010

Frank T. Shum

(Signature of Party (s))

I consent to being substituted.

Date: March 31, 2010

Paul F. Kirsch
for Townsend and Townsend and Crew LLP

(Signature of Former Attorney (s))

Gregory S. Cavallo

I consent to the above substitution.
Date: March 31, 2010

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                                                 _____
                                                                                     Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com