SHOPOFF & CAVALLO LLP
Gregory S. Cavallo (Bar No. 173270)
44 Montgomery Street, Suite 1670
San Francisco, CA 94104
Telephone: (415) 984-1975
Facsimile: (415) 984-1978
Email:  greg@shopoffcavallo.com

Attorneys for Plaintiff  FRANK T. SHUM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br>             Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL, and LIGHTLOGIC, INC.,<br><br>             Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. C02-3262 DLJ (EMC)<br><br>**STIPULATION AND ORDER TO DEPOSIT TAXED COSTS WITH CLERK**<br><br>Judge:  Hon. D. Lowell Jensen |

WHEREAS, on June 29, 2009, the Clerk of the United States District Court, Northern District of California, taxed costs in favor of Plaintiff Frank Shum, against Defendants, in the amount of $195,523.27. Defendants did not challenge the Clerk of Court's Bill of Costs.

WHEREAS, also on June 29, 2009, the Clerk of Court taxed costs in favor of Defendants, against Plaintiff Frank Shum, in the amount of $507,644.52.  Plaintiff challenged that Bill of Costs.  By Order of October 23, 2009, the Court reduced the costs taxed against Plaintiff Frank Shum to $329,891.55.

WHEREAS, the net costs award is in favor of Defendants, against Plaintiff Frank Shum, in the amount of $134,368.28.

1  WHEREAS, in order to avoid potential disputes about the right of Plaintiff Frank Shum to obtain a stay of enforcement, and to avoid the additional expense of posting a supersedeas bond, the parties have agreed, and Plaintiff Frank Shum hereby requests, pursuant to Civ. L.R. 65.1-1(b)(4), that Plaintiff Frank Shum be allowed to deposit the full amount of net taxed costs, $134,368.28, with the Clerk of Court, pending resolution of the appeals of these matters.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties to the above-captioned action, by and through their respective counsel, that the plaintiff Frank T. Shum may deposit the full amount of the costs judgment against him, $134,368.28, with the Clerk of this Court.  Such deposit shall be made within five (5) business days of issuance of this Order, or April 16, 2010, whichever is later.

DATED:  April 2, 2010               SHOPOFF & CAVALLO LLP


By ____/s/ Gregory S. Cavallo_____
        Gregory S. Cavallo
Attorneys for Plaintiff FRANK T. SHUM


DATED:  April 2, 2010               TAYLOR & COMPANY LAW OFFICES, LLP


By ____/s/ Jonathan A. Patchen_____
        Jonathan A. Patchen
Attorneys for Defendants INTEL CORPORATION,
JEAN-MARC VERDIELL, and LIGHTLOGIC, INC.


**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 8, 2010

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO DEPOSIT
TAXED COSTS WITH CLERK
Case No. C 02-03262 DLJ (EMC)

2