STEPHEN E. TAYLOR (SBN 58452)
JONATHAN A. PATCHEN (SBN 237346)
TAYLOR & COMPANY LAW OFFICES, LLP
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone:  (415) 788-8200
Facsimile:   (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jpatchen@tcolaw.com

Attorneys for Defendants INTEL
CORPORATION, LIGHTLOGIC, INC.
and JEAN-MARC VERDIELL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| FRANK T. SHUM,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION, JEAN-MARC VERDIELL and LIGHTLOGIC, INC.,<br><br>    Defendants. | Case No.: C 02-03262 (DLJ)<br><br>**STIPULATION AND** [PROPOSED]<br>**ORDER REGARDING WITHDRAWAL**<br>**AND RELEASE OF FUNDS HELD BY**<br>**THE COURT** |

1   WHEREAS, on April 29, 2009, the Court entered judgments in favor of Defendants Intel
2   Corporation and LightLogic, Inc. and Defendant and Counter-Claimant Jean-Marc Verdiell
3   (collectively "Defendants") as to all of Plaintiff and Counter-Defendant Frank T. Shum's state law
4   claims and partial judgment as to Shum's inventorship claims (Docket Nos. 979, 980);
5   WHEREAS, all parties submitted Bills of Costs on May 13, 2009, and the Clerk taxed
6   costs on June 29, 2009 (Docket Nos. 981, 982, 1001, 1002);
7   WHEREAS, this Court heard Shum's Motion Challenging Clerk's Taxation of the Parties
8   Bills for Costs on September 25, 2009, and issued an Order on October 23, 2009 awarding net
9   costs to Defendants in the amount of $134,368.28 (Docket No. 1014);
10  WHEREAS, on May 28, 2009 Shum filed a Notice of Appeal in the Federal Circuit Court
11  of Appeals challenging certain of this Court's Judgments and Orders relating to Shum's
12  inventorship and state law claims (Docket No. 986);
13  WHEREAS, on November 20, 2009 Shum filed a Notice of Appeal in the Federal Circuit
14  Court of Appeals challenging this Court's costs award Order (Docket No. 1015);
15  WHEREAS, on April 16, 2010, Shum lodged with this Court $134,368.28 pursuant to the
16  Stipulated Order issued on April 8, 2010 (Docket Nos. 1023, 1025);
17  WHEREAS, on December 22, 2010, the Federal Circuit Court of Appeals issued its
18  statements of decision on the matters pending before it (Appellate Case Nos. 2009-1385, -1419
19  (regarding inventorship and state law claims) and 2010-1109 (regarding costs), collectively
20  referred to herein as the "Appeals"), affirming the challenged Orders and Judgment of the District
21  Court;
22  WHEREAS, Shum petitioned the Federal Circuit Court of Appeals for panel rehearing and
23  rehearing en banc regarding the December 22, 2010 decisions regarding the Appeals, which
24  petitions were denied on February 24, 2011 by the Federal Circuit Court of Appeals; and
25  WHEREAS, the Federal Circuit's mandate regarding Shum's Appeals must issue seven
26  days after entry of the orders denying Shum's petitions for rehearing and rehearing en banc (*i.e.*,
27  March 3, 2011) pursuant to Fed. R. Civ. Proc. 41(b);
28

TAYLOR & CO.
LAW OFFICES, LLP

STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL AND RELEASE OF FUNDS HELD
BY THE COURT: CASE NO. C 02-03262 (DLJ)

1  NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED among the parties
2  to the above-captioned action, by and through their respective counsel, that pursuant to 28 U.S.C.
3  § 2042 the $134,368.28 deposited by Shum in the District Court on April 16, 2010 shall be
4  withdrawn and delivered to Defendants, together with all interest thereon pursuant to Fed. R. Civ.
5  Proc. 67(b), within five business days of the date of this Order;
6  IT IS FURTHER STIPULATED AND AGREED that the delivery to the Defendants of the
7  $134,368.28 on deposit with the District Court, together with all interest thereon, shall constitute
8  full satisfaction of this Court's September 25, 2009 Order.

Dated: March ___, 2011          TAYLOR & COMPANY LAW OFFICES, LLP

                                By: _____
                                    Stephen E. Taylor
                                Attorneys for Defendants INTEL CORPORATION,
                                LIGHTLOGIC, INC. and JEAN-MARC VERDIELL

Dated: March ___, 2011          SHOPOFF & CAVALLO, LLP

                                By: _____
                                    Gregory S. Cavallo
                                Digitally signed by Gregory S. Cavallo
                                DN: cn=Gregory S. Cavallo, o=Shopoff & Cavallo LLP, ou, email=greg@shopoffcavallo.com, c=US
                                Date: 2011.03.04 14:36:06 -08'00'
                                Attorneys for Plaintiff FRANK T. SHUM

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 7, 2011            _____
                                HONORABLE D. LOWELL JENSEN
                                UNITED STATES DISTRICT COURT JUDGE

2.
STIPULATION AND [PROPOSED] ORDER REGARDING WITHDRAWAL AND RELEASE OF FUNDS HELD
BY THE COURT: CASE NO. C 02-03262 DLJ (EMC)